UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| | } | |
| | } | 10-27532-BKC-LMI |
| **First Foliage, L.C.** | } | |
| | } | JUDGE: LAUREL M. ISICOFF |
| | } | |
| | } | CHAPTER 11 |
| DEBTOR. | } | |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM November 1, 2010 TO November 30, 2010

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Attorney for Debtor’s Signature - /s/ Luis Salazar

| Debtor's Address and Phone Number: | Attorney's Address and Phone Number: |
|---|---|
| 17800 SW 268th Street | 500 S Dixie Highway, Suite 302 |
| Homestead, FL 33031 | Coral Gables, FL 33146 |
| 305-245-3226 | 305-503-2990 |

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

# SCHEDULE OF RECEIPTS AND DISBURSEMENTS

FOR THE PERIOD BEGINNING November 1, 2010 AND ENDING November 30, 2010

Name of Debtor: First Foliage, L.C. Case Number 10-27532-BKC-LMI

Date of Petition June 23, 2010

| | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | $ 4,476,298 | (a) | $ 324,009 | (b) |
| **2. RECEIPTS:** | | | | |
| A. Cash Sales | - | | - | |
| Minus: Cash Refunds (-) | - | | (2,470) | |
| Net Cash Sales | - | | (2,470) | |
| B. Accounts Receivable | 1,621,331 | | 14,372,127 | |
| C. Other Receipts | 5,828 | | 6,933 | |
| (If you receive rental income, you must attach a rent roll.) | | | | |
| **3. TOTAL RECEIPTS** *(Lines 2A+2B+2C)* | 1,627,159 | | 14,376,590 | |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS** *(Line 1 + Line 3)* | 6,103,457 | | 14,700,599 | |
| **5. DISBURSEMENTS** | | | | |
| A. Advertising | 1,758 | | 74,516 | |
| B. Bank Charges | 1,286 | | 7,341 | |
| C. Contract Labor | - | | - | |
| D. Fixed Asset Payments (not incl. in "N") | - | | 50,181 | |
| E. Insurance | 46,449 | | 342,427 | |
| F. Inventory Payments *(See MOR-6)* | 705,331 | | 3,225,111 | |
| G. Leases (rent) | 72,234 | | 385,117 | |
| H. Manufacturing Supplies | - | | 765 | |
| I. Office Supplies | 3,145 | | 18,225 | |
| J. Payroll - Net | 502,830 | | 2,669,038 | |
| K. Professional Fees (Accounting & Legal) | 121,644 | | 719,112 | |
| L. Rent | - | | - | |
| M. Repairs & Maintenance | - | | 5,093 | |
| N. Secured Creditor Payments | 174,407 | | 982,882 | |
| O. Taxes Paid - Payroll | 112,852 | | 623,256 | |
| P. Taxes Paid - Sales & Use | - | | - | |
| Q. Taxes Paid - Other | - | | - | |
| R. Telephone | 22,288 | | 68,870 | |
| S. Travel & Entertainment | 5,945 | | 49,668 | |
| T. U.S. Trustee Quarterly Fees | - | | 17,875 | |
| U. Utilities | - | | 1,302 | |
| V. Vehicle Expenses | - | | 30 | |
| W. Other Operating Expenses *(See MOR-3)* | 104,761 | | 1,231,263 | |
| **6. TOTAL DISBURSEMENTS** *(Sum of 5A thru W)* | 1,874,930 | | 10,472,072 | |
| **7. ENDING BALANCE** *(Line 4 Minus Line 6)* | $ 4,228,527 | (c) | $ 4,228,527 | (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This 20th day of December, 20 10

(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition
(c)These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Over/Duplicate Payment - Hunton & Williams | 5,827.96 | 5,827.96 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | None | |
| | | | |
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Distribution Costs (Freight) | 39,379 | 860,100 |
| Distribution Costs (Shipping Supplies) | 24,387 | 204,312 |
| Distribution Costs (Racks) | 40,995 | 169,450 |
| Fuel | | 416 |
| Other | | (3,015) |
| TOTAL OTHER DISBURSEMENTS | 104,761 | 1,231,263 |

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| | | | |
|---|---|---|---|
| Name of Debtor | First Foliage, L. C. | Case Number | 10-27532-BKC-LMI |
| Reporting Period beginning | November 1, 2010 | Period ending | November 30, 2010 |

ACCOUNTS RECEIVABLE AT PETITION DATE $ 10,107,270

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | | |
|---|---|---|---|
| Beginning of Month Balance | $ | 2,108,655 | (a) |
| PLUS: Current Month New Billings | | 130,153 | |
| MINUS: Collection During the Month | | (1,621,331) | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | | (35,156) | * |
| End of Month Balance | $ | 582,321 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

Lowes Rebate per customer vendor-supplier agreement.

Returns and allowances provided to customers in the normal course of business.

### POST PETITION ACCOUNTS RECEIVABLE AGING

(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| 126,691 | 307,123 | 31,618 | 116,890 | 582,321 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectability, write-off, disputed account, etc.) |
|---|---|---|
| Lowes | various | disputed invoices |
| Wal-Mart | various | disputed invoices |
| H.E.Butt Grocery | various | slow payer |
| | | |
| | | |
| | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c)These two amounts must equal.

## ATTACHMENT 2

## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: First Foliage, L.C. Case Number: 10-27532-BKC-LMI

Reporting Period beginning: November 1, 2010 Period ending: November 30, 2010

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | See MOR-5.a | | |
| TOTAL AMOUNT | | | | $ 714,533 (b) |

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ 412,525 | (a) |
| PLUS: New Indebtedness Incurred This Month | 1,306,536 | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | (1,004,528) | |
| PLUS/MINUS: Adjustments | - | * |
| Ending Month Balance | $ 714,533 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| Bank of America | 11/1/2010 | $ 21,459 | - | $ - |
| Bank of America | 11/1/2010 | 71,660 | - | $ - |
| Bank of America | 11/2/2010 | $ 81,288 | | |
| TOTAL | | $ 174,407 (d) | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**POST-PETITION ACCOUNTS PAYABLE**
November 30, 2010
**First Foliage L.C.**
**Accounts Payable Aging Report**
**30-Nov-10**

| Transaction Date | Days Out-standing | Vendor | Description | Total | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 Days |
|---|---|---|---|---|---|---|---|---|
| 11/28/2010 | 2 | Sprint | IT, Communications, Telephone | 1,096 | 1,096 | | | |
| 11/24/2010 | 6 | Foremostco | Liners & Cuttings | 992 | 992 | | | |
| 11/24/2010 | 6 | Foremostco | Liners & Cuttings | 1,824 | 1,824 | | | |
| 11/24/2010 | 6 | Foremostco | Liners & Cuttings | 629 | 629 | | | |
| 11/24/2010 | 6 | Foremostco | Liners & Cuttings | 412 | 412 | | | |
| 11/16/2010 | 14 | Bill Hunt | Other Production Expense | 2,135 | 2,135 | | | |
| 11/16/2010 | 14 | Bill Hunt | Other Production Expense | 292 | 292 | | | |
| 11/30/2010 | 0 | Bill Hunt | Other Production Expense | 1,500 | 1,500 | | | |
| 11/12/2010 | 18 | City of Leesbury | Utilities | 44 | 44 | | | |
| 11/12/2010 | 18 | City of Leesbury | Utilities | 673 | 673 | | | |
| 11/12/2010 | 18 | City of Leesbury | Utilities | 13 | 13 | | | |
| 11/12/2010 | 18 | City of Leesbury | Utilities | 13 | 13 | | | |
| 11/19/2010 | 11 | Orinoco Tires Import & Export | Other Production Expense | 196 | 196 | | | |
| 11/22/2010 | 8 | Orinoco Tires Import & Export | Other Production Expense | 801 | 801 | | | |
| 11/23/2010 | 7 | Orinoco Tires Import & Export | Other Production Expense | 760 | 760 | | | |
| 11/30/2010 | 0 | Zoila D. Saenz | Land Lease | 1,750 | 1,750 | | | |
| 10/13/2010 | 48 | Premium Assignment Corporation | Insurance | 42,137 | | 42,137 | | |
| 11/12/2010 | 18 | Archem International Corp. | Office Supplies | 269 | 269 | | | |
| 9/15/2010 | 76 | Tradewinds Power Corp. | Capital Expenditure | 7,625 | | | 7,625 | |
| 9/15/2010 | 76 | Tradewinds Power Corp. | Capital Expenditure | 7,625 | | | 7,625 | |
| 9/15/2010 | 76 | Tradewinds Power Corp. | Capital Expenditure | 7,625 | | | 7,625 | |
| 11/22/2010 | 8 | Kubota Credit Corporation U.S.A. | Other Production Expense | 1,143 | 1,143 | | | |
| 11/22/2010 | 8 | Kubota Credit Corporation U.S.A. | Other Production Expense | 531 | 531 | | | |
| 11/22/2010 | 8 | Kubota Credit Corporation U.S.A. | Other Production Expense | 553 | 553 | | | |
| 8/11/2010 | 111 | Sutts & Bowen LLP | Professional Fees | 1,033 | | | | 1,033 |
| 11/23/2010 | 7 | Dish Network | IT, Communications, Telephone | 87 | 87 | | | |
| 11/23/2010 | 7 | Comdata Network Inc. | Freight | 682 | 682 | | | |
| 11/8/2010 | 22 | BWI | Pots | 22,080 | 22,080 | | | |
| 11/24/2010 | 6 | Miami-Dade Tax Collector | Property Taxes | 1,493 | 1,493 | | | |
| 11/24/2010 | 6 | Miami-Dade Tax Collector | Property Taxes | 3,273 | 3,273 | | | |
| 11/2/2010 | 28 | Miami-Dade Tax Collector | Property Taxes | 1,749 | 1,749 | | | |
| 11/2/2010 | 28 | Miami-Dade Tax Collector | Property Taxes | 409 | 409 | | | |
| 11/2/2010 | 28 | Miami-Dade Tax Collector | Property Taxes | 409 | 409 | | | |
| 11/2/2010 | 28 | Miami-Dade Tax Collector | Property Taxes | 2,455 | 2,455 | | | |
| 11/2/2010 | 28 | Miami-Dade Tax Collector | Property Taxes | 670 | 670 | | | |
| 11/2/2010 | 28 | Miami-Dade Tax Collector | Property Taxes | 658 | 658 | | | |
| 11/2/2010 | 28 | Miami-Dade Tax Collector | Property Taxes | 9,844 | 9,844 | | | |
| 11/2/2010 | 28 | Miami-Dade Tax Collector | Property Taxes | 2,603 | 2,603 | | | |
| 11/2/2010 | 28 | Miami-Dade Tax Collector | Property Taxes | 5,981 | 5,981 | | | |
| 11/2/2010 | 28 | Miami-Dade Tax Collector | Property Taxes | 1,236 | 1,236 | | | |
| 11/2/2010 | 28 | Miami-Dade Tax Collector | Property Taxes | 447 | 447 | | | |
| 11/2/2010 | 28 | Miami-Dade Tax Collector | Property Taxes | 522 | 522 | | | |
| 11/2/2010 | 28 | Miami-Dade Tax Collector | Tanglible Tax | 74,061 | 74,061 | | | |
| 11/2/2010 | 28 | Bob McKee Lake County Tax Collector | Property Taxes | 1,054 | 1,054 | | | |
| 11/2/2010 | 28 | Bob McKee Lake County Tax Collector | Property Taxes | 2,720 | 2,720 | | | |
| 11/29/2010 | 1 | Livian Marquez | Other Production Expense | 800 | 800 | | | |
| 11/30/2010 | 0 | South Florida Growers Association | Land Lease | 4,517 | 4,517 | | | |
| 11/30/2010 | 0 | Friendly John Inc | Other Production Expense | 910 | 910 | | | |
| 10/4/2010 | 57 | Duque Nursery | Broker Plants | 1,260 | | 1,260 | | |
| 10/14/2010 | 47 | Duque Nursery | Broker Plants | 9,000 | | 9,000 | | |
| 8/1/2010 | 121 | Exact Software NA Inc | IT, Communications, Telephone | 2,811 | | | | 2,811 |
| 11/30/2010 | 0 | Elizabeth H. Kendall | Land Lease | 735 | 735 | | | |
| 10/31/2010 | 30 | Elizabeth H. Kendall | Land Lease | 735 | 735 | | | |
| 11/30/2010 | 0 | TS Realty | Land Lease | 8,333 | 8,333 | | | |
| 11/30/2010 | 0 | Rywell Associates LP | Land Lease | 6,167 | 6,167 | | | |
| 11/30/2010 | 0 | OZ Land LLC | Land Lease | 13,000 | 13,000 | | | |
| 9/18/2010 | 73 | FCCI Insurance Group | Insurance | 45,360 | | | 45,360 | |
| 11/13/2010 | 17 | FCCI Insurance Group | Insurance | 5 | 5 | | | |
| 11/30/2010 | 0 | US Ice Machine Manufacturing Co. | Other Production Expense | 390 | 390 | | | |
| 11/24/2010 | 6 | Alis Zavala | Other Production Expense | 801 | 801 | | | |
| 11/29/2010 | 1 | Sunshine Horticulture LLC | Liners & Cuttings | 2,678 | 2,678 | | | |
| 9/30/2010 | 61 | Bamboo Exporter | Other Production Expense | 15,017 | | | 15,017 | |
| 11/23/2010 | 7 | Bamboo Exporter | Other Production Expense | 29,703 | 29,703 | | | |
| 11/30/2010 | 0 | Octavio Taylor & Sylvia M. Taylor | Land Lease | 10,300 | 10,300 | | | |
| 8/1/2010 | 121 | Archinve Power Systems, Inc. | Capital Expenditure | 1,400 | | | | 1,400 |
| 11/18/2010 | 12 | Urbieta Oil Inc | Other Production Expense | 954 | 954 | | | |
| 11/18/2010 | 12 | Urbieta Oil Inc | Other Production Expense | 324 | 324 | | | |
| 11/23/2010 | 7 | AFLAC | Employee Benefits | 2,038 | 2,038 | | | |
| 11/30/2010 | 0 | Ave Maria Nursery LLC | Land Lease | 25,000 | 25,000 | | | |
| 11/12/2010 | 18 | Harrell's Inc | Fertilizer | 11,397 | 11,397 | | | |
| 11/17/2010 | 13 | Harrell's Inc | Fertilizer | 11,228 | 11,228 | | | |
| 11/17/2010 | 13 | Harrell's Inc | Fertilizer | 2,160 | 2,160 | | | |
| 6/30/2010 | 153 | F & C Nursery | Broker Plants | 7,035 | | | | 7,035 |
| 9/17/2010 | 74 | F & C Nursery | Broker Plants | 3,900 | | - | 3,900 | |
| 10/8/2010 | 53 | F & C Nursery | Broker Plants | 5,631 | | 5,631 | | |
| 10/10/2010 | 51 | F & C Nursery | Broker Plants | 5,631 | | 5,631 | | |
| 11/23/2010 | 7 | Bonsai Amahoy Decorations Inc | Broker Plants | 4,813 | 4,813 | | | |
| 11/30/2010 | 0 | Bonsai Amahoy Decorations Inc | Broker Plants | 1,397 | 1,397 | | | |
| 10/29/2010 | 32 | Travelers Flood Insurance | Insurance | 3,540 | | 3,540 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/29/2010 | 32 | Travelers Flood Insurance | Insurance | 1,526 | | 1,526 | | |
| 10/29/2010 | 32 | Travelers Flood Insurance | Insurance | 901 | | 901 | | |
| 10/30/2010 | 31 | Dale Morris | Advertising & Merchandising | 62 | | 62 | | |
| 9/30/2010 | 61 | Dale Morris | Advertising & Merchandising | 115 | | | 115 | |
| 11/19/2010 | 11 | New Jersey Auto Parts | Other Production Expense | 336 | 336 | | | |
| 11/19/2010 | 11 | New Jersey Auto Parts | Other Production Expense | 86 | 86 | | | |
| 11/19/2010 | 11 | New Jersey Auto Parts | Other Production Expense | 12 | 12 | | | |
| 11/22/2010 | 8 | Medco Supply Company | Other Production Expense | 15 | 15 | | | |
| 8/19/2010 | 103 | Richards & Associates | Professional Fees | 1,407 | | | | 1,407 |
| 9/23/2010 | 68 | Richards & Associates | Professional Fees | 887 | | | 887 | |
| 10/25/2010 | 36 | Richards & Associates | Professional Fees | 2,261 | - | 2,261 | | |
| 11/9/2010 | 21 | Richards & Associates | Professional Fees | 756 | 756 | | | |
| 11/24/2010 | 6 | Alejandro Berges/Bioberg | Broker Plants | 2,600 | 2,600 | | | |
| 11/30/2010 | 0 | Ros-Ry Mangement Company LLC | Land Lease | 3,167 | 3,167 | | | |
| 8/19/2010 | 103 | Hawkins, Hawkins, & Burt LLP | Professional Fees | 801 | | | | 801 |
| 9/10/2010 | 81 | Hawkins, Hawkins, & Burt LLP | Professional Fees | 371 | | | 371 | |
| 10/25/2010 | 36 | Hawkins, Hawkins, & Burt LLP | Professional Fees | 621 | | 621 | | |
| 10/27/2010 | 34 | Taiwan Plant Coproation | Liners & Cuttings | 11,218 | | 11,218 | | |
| 11/15/2010 | 15 | Summit Plastic Company | Pots | 15,812 | 15,812 | | | |
| 9/13/2010 | 78 | Quick Plugs | Pots | 4,930 | | | 4,930 | |
| 9/20/2010 | 71 | Quick Plugs | Pots | 5,196 | | | 5,196 | |
| 9/23/2010 | 68 | Quick Plugs | Pots | 5,010 | | | 5,010 | |
| 10/14/2010 | 47 | Quick Plugs | Pots | 5,012 | | 5,012 | | |
| 10/7/2010 | 54 | Quick Plugs | Pots | 4,700 | | 4,700 | | |
| 11/3/2010 | 27 | Quick Plugs | Pots | 4,400 | 4,400 | | | |
| 11/4/2010 | 26 | Quick Plugs | Pots | 5,200 | 5,200 | | | |
| 11/4/2010 | 26 | Quick Plugs | Pots | 5,400 | 5,400 | | | |
| 11/10/2010 | 20 | Quick Plugs | Pots | 5,200 | 5,200 | | | |
| 11/10/2010 | 20 | Quick Plugs | Pots | 5,200 | 5,200 | | | |
| 11/10/2010 | 20 | Quick Plugs | Pots | 5,000 | 5,000 | | | |
| 11/17/2010 | 13 | Quick Plugs | Pots | 5,000 | 5,000 | | | |
| 11/17/2010 | 13 | Quick Plugs | Pots | 5,200 | 5,200 | | | |
| 11/17/2010 | 13 | Quick Plugs | Pots | 4,800 | 4,800 | | | |
| 11/12/2010 | 18 | Quick Plugs | Pots | (16,207) | (16,207) | | | |
| 10/14/2010 | 47 | Foliage Plants | Broker Plants | 299 | | 299 | | |
| 11/3/2010 | 27 | Foliage Plants | Broker Plants | 5,298 | 5,298 | | | |
| 11/4/2010 | 26 | Foliage Plants | Broker Plants | 5,400 | 5,400 | | | |
| 11/4/2010 | 26 | Foliage Plants | Broker Plants | 5,200 | 5,200 | | | |
| 11/10/2010 | 20 | Foliage Plants | Broker Plants | 5,295 | 5,295 | | | |
| 11/10/2010 | 20 | Foliage Plants | Broker Plants | 5,200 | 5,200 | | | |
| 11/10/2010 | 20 | Foliage Plants | Broker Plants | 5,172 | 5,172 | | | |
| 11/17/2010 | 13 | Foliage Plants | Broker Plants | 5,003 | 5,003 | | | |
| 11/17/2010 | 13 | Foliage Plants | Broker Plants | 4,990 | 4,990 | | | |
| 11/17/2010 | 13 | Foliage Plants | Broker Plants | 5,173 | 5,173 | | | |
| 8/20/2010 | 102 | Berger Singerman, PA | Professional Fees | 5,493 | | | | 5,493 |
| 9/23/2010 | 68 | Berger Singerman, PA | Professional Fees | 4,441 | | | 4,441 | |
| 10/25/2010 | 36 | Berger Singerman, PA | Professional Fees | 2,043 | | 2,043 | | |
| 11/17/2010 | 13 | Berger Singerman, PA | Professional Fees | 159 | 159 | | | |
| 8/20/2010 | 102 | GlassRatner Advisory & Capital Group LLC | Professional Fees | 5,351 | | | | 5,351 |
| 9/23/2010 | 68 | GlassRatner Advisory & Capital Group LLC | Professional Fees | 7,121 | | | 7,121 | |
| 10/25/2010 | 36 | GlassRatner Advisory & Capital Group LLC | Professional Fees | 5,650 | | 5,650 | | |
| 8/20/2010 | 102 | Infante, Zumpano, Hudson & Miloch LLC | Professional Fees | 29,725 | | | | 29,725 |
| 9/23/2010 | 68 | Infante, Zumpano, Hudson & Miloch LLC | Professional Fees | 21,046 | | | 21,046 | |
| 10/25/2010 | 36 | Infante, Zumpano, Hudson & Miloch LLC | Professional Fees | 13,814 | | 13,814 | | |
| 11/30/2010 | 0 | NR Nursing Inc. | Liners & Cuttings | 4,693 | 4,693 | | | |
| 10/5/2010 | 56 | TVI | Pots | 17,908 | | 17,908 | | |
| | | | | 714,533 | 389,998 | 133,214 | 136,266 | 55,055 |

## ATTACHMENT 3
## INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: First Foliage, L.C. Case Number: 10-27532-BKC-LMI

Reporting Period beginning: November 1, 2010 Period ending: November 30, 2010

### INVENTORY REPORT

| | |
|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $ 20,415,381 |
| INVENTORY RECONCILIATION: | |
| Inventory Balance at Beginning of Month | 22,411,778 |
| PLUS: Inventory Purchased During Month | 1,222,795 |
| MINUS: Inventory Used or Sold | (70,200) |
| PLUS/MINUS: Adjustments or Write-downs | - |
| Inventory on Hand at End of Month | $ 23,564,373 |

| | | |
|---|---|---|
| Inventory | 705,331 | MOR-2 Line F |
| Insurance | 46,449 | MOR-2 Line E |
| Leases | 72,234 | MOR-2 Line G |
| Prod. Labor | 398,781 | MOR-2 Line J (part of $503,185) |
| Total | 1,222,795 | |

METHOD OF COSTING INVENTORY: Lower of Cost or Market

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.
None

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | | Total Inventory |
|---|---|---|---|---|---|
| 80% | 20% | 0% | 0% | = | 100% |

* Aging Percentages must equal 100%.
☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: $ 20,558,035 (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):

| | | |
|---|---|---|
| FIXED ASSETS RECONCILIATION: | | |
| Fixed Asset Book Value at Beginning of Month | $ 5,455,539 | (a)(b) |
| MINUS: Depreciation Expense | (42,430) | |
| PLUS: New Purchases | - | |
| PLUS/MINUS: Adjustments or Write-downs * | - | |
| Ending Monthly Balance | $ 5,413,110 | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: Purchase of Routing Software and Irrigation Pumps

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions
Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments

## ATTACHMENT 4A
## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: First Foliage, L.C. Case Number: 10-27532-BKC-LMI

Reporting Period beginning: November 1, 2010 Period ending: November 30, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Community Bank of Florida BRANCH: Homestead

ACCOUNT NAME: DIP - Operating Account ACCOUNT NUMBER: 2097913406

PURPOSE OF ACCOUNT: OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 2,451,093 | |
| Plus Total Amount of Outstanding Deposits | | |
| Minus Total Amount of Outstanding Checks and other debits | (98,000) | * |
| Minus Service Charges | - | |
| Ending Balance per Check Register | $ 2,353,093 | **(a) |

***Debit cards are used by** __________

****If Closing Balance is negative, provide explanation** __________

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

________ Transferred to Payroll Account
________ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

COMMUNITY BANK OF FLORIDA
MEMBER FDIC

001652 1

PAGE: 1
ACCOUNT: 2097913406 11/30/2010
DOCUMENTS: 281

STATEMENT PERIOD

First Foliage, LLC
DIP#10-27532-BKC-LMI Operating
17800 SW 268 Street
Homestead FL 33031

Main Office TELEPHONE:305-245-2211
28801 S.W. 157th Avenue
Homestead, Florida 33033

Taking a summer vacation is a great way to relax with family and friends, but dont let your bank statements sit in your mailbox while youre gone. Mail theft is a common way identity thieves steal your personal information.
Going paperless is also a great way to reduce clutter and save trees. Its so convenient we'll even send you an email reminder when your statement is available to view online. In addition, your account statements will be archived for easy access anytime you need them.

Commercial - EasyBank - Regular ACCOUNT 2097913406

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 10/29/10 | 2426,205.35 |
| WIRE TRANSFER | 15.00 | | 11/01/10 | 2426,190.35 |
| WIRE TRANSFER | 15.00 | | 11/01/10 | 2426,175.35 |
| WIRE TRANSFER | 21,459.00 | | 11/01/10 | 2404,716.35 |
| WIRE TRANSFER | 71,660.40 | | 11/01/10 | 2333,055.95 |
| CHECK # 22226 | 8,163.09 | | 11/01/10 | 2324,892.86 |
| CHECK # 22178 | 7,142.40 | | 11/01/10 | 2317,750.46 |
| CHECK # 22176 | 6,405.12 | | 11/01/10 | 2311,345.34 |
| CHECK # 22161 | 6,405.12 | | 11/01/10 | 2304,940.22 |
| CHECK # 22180 | 1,817.00 | | 11/01/10 | 2303,123.22 |
| CHECK # 22231 | 1,484.67 | | 11/01/10 | 2301,638.55 |
| CHECK # 22181 | 800.90 | | 11/01/10 | 2300,837.65 |
| CHECK # 22198 | 608.23 | | 11/01/10 | 2300,229.42 |
| CHECK # 22219 | 556.54 | | 11/01/10 | 2299,672.88 |
| CHECK # 22206 | 493.52 | | 11/01/10 | 2299,179.36 |
| CHECK # 22183 | 454.47 | | 11/01/10 | 2298,724.89 |
| CHECK # 22182 | 302.75 | | 11/01/10 | 2298,422.14 |
| CHECK # 22173 | 286.76 | | 11/01/10 | 2298,135.38 |
| CHECK # 22190 | 226.94 | | 11/01/10 | 2297,908.44 |
| CHECK # 22196 | 55.13 | | 11/01/10 | 2297,853.31 |

* * * C O N T I N U E D * * *

COMMUNITY BANK OF FLORIDA
MEMBER FDIC

001652
2

PAGE: 2
ACCOUNT: 2097913406 11/30/2010
DOCUMENTS: 281

STATEMENT PERIOD

First Foliage, LLC

Commercial - EasyBank - Regular ACCOUNT 2097913406

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 22194 | 49.00 | | 11/01/10 | 2297,804.31 |
| CHECK # 22199 | 2.86 | | 11/01/10 | 2297,801.45 |
| CHECK # 22213 | 55,571.83 | | 11/02/10 | 2242,229.62 |
| CHECK # 22217 | 25,000.00 | | 11/02/10 | 2217,229.62 |
| CHECK # 22201 | 12,675.00 | | 11/02/10 | 2204,554.62 |
| CHECK # 22247 | 11,547.50 | | 11/02/10 | 2193,007.12 |
| CHECK # 22208 | 9,044.26 | | 11/02/10 | 2183,962.86 |
| CHECK # 22209 | 6,300.00 | | 11/02/10 | 2177,662.86 |
| CHECK # 22248 | 4,293.00 | | 11/02/10 | 2173,369.86 |
| CHECK # 22151 | 4,036.16 | | 11/02/10 | 2169,333.70 |
| CHECK # 22252 | 3,919.20 | | 11/02/10 | 2165,414.50 |
| CHECK # 22149 | 3,565.12 | | 11/02/10 | 2161,849.38 |
| CHECK # 22150 | 3,525.24 | | 11/02/10 | 2158,324.14 |
| CHECK # 22218 | 2,547.90 | | 11/02/10 | 2155,776.24 |
| CHECK # 22210 | 2,485.20 | | 11/02/10 | 2153,291.04 |
| CHECK # 22242 | 1,944.96 | | 11/02/10 | 2151,346.08 |
| CHECK # 22230 | 1,643.99 | | 11/02/10 | 2149,702.09 |
| CHECK # 22241 | 1,480.80 | | 11/02/10 | 2148,221.29 |
| CHECK # 22187 | 1,289.35 | | 11/02/10 | 2146,931.94 |
| CHECK # 22249 | 1,089.50 | | 11/02/10 | 2145,842.44 |
| CHECK # 22245 | 909.50 | | 11/02/10 | 2144,932.94 |
| CHECK # 22195 | 700.37 | | 11/02/10 | 2144,232.57 |
| CHECK # 22238 | 331.49 | | 11/02/10 | 2143,901.08 |
| CHECK # 22170 | 205.00 | | 11/02/10 | 2143,696.08 |
| CHECK # 22184 | 51.15 | | 11/02/10 | 2143,644.93 |
| CHECK # 22202 | 28.65 | | 11/02/10 | 2143,616.28 |
| CHECK # 22251 | 40,544.40 | | 11/02/10 | 2103,071.88 |
| CHECK # 22264 | 5,112.80 | | 11/02/10 | 2097,959.08 |
| CHECK # 22261 | 766.53 | | 11/02/10 | 2097,192.55 |
| WIRE TRANSFER | | 564,712.33 | 11/03/10 | 2661,904.88 |
| Transfer to Account | 82.58 e | | 11/03/10 | 2661,822.30 |
| Transfer to Account | 1,951.80 e | | 11/03/10 | 2659,870.50 |
| Transfer to Account | 3,000.00 ✓ | | 11/03/10 | 2656,870.50 |
| WIRE TRANSFER | 5.00 ✗ | | 11/03/10 | 2656,865.50 |
| WIRE TRANSFER | 15.00 ✗ | | 11/03/10 | 2656,850.50 |
| WIRE TRANSFER | 147,310.38 ✓ | | 11/03/10 | 2509,540.12 |
| CHECK # 22216 | 13,770.97 | | 11/03/10 | 2495,769.15 |
| CHECK # 22221 | 11,720.50 | | 11/03/10 | 2484,048.65 |
| CHECK # 22143 | 4,136.95 | | 11/03/10 | 2479,911.70 |
| CHECK # 22144 | 3,611.52 | | 11/03/10 | 2476,300.18 |
| CHECK # 22186 | 1,529.55 | | 11/03/10 | 2474,770.63 |
| CHECK # 22207 | 750.11 | | 11/03/10 | 2474,020.52 |
| CHECK # 22246 | 401.25 | | 11/03/10 | 2473,619.27 |
| CHECK # 22203 | 259.45 | | 11/03/10 | 2473,359.82 |
| CHECK # 22166 | 105.16 | | 11/03/10 | 2473,254.66 |

* * * C O N T I N U E D * * *

COMMUNITY BANK OF FLORIDA
MEMBER FDIC

001652 3
PAGE: 3
ACCOUNT: 2097913406 11/30/2010
DOCUMENTS: 281
STATEMENT PERIOD

First Foliage, LLC

Commercial - EasyBank - Regular ACCOUNT 2097913406

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 22306 | 595.37 | | 11/03/10 | 2472,659.29 |
| CHECK # 22193 | 236.30 | | 11/03/10 | 2472,422.99 |
| PRINCIPAL PERIS PLIC-PERIS 8-0327700000753 | 2,985.85 | | 11/03/10 | 2469,437.14 |
| MISCELLANEOUS DEBIT | 7,279.07 | | 11/04/10 | 2462,158.07 |
| CHECK # 22296 | 7,456.45 | | 11/04/10 | 2454,701.62 |
| CHECK # 22236 | 5,000.00 | | 11/04/10 | 2449,701.62 |
| CHECK # 22234 | 2,873.45 | | 11/04/10 | 2446,828.17 |
| CHECK # 22111 | 1,825.00 | | 11/04/10 | 2445,003.17 |
| CHECK # 22120 | 1,493.88 | | 11/04/10 | 2443,509.29 |
| CHECK # 22235 | 1,126.00 | | 11/04/10 | 2442,383.29 |
| CHECK # 22174 | 956.11 | | 11/04/10 | 2441,427.18 |
| CHECK # 22277 | 390.16 | | 11/04/10 | 2441,037.02 |
| CHECK # 22239 | 317.86 | | 11/04/10 | 2440,719.16 |
| CHECK # 22185 | 212.50 | | 11/04/10 | 2440,506.66 |
| CHECK # 22134 | 77.50 | | 11/04/10 | 2440,429.16 |
| CHECK # 22243 | 71.71 | | 11/04/10 | 2440,357.45 |
| CHECK # 22168 | 31.25 | | 11/04/10 | 2440,326.20 |
| PAYCHEX CGS GARNISH COL0026589462 | 311.87 | | 11/04/10 | 2440,014.33 |
| PAYCHEX - RCX PAYROLL 37501100001470X | | 351.07 | 11/05/10 | 2440,365.40 |
| MISCELLANEOUS DEBIT | 15,065.00 | | 11/05/10 | 2425,300.40 |
| CHECK # 22212 | 22,601.60 | | 11/05/10 | 2402,698.80 |
| CHECK # 22278 | 10,300.00 | | 11/05/10 | 2392,398.80 |
| CHECK # 22303 | 9,370.76 | | 11/05/10 | 2383,028.04 |
| CHECK # 22272 | 8,333.33 | | 11/05/10 | 2374,694.71 |
| CHECK # 22305 | 6,498.75 | | 11/05/10 | 2368,195.96 |
| CHECK # 22225 | 6,406.00 | | 11/05/10 | 2361,789.96 |
| CHECK # 22188 | 3,819.20 | | 11/05/10 | 2357,970.76 |
| CHECK # 22285 | 2,899.80 | | 11/05/10 | 2355,070.96 |
| CHECK # 22284 | 2,707.10 | | 11/05/10 | 2352,363.86 |
| CHECK # 22237 | 971.75 | | 11/05/10 | 2351,392.11 |
| CHECK # 22262 | 856.75 | | 11/05/10 | 2350,535.36 |
| CHECK # 22244 | 713.01 | | 11/05/10 | 2349,822.35 |
| CHECK # 22205 | 316.40 | | 11/05/10 | 2349,505.95 |
| CHECK # 22197 | 160.09 | | 11/05/10 | 2349,345.86 |
| CHECK # 22310 | 60.09 | | 11/05/10 | 2349,285.77 |
| CHECK # 22324 | 1,073.71 | | 11/05/10 | 2348,212.06 |
| PRINCIPAL PERIS PLIC-PERIS 8-0327700001966 | 1,850.00 | | 11/05/10 | 2346,362.06 |
| PAYCHEX EIB INVOICE X37608200003575 | 874.11 | | 11/05/10 | 2345,487.95 |
| Transfer to Account | 3,000.00 | | 11/08/10 | 2342,487.95 |
| CHECK # 22282 | 15,202.00 | | 11/08/10 | 2327,285.95 |
| CHECK # 22275 | 13,000.00 | | 11/08/10 | 2314,285.95 |

* * * C O N T I N U E D * * *

COMMUNITY BANK OF FLORIDA
MEMBER FDIC

PAGE: 4 001652
ACCOUNT: 2097913406 11/30/2010
DOCUMENTS: 281

STATEMENT PERIOD

First Foliage, LLC

Commercial - EasyBank - Regular ACCOUNT 2097913406

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 22297 | 9,060.29 | | 11/08/10 | 2305,225.66 |
| CHECK # 22325 | 8,052.51 | | 11/08/10 | 2297,173.15 |
| CHECK # 22295 | 5,827.96 | | 11/08/10 | 2291,345.19 |
| CHECK # 22276 | 5,045.06 | | 11/08/10 | 2286,300.13 |
| CHECK # 22265 | 4,681.87 | | 11/08/10 | 2281,618.26 |
| CHECK # 22263 | 1,750.00 | | 11/08/10 | 2279,868.26 |
| CHECK # 22289 | 1,560.00 | | 11/08/10 | 2278,308.26 |
| CHECK # 22281 | 899.14 | | 11/08/10 | 2277,409.12 |
| CHECK # 22298 | 793.00 | | 11/08/10 | 2276,616.12 |
| CHECK # 22131 | 396.44 | | 11/08/10 | 2276,219.68 |
| CHECK # 22279 | 296.63 | | 11/08/10 | 2275,923.05 |
| CHECK # 22256 | 237.11 | | 11/08/10 | 2275,685.94 |
| CHECK # 22294 | 176.41 | | 11/08/10 | 2275,509.53 |
| CHECK # 22288 | 284.43 | | 11/08/10 | 2275,225.10 |
| CHECK # 22331 | 27,189.90 | | 11/09/10 | 2248,035.20 |
| CHECK # 22291 | 13,475.00 | | 11/09/10 | 2234,560.20 |
| CHECK # 22313 | 11,605.26 | | 11/09/10 | 2222,954.94 |
| CHECK # 22326 | 7,000.00 | | 11/09/10 | 2215,954.94 |
| CHECK # 22314 | 5,827.96 | | 11/09/10 | 2210,126.98 |
| CHECK # 22333 | 5,175.00 | | 11/09/10 | 2204,951.98 |
| CHECK # 22336 | 1,500.22 | | 11/09/10 | 2203,451.76 |
| CHECK # 22312 | 1,370.85 | | 11/09/10 | 2202,080.91 |
| CHECK # 22271 | 1,219.30 | | 11/09/10 | 2200,861.61 |
| CHECK # 22328 | 1,210.16 | | 11/09/10 | 2199,651.45 |
| CHECK # 22268 | 1,142.97 | | 11/09/10 | 2198,508.48 |
| CHECK # 22266 | 553.26 | | 11/09/10 | 2197,955.22 |
| CHECK # 22267 | 531.18 | | 11/09/10 | 2197,424.04 |
| CHECK # 22273 | 516.32 | | 11/09/10 | 2196,907.72 |
| CHECK # 22269 | 308.65 | | 11/09/10 | 2196,599.07 |
| CHECK # 22274 | 193.51 | | 11/09/10 | 2196,405.56 |
| CHECK # 22318 | 119.41 | | 11/09/10 | 2196,286.15 |
| CHECK # 22283 | 100.00 | | 11/09/10 | 2196,186.15 |
| CHECK # 22321 | 60.94 | | 11/09/10 | 2196,125.21 |
| CHECK # 22329 | 40.00 | | 11/09/10 | 2196,085.21 |
| CHECK # 22320 | 29.39 | | 11/09/10 | 2196,055.82 |
| CHECK # 22322 | 3.71 | | 11/09/10 | 2196,052.11 |
| CHECK # 22301 | 2,516.00 | | 11/09/10 | 2193,536.11 |
| CHECK # 22292 | 89.00 | | 11/09/10 | 2193,447.11 |
| WIRE TRANSFER | | 507,000.00 | 11/10/10 | 2700,447.11 |
| Transfer to Account | 349.97 | | 11/10/10 | 2700,097.14 |
| Transfer to Account | 1,929.63 | | 11/10/10 | 2698,167.51 |
| WIRE TRANSFER | 5.00 | | 11/10/10 | 2698,162.51 |
| WIRE TRANSFER | 15.00 | | 11/10/10 | 2698,147.51 |
| WIRE TRANSFER | 140,559.01 | | 11/10/10 | 2557,588.50 |
| CHECK # 22316 | 3,000.00 | | 11/10/10 | 2554,588.50 |

* * * C O N T I N U E D * * *

001652 5

COMMUNITY BANK OF FLORIDA
MEMBER FDIC

PAGE: 5
ACCOUNT: 2097913406 11/30/2010
DOCUMENTS: 281

STATEMENT PERIOD

First Foliage, LLC

Commercial - EasyBank - Regular ACCOUNT 2097913406

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 22334 | 2,325.00 | | 11/10/10 | 2552,263.50 |
| CHECK # 22255 | 1,656.00 | | 11/10/10 | 2550,607.50 |
| CHECK # 22258 | 1,149.20 | | 11/10/10 | 2549,458.30 |
| CHECK # 22293 | 583.85 | | 11/10/10 | 2548,874.45 |
| CHECK # 22343 | 26,753.18 | | 11/10/10 | 2522,121.27 |
| CHECK # 22335 | 14,577.90 | | 11/10/10 | 2507,543.37 |
| CHECK # 22341 | 8,000.00 | | 11/10/10 | 2499,543.37 |
| PRINCIPAL PERIS PLIC-PERIS 8-0327700001355 | 2,977.62 | | 11/10/10 | 2496,565.75 |
| PAYCHEX CGS GARNISH COL0026701771 | 311.87 | | 11/10/10 | 2496,253.88 |
| Transfer to Account | 4,000.00 | | 11/12/10 | 2492,253.88 |
| MISCELLANEOUS DEBIT | 6,896.29 | | 11/12/10 | 2485,357.59 |
| CHECK # 22302 | 9,812.00 | | 11/12/10 | 2475,545.59 |
| CHECK # 22227 | 7,189.50 | | 11/12/10 | 2468,356.09 |
| CHECK # 22386 | 6,889.56 | | 11/12/10 | 2461,466.53 |
| CHECK # 22228 | 2,288.00 | | 11/12/10 | 2459,178.53 |
| CHECK # 22346 | 853.00 | | 11/12/10 | 2458,325.53 |
| CHECK # 22323 | 675.00 | | 11/12/10 | 2457,650.53 |
| CHECK # 22257 | 201.11 | | 11/12/10 | 2457,449.42 |
| CHECK # 22342 | 175.00 | | 11/12/10 | 2457,274.42 |
| CHECK # 22337 | 136.62 | | 11/12/10 | 2457,137.80 |
| CHECK # 22189 | 101.29 | | 11/12/10 | 2457,036.51 |
| CHECK # 22317 | 23.25 | | 11/12/10 | 2457,013.26 |
| FFVA MUTUAL INSU INSPREMPMT | 11,315.00 | | 11/12/10 | 2445,698.26 |
| PAYCHEX EIB INVOICE X37696800000213 | 816.43 | | 11/12/10 | 2444,881.83 |
| CHECK # 22350 | 39,190.88 | | 11/15/10 | 2405,690.95 |
| CHECK # 22345 | 13,475.00 | | 11/15/10 | 2392,215.95 |
| CHECK # 22377 | 9,512.86 | | 11/15/10 | 2382,703.09 |
| CHECK # 22332 | 7,500.00 | | 11/15/10 | 2375,203.09 |
| CHECK # 22351 | 3,599.12 | | 11/15/10 | 2371,603.97 |
| CHECK # 22379 | 3,197.03 | | 11/15/10 | 2368,406.94 |
| CHECK # 22390 | 3,000.00 | | 11/15/10 | 2365,406.94 |
| CHECK # 22286 | 2,845.68 | | 11/15/10 | 2362,561.26 |
| CHECK # 22287 | 2,628.44 | | 11/15/10 | 2359,932.82 |
| CHECK # 22339 | 2,526.00 | | 11/15/10 | 2357,406.82 |
| CHECK # 22259 | 1,825.00 | | 11/15/10 | 2355,581.82 |
| CHECK # 22304 | 1,360.44 | | 11/15/10 | 2354,221.38 |
| CHECK # 22401 | 281.20 | | 11/15/10 | 2353,940.18 |
| CHECK # 22396 | 266.34 | | 11/15/10 | 2353,673.84 |
| CHECK # 22389 | 258.38 | | 11/15/10 | 2353,415.46 |
| CHECK # 22315 | 107.00 | | 11/15/10 | 2353,308.46 |
| CHECK # 22270 | 86.91 | | 11/15/10 | 2353,221.55 |
| CHECK # 22376 | 3,703.00 | | 11/15/10 | 2349,518.55 |

* * * C O N T I N U E D * * *

001652
6

COMMUNITY BANK OF FLORIDA
MEMBER FDIC

PAGE: 6
ACCOUNT: 2097913406 11/30/2010
DOCUMENTS: 281

STATEMENT PERIOD

First Foliage, LLC

Commercial - EasyBank - Regular ACCOUNT 2097913406

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 22366 | 112.35 | | 11/15/10 | 2349,406.20 |
| PRINCIPAL PERIS PLIC-PERIS 8-0327700004909 | 2,736.11 | | 11/15/10 | 2346,670.09 |
| METLIFE PAYMENT 50000755657 | 256.41 | | 11/15/10 | 2346,413.68 |
| METLIFE PAYMENT 50000755690 | 131.31 | | 11/15/10 | 2346,282.37 |
| METLIFE PAYMENT 50000757055 | 68.31 | | 11/15/10 | 2346,214.06 |
| CHECK # 22211 | 8,389.15 | | 11/16/10 | 2337,824.91 |
| CHECK # 22388 | 6,572.32 | | 11/16/10 | 2331,252.59 |
| CHECK # 22425 | 2,208.00 | | 11/16/10 | 2329,044.59 |
| CHECK # 22393 | 1,710.49 | | 11/16/10 | 2327,334.10 |
| CHECK # 22359 | 1,600.48 | | 11/16/10 | 2325,733.62 |
| CHECK # 22354 | 1,519.40 | | 11/16/10 | 2324,214.22 |
| CHECK # 22387 | 1,330.72 | | 11/16/10 | 2322,883.50 |
| CHECK # 22378 | 587.58 | | 11/16/10 | 2322,295.92 |
| CHECK # 22373 | 572.44 | | 11/16/10 | 2321,723.48 |
| CHECK # 22392 | 360.00 | | 11/16/10 | 2321,363.48 |
| CHECK # 22402 | 281.20 | | 11/16/10 | 2321,082.28 |
| CHECK # 22372 | 19.95 | | 11/16/10 | 2321,062.33 |
| WIRE TRANSFER | 20.00 | | 11/17/10 | 2321,042.33 |
| WIRE TRANSFER | 149,766.94 | | 11/17/10 | 2171,275.39 |
| CHECK # 22405 | 25,000.00 | | 11/17/10 | 2146,275.39 |
| CHECK # 22367 | 15,351.25 | | 11/17/10 | 2130,924.14 |
| CHECK # 22383 | 10,637.96 | | 11/17/10 | 2120,286.18 |
| CHECK # 22357 | 7,400.00 | | 11/17/10 | 2112,886.18 |
| CHECK # 22368 | 6,648.75 | | 11/17/10 | 2106,237.43 |
| CHECK # 22395 | 6,300.00 | | 11/17/10 | 2099,937.43 |
| CHECK # 22348 | 3,681.06 | | 11/17/10 | 2096,256.37 |
| CHECK # 22369 | 2,554.00 | | 11/17/10 | 2093,702.37 |
| CHECK # 22385 | 1,700.00 | | 11/17/10 | 2092,002.37 |
| CHECK # 22355 | 1,663.35 | | 11/17/10 | 2090,339.02 |
| CHECK # 22349 | 554.91 | | 11/17/10 | 2089,784.11 |
| CHECK # 22370 | 422.94 | | 11/17/10 | 2089,361.17 |
| CHECK # 22311 | 300.00 | | 11/17/10 | 2089,061.17 |
| CHECK # 22361 | 133.75 | | 11/17/10 | 2088,927.42 |
| CHECK # 22360 | 85.00 | | 11/17/10 | 2088,842.42 |
| CHECK # 22362 | 35.00 | | 11/17/10 | 2088,807.42 |
| CHECK # 22427 | 24,810.18 | | 11/17/10 | 2063,997.24 |
| CHECK # 22414 | 8,000.00 | | 11/17/10 | 2055,997.24 |
| CHECK # 22428 | 4,099.94 | | 11/17/10 | 2051,897.30 |
| WIRE TRANSFER | | 357,226.28 | 11/18/10 | 2409,123.58 |
| MISCELLANEOUS DEBIT | 10,065.00 | | 11/18/10 | 2399,058.58 |
| WIRE TRANSFER | 5.00 | | 11/18/10 | 2399,053.58 |
| CHECK # 22398 | 11,761.40 | | 11/18/10 | 2387,292.18 |
| CHECK # 22404 | 6,166.66 | | 11/18/10 | 2381,125.52 |
| CHECK # 22430 | 5,614.56 | | 11/18/10 | 2375,510.96 |

* * * C O N T I N U E D * * *

COMMUNITY BANK OF FLORIDA
MEMBER FDIC

| | |
|---|---|
| PAGE: | 7 |
| ACCOUNT: | 2097913406 11/30/2010 |
| DOCUMENTS: | 281 |
| STATEMENT PERIOD | |

First Foliage, LLC

Commercial - EasyBank - Regular ACCOUNT 2097913406

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 22399 | 4,619.00 | | 11/18/10 | 2370,891.96 |
| CHECK # 22352 | 4,135.04 | | 11/18/10 | 2366,756.92 |
| CHECK # 22409 | 3,166.66 | | 11/18/10 | 2363,590.26 |
| CHECK # 22400 | 2,309.50 | | 11/18/10 | 2361,280.76 |
| CHECK # 22358 | 184.84 | | 11/18/10 | 2361,095.92 |
| CHECK # 22436 | 130.00 | | 11/18/10 | 2360,965.92 |
| PAYCHEX CGS GARNISH COL0026801943 | 311.87 | | 11/18/10 | 2360,654.05 |
| CHECK # 22410 | 34,490.00 | | 11/19/10 | 2326,164.05 |
| CHECK # 22440 | 14,500.00 | | 11/19/10 | 2311,664.05 |
| CHECK # 22420 | 5,049.88 | | 11/19/10 | 2306,614.17 |
| CHECK # 22411 | 3,478.00 | | 11/19/10 | 2303,136.17 |
| CHECK # 22416 | 2,117.50 | | 11/19/10 | 2301,018.67 |
| CHECK # 22371 | 1,944.76 | | 11/19/10 | 2299,073.91 |
| CHECK # 22417 | 1,477.67 | | 11/19/10 | 2297,596.24 |
| CHECK # 22374 | 872.26 | | 11/19/10 | 2296,723.98 |
| CHECK # 22423 | 832.31 | | 11/19/10 | 2295,891.67 |
| CHECK # 22250 | 759.00 | | 11/19/10 | 2295,132.67 |
| CHECK # 22412 | 390.55 | | 11/19/10 | 2294,742.12 |
| CHECK # 22413 | 298.12 | | 11/19/10 | 2294,444.00 |
| CHECK # 22449 | 4,359.00 | | 11/19/10 | 2290,085.00 |
| CHECK # 22439 | 101.65 | | 11/19/10 | 2289,983.35 |
| PAYCHEX EIB INVOICE X37783100004079 | 621.28 | | 11/19/10 | 2289,362.07 |
| Transfer to Account | 4,000.00 | | 11/22/10 | 2285,362.07 |
| CHECK # 22438 | 5,841.72 | | 11/22/10 | 2279,520.35 |
| CHECK # 22450 | 5,608.88 | | 11/22/10 | 2273,911.47 |
| CHECK # 22403 | 4,517.00 | | 11/22/10 | 2269,394.47 |
| CHECK # 22444 | 4,238.00 | | 11/22/10 | 2265,156.47 |
| CHECK # 22431 | 4,083.00 | | 11/22/10 | 2261,073.47 |
| CHECK # 22432 | 3,558.75 | | 11/22/10 | 2257,514.72 |
| CHECK # 22433 | 3,358.00 | | 11/22/10 | 2254,156.72 |
| CHECK # 22447 | 1,000.00 | | 11/22/10 | 2253,156.72 |
| CHECK # 22435 | 869.88 | | 11/22/10 | 2252,286.84 |
| CHECK # 22422 | 556.54 | | 11/22/10 | 2251,730.30 |
| CHECK # 22448 | 455.82 | | 11/22/10 | 2251,274.48 |
| CHECK # 22356 | 433.36 | | 11/22/10 | 2250,841.12 |
| CHECK # 22364 | 296.50 | | 11/22/10 | 2250,544.62 |
| CHECK # 22421 | 208.50 | | 11/22/10 | 2250,336.12 |
| PRINCIPAL PERIS PLIC-PERIS 8-0327700001851 | 3,161.74 | | 11/22/10 | 2247,174.38 |
| Transfer to Account | 903.48 | | 11/23/10 | 2246,270.90 |
| Transfer to Account | 1,900.87 | | 11/23/10 | 2244,370.03 |
| MISCELLANEOUS DEBIT | 12,794.84 | | 11/23/10 | 2231,575.19 |
| WIRE TRANSFER | 15.00 | | 11/23/10 | 2231,560.19 |

* * * C O N T I N U E D * * *

COMMUNITY BANK OF FLORIDA
MEMBER FDIC

001652 8

PAGE: 8
ACCOUNT: 2097913406 11/30/2010
DOCUMENTS: 281

STATEMENT PERIOD

First Foliage, LLC

Commercial - EasyBank - Regular ACCOUNT 2097913406

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| WIRE TRANSFER | 141,559.11 | | 11/23/10 | 2090,001.08 |
| CHECK # 22458 | 16,586.75 | | 11/23/10 | 2073,414.33 |
| CHECK # 22457 | 10,779.45 | | 11/23/10 | 2062,634.88 |
| CHECK # 22456 | 4,192.39 | | 11/23/10 | 2058,442.49 |
| CHECK # 22452 | 3,576.00 | | 11/23/10 | 2054,866.49 |
| CHECK # 22451 | 1,424.00 | | 11/23/10 | 2053,442.49 |
| CHECK # 22453 | 1,413.16 | | 11/23/10 | 2052,029.33 |
| CHECK # 22441 | 1,200.00 | | 11/23/10 | 2050,829.33 |
| CHECK # 22353 | 225.03 | | 11/23/10 | 2050,604.30 |
| CHECK # 22098 | 145.00 | | 11/23/10 | 2050,459.30 |
| CHECK # 22260 | 132.58 | | 11/23/10 | 2050,326.72 |
| CHECK # 22434 | 105.16 | | 11/23/10 | 2050,221.56 |
| CHECK # 22375 | 37.91 | | 11/23/10 | 2050,183.65 |
| PAYCHEX CGS GARNISH COL0026893631 | 311.87 | | 11/23/10 | 2049,871.78 |
| PAYCHEX TPS TAXES 37870600001410X | | 392.78 | 11/24/10 | 2050,264.56 |
| PAYCHEX INC. PAYROLL 37870300021412X | | 1,446.64 | 11/24/10 | 2051,711.20 |
| WIRE TRANSFER | | 496,691.16 | 11/24/10 | 2548,402.36 |
| WIRE TRANSFER | 5.00 | | 11/24/10 | 2548,397.36 |
| CHECK # 22473 | 3,211.20 | | 11/24/10 | 2545,186.16 |
| CHECK # 22424 | 3,024.00 | | 11/24/10 | 2542,162.16 |
| CHECK # 22418 | 3,000.00 | | 11/24/10 | 2539,162.16 |
| CHECK # 22459 | 590.75 | | 11/24/10 | 2538,571.41 |
| CHECK # 22445 | 517.25 | | 11/24/10 | 2538,054.16 |
| CHECK # 22415 | 33.17 | | 11/24/10 | 2538,020.99 |
| CHECK # 22460 | 17,971.58 | | 11/24/10 | 2520,049.41 |
| CHECK # 22470 | 2,011.00 | | 11/24/10 | 2518,038.41 |
| CHECK # 22461 | 171.20 | | 11/24/10 | 2517,867.21 |
| PRINCIPAL PERIS PLIC-PERIS 8-0327700001415 | 2,188.67 | | 11/24/10 | 2515,678.54 |
| PAYCHEX EIB INVOICE X37854300006678 | 749.03 | | 11/24/10 | 2514,929.51 |
| CHECK # 22471 | 5,516.91 | | 11/26/10 | 2509,412.60 |
| CHECK # 22472 | 5,000.00 | | 11/26/10 | 2504,412.60 |
| CHECK # 22465 | 3,508.07 | | 11/26/10 | 2500,904.53 |
| CHECK # 22426 | 1,096.44 | | 11/26/10 | 2499,808.09 |
| CHECK # 22380 | 1,096.44 | | 11/26/10 | 2498,711.65 |
| CHECK # 22494 | 1,000.00 | | 11/26/10 | 2497,711.65 |
| CHECK # 22462 | 432.15 | | 11/26/10 | 2497,279.50 |
| CHECK # 22397 | 73.87 | | 11/26/10 | 2497,205.63 |
| CHECK # 22466 | 11,394.25 | | 11/29/10 | 2485,811.38 |
| CHECK # 22486 | 5,000.42 | | 11/29/10 | 2480,810.96 |
| CHECK # 22467 | 1,580.43 | | 11/29/10 | 2479,230.53 |
| CHECK # 22482 | 466.81 | | 11/29/10 | 2478,763.72 |
| CHECK # 22442 | 423.40 | | 11/29/10 | 2478,340.32 |

* * * C O N T I N U E D * * *

COMMUNITY BANK OF FLORIDA
MEMBER FDIC

PAGE: 9
ACCOUNT: 2097913406 11/30/2010
DOCUMENTS: 281
STATEMENT PERIOD

~~First Foliage, LLC~~

Commercial - EasyBank - Regular ACCOUNT 2097913406

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 22443 | 227.97 | | 11/29/10 | 2478,112.35 |
| CHECK # 22497 | 114.38 | | 11/29/10 | 2477,997.97 |
| CHECK # 22488 | 49.00 | | 11/29/10 | 2477,948.97 |
| Transfer to Account | 5,000.00 | | 11/30/10 | 2472,948.97 |
| CHECK # 22469 | 11,000.00 | | 11/30/10 | 2461,948.97 |
| CHECK # 22485 | 3,927.93 | | 11/30/10 | 2458,021.04 |
| CHECK # 22508 | 2,812.50 | | 11/30/10 | 2455,208.54 |
| CHECK # 22474 | 2,000.00 | | 11/30/10 | 2453,208.54 |
| CHECK # 22477 | 1,044.25 | | 11/30/10 | 2452,164.29 |
| CHECK # 22491 | 436.74 | | 11/30/10 | 2451,727.55 |
| CHECK # 22478 | 390.55 | | 11/30/10 | 2451,337.00 |
| CHECK # 22481 | 214.26 | | 11/30/10 | 2451,122.74 |
| CHECK # 22499 | 29.34 | | 11/30/10 | 2451,093.40 |
| BALANCE THIS STATEMENT | | | 11/30/10 | 2451,093.40 |

TOTAL CREDITS (7) 1,927,820.26 AVERAGE BALANCE 2,361,073.77
TOTAL DEBITS (326) 1,902,932.21

YOUR CHECKS SEQUENCED

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11/23 | 22098* | 145.00 | 11/01 | 22182 | 302.75 | 11/01 | 22206 | 493.52 |
| 11/04 | 22111* | 1,825.00 | 11/01 | 22183 | 454.47 | 11/03 | 22207 | 750.11 |
| 11/04 | 22120* | 1,493.88 | 11/02 | 22184 | 51.15 | 11/02 | 22208 | 9,044.26 |
| 11/08 | 22131* | 396.44 | 11/04 | 22185 | 212.50 | 11/02 | 22209 | 6,300.00 |
| 11/04 | 22134* | 77.50 | 11/03 | 22186 | 1,529.55 | 11/02 | 22210 | 2,485.20 |
| 11/03 | 22143 | 4,136.95 | 11/02 | 22187 | 1,289.35 | 11/16 | 22211 | 8,389.15 |
| 11/03 | 22144* | 3,611.52 | 11/05 | 22188 | 3,819.20 | 11/05 | 22212 | 22,601.60 |
| 11/02 | 22149 | 3,565.12 | 11/12 | 22189 | 101.29 | 11/02 | 22213* | 55,571.83 |
| 11/02 | 22150 | 3,525.24 | 11/01 | 22190* | 226.94 | 11/03 | 22216 | 13,770.97 |
| 11/02 | 22151* | 4,036.16 | 11/03 | 22193 | 236.30 | 11/02 | 22217 | 25,000.00 |
| 11/01 | 22161* | 6,405.12 | 11/01 | 22194 | 49.00 | 11/02 | 22218 | 2,547.90 |
| 11/03 | 22166* | 105.16 | 11/02 | 22195 | 700.37 | 11/01 | 22219* | 556.54 |
| 11/04 | 22168* | 31.25 | 11/01 | 22196 | 55.13 | 11/03 | 22221* | 11,720.50 |
| 11/02 | 22170* | 205.00 | 11/05 | 22197 | 160.09 | 11/05 | 22225 | 6,406.00 |
| 11/01 | 22173 | 286.76 | 11/01 | 22198 | 608.23 | 11/01 | 22226 | 8,163.09 |
| 11/04 | 22174* | 956.11 | 11/01 | 22199* | 2.86 | 11/12 | 22227 | 7,189.50 |
| 11/01 | 22176* | 6,405.12 | 11/02 | 22201 | 12,675.00 | 11/12 | 22228* | 2,288.00 |
| 11/01 | 22178* | 7,142.40 | 11/02 | 22202 | 28.65 | 11/02 | 22230 | 1,643.99 |
| 11/01 | 22180 | 1,817.00 | 11/03 | 22203* | 259.45 | 11/01 | 22231* | 1,484.67 |
| 11/01 | 22181 | 800.90 | 11/05 | 22205 | 316.40 | 11/04 | 22234 | 2,873.45 |

* * * C O N T I N U E D * * *

PAGE: 10 001652 10

COMMUNITY BANK OF FLORIDA
MEMBER FDIC

ACCOUNT: 2097913406 11/30/2010
DOCUMENTS: 281

STATEMENT PERIOD

First Foliage, LLC

YOUR CHECKS SEQUENCED

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11/04 | 22235 | 1,126.00 | 11/08 | 22282 | 15,202.00 | 11/10 | 22334 | 2,325.00 |
| 11/04 | 22236 | 5,000.00 | 11/09 | 22283 | 100.00 | 11/10 | 22335 | 14,577.90 |
| 11/05 | 22237 | 971.75 | 11/05 | 22284 | 2,707.10 | 11/09 | 22336 | 1,500.22 |
| 11/02 | 22238 | 331.49 | 11/05 | 22285 | 2,899.80 | 11/12 | 22337* | 136.62 |
| 11/04 | 22239* | 317.86 | 11/15 | 22286 | 2,845.68 | 11/15 | 22339* | 2,526.00 |
| 11/02 | 22241 | 1,480.80 | 11/15 | 22287 | 2,628.44 | 11/10 | 22341 | 8,000.00 |
| 11/02 | 22242 | 1,944.96 | 11/08 | 22288 | 284.43 | 11/12 | 22342 | 175.00 |
| 11/04 | 22243 | 71.71 | 11/08 | 22289* | 1,560.00 | 11/10 | 22343* | 26,753.18 |
| 11/05 | 22244 | 713.01 | 11/09 | 22291 | 13,475.00 | 11/15 | 22345 | 13,475.00 |
| 11/02 | 22245 | 909.50 | 11/09 | 22292 | 89.00 | 11/12 | 22346* | 853.00 |
| 11/03 | 22246 | 401.25 | 11/10 | 22293 | 583.85 | 11/17 | 22348 | 3,681.06 |
| 11/02 | 22247 | 11,547.50 | 11/08 | 22294 | 176.41 | 11/17 | 22349 | 554.91 |
| 11/02 | 22248 | 4,293.00 | 11/08 | 22295 | 5,827.96 | 11/15 | 22350 | 39,190.88 |
| 11/02 | 22249 | 1,089.50 | 11/04 | 22296 | 7,456.45 | 11/15 | 22351 | 3,599.12 |
| 11/19 | 22250 | 759.00 | 11/08 | 22297 | 9,060.29 | 11/18 | 22352 | 4,135.04 |
| 11/02 | 22251 | 40,544.40 | 11/08 | 22298* | 793.00 | 11/23 | 22353 | 225.03 |
| 11/02 | 22252* | 3,919.20 | 11/09 | 22301 | 2,516.00 | 11/16 | 22354 | 1,519.40 |
| 11/10 | 22255 | 1,656.00 | 11/12 | 22302 | 9,812.00 | 11/17 | 22355 | 1,663.35 |
| 11/08 | 22256 | 237.11 | 11/05 | 22303 | 9,370.76 | 11/22 | 22356 | 433.36 |
| 11/12 | 22257 | 201.11 | 11/15 | 22304 | 1,360.44 | 11/17 | 22357 | 7,400.00 |
| 11/10 | 22258 | 1,149.20 | 11/05 | 22305 | 6,498.75 | 11/18 | 22358 | 184.84 |
| 11/15 | 22259 | 1,825.00 | 11/03 | 22306* | 595.37 | 11/16 | 22359 | 1,600.48 |
| 11/23 | 22260 | 132.58 | 11/05 | 22310 | 60.09 | 11/17 | 22360 | 85.00 |
| 11/02 | 22261 | 766.53 | 11/17 | 22311 | 300.00 | 11/17 | 22361 | 133.75 |
| 11/05 | 22262 | 856.75 | 11/09 | 22312 | 1,370.85 | 11/17 | 22362* | 35.00 |
| 11/08 | 22263 | 1,750.00 | 11/09 | 22313 | 11,605.26 | 11/22 | 22364* | 296.50 |
| 11/02 | 22264 | 5,112.80 | 11/09 | 22314 | 5,827.96 | 11/15 | 22366 | 112.35 |
| 11/08 | 22265 | 4,681.87 | 11/15 | 22315 | 107.00 | 11/17 | 22367 | 15,351.25 |
| 11/09 | 22266 | 553.26 | 11/10 | 22316 | 3,000.00 | 11/17 | 22368 | 6,648.75 |
| 11/09 | 22267 | 531.18 | 11/12 | 22317 | 23.25 | 11/17 | 22369 | 2,554.00 |
| 11/09 | 22268 | 1,142.97 | 11/09 | 22318* | 119.41 | 11/17 | 22370 | 422.94 |
| 11/09 | 22269 | 308.65 | 11/09 | 22320 | 29.39 | 11/19 | 22371 | 1,944.76 |
| 11/15 | 22270 | 86.91 | 11/09 | 22321 | 60.94 | 11/16 | 22372 | 19.95 |
| 11/09 | 22271 | 1,219.30 | 11/09 | 22322 | 3.71 | 11/16 | 22373 | 572.44 |
| 11/05 | 22272 | 8,333.33 | 11/12 | 22323 | 675.00 | 11/19 | 22374 | 872.26 |
| 11/09 | 22273 | 516.32 | 11/05 | 22324 | 1,073.71 | 11/23 | 22375 | 37.91 |
| 11/09 | 22274 | 193.51 | 11/08 | 22325 | 8,052.51 | 11/15 | 22376 | 3,703.00 |
| 11/08 | 22275 | 13,000.00 | 11/09 | 22326* | 7,000.00 | 11/15 | 22377 | 9,512.86 |
| 11/08 | 22276 | 5,045.06 | 11/09 | 22328 | 1,210.16 | 11/16 | 22378 | 587.58 |
| 11/04 | 22277 | 390.16 | 11/09 | 22329* | 40.00 | 11/15 | 22379 | 3,197.03 |
| 11/05 | 22278 | 10,300.00 | 11/09 | 22331 | 27,189.90 | 11/26 | 22380* | 1,096.44 |
| 11/08 | 22279* | 296.63 | 11/15 | 22332 | 7,500.00 | 11/17 | 22383* | 10,637.96 |
| 11/08 | 22281 | 899.14 | 11/09 | 22333 | 5,175.00 | 11/17 | 22385 | 1,700.00 |

* * * C O N T I N U E D * * *

001652
11

COMMUNITY BANK OF FLORIDA
MEMBER FDIC

PAGE: 11
ACCOUNT: 2097913406 11/30/2010
DOCUMENTS: 281

STATEMENT PERIOD

First Foliage, LLC

YOUR CHECKS SEQUENCED

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11/12 | 22386 | 6,889.56 | 11/22 | 22421 | 208.50 | 11/23 | 22453* | 1,413.16 |
| 11/16 | 22387 | 1,330.72 | 11/22 | 22422 | 556.54 | 11/23 | 22456 | 4,192.39 |
| 11/16 | 22388 | 6,572.32 | 11/19 | 22423 | 832.31 | 11/23 | 22457 | 10,779.45 |
| 11/15 | 22389 | 258.38 | 11/24 | 22424 | 3,024.00 | 11/23 | 22458 | 16,586.75 |
| 11/15 | 22390* | 3,000.00 | 11/16 | 22425 | 2,208.00 | 11/24 | 22459 | 590.75 |
| 11/16 | 22392 | 360.00 | 11/26 | 22426 | 1,096.44 | 11/24 | 22460 | 17,971.58 |
| 11/16 | 22393* | 1,710.49 | 11/17 | 22427 | 24,810.18 | 11/24 | 22461 | 171.20 |
| 11/17 | 22395 | 6,300.00 | 11/17 | 22428* | 4,099.94 | 11/26 | 22462* | 432.15 |
| 11/15 | 22396 | 266.34 | 11/18 | 22430 | 5,614.56 | 11/26 | 22465 | 3,508.07 |
| 11/26 | 22397 | 73.87 | 11/22 | 22431 | 4,083.00 | 11/29 | 22466 | 11,394.25 |
| 11/18 | 22398 | 11,761.40 | 11/22 | 22432 | 3,558.75 | 11/29 | 22467* | 1,580.43 |
| 11/18 | 22399 | 4,619.00 | 11/22 | 22433 | 3,356.00 | 11/30 | 22469 | 11,000.00 |
| 11/18 | 22400 | 2,309.50 | 11/23 | 22434 | 105.16 | 11/24 | 22470 | 2,011.00 |
| 11/15 | 22401 | 281.20 | 11/22 | 22435 | 869.88 | 11/26 | 22471 | 5,516.91 |
| 11/16 | 22402 | 281.20 | 11/18 | 22436* | 130.00 | 11/26 | 22472 | 5,000.00 |
| 11/22 | 22403 | 4,517.00 | 11/22 | 22438 | 5,841.72 | 11/24 | 22473 | 3,211.20 |
| 11/18 | 22404 | 6,166.66 | 11/19 | 22439 | 101.65 | 11/30 | 22474* | 2,000.00 |
| 11/17 | 22405* | 25,000.00 | 11/19 | 22440 | 14,500.00 | 11/30 | 22477 | 1,044.25 |
| 11/18 | 22409 | 3,166.66 | 11/23 | 22441 | 1,200.00 | 11/30 | 22478* | 390.55 |
| 11/19 | 22410 | 34,490.00 | 11/29 | 22442 | 423.40 | 11/30 | 22481 | 214.26 |
| 11/19 | 22411 | 3,478.00 | 11/29 | 22443 | 227.97 | 11/29 | 22482* | 466.81 |
| 11/19 | 22412 | 390.55 | 11/22 | 22444 | 4,238.00 | 11/30 | 22485 | 3,927.93 |
| 11/19 | 22413 | 298.12 | 11/24 | 22445* | 517.25 | 11/29 | 22486* | 5,000.42 |
| 11/17 | 22414 | 8,000.00 | 11/22 | 22447 | 1,000.00 | 11/29 | 22488* | 49.00 |
| 11/24 | 22415 | 33.17 | 11/22 | 22448 | 455.82 | 11/30 | 22491* | 436.74 |
| 11/19 | 22416 | 2,117.50 | 11/19 | 22449 | 4,359.00 | 11/26 | 22494* | 1,000.00 |
| 11/19 | 22417 | 1,477.67 | 11/22 | 22450 | 5,608.88 | 11/29 | 22497* | 114.38 |
| 11/24 | 22418* | 3,000.00 | 11/23 | 22451 | 1,424.00 | 11/30 | 22499* | 29.34 |
| 11/19 | 22420 | 5,049.88 | 11/23 | 22452 | 3,576.00 | 11/30 | 22508 | 2,812.50 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

* * * C O N T I N U E D * * *

COMMUNITY BANK OF FLORIDA
MEMBER FDIC



First Foliage, LLC

Commercial - EasyBank - Regular ACCOUNT 2097913406

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | .00 | .00 |
| TOTAL RETURNED ITEM FEES: | .00 | .00 |

ADVICE OF CHARGE
COMMUNITY BANK P.O. BOX 900100 HOMESTEAD, FLORIDA 33090-0400
ACCOUNT NUMBER * 2097913406
DATE 11/4/10
WE DEBIT YOUR ACCOUNT AS FOLLOWS — AMOUNT
Wire Transfer 7214.07
Wire fee 65.00
TOTAL AMOUNT
First Foliage DP Acct $ 7279 07
⑆067008993⑆ 2097913406⑈ 037

Date: 11/04/2010 Amount: $7,279.07

ADVICE OF CHARGE
COMMUNITY BANK P.O. BOX 900100 HOMESTEAD, FLORIDA 33090-0400
ACCOUNT NUMBER * 2097913406
DATE 11/5/10
WE DEBIT YOUR ACCOUNT AS FOLLOWS — AMOUNT
Wire Transfer Chilerna Liona 15,065 -
TOTAL AMOUNT
CTI International Limited $ 15,065 -
⑆067008993⑆ 2097913406⑈ 037

Date: 11/05/2010 Amount: $15,065.00

ADVICE OF CHARGE
COMMUNITY BANK P.O. BOX 900100 HOMESTEAD, FLORIDA 33090-0400
ACCOUNT NUMBER * 2097913406
DATE 11/12/10
WE DEBIT YOUR ACCOUNT AS FOLLOWS — AMOUNT
Wire Transfer International 6,896.29
TOTAL AMOUNT
First Foliage DP $ 6,896.29
⑆067008993⑆ 2097913406⑈ 037

Date: 11/12/2010 Amount: $6,896.29

ADVICE OF CHARGE
COMMUNITY BANK P.O. BOX 900100 HOMESTEAD, FLORIDA 33090-0400
ACCOUNT NUMBER * 2097913406
DATE 11/18/10
WE DEBIT YOUR ACCOUNT AS FOLLOWS — AMOUNT
Wire Transfer Canada 10,065 -
TOTAL AMOUNT
First Foliage DP Acct $ 10,065 -
⑆067008993⑆ 2097913406⑈ 037

Date: 11/18/2010 Amount: $10,065.00

ADVICE OF CHARGE
COMMUNITY BANK P.O. BOX 900100 HOMESTEAD, FLORIDA 33090-0400
ACCOUNT NUMBER * 2097913406
DATE 11/23/10
WE DEBIT YOUR ACCOUNT AS FOLLOWS — AMOUNT
Wire & Fee 12,794.84 12794.84
TOTAL AMOUNT
First Foliage DP Acct. $ 12794.84
⑆067008993⑆ 2097913406⑈ 037

Date: 11/23/2010 Amount: $12,794.84

CHECK NO. 22098 CHECK DATE 10/13/10 VENDOR NO. 000000003642
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022098
COMMUNITY BANK
ONE HUNDRED FORTY-FIVE AND 00/100 DOLLARS
CHECK AMOUNT $145.00
PAY TO THE ORDER OF ANDRES FERMIN
AUTHORIZED SIGNATURE
⑈022098⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000014500⑈

Number: 22098 Date: 11/23/2010 Amount: $145.00

CHECK NO. 22111 CHECK DATE 10/15/10 VENDOR NO. 000000000574
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022111
COMMUNITY BANK
ONE THOUSAND EIGHT HUNDRED TWENTY-FIVE AND 00/100 DOLLARS
CHECK AMOUNT $1,825.00
PAY TO THE ORDER OF FLORIDA GROWERS SUPPLY P.O. BOX 540085 LAKE WORTH FL 33454
AUTHORIZED SIGNATURE
⑈022111⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000182500⑈

Number: 22111 Date: 11/04/2010 Amount: $1,825.00

CHECK NO. 22120 CHECK DATE 10/18/10 VENDOR NO. 000000001372
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022120
COMMUNITY BANK
ONE THOUSAND FOUR HUNDRED NINETY-THREE AND 88/100 DOLLARS
CHECK AMOUNT $1,493.88
PAY TO THE ORDER OF FELIX DUQUE 8500 SW 133RD AVE. RD. # 310 MIAMI FL 33183
AUTHORIZED SIGNATURE
⑈022120⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000149388⑈

Number: 22120 Date: 11/04/2010 Amount: $1,493.88

CHECK NO. 22131 CHECK DATE 10/19/10 VENDOR NO. 000000003212
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022131
COMMUNITY BANK
THREE HUNDRED NINETY-SIX AND 44/100 DOLLARS
CHECK AMOUNT $396.44
PAY TO THE ORDER OF AMERIGAS 705 S KRONE AVE. HOMESTEAD FL 33030-7211
10049085 AC1000557432
AUTHORIZED SIGNATURE
⑈022131⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000039644⑈

Number: 22131 Date: 11/08/2010 Amount: $396.44

CHECK NO. 22134 CHECK DATE 10/20/10 VENDOR NO. 000000000806
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022134
COMMUNITY BANK
SEVENTY-SEVEN AND 50/100 DOLLARS
CHECK AMOUNT $77.50
PAY TO THE ORDER OF MATHESON TRI-GAS P.O. BOX 845502 DALLAS TX 75284
AUTHORIZED SIGNATURE
⑈022134⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000007750⑈

Number: 22134 Date: 11/04/2010 Amount: $77.50

CHECK NO. 22143 CHECK DATE 10/21/10 VENDOR NO. 000000001690
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022143
COMMUNITY BANK
FOUR THOUSAND ONE HUNDRED THIRTY-SIX AND 95/100 DOLLARS
CHECK AMOUNT $4,136.95
PAY TO THE ORDER OF ASTRA LOGISTICS SERVICES P.O. BOX 864131 ORLANDO FL 32886-4131
AUTHORIZED SIGNATURE
⑈022143⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000413695⑈

Number: 22143 Date: 11/03/2010 Amount: $4,136.95

CHECK NO. 22144 CHECK DATE 10/21/10 VENDOR NO. 000000001690
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022144
COMMUNITY BANK
THREE THOUSAND SIX HUNDRED ELEVEN AND 52/100 DOLLARS
CHECK AMOUNT $3,611.52
PAY TO THE ORDER OF ASTRA LOGISTICS SERVICES P.O. BOX 864131 ORLANDO FL 32886-4131
AUTHORIZED SIGNATURE
⑈022144⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000361152⑈

Number: 22144 Date: 11/03/2010 Amount: $3,611.52

CHECK NO. 22149 CHECK DATE 10/21/10 VENDOR NO. 000000003391
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022149
Community Bank
THREE THOUSAND FIVE HUNDRED SIXTY-FIVE AND 12/100 DOLLARS
CHECK AMOUNT $3,565.12
PAY TO THE ORDER OF: GUTI GUZMAN TRUCKING CORP. 11802 S.W. 186TH TERRACE MIAMI FL 33177
AUTHORIZED SIGNATURE
⑈022149⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000356512⑈

Number: 22149 Date: 11/02/2010 Amount: $3,565.12

CHECK NO. 22150 CHECK DATE 10/21/10 VENDOR NO. 000000003391
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022150
Community Bank
THREE THOUSAND FIVE HUNDRED TWENTY-FIVE AND 24/100 DOLLARS
CHECK AMOUNT $3,525.24
PAY TO THE ORDER OF: GUTI GUZMAN TRUCKING CORP. 11802 S.W. 185TH TERRACE MIAMI FL 33177
AUTHORIZED SIGNATURE
⑈022150⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000352524⑈

Number: 22150 Date: 11/02/2010 Amount: $3,525.24

CHECK NO. 22151 CHECK DATE 10/21/10 VENDOR NO. 000000003626
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022151
Community Bank
FOUR THOUSAND THIRTY-SIX AND 16/100 DOLLARS
CHECK AMOUNT $4,036.16
PAY TO THE ORDER OF: JNL TRANSPORTATION INC. 21305 SW 295TH STREET HOMESTEAD FL 33030
AUTHORIZED SIGNATURE
⑈022151⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000403616⑈

Number: 22151 Date: 11/02/2010 Amount: $4,036.16

CHECK NO. 22161 CHECK DATE 10/22/10 VENDOR NO. 000000003042
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022161
Community Bank
SIX THOUSAND FOUR HUNDRED FIVE AND 12/100 DOLLARS
CHECK AMOUNT $6,405.12
PAY TO THE ORDER OF: BRAAM YOUNG PLANTS USA 579 POETS SQUARE FALLBROOK CA 92028
AUTHORIZED SIGNATURE
⑈022161⑈ ⑆067008993⑆ 2097913406⑈

Number: 22161 Date: 11/01/2010 Amount: $6,405.12

CHECK NO. 22166 CHECK DATE 10/22/10 VENDOR NO. 000000000572
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022166
Community Bank
ONE HUNDRED FIVE AND 16/100 DOLLARS
CHECK AMOUNT $105.16
PAY TO THE ORDER OF: SPRINT PO BOX 4181 CAROL STREAM IL 60197-4181
AUTHORIZED SIGNATURE
⑈022166⑈ ⑆067008993⑆ 2097913406⑈

Number: 22166 Date: 11/03/2010 Amount: $105.16

CHECK NO. 22168 CHECK DATE 10/22/10 VENDOR NO. 000000001257
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022168
Community Bank
THIRTY-ONE AND 25/100 DOLLARS
CHECK AMOUNT $31.25
PAY TO THE ORDER OF: COMPREHENSIVE BUSINESS SYSTEMS, INC. 4801 SOUTH UNIVERSITY DRIVE, SUITE 128 DAVIE FL 33328
AUTHORIZED SIGNATURE
⑈022168⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000003125⑈

Number: 22168 Date: 11/04/2010 Amount: $31.25

CHECK NO. 22170 CHECK DATE 10/21/10 VENDOR NO. 000000002041
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022170
Community Bank
TWO HUNDRED FIVE AND 00/100 DOLLARS
CHECK AMOUNT $205.00
PAY TO THE ORDER OF: WASTE MANAGEMENT INC. OF FLORIDA P.O. BOX 105453 ATLANTA GA 30348
AUTHORIZED SIGNATURE
⑈022170⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000020500⑈

Number: 22170 Date: 11/02/2010 Amount: $205.00

CHECK NO. 22173 CHECK DATE 10/22/10 VENDOR NO. 000000003509
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022173
Community Bank
TWO HUNDRED EIGHTY-SIX AND 76/100 DOLLARS
CHECK AMOUNT $286.76
PAY TO THE ORDER OF: RAYMOND LEASING CORPORATION P.O. BOX 203905 HOUSTON TX 77216-3905
AUTHORIZED SIGNATURE
⑈022173⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000028676⑈

Number: 22173 Date: 11/01/2010 Amount: $286.76

CHECK NO. 22174 CHECK DATE 10/22/10 VENDOR NO. 000000003614
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022174
Community Bank
NINE HUNDRED FIFTY-SIX AND 11/100 DOLLARS
CHECK AMOUNT $956.11
PAY TO THE ORDER OF: NEW JERSEY AUTO PARTS 11512 QUAIL ROOST DR. MIAMI FL 33157
AUTHORIZED SIGNATURE
⑈022174⑈ ⑆067008993⑆ 2097913406⑈

Number: 22174 Date: 11/04/2010 Amount: $956.11

CHECK NO. 22176 CHECK DATE 10/25/10 VENDOR NO. 000000003042
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022176
Community Bank
SIX THOUSAND FOUR HUNDRED FIVE AND 12/100 DOLLARS
CHECK AMOUNT $6,405.12
PAY TO THE ORDER OF: BRAAM YOUNG PLANTS USA 579 POETS SQUARE FALLBROOK CA 92028
AUTHORIZED SIGNATURE
⑈022176⑈ ⑆067008993⑆ 2097913406⑈

Number: 22176 Date: 11/01/2010 Amount: $6,405.12

CHECK NO. 22178 CHECK DATE 10/25/10 VENDOR NO. 000000002411
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022178
Community Bank
SEVEN THOUSAND ONE HUNDRED FORTY-TWO AND 40/100 DOLLARS
CHECK AMOUNT $7,142.40
PAY TO THE ORDER OF: SUNSHINE HORTICULTURE, LLC 3119 WEST KELLY PARK ROAD APOPKA FL 32712
AUTHORIZED SIGNATURE
⑈022178⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000714240⑈

Number: 22178 Date: 11/01/2010 Amount: $7,142.40

CHECK NO. 22180 CHECK DATE 10/26/10 VENDOR NO. 000000000618
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022180
Community Bank
ONE THOUSAND EIGHT HUNDRED SEVENTEEN AND 00/100 DOLLARS
CHECK AMOUNT $1,817.00
PAY TO THE ORDER OF: ANDREW HAULING INC. 1435 WEST 31 STREET HIALEAH FL 33012
AUTHORIZED SIGNATURE
⑈022180⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000181700⑈

Number: 22180 Date: 11/01/2010 Amount: $1,817.00

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022181
22181 10/26/10 00000000656
EIGHT HUNDRED AND 90/100 DOLLARS $800.90
PAY TO THE ORDER OF ORINOCO TIRES IMPORT & EXPORT 15328 SW 77 LANE SUITE 104 MIAMI FL 33193

Number: 22181 Date: 11/01/2010 Amount: $800.90

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022182
22182 10/26/10 00000000816
THREE HUNDRED TWO AND 75/100 DOLLARS $302.75
PAY TO THE ORDER OF ARMCHEM INTERNATIONAL CORP. 3563 NW 53 COURT FT LAUDERDALE FL 33309

Number: 22182 Date: 11/01/2010 Amount: $302.75

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022183
22183 10/26/10 00000001141
FOUR HUNDRED FIFTY-FOUR AND 47/100 DOLLARS $454.47
PAY TO THE ORDER OF DHL EXPRESS (USA), INC. 16592 COLLECTIONS CENTER DRIVE CHICAGO IL 60693

Number: 22183 Date: 11/01/2010 Amount: $454.47

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022184
22184 10/26/10 00000001287
FIFTY-ONE AND 15/100 DOLLARS $51.15
PAY TO THE ORDER OF CULLIGAN OF FLORIDA, INC. PO BOX 5277 CAROL STREAM IL 60197-5277

Number: 22184 Date: 11/02/2010 Amount: $51.15

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022185
22185 10/26/10 00000001289
TWO HUNDRED TWELVE AND 50/100 DOLLARS $212.50
PAY TO THE ORDER OF COMPREHENSIVE BUSINESS SYSTEMS, INC. 4801 SOUTH UNIVERSITY DRIVE, SUITE 128 DAVIE FL 33328

Number: 22185 Date: 11/04/2010 Amount: $212.50

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022186
22186 10/26/10 00000001476
ONE THOUSAND FIVE HUNDRED TWENTY-NINE AND 55/100 DOLLARS $1,529.55
PAY TO THE ORDER OF MULTI PACKAGING SOLUTIONS/dba John Henry 75 REMITTANCE DRIVE SUITE 3111 CHICAGO IL 60675-3111

Number: 22186 Date: 11/03/2010 Amount: $1,529.55

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022187
22187 10/26/10 00000001484
ONE THOUSAND TWO HUNDRED EIGHTY-NINE AND 35/100 DOLLARS $1,289.35
PAY TO THE ORDER OF NETLINK SOLUTIONS INCORPORATED 15692 71ST PL. N. LOXAHATCHEE FL 33470

Number: 22187 Date: 11/02/2010 Amount: $1,289.35

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022188
22188 10/26/10 00000002339
THREE THOUSAND EIGHT HUNDRED NINETEEN AND 20/100 DOLLARS $3,819.20
PAY TO THE ORDER OF COOL CARRIERS OF FLORIDA INC. 1038 SW 13TH COURT POMPANO BEACH FL 33069

Number: 22188 Date: 11/05/2010 Amount: $3,819.20

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022189
22189 10/26/10 00000003046
ONE HUNDRED ONE AND 29/100 DOLLARS $101.29
PAY TO THE ORDER OF HAMPSHIRE FARMS 14 NORTH 880 RT. 20 HAMPSHIRE IL 60140

Number: 22189 Date: 11/12/2010 Amount: $101.29

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022190
22190 10/26/10 00000003047
TWO HUNDRED TWENTY-SIX AND 94/100 DOLLARS $226.94
PAY TO THE ORDER OF FLORAL PLANT GROWERS LLC. P.O. BOX 88767 MILWAUKEE WI 53288-0767

Number: 22190 Date: 11/01/2010 Amount: $226.94

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022193
22193 10/26/10 00000003220
TWO HUNDRED THIRTY-SIX AND 30/100 DOLLARS $236.30
PAY TO THE ORDER OF CESAR TIRE SERVICES, INC. 918 N.W. 9TH STREET HOMESTEAD FL 33030

Number: 22193 Date: 11/03/2010 Amount: $236.30

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022194
22194 10/26/10 00000003353
FORTY-NINE AND 00/100 DOLLARS $49.00
PAY TO THE ORDER OF DATA MASONS SOFTWARE P.O. BOX 864507 ORLANDO FL 32886-4507

Number: 22194 Date: 11/01/2010 Amount: $49.00

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022195
22195 10/26/10 000000003435
SEVEN HUNDRED AND 37/100 DOLLARS $700.37
PAY TO THE ORDER OF IBS OF SOUTHERN MIAMI & FLORIDA KEYS 13970 S.W. 139TH COURT MIAMI FL 33186

Number: 22195 Date: 11/02/2010 Amount: $700.37

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022196
22196 10/26/10 000000002454
FIFTY-FIVE AND 13/100 DOLLARS $55.13
PAY TO THE ORDER OF MASTERPIECE FLOWER COMPANY LLC PO BOX 321 6123 CLYDE PARK AVE. BYRON CENTER MI 49315

Number: 22196 Date: 11/01/2010 Amount: $55.13

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022197
22197 10/26/10 000000003552
ONE HUNDRED SIXTY AND 09/100 DOLLARS $160.09
PAY TO THE ORDER OF COLOR SPOT NURSERIES INC 2575 OLIVE HILL ROAD FALLBROOK CA 92557

Number: 22197 Date: 11/05/2010 Amount: $160.09

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022198
22198 10/26/10 000000003614
SIX HUNDRED EIGHT AND 23/100 DOLLARS $608.23
PAY TO THE ORDER OF NEW JERSEY AUTO PARTS 11512 QUAIL ROOST DR. MIAMI FL 33157

Number: 22198 Date: 11/01/2010 Amount: $608.23

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022199
22199 10/26/10 000000003657
TWO AND 86/100 DOLLARS $2.86
PAY TO THE ORDER OF GRAND SERVICE LLC 1136 146TH AVE. WAYLAND MI 49348

Number: 22199 Date: 11/01/2010 Amount: $2.86

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031
CHECK NO. 022201
22201 10/26/10 000000004010
TWELVE THOUSAND, SIX HUNDRED SEVENTY-FIVE AND 00/100 DOLLARS $12,675.00
PAY TO THE ORDER OF UNITED STATES TRUSTEE 51 S.W. FIRST AVENUE, ROOM 1204 ATTN: ROLAND DEL FORN MIAMI FL 33130

Number: 22201 Date: 11/02/2010 Amount: $12,675.00

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022202
22202 10/26/10 000000000840
TWENTY-EIGHT AND 65/100 DOLLARS $28.65
PAY TO THE ORDER OF PREMIUM ASSIGNMENT CORPORATION PO BOX 3066 TALLAHASSEE FL 32315-3066

Number: 22202 Date: 11/02/2010 Amount: $28.65

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022203
22203 10/26/10 000000002041
TWO HUNDRED FIFTY-NINE AND 45/100 DOLLARS $259.45
PAY TO THE ORDER OF WASTE MANAGEMENT INC. OF FLORIDA P.O. BOX 105453 ATLANTA GA 30348

Number: 22203 Date: 11/03/2010 Amount: $259.45

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022205
22205 10/26/10 000000001122
THREE HUNDRED SIXTEEN AND 40/100 DOLLARS $316.40
PAY TO THE ORDER OF IRRITECH INTERNATIONAL, INC 13835 S.W. 102 COURT MIAMI FL 33176-6610

Number: 22205 Date: 11/05/2010 Amount: $316.40

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022206
22206 10/26/10 000000000565
FOUR HUNDRED NINETY-THREE AND 52/100 DOLLARS $493.52
PAY TO THE ORDER OF FPL GENERAL MAIL FACILITY MIAMI FL 33188-0001

Number: 22206 Date: 11/01/2010 Amount: $493.52

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022207
22207 10/26/10 000000000622
SEVEN HUNDRED FIFTY AND 11/100 DOLLARS $750.11
PAY TO THE ORDER OF CITY OF LEESBURG PO BOX 491286 LEESBURG FL 34749-1286

Number: 22207 Date: 11/03/2010 Amount: $750.11

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022208
22208 10/26/10 000000003623
NINE THOUSAND FORTY-FOUR AND 26/100 DOLLARS $9,044.26
PAY TO THE ORDER OF RICHARDS & ASSOCIATES 222 ANDALUSIA AVENUE, SUITE 202 CORAL GABLES FL 33134

Number: 22208 Date: 11/02/2010 Amount: $9,044.26

CHECK NO. 22209 CHECK DATE 10/26/10 VENDOR NO. 000000003633
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022209
SIX THOUSAND THREE HUNDRED AND 00/100 DOLLARS
CHECK AMOUNT $6,300.00
PAY TO THE ORDER OF AMERICAN PROJECT DEVELOPMENT CORP. 19520 SW 137 COURT MIAMI FL 33177

Number: 22209 Date: 11/02/2010 Amount: $6,300.00

CHECK NO. 22210 CHECK DATE 10/26/10 VENDOR NO. 000000003726
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022210
TWO THOUSAND FOUR HUNDRED EIGHTY-FIVE AND 20/100 DOLLARS
CHECK AMOUNT $2,485.20
PAY TO THE ORDER OF HAWKINS, HAWKINS & BURT, L.L.P. 501 SOUTH RIDGEWOOD AVENUE DAYTONA BEACH FL 32114

Number: 22210 Date: 11/02/2010 Amount: $2,485.20

CHECK NO. 22211 CHECK DATE 10/26/10 VENDOR NO. 000000004016
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022211
EIGHT THOUSAND THREE HUNDRED EIGHTY-NINE AND 15/100 DOLLARS
CHECK AMOUNT $8,389.15
PAY TO THE ORDER OF BERGER SINGERMAN, PA 350 E. LAS OLAS BLVD SUITE 1000 FT. LAUDERDALE FL 33301

Number: 22211 Date: 11/16/2010 Amount: $8,389.15

CHECK NO. 22212 CHECK DATE 10/26/10 VENDOR NO. 000000004017
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022212
TWENTY-TWO THOUSAND SIX HUNDRED ONE AND 60/100 DOLLARS
CHECK AMOUNT $22,601.60
PAY TO THE ORDER OF GlassRatner Advisory & Capital Group LLC 799 Brickell Plaza Suite 701 Miami FL 33131

Number: 22212 Date: 11/05/2010 Amount: $22,601.60

CHECK NO. 22213 CHECK DATE 10/26/10 VENDOR NO. 000000004018
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022213
FIFTY-FIVE THOUSAND FIVE HUNDRED SEVENTY-ONE AND 83/100 DOLLARS
CHECK AMOUNT $55,571.83
PAY TO THE ORDER OF Infante, Zumpano, Hudson & Miloch, LLC 500 S. Dixie Highway Suite 302 Coral Gables FL 33146

Number: 22213 Date: 11/02/2010 Amount: $55,571.83

CHECK NO. 22216 CHECK DATE 10/26/10 VENDOR NO. 000000000764
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022216
THIRTEEN THOUSAND SEVEN HUNDRED SEVENTY AND 97/100 DOLLARS
CHECK AMOUNT $13,770.97
PAY TO THE ORDER OF NEIGHBORHOOD HEALTH PARTNERSHIP P.O. BOX 580046 CHARLOTTE NC 28258-0046

Number: 22216 Date: 11/03/2010 Amount: $13,770.97

CHECK NO. 22217 CHECK DATE 10/26/10 VENDOR NO. 000000004027
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022217
TWENTY-FIVE THOUSAND AND 00/100 DOLLARS
CHECK AMOUNT $25,000.00
PAY TO THE ORDER OF BAYSHORE PARTNERS, LLC 401 E. LAS OLAS BLVD STE. 1160 FORT LAUDERDALE FL 33301

Number: 22217 Date: 11/02/2010 Amount: $25,000.00

CHECK NO. 22218 CHECK DATE 10/26/10 VENDOR NO. 000000003282
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022218
TWO THOUSAND FIVE HUNDRED FORTY-SEVEN AND 90/100 DOLLARS
CHECK AMOUNT $2,547.90
PAY TO THE ORDER OF AFLAC ATTN: REMITTANCE PROCESSING SERVICES 1932 WYNNTON ROAD COLUMBUS GA 31993-0601

Number: 22218 Date: 11/02/2010 Amount: $2,547.90

CHECK NO. 22219 CHECK DATE 10/26/10 VENDOR NO. 000000003582
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022219
FIVE HUNDRED FIFTY-SIX AND 54/100 DOLLARS
CHECK AMOUNT $556.54
PAY TO THE ORDER OF UNITED HEALTHCARE INSURANCE COMPANY DEPT. CH 10151 PALATINE IL 60055-0151

Number: 22219 Date: 11/01/2010 Amount: $556.54

CHECK NO. 22221 CHECK DATE 10/26/10 VENDOR NO. 000000003292
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022221
ELEVEN THOUSAND SEVEN HUNDRED TWENTY AND 50/100 DOLLARS
CHECK AMOUNT $11,720.50
(FirstFol)
PAY TO THE ORDER OF HARRELL'S INC. P.O. BOX 402927 ATLANTA GA 30384-4526
INV 423431-424839-427725
427724-427728-429377-430318

Number: 22221 Date: 11/03/2010 Amount: $11,720.50

CHECK NO. 22225 CHECK DATE 10/27/10 VENDOR NO. 000000000035
App # 7790
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022225
SIX THOUSAND FOUR HUNDRED SIX AND 00/100 DOLLARS
CHECK AMOUNT $6,406.00
PAY TO THE ORDER OF TRADEWINDS POWER CORP. 5820 NW 84TH AVE. MIAMI FL 33166

Number: 22225 Date: 11/05/2010 Amount: $6,406.00

CHECK NO. 22226 CHECK DATE 10/27/10 VENDOR NO. 000000000583
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022226
EIGHT THOUSAND ONE HUNDRED SIXTY-THREE AND 09/100 DOLLARS
CHECK AMOUNT $8,163.09
PAY TO THE ORDER OF FOREMOST CO 8457 NW 66 STREET MIAMI FL 33166

Number: 22226 Date: 11/01/2010 Amount: $8,163.09

CHECK NO. 22227 CHECK DATE 10/27/10 VENDOR NO. 000000003739
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
SEVEN THOUSAND ONE HUNDRED EIGHTY-NINE AND 50/100 DOLLARS
CHECK AMOUNT $7,189.50
PAY TO THE ORDER OF TAIWAN PLANT CORPORATION
12120 STOCKTON RD.
MOORPARK CA 93021
AUTHORIZED SIGNATURE
⑈022227⑈ ⑆067008993⑆ 2097913406⑈

Number: 22227 Date: 11/12/2010 Amount: $7,189.50

CHECK NO. 22228 CHECK DATE 10/27/10 VENDOR NO. 000000003739
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
TWO THOUSAND TWO HUNDRED EIGHTY-EIGHT AND 00/100 DOLLARS
CHECK AMOUNT $2,288.00
PAY TO THE ORDER OF TAIWAN PLANT CORPORATION
12120 STOCKTON RD.
MOORPARK CA 93021
AUTHORIZED SIGNATURE
⑈022228⑈ ⑆067008993⑆ 2097913406⑈

Number: 22228 Date: 11/12/2010 Amount: $2,288.00

CHECK NO. 22230 CHECK DATE 10/27/10 VENDOR NO. 000000001062
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022230
ONE THOUSAND SIX HUNDRED FORTY-THREE AND 99/100 DOLLARS
CHECK AMOUNT $1,643.99
PAY TO THE ORDER OF CONDATA NETWORK INC
CASH BALANCING DEPT.
5301 MARYLAND WAY
BRENTWOOD TN 37027
AUTHORIZED SIGNATURE
⑈022230⑈ ⑆067008993⑆ 2097913406⑈

Number: 22230 Date: 11/02/2010 Amount: $1,643.99

CHECK NO. 22231 CHECK DATE 10/27/10 VENDOR NO. 000000003013
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022231
ONE THOUSAND FOUR HUNDRED EIGHTY-FOUR AND 67/100 DOLLARS
CHECK AMOUNT $1,484.67
PAY TO THE ORDER OF B & K CUTTINGS, INC.
P.O. BOX 838
SORRENTO FL 32776
AUTHORIZED SIGNATURE
⑈022231⑈ ⑆067008993⑆ 2097913406⑈

Number: 22231 Date: 11/01/2010 Amount: $1,484.67

CHECK NO. 22234 CHECK DATE 10/27/10 VENDOR NO. 000000003767
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022234
TWO THOUSAND EIGHT HUNDRED SEVENTY-THREE AND 45/100 DOLLARS
CHECK AMOUNT $2,873.45
PAY TO THE ORDER OF FOLIAGE PLANTS
18455 SW 272 STREET
HOMESTEAD FL 33031
AUTHORIZED SIGNATURE
⑈022234⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000287345⑈

Number: 22234 Date: 11/04/2010 Amount: $2,873.45

CHECK NO. 22235 CHECK DATE 10/27/10 VENDOR NO. 000000003767
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022235
ONE THOUSAND ONE HUNDRED TWENTY-SIX AND 00/100 DOLLARS
CHECK AMOUNT $1,126.00
PAY TO THE ORDER OF FOLIAGE PLANTS
18455 SW 272 STREET
HOMESTEAD FL 33031
AUTHORIZED SIGNATURE
⑈022235⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000112600⑈

Number: 22235 Date: 11/04/2010 Amount: $1,126.00

CHECK NO. 22236 CHECK DATE 10/27/10 VENDOR NO. 000000003767
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022236
FIVE THOUSAND AND 00/100 DOLLARS
CHECK AMOUNT $5,000.00
PAY TO THE ORDER OF FOLIAGE PLANTS
18455 SW 272 STREET
HOMESTEAD FL 33031
AUTHORIZED SIGNATURE
⑈022236⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000500000⑈

Number: 22236 Date: 11/04/2010 Amount: $5,000.00

CHECK NO. 22237 CHECK DATE 10/28/10 VENDOR NO. 000000000618
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022237
NINE HUNDRED SEVENTY-ONE AND 75/100 DOLLARS
CHECK AMOUNT $971.75
PAY TO THE ORDER OF ANDREW HAULING INC.
1435 WEST 31 STREET
HIALEAH FL 33012
AUTHORIZED SIGNATURE
⑈022237⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000097175⑈

Number: 22237 Date: 11/05/2010 Amount: $971.75

CHECK NO. 22238 CHECK DATE 10/29/10 VENDOR NO. 000000000656
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022238
THREE HUNDRED THIRTY-ONE AND 49/100 DOLLARS
CHECK AMOUNT $331.49
PAY TO THE ORDER OF ORINOCO TIRES IMPORT & EXPORT
15329 SW 77 LANE
SUITE 104
MIAMI FL 33193
AUTHORIZED SIGNATURE
⑈022238⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000033149⑈

Number: 22238 Date: 11/02/2010 Amount: $331.49

CHECK NO. 22239 CHECK DATE 10/29/10 VENDOR NO. 000000000806
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022239
THREE HUNDRED SEVENTEEN AND 86/100 DOLLARS
CHECK AMOUNT $317.86
PAY TO THE ORDER OF MATHESON TRI-GAS
P.O. BOX 845502
DALLAS TX 75284
AUTHORIZED SIGNATURE
⑈022239⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000031786⑈

Number: 22239 Date: 11/04/2010 Amount: $317.86

CHECK NO. 22241 CHECK DATE 10/29/10 VENDOR NO. 000000003142
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022241
ONE THOUSAND FOUR HUNDRED EIGHTY AND 80/100 DOLLARS
CHECK AMOUNT $1,480.80
PAY TO THE ORDER OF URBIETA OIL INC.
P.O. BOX 160190
HIALEAH FL 33016
AUTHORIZED SIGNATURE
⑈022241⑈ ⑆067008993⑆ 2097913406⑈

Number: 22241 Date: 11/02/2010 Amount: $1,480.80

CHECK NO. 22242 CHECK DATE 10/29/10 VENDOR NO. 000000004006
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022242
ONE THOUSAND NINE HUNDRED FORTY-FOUR AND 96/100 DOLLARS
CHECK AMOUNT $1,944.96
PAY TO THE ORDER OF PRATT CORRUGATED HOLDINGS
P.O. BOX 933949
ATLANTA GA 31193-3949
AUTHORIZED SIGNATURE
⑈022242⑈ ⑆067008993⑆ 2097913406⑈

Number: 22242 Date: 11/02/2010 Amount: $1,944.96

CHECK NO. 22243 CHECK DATE 10/29/10 VENDOR NO. 000000000607
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022243
SEVENTY-ONE AND 71/100 DOLLARS
CHECK AMOUNT $71.71
PAY TO THE ORDER OF ROLANDO GONZALEZ, P.O BOX 770143, MIAMI FL 33177-0004
⑈022243⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000007171⑈

Number: 22243 Date: 11/04/2010 Amount: $71.71

CHECK NO. 22244 CHECK DATE 10/29/10 VENDOR NO. 000000001122
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022244
SEVEN HUNDRED THIRTEEN AND 01/100 DOLLARS
CHECK AMOUNT $713.01
PAY TO THE ORDER OF IBERITECH INTERNATIONAL, INC, 13935 S.W. 102 COURT, MIAMI FL 33176-6610
⑈022244⑈ ⑆067008993⑆ 2097913406⑈

Number: 22244 Date: 11/05/2010 Amount: $713.01

CHECK NO. 22245 CHECK DATE 10/29/10 VENDOR NO. 000000001424
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022245
NINE HUNDRED NINE AND 50/100 DOLLARS
CHECK AMOUNT $909.50
PAY TO THE ORDER OF FRIENDLY JOHN INC., P.O. BOX 440665, TAMIAMI STATION, MIAMI FL 33144
⑈022245⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000090950⑈

Number: 22245 Date: 11/02/2010 Amount: $909.50

CHECK NO. 22246 CHECK DATE 10/29/10 VENDOR NO. 000000003254
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022246
FOUR HUNDRED ONE AND 25/100 DOLLARS
CHECK AMOUNT $401.25
PAY TO THE ORDER OF HOMESTEAD WELDING, 630 SOUTH FLAGLER AVENUE, HOMESTEAD FL 33030
⑈022246⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000040125⑈

Number: 22246 Date: 11/03/2010 Amount: $401.25

CHECK NO. 22247 CHECK DATE 10/29/10 VENDOR NO. 000000000608
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022247
ELEVEN THOUSAND FIVE HUNDRED FORTY-SEVEN AND 50/100 DOLLARS
CHECK AMOUNT $11,547.50
PAY TO THE ORDER OF VALROY LINERS. INC., PO BOX 343238, HOMESTEAD FL 33034
⑈022247⑈ ⑆067008993⑆ 2097913406⑈ ⑈0001154750⑈

Number: 22247 Date: 11/02/2010 Amount: $11,547.50

CHECK NO. 22248 CHECK DATE 10/29/10 VENDOR NO. 000000000608
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022248
FOUR THOUSAND TWO HUNDRED NINETY-THREE AND 00/100 DOLLARS
CHECK AMOUNT $4,293.00
PAY TO THE ORDER OF VALROY LINERS. INC., PO BOX 343238, HOMESTEAD FL 33034
⑈022248⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000429300⑈

Number: 22248 Date: 11/02/2010 Amount: $4,293.00

CHECK NO. 22249 CHECK DATE 11/01/10 VENDOR NO. 000000001509
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022249
ONE THOUSAND EIGHTY-NINE AND 50/100 DOLLARS
CHECK AMOUNT $1,089.50
PAY TO THE ORDER OF TROPICAL PLANT & SEED LOCATORS, 4728 RIDGEWOOD ROAD, BOYNTON BEACH FL 33436, USA
⑈022249⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000108950⑈

Number: 22249 Date: 11/02/2010 Amount: $1,089.50

CHECK NO. 22250 CHECK DATE 11/01/10 VENDOR NO. 000000001927
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022250
SEVEN HUNDRED FIFTY-NINE AND 00/100 DOLLARS
CHECK AMOUNT $759.00
PAY TO THE ORDER OF PRO TRANSPORT INC, P.O. BOX 821700, PEMBROKE PINES FL 33082
⑈022250⑈ ⑆067008993⑆ 2097913406⑈

Number: 22250 Date: 11/19/2010 Amount: $759.00

CHECK NO. 22251 CHECK DATE 11/01/10 VENDOR NO. 000000001066
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022251
FORTY THOUSAND FIVE HUNDRED FORTY-FOUR AND 40/100 DOLLARS
CHECK AMOUNT $40,544.40
PAY TO THE ORDER OF BWI, 1037 NW 1TH STREET, HOMESTEAD FL 33030-5797
⑈022251⑈ ⑆067008993⑆ 2097913406⑈

Number: 22251 Date: 11/02/2010 Amount: $40,544.40

CHECK NO. 22252 CHECK DATE 11/01/10 VENDOR NO. 000000004035
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022252
THREE THOUSAND NINE HUNDRED NINETEEN AND 20/100 DOLLARS
CHECK AMOUNT $3,919.20
PAY TO THE ORDER OF NR NURSING INC., 12720 SW 177TH AVE, MIAMI FL 33187
⑈022252⑈ ⑆067008993⑆ 2097913406⑈

Number: 22252 Date: 11/02/2010 Amount: $3,919.20

CHECK NO. 22255 CHECK DATE 11/01/10 VENDOR NO. 000000003644
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022255
ONE THOUSAND SIX HUNDRED FIFTY-SIX AND 00/100 DOLLARS
CHECK AMOUNT $1,656.00
PAY TO THE ORDER OF MOSS HILL FOLIAGE. INC., 2127 VICK ROAD, APOPKA FL 32712
⑈022255⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000165600⑈

Number: 22255 Date: 11/10/2010 Amount: $1,656.00

CHECK NO. 22256 CHECK DATE 11/02/10 VENDOR NO. 000000000721
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022256
TWO HUNDRED THIRTY-SEVEN AND 11/100 DOLLARS
CHECK AMOUNT $237.11
PAY TO THE ORDER OF DADE EQUIPMENT GOLF CARTS, 12340 S.W. 129TH CT., MIAMI FL 33186
#21218
⑈022256⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000023711⑈

Number: 22256 Date: 11/08/2010 Amount: $237.11

CHECK NO. 22257 CHECK DATE 11/02/10 VENDOR NO. 000000003145
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022257
Community Bank
TWO HUNDRED ONE AND 11/100 DOLLARS
CHECK AMOUNT $201.11
PAY TO THE ORDER OF FLORIDA TRUCK PARTS & ACCESSORIES, INC.
22760 S. DIXIE HWY. #2
MIAMI FL 33170
AUTHORIZED SIGNATURE
⑈022257⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000020111⑈

Number: 22257 Date: 11/12/2010 Amount: $201.11

CHECK NO. 22258 CHECK DATE 11/03/10 VENDOR NO. 000000000572
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022258
Community Bank
ONE THOUSAND ONE HUNDRED FORTY-NINE AND 20/100 DOLLARS
CHECK AMOUNT $1,149.20
PAY TO THE ORDER OF SPRINT
PO BOX 4181
CAROL STREAM IL 60197-4181
AUTHORIZED SIGNATURE
⑈022258⑈ ⑆067008993⑆ 2097913406⑈

Number: 22258 Date: 11/10/2010 Amount: $1,149.20

CHECK NO. 22259 CHECK DATE 11/02/10 VENDOR NO. 000000000574
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022259
Community Bank
ONE THOUSAND EIGHT HUNDRED TWENTY-FIVE AND 00/100 DOLLARS
CHECK AMOUNT $1,825.00
PAY TO THE ORDER OF FLORIDA GROWERS SUPPLY
P.O. BOX 540085
LAKE WORTH FL 33454
AUTHORIZED SIGNATURE
⑈022259⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000182500⑈

Number: 22259 Date: 11/15/2010 Amount: $1,825.00

CHECK NO. 22260 CHECK DATE 11/02/10 VENDOR NO. 000000000607
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022260
Community Bank
ONE HUNDRED THIRTY-TWO AND 58/100 DOLLARS
CHECK AMOUNT $132.58
PAY TO THE ORDER OF ROLANDO GONZALEZ
P.O BOX 770183
MIAMI FL 33177-0004
AUTHORIZED SIGNATURE
⑈022260⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000013258⑈

Number: 22260 Date: 11/23/2010 Amount: $132.58

CHECK NO. 22261 CHECK DATE 11/02/10 VENDOR NO. 000000000612
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022261
Community Bank
SEVEN HUNDRED SIXTY-SIX AND 53/100 DOLLARS
CHECK AMOUNT $766.53
PAY TO THE ORDER OF DENNIS BRENNAN
( P/CASH REIMBURSEMENT)
7/1/2010
AUTHORIZED SIGNATURE
⑈022261⑈ ⑆067008993⑆ 2097913406⑈

Number: 22261 Date: 11/02/2010 Amount: $766.53

CHECK NO. 22262 CHECK DATE 11/02/10 VENDOR NO. 000000000615
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022262
Community Bank
EIGHT HUNDRED FIFTY-SIX AND 75/100 DOLLARS
CHECK AMOUNT $856.75
PAY TO THE ORDER OF ANDREW HAULING INC.
1435 WEST 31 STREET
HIALEAH FL 33012
AUTHORIZED SIGNATURE
⑈022262⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000085675⑈

Number: 22262 Date: 11/05/2010 Amount: $856.75

CHECK NO. 22263 CHECK DATE 11/02/10 VENDOR NO. 000000000667
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO.
Community Bank
ONE THOUSAND SEVEN HUNDRED FIFTY AND 00/100 DOLLARS
CHECK AMOUNT $1,750.00
PAY TO THE ORDER OF ZOILA D SAENZ
751 FALCON AVENUE
MIAMI SPRINGS FL 33166
AUTHORIZED SIGNATURE
⑈022263⑈ ⑆067008993⑆ 2097913406⑈

Number: 22263 Date: 11/08/2010 Amount: $1,750.00

CHECK NO. 22264 CHECK DATE 11/02/10 VENDOR NO. 000000000692
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022264
Community Bank
FIVE THOUSAND ONE HUNDRED TWELVE AND 80/100 DOLLARS
CHECK AMOUNT $5,112.80
PAY TO THE ORDER OF S & K INSTALLATIONS, INC.
P.O. BOX 901379
HOMESTEAD FL 33030
IN #64906
AUTHORIZED SIGNATURE
⑈022264⑈ ⑆067008993⑆ 2097913406⑈

Number: 22264 Date: 11/02/2010 Amount: $5,112.80

CHECK NO. 22265 CHECK DATE 11/02/10 VENDOR NO. 000000000840
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022265
Community Bank
FOUR THOUSAND SIX HUNDRED EIGHTY-ONE AND 87/100 DOLLARS
CHECK AMOUNT $4,681.87
PAY TO THE ORDER OF PREMIUM ASSIGNMENT CORPORATION
PO BOX 3066
TALLAHASSEE FL 32315-3066
AUTHORIZED SIGNATURE
⑈022265⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000468187⑈

Number: 22265 Date: 11/08/2010 Amount: $4,681.87

CHECK NO. 22266 CHECK DATE 11/02/10 VENDOR NO. 000000000949
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022266
Community Bank
FIVE HUNDRED FIFTY-THREE AND 26/100 DOLLARS
CHECK AMOUNT $553.26
PAY TO THE ORDER OF KUBOTA CREDIT CORPORATION, U.S.A.
P.O. BOX 0559
CAROL STREAM, IL 60132-0559
AUTHORIZED SIGNATURE
⑈022266⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000055326⑈

Number: 22266 Date: 11/09/2010 Amount: $553.26

CHECK NO. 22267 CHECK DATE 11/02/10 VENDOR NO. 000000000949
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022267
Community Bank
FIVE HUNDRED THIRTY-ONE AND 18/100 DOLLARS
CHECK AMOUNT $531.18
PAY TO THE ORDER OF KUBOTA CREDIT CORPORATION, U.S.A.
P.O. BOX 0559
CAROL STREAM, IL 60132-0559
AUTHORIZED SIGNATURE
⑈022267⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000053118⑈

Number: 22267 Date: 11/09/2010 Amount: $531.18

CHECK NO. 22268 CHECK DATE 11/02/10 VENDOR NO. 000000000949
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022268
Community Bank
ONE THOUSAND ONE HUNDRED FORTY-TWO AND 97/100 DOLLARS
CHECK AMOUNT $1,142.97
PAY TO THE ORDER OF KUBOTA CREDIT CORPORATION, U.S.A.
P.O. BOX 0559
CAROL STREAM, IL 60132-0559
AUTHORIZED SIGNATURE
⑈022268⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000114297⑈

Number: 22268 Date: 11/09/2010 Amount: $1,142.97

CHECK NO. 22269 CHECK DATE 11/02/10 VENDOR NO. 000000000949
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022269
THREE HUNDRED EIGHT AND 65/100 DOLLARS CHECK AMOUNT $308.65
PAY TO THE ORDER OF KUBOTA CREDIT CORPORATION, U.S.A. P.O. BOX 0559 CAROL STREAM, IL 60132-0559
⑆022269⑆ ⑆067008993⑆ 2097913406⑈ ⑆0000030865⑆

Number: 22269 Date: 11/09/2010 Amount: $308.65

CHECK NO. 22270 CHECK DATE 11/02/10 VENDOR NO. 000000001033
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022270
EIGHTY-SIX AND 91/100 DOLLARS CHECK AMOUNT $86.91
PAY TO THE ORDER OF DISH NETWORK P.O. BOX 105169 ATLANTA GA 30348-5169
⑆022270⑆ ⑆067008993⑆ 2097913406⑈ ⑆0000008691⑆

Number: 22270 Date: 11/15/2010 Amount: $86.91

CHECK NO. 22271 CHECK DATE 11/02/10 VENDOR NO. 000000001720
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022271
ONE THOUSAND TWO HUNDRED NINETEEN AND 30/100 DOLLARS CHECK AMOUNT $1,219.30
PAY TO THE ORDER OF COMPBENEFITS INSURANCE CO. P.O. BOX 769649 ROSWELL GA 30076-8225
⑆022271⑆ ⑆067008993⑆ 2097913406⑈

Number: 22271 Date: 11/09/2010 Amount: $1,219.30

CHECK NO. 22272 CHECK DATE 11/02/10 VENDOR NO. 000000001974
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022272
EIGHT THOUSAND THREE HUNDRED THIRTY-THREE AND 33/100 DOLLARS CHECK AMOUNT $8,333.33
PAY TO THE ORDER OF TS REALTY LLC. 326 ORQUIDEA AVE. CORAL GABLES FL 33143
⑆022272⑆ ⑆067008993⑆ 2097913406⑈ ⑆0000833333⑆

Number: 22272 Date: 11/05/2010 Amount: $8,333.33

CHECK NO. 22273 CHECK DATE 11/02/10 VENDOR NO. 000000001916
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022273
FIVE HUNDRED SIXTEEN AND 32/100 DOLLARS CHECK AMOUNT $516.32
PAY TO THE ORDER OF ZEPHYRHILLS NATURAL SPRING WATER P.O. BOX 856680 LOUISVILLE KY 40285-6680
⑆022273⑆ ⑆067008993⑆ 2097913406⑈

Number: 22273 Date: 11/09/2010 Amount: $516.32

CHECK NO. 22274 CHECK DATE 11/02/10 VENDOR NO. 000000002041
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022274
ONE HUNDRED NINETY-THREE AND 51/100 DOLLARS CHECK AMOUNT $193.51
PAY TO THE ORDER OF WASTE MANAGEMENT INC. OF FLORIDA P.O. BOX 105453 ATLANTA GA 30348
⑆022274⑆ ⑆067008993⑆ 2097913406⑈ ⑆0000019351⑆

Number: 22274 Date: 11/09/2010 Amount: $193.51

CHECK NO. 22275 CHECK DATE 11/02/10 VENDOR NO. 000000002157
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022275
THIRTEEN THOUSAND AND 00/100 DOLLARS CHECK AMOUNT $13,000.00
PAY TO THE ORDER OF OZ LAND LLC PMB #21 77 HARBOR DRIVE KEY BISCAYNE FL 33149
⑆022275⑆ ⑆067008993⑆ 2097913406⑈

Number: 22275 Date: 11/08/2010 Amount: $13,000.00

CHECK NO. 22276 CHECK DATE 11/02/10 VENDOR NO. 000000002208
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022276
FIVE THOUSAND FORTY-FIVE AND 06/100 DOLLARS CHECK AMOUNT $5,045.06
PAY TO THE ORDER OF FCCI INSURANCE GROUP PO BOX 405563 ATLANTA GA 30384-5563
⑆022276⑆ ⑆067008993⑆ 2097913406⑈

Number: 22276 Date: 11/08/2010 Amount: $5,045.06

CHECK NO. 22277 CHECK DATE 11/02/10 VENDOR NO. 000000002214
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022277
THREE HUNDRED NINETY AND 16/100 DOLLARS CHECK AMOUNT $390.16
PAY TO THE ORDER OF US ICE MACHINE MANUFACTURING CO. 650 NW 123RD STREET NORTH MIAMI FL 33168
⑆022277⑆ ⑆067008993⑆ 2097913406⑈

Number: 22277 Date: 11/04/2010 Amount: $390.16

CHECK NO. 22278 CHECK DATE 11/02/10 VENDOR NO. 000000002591
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022278
TEN THOUSAND THREE HUNDRED AND 00/100 DOLLARS CHECK AMOUNT $10,300.00
PAY TO THE ORDER OF OCTAVIO TAYLOR & SYLVIA M. TAYLOR 11350 SW 244TH TERRACE HOMESTEAD FL 33032
⑆022278⑆ ⑆067008993⑆ 2097913406⑈

Number: 22278 Date: 11/05/2010 Amount: $10,300.00

CHECK NO. 22279 CHECK DATE 11/02/10 VENDOR NO. 000000002965
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022279
TWO HUNDRED NINETY-SIX AND 63/100 DOLLARS CHECK AMOUNT $296.63
PAY TO THE ORDER OF THE KING REFRIGERATION CORP. 18830 NW 84TH AVE. HIALEAH FL 33015
⑆022279⑆ ⑆067008993⑆ 2097913406⑈ ⑆0000029663⑆

Number: 22279 Date: 11/08/2010 Amount: $296.63

CHECK NO. 22281 CHECK DATE 11/02/10 VENDOR NO. 000000003049
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022281
EIGHT HUNDRED NINETY-NINE AND 14/100 DOLLARS CHECK AMOUNT $899.14
PAY TO THE ORDER OF LEXUS FINANCIAL SERVICES PO BOX 5855 CAROL STREAM IL 60197-5855
⑆022281⑆ ⑆067008993⑆ 2097913406⑈

Number: 22281 Date: 11/08/2010 Amount: $899.14

CHECK NO. DATE VENDOR NO. 22282 11/02/10 000000003292
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022282
Community Bank
FIFTEEN THOUSAND TWO HUNDRED TWO AND 00/100 DOLLARS
CHECK AMOUNT $15,202.00
PAY TO THE ORDER OF HARRELL'S INC. P.O. BOX 402927 ATLANTA GA 30384-4526
AUTHORIZED SIGNATURE
⑈022282⑈ ⑆067008993⑆ 2097913406⑈

Number: 22282 Date: 11/08/2010 Amount: $15,202.00

CHECK NO. DATE VENDOR NO. 22283 11/02/10 000000003618
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022283
Community Bank
ONE HUNDRED AND 00/100 DOLLARS
CHECK AMOUNT $100.00
PAY TO THE ORDER OF L.A. POOL SERVICE P.O. BOX 261135 MIAMI FL 33126
AUTHORIZED SIGNATURE
⑈022283⑈ ⑆067008993⑆ 2097913406⑈

Number: 22283 Date: 11/09/2010 Amount: $100.00

CHECK NO. DATE VENDOR NO. 22284 11/02/10 000000003750
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022284
Community Bank
TWO THOUSAND SEVEN HUNDRED SEVEN AND 10/100 DOLLARS
CHECK AMOUNT $2,707.10
PAY TO THE ORDER OF EMPOWER SOFTWARE SOLUTIONS INC. 315 E. ROBINSON ST, STE. 450 ORLANDO FL 32801
AUTHORIZED SIGNATURE
⑈022284⑈ ⑆067008993⑆ 2097913406⑈

Number: 22284 Date: 11/05/2010 Amount: $2,707.10

CHECK NO. DATE VENDOR NO. 22285 11/02/10 000000003783
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022285
Community Bank
TWO THOUSAND EIGHT HUNDRED NINETY-NINE AND 80/100 DOLLARS
CHECK AMOUNT $2,899.80
PAY TO THE ORDER OF ORNAMENTALES DEL RIO S.A. 9601 SW 142 AVE APT# 716 MIAMI FL 33186
AUTHORIZED SIGNATURE
⑈022285⑈ ⑆067008993⑆ 2097913406⑈

Number: 22285 Date: 11/05/2010 Amount: $2,899.80

CHECK NO. DATE VENDOR NO. 22286 11/02/10 000000003391
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022286
Community Bank
TWO THOUSAND EIGHT HUNDRED FORTY-FIVE AND 68/100 DOLLARS
CHECK AMOUNT $2,845.68
PAY TO THE ORDER OF GUTI GUZMAN TRUCKING CORP. 11802 S.W. 185TH TERRACE MIAMI FL 33177
AUTHORIZED SIGNATURE
⑈022286⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000284568⑈

Number: 22286 Date: 11/15/2010 Amount: $2,845.68

CHECK NO. DATE VENDOR NO. 22287 11/02/10 000000003391
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022287
Community Bank
TWO THOUSAND SIX HUNDRED TWENTY-EIGHT AND 44/100 DOLLARS
CHECK AMOUNT $2,628.44
PAY TO THE ORDER OF GUTI GUZMAN TRUCKING CORP. 11802 S.W. 185TH TERRACE MIAMI FL 33177
AUTHORIZED SIGNATURE
⑈022287⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000262844⑈

Number: 22287 Date: 11/15/2010 Amount: $2,628.44

CHECK NO. DATE VENDOR NO. 22288 11/02/10 000000000694
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022288
Community Bank
TWO HUNDRED EIGHTY-FOUR AND 43/100 DOLLARS
CHECK AMOUNT $284.43
PAY TO THE ORDER OF COCONUT PALM AUTO PARTS 24826 SW 177 AVE HOMESTEAD FL 33031
AUTHORIZED SIGNATURE
⑈022288⑈ ⑆067008993⑆ 2097913406⑈

Number: 22288 Date: 11/08/2010 Amount: $284.43

CHECK NO. DATE VENDOR NO. 22289 11/02/10 000000003617
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022289
Community Bank
ONE THOUSAND FIVE HUNDRED SIXTY AND 00/100 DOLLARS
CHECK AMOUNT $1,560.00
PAY TO THE ORDER OF LARRY'S CAP ROCK & STONE, INC. 1313 NW 2ND STREET HOMESTEAD FL 33030
AUTHORIZED SIGNATURE
⑈022289⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000156000⑈

Number: 22289 Date: 11/08/2010 Amount: $1,560.00

CHECK NO. DATE VENDOR NO. 22291 11/02/10 000000001769
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022291
Community Bank
THIRTEEN THOUSAND FOUR HUNDRED SEVENTY-FIVE AND 00/100 DOLLARS
CHECK AMOUNT $13,475.00
PAY TO THE ORDER OF E-Z SHIPPER RACKS, INC. P.O. BOX 31001-1221 PASADENA CA 91110-1221
AUTHORIZED SIGNATURE
⑈022291⑈ ⑆067008993⑆ 2097913406⑈

Number: 22291 Date: 11/09/2010 Amount: $13,475.00

CHECK NO. DATE VENDOR NO. 22292 11/02/10 000000002015
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022292
Community Bank
EIGHTY-NINE AND 00/100 DOLLARS
CHECK AMOUNT $89.00
PAY TO THE ORDER OF JESUS HARRERO
7/7/10
AUTHORIZED SIGNATURE
⑈022292⑈ ⑆067008993⑆ 2097913406⑈

Number: 22292 Date: 11/09/2010 Amount: $89.00

CHECK NO. DATE VENDOR NO. 22293 11/02/10 000000002243
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022293
Community Bank
FIVE HUNDRED EIGHTY-THREE AND 85/100 DOLLARS
CHECK AMOUNT $583.85
PAY TO THE ORDER OF ALIS ZAVALA
AUTHORIZED SIGNATURE
⑈022293⑈ ⑆067008993⑆ 2097913406⑈

Number: 22293 Date: 11/10/2010 Amount: $583.85

CHECK NO. DATE VENDOR NO. 22294 11/02/10 000000002310
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022294
Community Bank
ONE HUNDRED SEVENTY-SIX AND 41/100 DOLLARS
CHECK AMOUNT $176.41
PAY TO THE ORDER OF HARDWELL OF FLORIDA 13090 N.W. 43RD AVENUE OPA LOCKA FL 33054
2010-2368
AUTHORIZED SIGNATURE
⑈022294⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000017641⑈

Number: 22294 Date: 11/08/2010 Amount: $176.41

CHECK NO. CHECK DATE VENDOR NO.
22295 11/02/10 000000001039
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022295
FIVE THOUSAND EIGHT HUNDRED TWENTY-SEVEN AND 96/100 DOLLARS
CHECK AMOUNT $5,827.96
PAY TO THE ORDER OF HUNTON & WILLIAMS LLP
PO BOX 405759
ATLANTA GA 30384-5759
AUTHORIZED SIGNATURE
⑈022295⑈ ⑆067008993⑆ 2097913406⑈

Number: 22295 Date: 11/08/2010 Amount: $5,827.96

CHECK NO. CHECK DATE VENDOR NO.
22296 11/03/10 000000000505
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022296
SEVEN THOUSAND FOUR HUNDRED FIFTY-SIX AND 45/100 DOLLARS
CHECK AMOUNT $7,456.45
PAY TO THE ORDER OF TWYFORD INTERNATIONAL, INC.
4051 FUDGE RD.
APOPKA FL 32703
AUTHORIZED SIGNATURE
⑈022296⑈ ⑆067008993⑆ 2097913406⑈ /0000745645/

Number: 22296 Date: 11/04/2010 Amount: $7,456.45

CHECK NO. CHECK DATE VENDOR NO.
22297 11/03/10 000000000583
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022297
NINE THOUSAND SIXTY AND 29/100 DOLLARS
CHECK AMOUNT $9,060.29
PAY TO THE ORDER OF FOREMOSTCO
8457 NW 66 STREET
MIAMI FL 33166
AUTHORIZED SIGNATURE
⑈022297⑈ ⑆067008993⑆ 2097913406⑈

Number: 22297 Date: 11/08/2010 Amount: $9,060.29

CHECK NO. CHECK DATE VENDOR NO.
22298 11/03/10 000000003013
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022298
SEVEN HUNDRED NINETY-THREE AND 00/100 DOLLARS
CHECK AMOUNT $793.00
PAY TO THE ORDER OF B & K CUTTINGS, INC.
P.O. BOX 838
SORRENTO FL 32776
AUTHORIZED SIGNATURE
⑈022298⑈ ⑆067008993⑆ 2097913406⑈

Number: 22298 Date: 11/08/2010 Amount: $793.00

CHECK NO. CHECK DATE VENDOR NO.
22301 11/03/10 000000003690
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022301
TWO THOUSAND FIVE HUNDRED SIXTEEN AND 00/100 DOLLARS
CHECK AMOUNT $2,516.00
PAY TO THE ORDER OF VAS AGRICULTURAL SUPPLY, INC.
17650 SW 232 ST.
MIAMI FL 33170
INV# VOID
AUTHORIZED SIGNATURE
⑈022301⑈ ⑆067008993⑆ 2097913406⑈

Number: 22301 Date: 11/09/2010 Amount: $2,516.00

CHECK NO. CHECK DATE VENDOR NO.
22302 11/03/10 000000003739
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO.
NINE THOUSAND EIGHT HUNDRED TWELVE AND 00/100 DOLLARS
CHECK AMOUNT $9,812.00
PAY TO THE ORDER OF TAIWAN PLANT CORPORATION
17120 STOCKTON RD.
MOORPARK CA 93021
AUTHORIZED SIGNATURE
⑈022302⑈ ⑆067008993⑆ 2097913406⑈

Number: 22302 Date: 11/12/2010 Amount: $9,812.00

CHECK NO. CHECK DATE VENDOR NO.
22303 11/03/10 000000003751
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022303
NINE THOUSAND THREE HUNDRED SEVENTY AND 76/100 DOLLARS
CHECK AMOUNT $9,370.76
PAY TO THE ORDER OF TOPIARY GARDENS NURSERY
18920 SW 311TH ST
HOMESTEAD FL 33030
AUTHORIZED SIGNATURE
⑈022303⑈ ⑆067008993⑆ 2097913406⑈

Number: 22303 Date: 11/05/2010 Amount: $9,370.76

CHECK NO. CHECK DATE VENDOR NO.
22304 11/03/10 000000004033
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022304
ONE THOUSAND THREE HUNDRED SIXTY AND 44/100 DOLLARS
CHECK AMOUNT $1,360.44
PAY TO THE ORDER OF AGRIUM ADVANCED TECHNOLOGIES
99 SW 14TH AVE
HOMESTEAD FL 33030
AUTHORIZED SIGNATURE
⑈022304⑈ ⑆067008993⑆ 2097913406⑈

Number: 22304 Date: 11/15/2010 Amount: $1,360.44

CHECK NO. CHECK DATE VENDOR NO.
22305 11/03/10 000000004034
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022305
SIX THOUSAND FOUR HUNDRED NINETY-EIGHT AND 75/100 DOLLARS
CHECK AMOUNT $6,498.75
PAY TO THE ORDER OF SAMRAT CONTAINER LINES, INC.
2060 OAK TREE RD.
1ST FLOOR
EDISON NJ 08820
AUTHORIZED SIGNATURE
⑈022305⑈ ⑆067008993⑆ 2097913406⑈

Number: 22305 Date: 11/05/2010 Amount: $6,498.75

CHECK NO. CHECK DATE VENDOR NO.
22306 11/03/10 000000000579
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022306
FIVE HUNDRED NINETY-FIVE AND 37/100 DOLLARS
CHECK AMOUNT $595.37
PAY TO THE ORDER OF REDLAND SUPPLY CO. INC
24852 SW 177 AVE
HOMESTEAD FL 33031
AUTHORIZED SIGNATURE
⑈022306⑈ ⑆067008993⑆ 2097913406⑈

Number: 22306 Date: 11/03/2010 Amount: $595.37

CHECK NO. CHECK DATE VENDOR NO.
22310 11/03/10 000000001123
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022310
SIXTY AND 09/100 DOLLARS
CHECK AMOUNT $60.09
PAY TO THE ORDER OF NAPA AUTO PARTS
AUTHORIZED SIGNATURE
⑈022310⑈ ⑆067008993⑆ 2097913406⑈

Number: 22310 Date: 11/05/2010 Amount: $60.09

CHECK NO. CHECK DATE VENDOR NO.
22311 11/03/10 000000003729
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022311
THREE HUNDRED AND 00/100 DOLLARS
CHECK AMOUNT $300.00
PAY TO THE ORDER OF FDACS
PO BOX 6700
TALLAHASSEE FL 32314-6700
AUTHORIZED SIGNATURE
⑈022311⑈ ⑆067008993⑆ 2097913406⑈ /0000030000/

Number: 22311 Date: 11/17/2010 Amount: $300.00

CHECK NO. 22312 CHECK DATE 11/03/10 VENDOR NO. 000000001062
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022312
34
ONE THOUSAND THREE HUNDRED SEVENTY AND 85/100 DOLLARS
CHECK AMOUNT $1,370.85
PAY TO THE ORDER OF COMDATA NETWORK INC CASH BALANCING DEPT. 5301 MARYLAND WAY BRENTWOOD TN 37027
AUTHORIZED SIGNATURE
⑈022312⑈ ⑆067008993⑆ 2097913406⑈

Number: 22312 Date: 11/09/2010 Amount: $1,370.85

CHECK NO. 22313 CHECK DATE 11/04/10 VENDOR NO. 000000004024
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022313
ELEVEN THOUSAND SIX HUNDRED FIVE AND 26/100 DOLLARS
CHECK AMOUNT $11,605.26
PAY TO THE ORDER OF HUNTON & WILLIAMS LLP 2500 BRICKELL AVENUE, SUITE 2500 MIAMI FL 33131
AUTHORIZED SIGNATURE
⑈022313⑈ ⑆067008993⑆ 2097913406⑈

Number: 22313 Date: 11/09/2010 Amount: $11,605.26

CHECK NO. 22314 CHECK DATE 11/04/10 VENDOR NO. 000000001024
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022314
FIVE THOUSAND EIGHT HUNDRED TWENTY-SEVEN AND 96/100 DOLLARS
CHECK AMOUNT $5,827.96
PAY TO THE ORDER OF HUNTON & WILLIAMS LLP 2500 BRICKELL AVENUE, SUITE 2500 MIAMI FL 33131
AUTHORIZED SIGNATURE
⑈022314⑈ ⑆067008993⑆ 2097913406⑈

Number: 22314 Date: 11/09/2010 Amount: $5,827.96

CHECK NO. 22315 CHECK DATE 11/04/10 VENDOR NO. 000000001122
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022315
ONE HUNDRED SEVEN AND 00/100 DOLLARS
CHECK AMOUNT $107.00
PAY TO THE ORDER OF IRRITECH INTERNATIONAL, INC 13835 S.W. 102 COURT MIAMI, FL 33176-6610
AUTHORIZED SIGNATURE
⑈022315⑈ ⑆067008993⑆ 2097913406⑈

Number: 22315 Date: 11/15/2010 Amount: $107.00

CHECK NO. 22316 CHECK DATE 11/04/10 VENDOR NO. 000000001672
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022316
THREE THOUSAND AND 00/100 DOLLARS
CHECK AMOUNT $3,000.00
PAY TO THE ORDER OF EXACT SOFTWARE NA INC 1126 PAYSPHERE CIRCLE CHICAGO IL 60674
AUTHORIZED SIGNATURE
⑈022316⑈ ⑆067008993⑆ 2097913406⑈

Number: 22316 Date: 11/10/2010 Amount: $3,000.00

CHECK NO. 22317 CHECK DATE 11/04/10 VENDOR NO. 000000003046
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022317
TWENTY-THREE AND 25/100 DOLLARS
CHECK AMOUNT $23.25
PAY TO THE ORDER OF HAMPSHIRE FARMS 14 NORTH 350 RT. 20 HAMPSHIRE IL 60140
AUTHORIZED SIGNATURE
⑈022317⑈ ⑆067008993⑆ 2097913406⑈

Number: 22317 Date: 11/12/2010 Amount: $23.25

CHECK NO. 22318 CHECK DATE 11/04/10 VENDOR NO. 000000003047
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022318
ONE HUNDRED NINETEEN AND 41/100 DOLLARS
CHECK AMOUNT $119.41
PAY TO THE ORDER OF FLORAL PLANT GROWERS LLC P.O. BOX 88767 MILWAUKEE WI 53288-0767
AUTHORIZED SIGNATURE
⑈022318⑈ ⑆067008993⑆ 2097913406⑈

Number: 22318 Date: 11/09/2010 Amount: $119.41

CHECK NO. 22320 CHECK DATE 11/04/10 VENDOR NO. 000000003484
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022320
TWENTY-NINE AND 39/100 DOLLARS
CHECK AMOUNT $29.39
PAY TO THE ORDER OF MASTERPIECE FLOWER COMPANY LLC PO BOX 321 8122 CLYDE PARK AVE. BYRON CENTER MI 49315
AUTHORIZED SIGNATURE
⑈022320⑈ ⑆067008993⑆ 2097913406⑈

Number: 22320 Date: 11/09/2010 Amount: $29.39

CHECK NO. 22321 CHECK DATE 11/04/10 VENDOR NO. 000000003484
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022321
SIXTY AND 94/100 DOLLARS
CHECK AMOUNT $60.94
PAY TO THE ORDER OF MASTERPIECE FLOWER COMPANY LLC PO BOX 321 8122 CLYDE PARK AVE. BYRON CENTER MI 49315
AUTHORIZED SIGNATURE
⑈022321⑈ ⑆067008993⑆ 2097913406⑈

Number: 22321 Date: 11/09/2010 Amount: $60.94

CHECK NO. 22322 CHECK DATE 11/04/10 VENDOR NO. 000000003657
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022322
THREE AND 71/100 DOLLARS
CHECK AMOUNT $3.71
PAY TO THE ORDER OF GRAND SERVICE LLC 1136 146TH AVE. WAYLAND MI 49348
AUTHORIZED SIGNATURE
⑈022322⑈ ⑆067008993⑆ 2097913406⑈

Number: 22322 Date: 11/09/2010 Amount: $3.71

CHECK NO. 22323 CHECK DATE 11/04/10 VENDOR NO. 000000002136
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022323
SIX HUNDRED SEVENTY-FIVE AND 00/100 DOLLARS
CHECK AMOUNT $675.00
PAY TO THE ORDER OF MARCO A. OBANDO 2660 SW 74TH AVE. MIAMI FL 33155
AUTHORIZED SIGNATURE
⑈022323⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000067500⑈

Number: 22323 Date: 11/12/2010 Amount: $675.00

CHECK NO. 22324 CHECK DATE 11/04/10 VENDOR NO. 000000001104
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
Oakforest
CHECK NO. 022324
ONE THOUSAND SEVENTY-THREE AND 71/100 DOLLARS
CHECK AMOUNT $1,073.71
PAY TO THE ORDER OF JOSE BELTRAN 589/2 MINOLA DR. (AT OAKWOOD) MIAMI SPRINGS FL 33166
7710
AUTHORIZED SIGNATURE
⑈022324⑈ ⑆067008993⑆ 2097913406⑈

Number: 22324 Date: 11/05/2010 Amount: $1,073.71

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022325
22325 11/04/10 00000000580
EIGHT THOUSAND FIFTY-TWO AND 51/100 DOLLARS $8,052.51
PAY TO THE ORDER OF ZORENOSTOO 8457 NW 66 STREET MIAMI FL 33166

Number: 22325 Date: 11/08/2010 Amount: $8,052.51

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022326
22326 11/05/10 00000000665
SEVEN THOUSAND AND 00/100 DOLLARS $7,000.00
PAY TO THE ORDER OF BARTOLA INVESTMENTS CORPORATION 141 ISLAND DRIVE KEY BISCAYNE FL 33149

Number: 22326 Date: 11/09/2010 Amount: $7,000.00

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022328
22328 11/05/10 00000001063
ONE THOUSAND TWO HUNDRED TEN AND 16/100 DOLLARS $1,210.16
PAY TO THE ORDER OF COMDATA NETWORK INC CASH BALANCING DEPT. 5301 MARYLAND WAY BRENTWOOD TN 37027

Number: 22328 Date: 11/09/2010 Amount: $1,210.16

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022329
22329 11/05/10 00000000558
FORTY AND 00/100 DOLLARS $40.00
PAY TO THE ORDER OF GEMPLER'S PO BOX 5176 JANESVILLE WI 53547-5176

Number: 22329 Date: 11/09/2010 Amount: $40.00

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022331
22331 11/05/10 00000000608
TWENTY-SEVEN THOUSAND ONE HUNDRED EIGHTY-NINE AND 90/100 DOLLARS $27,189.90
PAY TO THE ORDER OF VALROY LINERS, INC. PO BOX 343238 HOMESTEAD FL 33034

Number: 22331 Date: 11/09/2010 Amount: $27,189.90

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022332
22332 11/05/10 00000003418
SEVEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS $7,500.00
PAY TO THE ORDER OF F & C NURSERY 16401 SW 232ND ST. HOMESTEAD FL 33170

Number: 22332 Date: 11/15/2010 Amount: $7,500.00

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022333
22333 11/05/10 00000003767
FIVE THOUSAND ONE HUNDRED SEVENTY-FIVE AND 00/100 DOLLARS $5,175.00
PAY TO THE ORDER OF FOLIAGE PLANTS 18455 SW 272 STREET HOMESTEAD FL 33031

Number: 22333 Date: 11/09/2010 Amount: $5,175.00

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022334
22334 11/05/10 00000003767
TWO THOUSAND THREE HUNDRED TWENTY-FIVE AND 00/100 DOLLARS $2,325.00
PAY TO THE ORDER OF FOLIAGE PLANTS 18455 SW 272 STREET HOMESTEAD FL 33031

Number: 22334 Date: 11/10/2010 Amount: $2,325.00

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022335
22335 11/05/10 00000001066
FOURTEEN THOUSAND FIVE HUNDRED SEVENTY-SEVEN AND 90/100 DOLLARS $14,577.90
PAY TO THE ORDER OF BHI 1037 NW 4TH STREET HOMESTEAD FL 33030-5797

Number: 22335 Date: 11/10/2010 Amount: $14,577.90

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022336
22336 11/05/10 00000003359
ONE THOUSAND FIVE HUNDRED AND 22/100 DOLLARS $1,500.22
PAY TO THE ORDER OF FELIX DUQUE/PETTY CASH PETTY CASH

Number: 22336 Date: 11/09/2010 Amount: $1,500.22

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022337
22337 11/05/10 00000001440
ONE HUNDRED THIRTY-SIX AND 62/100 DOLLARS $136.62
PAY TO THE ORDER OF EXACT SOFTWARE NORTH AMERICA INC. 1136 PAYSPHERE CIRCLE CHICAGO IL 60674

Number: 22337 Date: 11/12/2010 Amount: $136.62

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022339
22339 11/08/10 00000001181
TWO THOUSAND FIVE HUNDRED TWENTY-SIX AND 00/100 DOLLARS $2,526.00
PAY TO THE ORDER OF GOLD MEDAL GROWERS 16901 S.W. 256TH STREET HOMESTEAD FL 33031

Number: 22339 Date: 11/15/2010 Amount: $2,526.00

CHECK NO. CHECK DATE VENDOR NO.
22341 11/08/10 000000001066
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022341
CHECK AMOUNT $8,000.00
EIGHT THOUSAND AND 00/100 DOLLARS
PAY TO THE ORDER OF BWI
1037 NW 4TH STREET
HOMESTEAD FL 33030-5797
AUTHORIZED SIGNATURE
⑈022341⑈ ⑆067008993⑆ 2097913406⑈

Number: 22341 Date: 11/10/2010 Amount: $8,000.00

CHECK NO. CHECK DATE VENDOR NO.
22342 11/09/10 000000003311
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022342
CHECK AMOUNT $175.00
ONE HUNDRED SEVENTY-FIVE AND 00/100 DOLLARS
PAY TO THE ORDER OF ROQUE'S MACHINE SHOP
22780 S. DIXIE HWY
MIAMI FL 33170
AUTHORIZED SIGNATURE
⑈022342⑈ ⑆067008993⑆ 2097913406⑈

Number: 22342 Date: 11/12/2010 Amount: $175.00

CHECK NO. CHECK DATE VENDOR NO.
22343 11/09/10 000000001066
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022343
CHECK AMOUNT $26,753.18
TWENTY-SIX THOUSAND SEVEN HUNDRED FIFTY-THREE AND 18/100 DOLLARS
PAY TO THE ORDER OF BWI
1037 NW 4TH STREET
HOMESTEAD FL 33030-5797
AUTHORIZED SIGNATURE
⑈022343⑈ ⑆067008993⑆ 2097913406⑈

Number: 22343 Date: 11/10/2010 Amount: $26,753.18

CHECK NO. CHECK DATE VENDOR NO.
22345 11/09/10 000000001269
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022345
CHECK AMOUNT $13,475.00
THIRTEEN THOUSAND FOUR HUNDRED SEVENTY-FIVE AND 00/100 DOLLARS
PAY TO THE ORDER OF E-Z SHIPPER RACKS, INC.
P.O. BOX 31001-1221
PASADENA CA 91110-1221
AUTHORIZED SIGNATURE
⑈022345⑈ ⑆067008993⑆ 2097913406⑈

Number: 22345 Date: 11/15/2010 Amount: $13,475.00

CHECK NO. CHECK DATE VENDOR NO.
22346 11/09/10 000000003777
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022346
CHECK AMOUNT $853.00
EIGHT HUNDRED FIFTY-THREE AND 00/100 DOLLARS
PAY TO THE ORDER OF TROPICAL DIRECT OF FLORIDA, LLC
17170 WHITEHAVEN DR.
BOCA RATON FL 33496
AUTHORIZED SIGNATURE
⑈022346⑈ ⑆067008993⑆ 2097913406⑈

Number: 22346 Date: 11/12/2010 Amount: $853.00

CHECK NO. CHECK DATE VENDOR NO.
22348 11/10/10 000000000565
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022348
CHECK AMOUNT $3,681.06
THREE THOUSAND SIX HUNDRED EIGHTY-ONE AND 06/100 DOLLARS
PAY TO THE ORDER OF FPL
GENERAL MAIL FACILITY
MIAMI FL 33188-0001
AUTHORIZED SIGNATURE
⑈022348⑈ ⑆067008993⑆ 2097913406⑈ ⑀0000368106⑀

Number: 22348 Date: 11/17/2010 Amount: $3,681.06

CHECK NO. CHECK DATE VENDOR NO.
22349 11/10/10 000000000570
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022349
CHECK AMOUNT $554.91
FIVE HUNDRED FIFTY-FOUR AND 91/100 DOLLARS
PAY TO THE ORDER OF AT&T MOBILITY
P.O. BOX 6463
351094707 4973600090008-4974 00
CAROL STREAM IL 60197-6463
AUTHORIZED SIGNATURE
⑈022349⑈ ⑆067008993⑆ 2097913406⑈ ⑀0000055491⑀

Number: 22349 Date: 11/17/2010 Amount: $554.91

CHECK NO. CHECK DATE VENDOR NO.
22350 11/10/10 000000000583
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022350
CHECK AMOUNT $39,190.88
THIRTY-NINE THOUSAND ONE HUNDRED NINETY AND 88/100 DOLLARS
PAY TO THE ORDER OF FOREMOSTCO
8457 NW 66 STREET
MIAMI FL 33166
AUTHORIZED SIGNATURE
⑈022350⑈ ⑆067008993⑆ 2097913406⑈

Number: 22350 Date: 11/15/2010 Amount: $39,190.88

CHECK NO. CHECK DATE VENDOR NO.
22351 11/10/10 000000000583
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022351
CHECK AMOUNT $3,599.12
THREE THOUSAND FIVE HUNDRED NINETY-NINE AND 12/100 DOLLARS
PAY TO THE ORDER OF FOREMOSTCO
8457 NW 66 STREET
MIAMI FL 33166
AUTHORIZED SIGNATURE
⑈022351⑈ ⑆067008993⑆ 2097913406⑈

Number: 22351 Date: 11/15/2010 Amount: $3,599.12

CHECK NO. CHECK DATE VENDOR NO.
22352 11/10/10 000000000606
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022352
CHECK AMOUNT $4,135.04
FOUR THOUSAND ONE HUNDRED THIRTY-FIVE AND 04/100 DOLLARS
PAY TO THE ORDER OF BILL HUNT COMPANY
14400 SW 143 TERRACE
MIAMI FL 33186
AUTHORIZED SIGNATURE
⑈022352⑈ ⑆067008993⑆ 2097913406⑈ ⑀0000413504⑀

Number: 22352 Date: 11/18/2010 Amount: $4,135.04

CHECK NO. CHECK DATE VENDOR NO.
22353 11/10/10 000000000607
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022353
CHECK AMOUNT $225.03
TWO HUNDRED TWENTY-FIVE AND 03/100 DOLLARS
PAY TO THE ORDER OF ROLANDO GONZALEZ
P.O BOX 770133
MIAMI FL 33177-0004
AUTHORIZED SIGNATURE
⑈022353⑈ ⑆067008993⑆ 2097913406⑈ ⑀0000022503⑀

Number: 22353 Date: 11/23/2010 Amount: $225.03

CHECK NO. CHECK DATE VENDOR NO.
22354 11/10/10 000000000656
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022354
CHECK AMOUNT $1,519.40
ONE THOUSAND FIVE HUNDRED NINETEEN AND 40/100 DOLLARS
PAY TO THE ORDER OF ORINOCO TIRES IMPORT & EXPORT
15328 SW 77 LANE
SUITE 104
MIAMI FL 33193
AUTHORIZED SIGNATURE
⑈022354⑈ ⑆067008993⑆ 2097913406⑈ ⑀0000151940⑀

Number: 22354 Date: 11/16/2010 Amount: $1,519.40

CHECK NO. 22355 CHECK DATE 11/10/10 VENDOR NO. 000000000702
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022355
ONE THOUSAND SIX HUNDRED SIXTY-THREE AND 35/100 DOLLARS
CHECK AMOUNT $1,663.35
PAY TO THE ORDER OF DIV OF PLANT INDUSTRY P.O. BOX#147100 GAINSVILLE FL 32614-7100
AUTHORIZED SIGNATURE
⑈022355⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000166335⑈

Number: 22355 Date: 11/17/2010 Amount: $1,663.35

CHECK NO. 22356 CHECK DATE 11/10/10 VENDOR NO. 000000000930
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022356
FOUR HUNDRED THIRTY-THREE AND 36/100 DOLLARS
CHECK AMOUNT $433.36
PAY TO THE ORDER OF AMERIGAS - HOMESTEAD 705 S KROME AVE. HOMESTEAD FL 33030-7211
2000022695
179623.55
AUTHORIZED SIGNATURE
⑈022356⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000043336⑈

Number: 22356 Date: 11/22/2010 Amount: $433.36

CHECK NO. 22357 CHECK DATE 11/10/10 VENDOR NO. 000000001040
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022357
SEVEN THOUSAND FOUR HUNDRED AND 00/100 DOLLARS
CHECK AMOUNT $7,400.00
PAY TO THE ORDER OF PURE BEAUTY FARMS 16350 SW 200TH ST MIAMI MIAMI FL 33187
AUTHORIZED SIGNATURE
⑈022357⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000740000⑈

Number: 22357 Date: 11/17/2010 Amount: $7,400.00

CHECK NO. 22358 CHECK DATE 11/10/10 VENDOR NO. 000000001141
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022358
ONE HUNDRED EIGHTY-FOUR AND 84/100 DOLLARS
CHECK AMOUNT $184.84
PAY TO THE ORDER OF DHL EXPRESS (USA), INC. 16592 COLLECTIONS CENTER DRIVE CHICAGO IL 60693
AUTHORIZED SIGNATURE
⑈022358⑈ ⑆067008993⑆ 2097913406⑈

Number: 22358 Date: 11/18/2010 Amount: $184.84

CHECK NO. 22359 CHECK DATE 11/10/10 VENDOR NO. 000000001367
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022359
ONE THOUSAND SIX HUNDRED AND 48/100 DOLLARS
CHECK AMOUNT $1,600.48
PAY TO THE ORDER OF GE CAPITAL P.O. BOX 740423 ATLANTA GA 30374-0423
AUTHORIZED SIGNATURE
⑈022359⑈ ⑆067008993⑆ 2097913406⑈

Number: 22359 Date: 11/16/2010 Amount: $1,600.48

CHECK NO. 22360 CHECK DATE 11/10/10 VENDOR NO. 000000002041
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022360
EIGHTY-FIVE AND 00/100 DOLLARS
CHECK AMOUNT $85.00
PAY TO THE ORDER OF WASTE MANAGEMENT INC. OF FLORIDA P.O. BOX 105453 ATLANTA GA 30348
AUTHORIZED SIGNATURE
⑈022360⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000008500⑈

Number: 22360 Date: 11/17/2010 Amount: $85.00

CHECK NO. 22361 CHECK DATE 11/10/10 VENDOR NO. 000000002199
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022361
ONE HUNDRED THIRTY-THREE AND 75/100 DOLLARS
CHECK AMOUNT $133.75
PAY TO THE ORDER OF GLOBAL EXCHANGE SERVICES P.O. BOX 640371 PITTSBURGH PA 15264-0371
AUTHORIZED SIGNATURE
⑈022361⑈ ⑆067008993⑆ 2097913406⑈

Number: 22361 Date: 11/17/2010 Amount: $133.75

CHECK NO. 22362 CHECK DATE 11/10/10 VENDOR NO. 000000002290
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022362
THIRTY-FIVE AND 00/100 DOLLARS
CHECK AMOUNT $35.00
PAY TO THE ORDER OF D.N. MANAGEMENT, INC. 4483 NW 36TH STREET, SUITE 120 MIAMI FL 33166
AUTHORIZED SIGNATURE
⑈022362⑈ ⑆067008993⑆ 2097913406⑈

Number: 22362 Date: 11/17/2010 Amount: $35.00

CHECK NO. 22364 CHECK DATE 11/10/10 VENDOR NO. 000000003013
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022364
TWO HUNDRED NINETY-SIX AND 50/100 DOLLARS
CHECK AMOUNT $296.50
PAY TO THE ORDER OF B & K CUTTINGS, INC. P.O. BOX 838 SORRENTO FL 32776
AUTHORIZED SIGNATURE
⑈022364⑈ ⑆067008993⑆ 2097913406⑈

Number: 22364 Date: 11/22/2010 Amount: $296.50

CHECK NO. 22366 CHECK DATE 11/10/10 VENDOR NO. 000000003220
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022366
ONE HUNDRED TWELVE AND 35/100 DOLLARS
CHECK AMOUNT $112.35
PAY TO THE ORDER OF CESAR TIRE SERVICES, INC. 948 N.W. 9TH STREET HOMESTEAD FL 33030
AUTHORIZED SIGNATURE
⑈022366⑈ ⑆067008993⑆ 2097913406⑈

Number: 22366 Date: 11/15/2010 Amount: $112.35

CHECK NO. 22367 CHECK DATE 11/10/10 VENDOR NO. 000000003292
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022367
FIFTEEN THOUSAND THREE HUNDRED FIFTY-ONE AND 25/100 DOLLARS
CHECK AMOUNT $15,351.25
PAY TO THE ORDER OF HARRELL'S INC. P.O. BOX 402927 ATLANTA GA 30384-4526
AUTHORIZED SIGNATURE
⑈022367⑈ ⑆067008993⑆ 2097913406⑈

Number: 22367 Date: 11/17/2010 Amount: $15,351.25

CHECK NO. 22368 CHECK DATE 11/10/10 VENDOR NO. 000000003292
FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022368
SIX THOUSAND SIX HUNDRED FORTY-EIGHT AND 75/100 DOLLARS
CHECK AMOUNT $6,648.75
PAY TO THE ORDER OF HARRELL'S INC. P.O. BOX 402927 ATLANTA GA 30384-4526
AUTHORIZED SIGNATURE
⑈022368⑈ ⑆067008993⑆ 2097913406⑈

Number: 22368 Date: 11/17/2010 Amount: $6,648.75

FIRST FOLIAGE, LLC DEBTOR IN POSSESSION OPERATING ACCOUNT 17800 SW 268 STREET HOMESTEAD, FL 33031 305-245-3226
CHECK NO. 022369 — 22369 11/10/10 000000003293
TWO THOUSAND FIVE HUNDRED FIFTY-FOUR AND 00/100 DOLLARS $2,554.00
PAY TO THE ORDER OF HARRELL'S INC. P.O. BOX 402922 ATLANTA GA 30384-2526

Number: 22369 Date: 11/17/2010 Amount: $2,554.00

CHECK NO. 022370 — 22370 11/10/10 000000003505
FOUR HUNDRED TWENTY-TWO AND 94/100 DOLLARS $422.94
PAY TO THE ORDER OF RAYMOND LEASING CORPORATION P.O. BOX 203905 HOUSTON TX 77216-3905

Number: 22370 Date: 11/17/2010 Amount: $422.94

CHECK NO. 022371 — 22371 11/10/10 000000003541
ONE THOUSAND NINE HUNDRED FORTY-FOUR AND 76/100 DOLLARS $1,944.76
PAY TO THE ORDER OF DANA WAGNER 123 HBERSHAM DRIVE LONGWOOD FL 32779

Number: 22371 Date: 11/19/2010 Amount: $1,944.76

CHECK NO. 022372 — 22372 11/10/10 000000003563
NINETEEN AND 95/100 DOLLARS $19.95
PAY TO THE ORDER OF HOST.NET 2500 BOCA RATON BLVD., SUITE 901 BOCA RATON FL 33431

Number: 22372 Date: 11/16/2010 Amount: $19.95

CHECK NO. 022373 — 22373 11/10/10 000000003611
FIVE HUNDRED SEVENTY-TWO AND 44/100 DOLLARS $572.44
PAY TO THE ORDER OF NEW JERSEY AUTO PARTS 11512 QUAIL ROOST DR. MIAMI FL 33157

Number: 22373 Date: 11/16/2010 Amount: $572.44

CHECK NO. 022374 — 22374 11/10/10 000000003621 VOID
EIGHT HUNDRED SEVENTY-TWO AND 26/100 DOLLARS $872.26
PAY TO THE ORDER OF [illegible] SUPPLY COMPANY PO BOX [illegible] CHICAGO IL 60673-1217

Number: 22374 Date: 11/19/2010 Amount: $872.26

CHECK NO. 022375 — 22375 11/10/10 000000003642
THIRTY-SEVEN AND 91/100 DOLLARS $37.91
PAY TO THE ORDER OF ANDRES FERMIN

Number: 22375 Date: 11/23/2010 Amount: $37.91

CHECK NO. 022376 — 22376 11/10/10 000000003690
THREE THOUSAND SEVEN HUNDRED THREE AND 00/100 DOLLARS $3,703.00
PAY TO THE ORDER OF VAS AGRICULTURAL SUPPLY, INC. 17650 SW 232 ST. MIAMI FL 33170

Number: 22376 Date: 11/15/2010 Amount: $3,703.00

CHECK NO. 022377 — 22377 11/10/10 000000003751
NINE THOUSAND FIVE HUNDRED TWELVE AND 86/100 DOLLARS $9,512.86
PAY TO THE ORDER OF TOPIARY GARDENS NURSERY 18520 SW 311TH ST HOMESTEAD FL 33030

Number: 22377 Date: 11/15/2010 Amount: $9,512.86

CHECK NO. 022378 — 22378 11/10/10 000000004005
FIVE HUNDRED EIGHTY-SEVEN AND 58/100 DOLLARS $587.58
PAY TO THE ORDER OF CHOICE ENVIRONMENTAL SERVICES PO BOX 21626 FT. LAUDERDALE FL 33335

Number: 22378 Date: 11/16/2010 Amount: $587.58

CHECK NO. 022379 — 22379 11/10/10 000000004006
THREE THOUSAND ONE HUNDRED NINETY-SEVEN AND 03/100 DOLLARS $3,197.03
PAY TO THE ORDER OF PRATT CORRUGATED HOLDINGS P.O. BOX 933949 ATLANTA GA 31193-3949

Number: 22379 Date: 11/15/2010 Amount: $3,197.03

CHECK NO. 022380 — 22380 11/10/10 000000004033
ONE THOUSAND NINETY-SIX AND 44/100 DOLLARS $1,096.44
PAY TO THE ORDER OF AGRIUM ADVANCED TECHNOLOGIES 99 SW 14TH AVE. HOMESTEAD FL 33030

Number: 22380 Date: 11/26/2010 Amount: $1,096.44

| CHECK NO. | CHECK DATE | VENDOR NO. | PAYEE | AMOUNT IN WORDS | CHECK AMOUNT |
|---|---|---|---|---|---|
| 22383 | 11/10/10 | 000000001744 | POTS COMPANY, 13200 NW 45TH AVENUE, OPA LOCKA FL 33054-4316 | TEN THOUSAND SIX HUNDRED THIRTY-SEVEN AND 96/100 DOLLARS | $10,637.96 |
| 22385 | 11/10/10 | 000000004035 | DENNIS ESPINOSA, 16954 SW 119 PL, | ONE THOUSAND SEVEN HUNDRED AND 00/100 DOLLARS | $1,700.00 |
| 22386 | 11/10/10 | 000000004034 | SAMRAT CONTAINER LINES, INC., 2060 OAK TREE RD, 1ST FLOOR, EDISON NJ 08820 | SIX THOUSAND EIGHT HUNDRED EIGHTY-NINE AND 56/100 DOLLARS | $6,889.56 |
| 22387 | 11/11/10 | 000000001062 | COMDATA NETWORK INC, CASH BALANCING DEPT., 5301 MARYLAND WAY, BRENTWOOD TN 37027 | ONE THOUSAND THREE HUNDRED THIRTY AND 72/100 DOLLARS | $1,330.72 |
| 22388 | 11/11/10 | 000000003142 | URBIETA OIL INC., P.O. BOX 160190, HIALEAH FL 33016 | SIX THOUSAND FIVE HUNDRED SEVENTY-TWO AND 32/100 DOLLARS | $6,572.32 |
| 22389 | 11/11/10 | 000000003311 | ROQUE'S MACHINE SHOP, 22780 S. DIXIE HWY, MIAMI FL 33170 | TWO HUNDRED FIFTY-EIGHT AND 38/100 DOLLARS | $258.38 |
| 22390 | 11/11/10 | 000000004025 | NR NURSING INC., 18720 SW 177TH AVE, MIAMI FL 33187 | THREE THOUSAND AND 00/100 DOLLARS | $3,000.00 |
| 22392 | 11/11/10 | 000000003617 | LARRY'S CAP ROCK & STONE, INC., 1319 NW 3RD STREET, HOMESTEAD FL 33030 | THREE HUNDRED SIXTY AND 00/100 DOLLARS | $360.00 |
| 22393 | 11/11/10 | 000000003356 | FELIX DUQUE/PETTY CASH, PETTY CASH | ONE THOUSAND SEVEN HUNDRED TEN AND 49/100 DOLLARS | $1,710.49 |
| 22395 | 11/12/10 | 000000003533 | AMERICAN PROJECT DEVELOPMENT CORP., 19520 SW 117 COURT, MIAMI FL 33177 | SIX THOUSAND THREE HUNDRED AND 00/100 DOLLARS | $6,300.00 |
| 22396 | 11/12/10 | 000000004037 | FEDERICO D. TOMAS | TWO HUNDRED SIXTY-SIX AND 34/100 DOLLARS | $266.34 |
| 22397 | 11/12/10 | 000000000806 | MATHESON TRI-GAS, P.O. BOX 845502, DALLAS TX 75284 | SEVENTY-THREE AND 87/100 DOLLARS | $73.87 |

Each check: FIRST FOLIAGE, LLC, DEBTOR IN POSSESSION, OPERATING ACCOUNT, 17800 SW 268 STREET, HOMESTEAD, FL 33031, 305-245-3226; Community Bank; AUTHORIZED SIGNATURE. MICR line: ⑈0223XX⑈ ⑆067008993⑆ 2097913406⑈

Number: 22383 Date: 11/17/2010 Amount: $10,637.96

Number: 22385 Date: 11/17/2010 Amount: $1,700.00

Number: 22386 Date: 11/12/2010 Amount: $6,889.56

Number: 22387 Date: 11/16/2010 Amount: $1,330.72

Number: 22388 Date: 11/16/2010 Amount: $6,572.32

Number: 22389 Date: 11/15/2010 Amount: $258.38

Number: 22390 Date: 11/15/2010 Amount: $3,000.00

Number: 22392 Date: 11/16/2010 Amount: $360.00

Number: 22393 Date: 11/16/2010 Amount: $1,710.49

Number: 22395 Date: 11/17/2010 Amount: $6,300.00

Number: 22396 Date: 11/15/2010 Amount: $266.34

Number: 22397 Date: 11/26/2010 Amount: $73.87

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

CHECK NO. 022398 — 22398 11/12/10 000000000608
ELEVEN THOUSAND SEVEN HUNDRED SIXTY-ONE AND 40/100 DOLLARS — $11,761.40
PAY TO THE ORDER OF: VALROY LINERS, INC., PO BOX 343238, HOMESTEAD FL 33034

Number: 22398 Date: 11/18/2010 Amount: $11,761.40

CHECK NO. 022399 — 22399 11/12/10 000000000608
FOUR THOUSAND SIX HUNDRED NINETEEN AND 00/100 DOLLARS — $4,619.00
PAY TO THE ORDER OF: VALROY LINERS, INC., PO BOX 343238, HOMESTEAD FL 33034

Number: 22399 Date: 11/18/2010 Amount: $4,619.00

CHECK NO. 022400 — 22400 11/12/10 000000000608
TWO THOUSAND THREE HUNDRED NINE AND 50/100 DOLLARS — $2,309.50
PAY TO THE ORDER OF: VALROY LINERS, INC., PO BOX 343238, HOMESTEAD FL 33034

Number: 22400 Date: 11/18/2010 Amount: $2,309.50

CHECK NO. 022401 — 22401 11/12/10 000000001836
TWO HUNDRED EIGHTY-ONE AND 20/100 DOLLARS — $281.20
PAY TO THE ORDER OF: JOSE JIMENEZ

Number: 22401 Date: 11/15/2010 Amount: $281.20

CHECK NO. 022402 — 22402 11/12/10 000000004038
TWO HUNDRED EIGHTY-ONE AND 20/100 DOLLARS — $281.20
PAY TO THE ORDER OF: RODOLFO MENDEZ

Number: 22402 Date: 11/16/2010 Amount: $281.20

CHECK NO. 022403 — 22403 11/15/10 000000001382
FOUR THOUSAND FIVE HUNDRED SEVENTEEN AND 00/100 DOLLARS — $4,517.00
PAY TO THE ORDER OF: SOUTH FLORIDA GROWERS ASSOCIATION, INC, C/O MARTINEZ, GREENBERG & COMPANY, 10840 S.W. 113TH PLACE, MIAMI FL 33176

Number: 22403 Date: 11/22/2010 Amount: $4,517.00

416-80459-14-015
CHECK NO. 022404 — 22404 11/15/10 000000001960
SIX THOUSAND ONE HUNDRED SIXTY-SIX AND 66/100 DOLLARS — $6,166.66
PAY TO THE ORDER OF: RYWELL ASSOCIATES LP, 4150 S.W. 103RD AVE., C/O SUSAN MARTIN, DAVIE FL 33328

Number: 22404 Date: 11/18/2010 Amount: $6,166.66

CHECK NO. 022405 — 22405 11/15/10 000000003249
TWENTY-FIVE THOUSAND AND 00/100 DOLLARS — $25,000.00
PAY TO THE ORDER OF: AVE MARIA NURSERY LLC, PMB #22, 77 HARBOR DRIVE, KEY BISCAYNE FL 33149

Number: 22405 Date: 11/17/2010 Amount: $25,000.00

416-80922-13-015
CHECK NO. 022409 — 22409 11/15/10 000000003709
THREE THOUSAND ONE HUNDRED SIXTY-SIX AND 66/100 DOLLARS — $3,166.66
PAY TO THE ORDER OF: ROS-RY MANAGEMENT COMPANY, LLC, 4150 SW 103RD AVE., C/O SUSAN MARTIN, DAVIE FL 33328

Number: 22409 Date: 11/18/2010 Amount: $3,166.66

CHECK NO. 022410 — 22410 11/15/10 000000003754
THIRTY-FOUR THOUSAND FOUR HUNDRED NINETY AND 00/100 DOLLARS — $34,490.00
PAY TO THE ORDER OF: JOHN DEERE RISK PROTECTION, INC., P.O. BOX 660195, DALLAS TX 75266-0195

Number: 22410 Date: 11/19/2010 Amount: $34,490.00

CHECK NO. 022411 — 22411 11/15/10 000000001770
THREE THOUSAND FOUR HUNDRED SEVENTY-EIGHT AND 00/100 DOLLARS — $3,478.00
PAY TO THE ORDER OF: A-ROO COMPANY OF FLORIDA INC, P.O. BOX 931839, CLEVELAND OH 44193-1183

Number: 22411 Date: 11/19/2010 Amount: $3,478.00

CHECK NO. 022412 — 22412 11/15/10 000000000656
THREE HUNDRED NINETY AND 55/100 DOLLARS — $390.55
PAY TO THE ORDER OF: ORINOCO TIRES IMPORT & EXPORT, 15228 SW 77 LANE, SUITE 104, MIAMI FL 33193

Number: 22412 Date: 11/19/2010 Amount: $390.55

CHECK NO. CHECK DATE VENDOR NO.
22413 11/15/10 000000000845

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

CHECK NO. 022413

TWO HUNDRED NINETY-EIGHT AND 12/100 DOLLARS

CHECK AMOUNT $298.12

PAY TO THE ORDER OF
ARMCHEM INTERNATIONAL CORP.
3563 NW 53 COURT
FT LAUDERDALE FL 33309

AUTHORIZED SIGNATURE

⑈022413⑈ ⑆067008993⑆ 2097913406⑈

Number: 22413 Date: 11/19/2010 Amount: $298.12

CHECK NO. CHECK DATE VENDOR NO.
22414 11/15/10 000000001066

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

CHECK NO. 022414

EIGHT THOUSAND AND 00/100 DOLLARS

CHECK AMOUNT $8,000.00

PAY TO THE ORDER OF
SWI
1037 NW 4TH STREET
HOMESTEAD FL 33030-5797

AUTHORIZED SIGNATURE

⑈022414⑈ ⑆067008993⑆ 2097913406⑈

Number: 22414 Date: 11/17/2010 Amount: $8,000.00

CHECK NO. CHECK DATE VENDOR NO.
22415 11/15/10 000000001122

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

CHECK NO. 022415

THIRTY-THREE AND 17/100 DOLLARS

CHECK AMOUNT $33.17

PAY TO THE ORDER OF
IRRITECH INTERNATIONAL, INC
13835 S.W. 102 COURT
MIAMI, FL 33176-6610

AUTHORIZED SIGNATURE

⑈022415⑈ ⑆067008993⑆ 2097913406⑈

Number: 22415 Date: 11/24/2010 Amount: $33.17

CHECK NO. CHECK DATE VENDOR NO.
22416 11/15/10 000000001289

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

CHECK NO. 022416

TWO THOUSAND ONE HUNDRED SEVENTEEN AND 50/100 DOLLARS

CHECK AMOUNT $2,117.50

PAY TO THE ORDER OF
COMPREHENSIVE BUSINESS SYSTEMS, INC.
4801 SOUTH UNIVERSITY DRIVE. SUITE 125
DAVIE FL 33328

AUTHORIZED SIGNATURE

⑈022416⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000211750⑈

Number: 22416 Date: 11/19/2010 Amount: $2,117.50

CHECK NO. CHECK DATE VENDOR NO.
22417 11/15/10 000000001481

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

CHECK NO. 022417

ONE THOUSAND FOUR HUNDRED SEVENTY-SEVEN AND 67/100 DOLLARS

CHECK AMOUNT $1,477.67

PAY TO THE ORDER OF
NETLINK SOLUTIONS INCORPORATED
15592 71ST PL. N.
LOXAHATCHEE FL 33470

AUTHORIZED SIGNATURE

⑈022417⑈ ⑆067008993⑆ 2097913406⑈

Number: 22417 Date: 11/19/2010 Amount: $1,477.67

CHECK NO. CHECK DATE VENDOR NO.
22418 11/15/10 000000001672

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

CHECK NO. 022418

THREE THOUSAND AND 00/100 DOLLARS

CHECK AMOUNT $3,000.00

PAY TO THE ORDER OF
EXACT SOFTWARE NA INC
1136 PAYSPHERE CIRCLE
CHICAGO IL 60674

AUTHORIZED SIGNATURE

⑈022418⑈ ⑆067008993⑆ 2097913406⑈

Number: 22418 Date: 11/24/2010 Amount: $3,000.00

CHECK NO. CHECK DATE VENDOR NO.
22420 11/15/10 000000003142

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

CHECK NO. 022420

FIVE THOUSAND FORTY-NINE AND 88/100 DOLLARS

CHECK AMOUNT $5,049.88

PAY TO THE ORDER OF
URBIETA OIL INC.
P.O. BOX 160150
HIALEAH FL 33016

AUTHORIZED SIGNATURE

⑈022420⑈ ⑆067008993⑆ 2097913406⑈

Number: 22420 Date: 11/19/2010 Amount: $5,049.88

CHECK NO. CHECK DATE VENDOR NO.
22421 11/15/10 000000003353

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

CHECK NO. 022421

TWO HUNDRED EIGHT AND 50/100 DOLLARS

CHECK AMOUNT $208.50

PAY TO THE ORDER OF
DATA MASONS SOFTWARE
P.O. BOX 864507
ORLANDO FL 32886-4507

AUTHORIZED SIGNATURE

⑈022421⑈ ⑆067008993⑆ 2097913406⑈

Number: 22421 Date: 11/22/2010 Amount: $208.50

CHECK NO. CHECK DATE VENDOR NO.
22422 11/15/10 000000003583

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

CHECK NO. 022422

FIVE HUNDRED FIFTY-SIX AND 54/100 DOLLARS

CHECK AMOUNT $556.54

PAY TO THE ORDER OF
UNITED HEALTHCARE INSURANCE COMPANY
DEPT. CH 10151
PALATINE IL 60055-0151

AUTHORIZED SIGNATURE

⑈022422⑈ ⑆067008993⑆ 2097913406⑈

Number: 22422 Date: 11/22/2010 Amount: $556.54

CHECK NO. CHECK DATE VENDOR NO.
22423 11/15/10 000000003614

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

CHECK NO. 022423

EIGHT HUNDRED THIRTY-TWO AND 31/100 DOLLARS

CHECK AMOUNT $832.31

PAY TO THE ORDER OF
NEW JERSEY AUTO PARTS
11512 QUAIL ROOST DR.
MIAMI FL 33157

AUTHORIZED SIGNATURE

⑈022423⑈ ⑆067008993⑆ 2097913406⑈

Number: 22423 Date: 11/19/2010 Amount: $832.31

CHECK NO. CHECK DATE VENDOR NO.
22424 11/15/10 000000003623

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

CHECK NO. 022424

THREE THOUSAND TWENTY-FOUR AND 00/100 DOLLARS

CHECK AMOUNT $3,024.00

PAY TO THE ORDER OF
RICHARDS & ASSOCIATES
232 ANDALUSIA AVENUE. SUITE 202
CORAL GABLES FL 33134

AUTHORIZED SIGNATURE

⑈022424⑈ ⑆067008993⑆ 2097913406⑈

Number: 22424 Date: 11/24/2010 Amount: $3,024.00

CHECK NO. CHECK DATE VENDOR NO.
22425 11/15/10 000000004025

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

CHECK NO. 022425

TWO THOUSAND TWO HUNDRED EIGHT AND 00/100 DOLLARS

CHECK AMOUNT $2,208.00

PAY TO THE ORDER OF
N2 NURSING INC.
15720 SW 177TH AVE
MIAMI FL 33187

AUTHORIZED SIGNATURE

⑈022425⑈ ⑆067008993⑆ 2097913406⑈

Number: 22425 Date: 11/16/2010 Amount: $2,208.00

CHECK NO. CHECK DATE VENDOR NO.
22426 11/15/10 000000004033
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022426
ONE THOUSAND NINETY-SIX AND 44/100 DOLLARS
CHECK AMOUNT $1,096.44
PAY TO THE ORDER OF AGRIUM ADVANCED TECHNOLOGIES
99 SW 14TH AVE.
HOMESTEAD FL 33030
AUTHORIZED SIGNATURE
⑈022426⑈ ⑆067008993⑆ 2097913406⑈

Number: 22426 Date: 11/26/2010 Amount: $1,096.44

CHECK NO. CHECK DATE VENDOR NO.
22427 11/15/10 000000001066
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022427
TWENTY-FOUR THOUSAND EIGHT HUNDRED TEN AND 18/100 DOLLARS
CHECK AMOUNT $24,810.18
PAY TO THE ORDER OF BWI
1037 NW 4TH STREET
HOMESTEAD FL 33030-5797
AUTHORIZED SIGNATURE
⑈022427⑈ ⑆067008993⑆ 2097913406⑈

Number: 22427 Date: 11/17/2010 Amount: $24,810.18

CHECK NO. CHECK DATE VENDOR NO.
22428 11/15/10 000000001066
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022428
FOUR THOUSAND NINETY-NINE AND 94/100 DOLLARS
CHECK AMOUNT $4,099.94
PAY TO THE ORDER OF BWI
1037 NW 4TH STREET
HOMESTEAD FL 33030-5797
AUTHORIZED SIGNATURE
⑈022428⑈ ⑆067008993⑆ 2097913406⑈

Number: 22428 Date: 11/17/2010 Amount: $4,099.94

CHECK NO. CHECK DATE VENDOR NO.
22430 11/16/10 000000000505
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022430
FIVE THOUSAND SIX HUNDRED FOURTEEN AND 56/100 DOLLARS
CHECK AMOUNT $5,614.56
PAY TO THE ORDER OF TWYFORD INTERNATIONAL, INC.
4051 FUDGE RD.
APOPKA FL 32703
AUTHORIZED SIGNATURE
⑈022430⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000561456⑈

Number: 22430 Date: 11/18/2010 Amount: $5,614.56

CHECK NO. CHECK DATE VENDOR NO.
22431 11/16/10 000000003292
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022431
FOUR THOUSAND EIGHTY-THREE AND 00/100 DOLLARS
CHECK AMOUNT $4,083.00
PAY TO THE ORDER OF HARRELL'S INC.
P.O. BOX 402927
ATLANTA GA 30384-4526
(FIRFOLP)
INV0043307I
AUTHORIZED SIGNATURE
⑈022431⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000408300⑈

Number: 22431 Date: 11/22/2010 Amount: $4,083.00

CHECK NO. CHECK DATE VENDOR NO.
22432 11/16/10 000000003292
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022432
THREE THOUSAND FIVE HUNDRED FIFTY-EIGHT AND 75/100 DOLLARS
CHECK AMOUNT $3,558.75
PAY TO THE ORDER OF HARRELL'S INC.
P.O. BOX 402927
ATLANTA GA 30384-4526
(FIRFOLP)
INV0043306G
AUTHORIZED SIGNATURE
⑈022432⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000355875⑈

Number: 22432 Date: 11/22/2010 Amount: $3,558.75

CHECK NO. CHECK DATE VENDOR NO.
22433 11/16/10 000000003292
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022433
THREE THOUSAND THREE HUNDRED FIFTY-EIGHT AND 00/100 DOLLARS
CHECK AMOUNT $3,358.00
PAY TO THE ORDER OF HARRELL'S INC.
P.O. BOX 402927
ATLANTA GA 30384-4526
(FIRFOLP)
INV0043607Z
AUTHORIZED SIGNATURE
⑈022433⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000335800⑈

Number: 22433 Date: 11/22/2010 Amount: $3,358.00

CHECK NO. CHECK DATE VENDOR NO.
22434 11/16/10 000000000572
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022434
ONE HUNDRED FIVE AND 16/100 DOLLARS
CHECK AMOUNT $105.16
PAY TO THE ORDER OF SPRINT
PO BOX 4181
CAROL STREAM IL 60197-4181
AUTHORIZED SIGNATURE
⑈022434⑈ ⑆067008993⑆ 2097913406⑈

Number: 22434 Date: 11/23/2010 Amount: $105.16

CHECK NO. CHECK DATE VENDOR NO.
22435 11/17/10 000000004016
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022435
EIGHT HUNDRED SIXTY-NINE AND 88/100 DOLLARS
CHECK AMOUNT $869.88
PAY TO THE ORDER OF BERGER SINGERMAN, PA
350 E. LAS OLAS BLVD
SUITE 1000
FT. LAUDERDALE FL 33301
AUTHORIZED SIGNATURE
⑈022435⑈ ⑆067008993⑆ 2097913406⑈

Number: 22435 Date: 11/22/2010 Amount: $869.88

CHECK NO. CHECK DATE VENDOR NO.
22436 11/17/10 000000000599
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022436
ONE HUNDRED THIRTY AND 00/100 DOLLARS
CHECK AMOUNT $130.00
PAY TO THE ORDER OF LUMO PRINT
27750 S DIXIE HWY
NARANJA FL 33032
AUTHORIZED SIGNATURE
⑈022436⑈ ⑆067008993⑆ 2097913406⑈

Number: 22436 Date: 11/18/2010 Amount: $130.00

CHECK NO. CHECK DATE VENDOR NO.
22438 11/17/10 000000001845
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022438
FIVE THOUSAND EIGHT HUNDRED FORTY-ONE AND 72/100 DOLLARS
CHECK AMOUNT $5,841.72
PAY TO THE ORDER OF PENSKE TRUCK LEASING CO.,L.P.
P.O. BOX 532658
ATLANTA GA 30353-2658
AUTHORIZED SIGNATURE
⑈022438⑈ ⑆067008993⑆ 2097913406⑈

Number: 22438 Date: 11/22/2010 Amount: $5,841.72

CHECK NO. CHECK DATE VENDOR NO.
22439 11/17/10 000000003220
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022439
ONE HUNDRED ONE AND 65/100 DOLLARS
CHECK AMOUNT $101.65
PAY TO THE ORDER OF CESAR TIRE SERVICES, INC.
940 N.W. 9TH STREET
HOMESTEAD FL 33030
AUTHORIZED SIGNATURE
⑈022439⑈ ⑆067008993⑆ 2097913406⑈

Number: 22439 Date: 11/19/2010 Amount: $101.65

CHECK NO. CHECK DATE VENDOR NO.
22440 11/17/10 000000003686
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022440
FOURTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS
CHECK AMOUNT $14,500.00
PAY TO THE ORDER OF ILB GRAVIER, LLP
201 ALHAMBRA CIRCLE
SUITE 901
CORAL GABLES FL 33134
AUTHORIZED SIGNATURE
⑈022440⑈ ⑆067008993⑆ 2097913406⑈ ⑀0001450000⑀

Number: 22440 Date: 11/19/2010 Amount: $14,500.00

CHECK NO. CHECK DATE VENDOR NO.
22441 11/17/10 000000004039
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022441
ONE THOUSAND TWO HUNDRED AND 00/100 DOLLARS
CHECK AMOUNT $1,200.00
PAY TO THE ORDER OF ACCORDIA GLOBAL COMPLIANCE GROUP
1961 WEHRLE DRIVE
SUITE 2
BUFFALO NY 14221
AUTHORIZED SIGNATURE
⑈022441⑈ ⑆067008993⑆ 2097913406⑈

Number: 22441 Date: 11/23/2010 Amount: $1,200.00

CHECK NO. CHECK DATE VENDOR NO.
22442 11/17/10 000000003435
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022442
FOUR HUNDRED TWENTY-THREE AND 40/100 DOLLARS
CHECK AMOUNT $423.40
PAY TO THE ORDER OF TBS OF SOUTHERN MIAMI & FLORIDA KEYS
13970 S.W. 139TH COURT
MIAMI FL 33186
5666
AUTHORIZED SIGNATURE
⑈022442⑈ ⑆067008993⑆ 2097913406⑈ ⑀0000042340⑀

Number: 22442 Date: 11/29/2010 Amount: $423.40

CHECK NO. CHECK DATE VENDOR NO.
22443 11/17/10 000000000665
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022443
TWO HUNDRED TWENTY-SEVEN AND 97/100 DOLLARS
CHECK AMOUNT $227.97
PAY TO THE ORDER OF BARTOLA INVESTMENTS CORPORATION
141 ISLAND DRIVE
KEY BISCAYNE FL 33149
AUTHORIZED SIGNATURE
⑈022443⑈ ⑆067008993⑆ 2097913406⑈ ⑀0000022797⑀

Number: 22443 Date: 11/29/2010 Amount: $227.97

CHECK NO. CHECK DATE VENDOR NO.
22444 11/18/10 000000001859
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022444
FOUR THOUSAND TWO HUNDRED THIRTY-EIGHT AND 00/100 DOLLARS
CHECK AMOUNT $4,238.00
PAY TO THE ORDER OF DJ'S PALLET & RECYCLING
19701 SW 114TH PLACE
MIAMI FL 33157
AUTHORIZED SIGNATURE
⑈022444⑈ ⑆067008993⑆ 2097913406⑈

Number: 22444 Date: 11/22/2010 Amount: $4,238.00

CHECK NO. CHECK DATE VENDOR NO.
22445 11/18/10 000000000618
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022445
FIVE HUNDRED SEVENTEEN AND 25/100 DOLLARS
CHECK AMOUNT $517.25
PAY TO THE ORDER OF ANDREW HAULING INC.
1435 WEST 31 STREET
HIALEAH FL 33012
AUTHORIZED SIGNATURE
⑈022445⑈ ⑆067008993⑆ 2097913406⑈ ⑀0000051725⑀

Number: 22445 Date: 11/24/2010 Amount: $517.25

CHECK NO. CHECK DATE VENDOR NO.
22447 11/18/10 000000004014
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022447
ONE THOUSAND AND 00/100 DOLLARS
CHECK AMOUNT $1,000.00
PAY TO THE ORDER OF MARIA CARDENAS
16131 SW 304 TERRACE
HOMESTEAD FL 33030
AUTHORIZED SIGNATURE
⑈022447⑈ ⑆067008993⑆ 2097913406⑈ ⑀0000100000⑀

Number: 22447 Date: 11/22/2010 Amount: $1,000.00

CHECK NO. CHECK DATE VENDOR NO.
22448 11/18/10 000000002238
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022448
FOUR HUNDRED FIFTY-FIVE AND 82/100 DOLLARS
CHECK AMOUNT $455.82
PAY TO THE ORDER OF LUIS VARA
AUTHORIZED SIGNATURE
⑈022448⑈ ⑆067008993⑆ 2097913406⑈

Number: 22448 Date: 11/22/2010 Amount: $455.82

CHECK NO. CHECK DATE VENDOR NO.
22449 11/18/10 000000003690
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022449
FOUR THOUSAND THREE HUNDRED FIFTY-NINE AND 00/100 DOLLARS
CHECK AMOUNT $4,359.00
PAY TO THE ORDER OF VAS AGRICULTURAL SUPPLY, INC.
17650 SW 232 ST.
MIAMI FL 33170
INV# 6183 & 6188
AUTHORIZED SIGNATURE
⑈022449⑈ ⑆067008993⑆ 2097913406⑈

Number: 22449 Date: 11/19/2010 Amount: $4,359.00

CHECK NO. CHECK DATE VENDOR NO.
22450 11/18/10 000000003751
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022450
FIVE THOUSAND SIX HUNDRED EIGHT AND 88/100 DOLLARS
CHECK AMOUNT $5,608.88
PAY TO THE ORDER OF TOPIARY GARDENS NURSERY
18920 SW 311TH ST
HOMESTEAD FL 33030
AUTHORIZED SIGNATURE
⑈022450⑈ ⑆067008993⑆ 2097913406⑈ ⑀0000560888⑀

Number: 22450 Date: 11/22/2010 Amount: $5,608.88

CHECK NO. CHECK DATE VENDOR NO.
22451 11/18/10 000000003767
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022451
ONE THOUSAND FOUR HUNDRED TWENTY-FOUR AND 00/100 DOLLARS
CHECK AMOUNT $1,424.00
PAY TO THE ORDER OF FOLIAGE PLANTS
18455 SW 272 STREET
HOMESTEAD FL 33031
AUTHORIZED SIGNATURE
⑈022451⑈ ⑆067008993⑆ 2097913406⑈ ⑀0000142400⑀

Number: 22451 Date: 11/23/2010 Amount: $1,424.00

CHECK NO. CHECK DATE VENDOR NO.
22452 11/18/10 000000003767
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022452
THREE THOUSAND FIVE HUNDRED SEVENTY-SIX AND 00/100 DOLLARS
CHECK AMOUNT $3,576.00
PAY TO THE ORDER OF FOLIAGE PLANTS
18455 SW 272 STREET
HOMESTEAD FL 33031
AUTHORIZED SIGNATURE
⑈022452⑈ ⑆067008993⑆ 2097913406⑈ ⑀0000357600⑀

Number: 22452 Date: 11/23/2010 Amount: $3,576.00

CHECK NO. 22453 CHECK DATE 11/18/10 VENDOR NO. 000000000583
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022453
ONE THOUSAND FOUR HUNDRED THIRTEEN AND 16/100 DOLLARS
CHECK AMOUNT $1,413.16
PAY TO THE ORDER OF FOREMOSTCO 8457 NW 66 STREET MIAMI FL 33166
AUTHORIZED SIGNATURE
⑈022453⑈ ⑆067008993⑆ 2097913406⑈

Number: 22453 Date: 11/23/2010 Amount: $1,413.16

CHECK NO. 22456 CHECK DATE 11/19/10 VENDOR NO. 000000000583
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022456
FOUR THOUSAND ONE HUNDRED NINETY-TWO AND 39/100 DOLLARS
CHECK AMOUNT $4,192.39
PAY TO THE ORDER OF FOREMOSTCO 8457 NW 66 STREET MIAMI FL 33166
AUTHORIZED SIGNATURE
⑈022456⑈ ⑆067008993⑆ 2097913406⑈

Number: 22456 Date: 11/23/2010 Amount: $4,192.39

CHECK NO. 22457 CHECK DATE 11/19/10 VENDOR NO. 000000000583
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022457
TEN THOUSAND SEVEN HUNDRED SEVENTY-NINE AND 45/100 DOLLARS
CHECK AMOUNT $10,779.45
PAY TO THE ORDER OF FOREMOSTCO 8457 NW 66 STREET MIAMI FL 33166
AUTHORIZED SIGNATURE
⑈022457⑈ ⑆067008993⑆ 2097913406⑈

Number: 22457 Date: 11/23/2010 Amount: $10,779.45

CHECK NO. 22458 CHECK DATE 11/19/10 VENDOR NO. 000000000608
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022458
SIXTEEN THOUSAND FIVE HUNDRED EIGHTY-SIX AND 75/100 DOLLARS
CHECK AMOUNT $16,586.75
PAY TO THE ORDER OF VALROY LINERS, INC. PO BOX 343238 HOMESTEAD FL 33034
AUTHORIZED SIGNATURE
⑈022458⑈ ⑆067008993⑆ 2097913406⑈ ⑈0001658675⑈

Number: 22458 Date: 11/23/2010 Amount: $16,586.75

CHECK NO. 22459 CHECK DATE 11/19/10 VENDOR NO. 000000001062
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022459
FIVE HUNDRED NINETY AND 75/100 DOLLARS
CHECK AMOUNT $590.75
PAY TO THE ORDER OF CONDATA NETWORK INC CASH BALANCING DEPT. 5301 MARYLAND WAY BRENTWOOD TN 37027
AUTHORIZED SIGNATURE
⑈022459⑈ ⑆067008993⑆ 2097913406⑈

Number: 22459 Date: 11/24/2010 Amount: $590.75

CHECK NO. 22460 CHECK DATE 11/22/10 VENDOR NO. 000000001066
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022460
SEVENTEEN THOUSAND NINE HUNDRED SEVENTY-ONE AND 58/100 DOLLARS
CHECK AMOUNT $17,971.58
PAY TO THE ORDER OF BWI 1037 NW 4TH STREET HOMESTEAD FL 33030-5797
AUTHORIZED SIGNATURE
⑈022460⑈ ⑆067008993⑆ 2097913406⑈

Number: 22460 Date: 11/24/2010 Amount: $17,971.58

CHECK NO. 22461 CHECK DATE 11/23/10 VENDOR NO. 000000000835
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022461
ONE HUNDRED SEVENTY-ONE AND 20/100 DOLLARS
CHECK AMOUNT $171.20
PAY TO THE ORDER OF LEON'S ALTERNATOR & STARTER, INC 180 SOUTH KROME AVENUE HOMESTEAD FL 33030
AUTHORIZED SIGNATURE
⑈022461⑈ ⑆067008993⑆ 2097913406⑈

Number: 22461 Date: 11/24/2010 Amount: $171.20

CHECK NO. 22462 CHECK DATE 11/23/10 VENDOR NO. 000000001104
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
VOID VOID VOID
COMMUNITY BANK
CHECK NO. 022462
FOUR HUNDRED THIRTY-TWO AND 15/100 DOLLARS
CHECK AMOUNT $432.15
PAY TO THE ORDER OF JOSE BELTRAN 5589/1 MINELA DR. (at OAKWOOD) MIAMI SPRINGS FL 33166
AUTHORIZED SIGNATURE
⑈022462⑈ ⑆067008993⑆ 2097913406⑈

Number: 22462 Date: 11/26/2010 Amount: $432.15

CHECK NO. 22465 CHECK DATE 11/23/10 VENDOR NO. 000000000505
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022465
THREE THOUSAND FIVE HUNDRED EIGHT AND 07/100 DOLLARS
CHECK AMOUNT $3,508.07
PAY TO THE ORDER OF TWYFORD INTERNATIONAL. INC. 4051 FUDGE RD. APOPKA FL 32703
AUTHORIZED SIGNATURE
⑈022465⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000350807⑈

Number: 22465 Date: 11/26/2010 Amount: $3,508.07

CHECK NO. 22466 CHECK DATE 11/23/10 VENDOR NO. 000000000583
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022466
ELEVEN THOUSAND THREE HUNDRED NINETY-FOUR AND 25/100 DOLLARS
CHECK AMOUNT $11,394.25
PAY TO THE ORDER OF FOREMOSTCO 8457 NW 66 STREET MIAMI FL 33166
AUTHORIZED SIGNATURE
⑈022466⑈ ⑆067008993⑆ 2097913406⑈

Number: 22466 Date: 11/29/2010 Amount: $11,394.25

CHECK NO. 22467 CHECK DATE 11/23/10 VENDOR NO. 000000000583
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022467
ONE THOUSAND FIVE HUNDRED EIGHTY AND 43/100 DOLLARS
CHECK AMOUNT $1,580.43
PAY TO THE ORDER OF FOREMOSTCO 8457 NW 66 STREET MIAMI FL 33166
AUTHORIZED SIGNATURE
⑈022467⑈ ⑆067008993⑆ 2097913406⑈

Number: 22467 Date: 11/29/2010 Amount: $1,580.43

CHECK NO. 22469 CHECK DATE 11/23/10 VENDOR NO. 000000003292
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
COMMUNITY BANK
CHECK NO. 022469
ELEVEN THOUSAND AND 00/100 DOLLARS
CHECK AMOUNT $11,000.00
PAY TO THE ORDER OF HARRELL'S INC. P.O. BOX 402927 ATLANTA GA 30384-2926
AUTHORIZED SIGNATURE
⑈022469⑈ ⑆067008993⑆ 2097913406⑈

Number: 22469 Date: 11/30/2010 Amount: $11,000.00

| CHECK NO. | CHECK DATE | VENDOR NO. |
| --- | --- | --- |
| 22470 | 11/23/10 | 000000003650 |

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

COMMUNITY BANK

CHECK NO. 022470

TWO THOUSAND ELEVEN AND 00/100 DOLLARS

CHECK AMOUNT $2,011.00

PAY TO THE ORDER OF
VAS AGRICULTURAL SUPPLY, INC.
17650 SW 232 ST.
MIAMI FL 33170

INV# 6268

AUTHORIZED SIGNATURE

⑈022470⑈ ⑆067008993⑆ 2097913406⑈

Number: 22470 Date: 11/24/2010 Amount: $2,011.00

| CHECK NO. | CHECK DATE | VENDOR NO. |
| --- | --- | --- |
| 22471 | 11/23/10 | 000000003751 |

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

COMMUNITY BANK

CHECK NO. 022471

FIVE THOUSAND FIVE HUNDRED SIXTEEN AND 91/100 DOLLARS

CHECK AMOUNT $5,516.91

PAY TO THE ORDER OF
TOPIARY GARDENS NURSERY
18920 SW 211TH ST
HOMESTEAD FL 33030

AUTHORIZED SIGNATURE

⑈022471⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000551691⑈

Number: 22471 Date: 11/26/2010 Amount: $5,516.91

| CHECK NO. | CHECK DATE | VENDOR NO. |
| --- | --- | --- |
| 22472 | 11/23/10 | 000000003758 |

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

COMMUNITY BANK

CHECK NO. 022472

FIVE THOUSAND AND 00/100 DOLLARS

CHECK AMOUNT $5,000.00

PAY TO THE ORDER OF
QUICK PLUGS
20301 SW 280TH ST.
HOMESTEAD FL 33031

AUTHORIZED SIGNATURE

⑈022472⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000500000⑈

Number: 22472 Date: 11/26/2010 Amount: $5,000.00

| CHECK NO. | CHECK DATE | VENDOR NO. |
| --- | --- | --- |
| 22473 | 11/23/10 | 000000004025 |

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

COMMUNITY BANK

CHECK NO. 022473

THREE THOUSAND TWO HUNDRED ELEVEN AND 20/100 DOLLARS

CHECK AMOUNT $3,211.20

PAY TO THE ORDER OF
NR NURSING INC.
19720 SW 177TH AVE
MIAMI FL 33187

AUTHORIZED SIGNATURE

⑈022473⑈ ⑆067008993⑆ 2097913406⑈

Number: 22473 Date: 11/24/2010 Amount: $3,211.20

| CHECK NO. | CHECK DATE | VENDOR NO. |
| --- | --- | --- |
| 22474 | 11/23/10 | 000000003440 |

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

COMMUNITY BANK

CHECK NO. 022474

TWO THOUSAND AND 00/100 DOLLARS

CHECK AMOUNT $2,000.00

PAY TO THE ORDER OF
BONSAI AHAHOY DECORATIONS INC
150 NW 85TH CT.
MIAMI FL 33126

AUTHORIZED SIGNATURE

⑈022474⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000200000⑈

Number: 22474 Date: 11/30/2010 Amount: $2,000.00

| CHECK NO. | CHECK DATE | VENDOR NO. |
| --- | --- | --- |
| 22477 | 11/23/10 | 000000000618 |

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

COMMUNITY BANK

CHECK NO. 022477

ONE THOUSAND FORTY-FOUR AND 25/100 DOLLARS

CHECK AMOUNT $1,044.25

PAY TO THE ORDER OF
ANDREW HAULING INC.
1435 WEST 31 STREET
HIALEAH FL 33012

AUTHORIZED SIGNATURE

⑈022477⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000104425⑈

Number: 22477 Date: 11/30/2010 Amount: $1,044.25

| CHECK NO. | CHECK DATE | VENDOR NO. |
| --- | --- | --- |
| 22478 | 11/23/10 | 000000000656 |

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

COMMUNITY BANK

CHECK NO. 022478

THREE HUNDRED NINETY AND 55/100 DOLLARS

CHECK AMOUNT $390.55

PAY TO THE ORDER OF
ORINOCO TIRES IMPORT & EXPORT
15338 SW 77 LANE
SUITE 104
MIAMI FL 33193

AUTHORIZED SIGNATURE

⑈022478⑈ ⑆067008993⑆ 2097913406⑈ ⑈0000039055⑈

Number: 22478 Date: 11/30/2010 Amount: $390.55

| CHECK NO. | CHECK DATE | VENDOR NO. |
| --- | --- | --- |
| 22481 | 11/23/10 | 000000000846 |

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

COMMUNITY BANK

CHECK NO. 022481

TWO HUNDRED FOURTEEN AND 26/100 DOLLARS

CHECK AMOUNT $214.26

PAY TO THE ORDER OF
ARKCHEM INTERNATIONAL CORP.
3563 NW 53 COURT
FT LAUDERDALE FL 33309

AUTHORIZED SIGNATURE

⑈022481⑈ ⑆067008993⑆ 2097913406⑈

Number: 22481 Date: 11/30/2010 Amount: $214.26

| CHECK NO. | CHECK DATE | VENDOR NO. |
| --- | --- | --- |
| 22482 | 11/23/10 | 000000001062 |

30

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

COMMUNITY BANK

CHECK NO. 022482

FOUR HUNDRED SIXTY-SIX AND 81/100 DOLLARS

CHECK AMOUNT $466.81

PAY TO THE ORDER OF
CONDATA NETWORK INC
CASH BALANCING DEPT.
5301 MARYLAND WAY
BRENTWOOD TN 37027

AUTHORIZED SIGNATURE

⑈022482⑈ ⑆067008993⑆ 2097913406⑈

Number: 22482 Date: 11/29/2010 Amount: $466.81

| CHECK NO. | CHECK DATE | VENDOR NO. |
| --- | --- | --- |
| 22485 | 11/23/10 | 000000003142 |

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

COMMUNITY BANK

CHECK NO. 022485

THREE THOUSAND NINE HUNDRED TWENTY-SEVEN AND 93/100 DOLLARS

CHECK AMOUNT $3,927.93

PAY TO THE ORDER OF
URBIETA OIL INC.
P.O. BOX 160190
HIALEAH FL 33016

AUTHORIZED SIGNATURE

⑈022485⑈ ⑆067008993⑆ 2097913406⑈

Number: 22485 Date: 11/30/2010 Amount: $3,927.93

| CHECK NO. | CHECK DATE | VENDOR NO. |
| --- | --- | --- |
| 22486 | 11/23/10 | 000000003173 |

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

COMMUNITY BANK

CHECK NO. 022486

FIVE THOUSAND AND 42/100 DOLLARS

CHECK AMOUNT $5,000.42

PAY TO THE ORDER OF
STS TELECOM
P.O. BOX 822270
PEMBROKE PINES FL 33082

2941

AUTHORIZED SIGNATURE

⑈022486⑈ ⑆067008993⑆ 2097913406⑈

Number: 22486 Date: 11/29/2010 Amount: $5,000.42

| CHECK NO. | CHECK DATE | VENDOR NO. |
| --- | --- | --- |
| 22488 | 11/23/10 | 000000003353 |

FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226

COMMUNITY BANK

4

CHECK NO. 022488

FORTY-NINE AND 00/100 DOLLARS

CHECK AMOUNT $49.00

PAY TO THE ORDER OF
DATA MASONS SOFTWARE
P.O. BOX 864507
ORLANDO FL 32886-4507

AUTHORIZED SIGNATURE

⑈022488⑈ ⑆067008993⑆ 2097913406⑈

Number: 22488 Date: 11/29/2010 Amount: $49.00

CHECK NO. CHECK DATE VENDOR NO.
22491 11/23/10 000000003614
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022491
Community Bank
FOUR HUNDRED THIRTY-SIX AND 74/100 DOLLARS
CHECK AMOUNT
$436.74
PAY TO THE ORDER OF
NEW JERSEY AUTO PARTS
11512 QUAIL ROOST DR.
MIAMI FL 33157
AUTHORIZED SIGNATURE
⑈022491⑈ ⑆067008993⑆ 2097913406⑈

Number: 22491 Date: 11/30/2010 Amount: $436.74

CHECK NO. CHECK DATE VENDOR NO.
22494 11/23/10 000000003767
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022494
Community Bank
ONE THOUSAND AND 00/100 DOLLARS
CHECK AMOUNT
$1,000.00
PAY TO THE ORDER OF
FOLIAGE PLANTS
18455 SW 272 STREET
HOMESTEAD FL 33031
AUTHORIZED SIGNATURE
⑈022494⑈ ⑆067008993⑆ 2097913406⑈ ⑉0000100000⑉

Number: 22494 Date: 11/26/2010 Amount: $1,000.00

CHECK NO. CHECK DATE VENDOR NO.
22497 11/23/10 000000003047
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022497
Community Bank
ONE HUNDRED FOURTEEN AND 38/100 DOLLARS
CHECK AMOUNT
$114.38
PAY TO THE ORDER OF
FLORAL PLANT GROWERS LLC
P.O. BOX 88767
MILWAUKEE WI 53288-0767
AUTHORIZED SIGNATURE
⑈022497⑈ ⑆067008993⑆ 2097913406⑈

Number: 22497 Date: 11/29/2010 Amount: $114.38

CHECK NO. CHECK DATE VENDOR NO.
22499 11/23/10 000000003484
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022499
Community Bank
TWENTY-NINE AND 34/100 DOLLARS
CHECK AMOUNT
$29.34
PAY TO THE ORDER OF
MASTERPIECE FLOWER COMPANY LLC
PO BOX 321
8122 CLYDE PARK AVE.
BYRON CENTER MI 49315
AUTHORIZED SIGNATURE
⑈022499⑈ ⑆067008993⑆ 2097913406⑈

Number: 22499 Date: 11/30/2010 Amount: $29.34

CHECK NO. CHECK DATE VENDOR NO.
22508 11/29/10 000000003440
FIRST FOLIAGE, LLC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
17800 SW 268 STREET
HOMESTEAD, FL 33031
305-245-3226
CHECK NO. 022508
Community Bank
TWO THOUSAND EIGHT HUNDRED TWELVE AND 50/100 DOLLARS
CHECK AMOUNT
$2,812.50
PAY TO THE ORDER OF
BONSAI AHAHOY DECORATIONS INC
350 NW 85TH CT.
MIAMI FL 33126
AUTHORIZED SIGNATURE
⑈022508⑈ ⑆067008993⑆ 2097913406⑈ ⑉0000281250⑉

Number: 22508 Date: 11/30/2010 Amount: $2,812.50

# ATTACHMENT 4A-1
## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: First Foliage, L.C. Case Number: 10-27532-BKC-LMI

Reporting Period beginning: November 1, 2010 Period ending: November 30, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Community Bank of Florida BRANCH: Homestead

ACCOUNT NAME: Operating Account ACCOUNT NUMBER: 2097872306

PURPOSE OF ACCOUNT: OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 7,279 | |
| Plus Total Amount of Outstanding Deposits | | |
| Minus Total Amount of Outstanding Checks and other debits | - | * |
| Minus Service Charges | - | |
| Ending Balance per Check Register | $ 7,279 | **(a) |

***Debit cards are used by** ______________________

****If Closing Balance is negative, provide explanation** ______________________

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | |
|---|---|
| | Transferred to Payroll Account |
| X | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

001623

PAGE: 1 1

ACCOUNT: 2097872306 11/30/2010
DOCUMENTS: 0

COMMUNITY BANK OF FLORIDA
"Exceeding Your Expectations"

Home & Patio Farms, LLC <T>
29605 SW 222 Ave
Homestead FL 33030

Main Office TELEPHONE:305-245-2211
28801 S.W. 157th Avenue
Homestead, Florida 33033

Taking a summer vacation is a great way to relax with family and friends, but dont let your bank statements sit in your mailbox while youre gone. Mail theft is a common way identity thieves steal your personal information.
Going paperless is also a great way to reduce clutter and save trees. Its so convenient we'll even send you an email reminder when your statement is available to view online. In addition, your account statements will be archived for easy access anytime you need them.

Commercial - Smart eChecking ACCOUNT 2097872306

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ................................ | | | 10/29/10 | 7,339.19 |
| STOP ITEM CHARGE(S) | 25.00 | | 11/04/10 | 7,314.19 |
| CASH MANAGEMENT FEES hperez@firstfol | 14.95 | | 11/22/10 | 7,299.24 |
| SERVICE CHARGE | 19.99 | | 11/30/10 | 7,279.25 |
| BALANCE THIS STATEMENT ................................ | | | 11/30/10 | 7,279.25 |

| | | | | |
|---|---|---|---|---|
| TOTAL CREDITS | (0) | .00 | AVERAGE BALANCE | 7,313.89 |
| TOTAL DEBITS | (3) | 59.94 | | |

- - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

TOTAL CHARGE FOR Commercial eChecking: 19.99

* * * C O N T I N U E D * * *

001623
PAGE: 2 2
ACCOUNT: 2097872306 11/30/2010
DOCUMENTS: 0

COMMUNITY BANK OF FLORIDA
"Exceeding Your Expectations"

Home & Patio Farms, LLC

Commercial - Smart eChecking ACCOUNT 2097872306

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | .00 | .00 |
| TOTAL RETURNED ITEM FEES: | .00 | .00 |

**ATTACHMENT 4A-2**
**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor First Foliage, L.C. Case Number 10-27532-BKC-LMI

Reporting Period beginning November 1, 2010 Period ending November 30, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Community Bank of Florida BRANCH: Homestead

ACCOUNT NAME: DIP - Petty Cash Account ACCOUNT NUMBER: 2097913407

PURPOSE OF ACCOUNT: OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 7,502 | |
| Plus Total Amount of Outstanding Deposits | | |
| Minus Total Amount of Outstanding Checks and other debits | | |
| Minus Service Charges | | |
| Ending Balance per Check Register | $ 7,502 | **(a) |

***Debit cards are used by** ____________

****If Closing Balance is negative, provide explanation** ____________

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

____________ Transferred to Payroll Account
____________ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

COMMUNITY BANK OF FLORIDA
MEMBER FDIC

001653
PAGE: 1 1
ACCOUNT: 2097913407 11/30/2010
DOCUMENTS: 0

STATEMENT PERIOD

First Foliage, LLC
DIP#10-27532-BKCLMI Petty Cash <T>
17800 SW 268 Street
Homestead FL 33031

Main Office TELEPHONE:305-245-2211
28801 S.W. 157th Avenue
Homestead, Florida 33033

Taking a summer vacation is a great way to relax with family and friends, but dont let your bank statements sit in your mailbox while youre gone. Mail theft is a common way identity thieves steal your personal information.
Going paperless is also a great way to reduce clutter and save trees. Its so convenient we'll even send you an email reminder when your statement is available to view online. In addition, your account statements will be archived for easy access anytime you need them.

Commercial - Smart eChecking ACCOUNT 2097913407

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ...................................... | | | 10/29/10 | 5,042.93 |
| POS Purchase 10/29 HOLIDAY INN EXPRESS HUNTERSVILLE NC | 242.63 | | 11/01/10 | 4,800.30 |
| POS Purchase 10/29 REDLAND SUPPLY CO HOMESTEAD FL | 30.22 | | 11/01/10 | 4,770.08 |
| Pinned Purchase 11/01 OFFICE MAX HOMESTEAD FL | 13.78 | | 11/01/10 | 4,756.30 |
| Pinned Purchase 11/02 SUNOCO 0484332200 MIAMI FL | 40.00 | | 11/02/10 | 4,716.30 |
| POS Purchase 11/01 MOODY PTRLM INC QPS HOMESTEAD FL | 30.63 | | 11/02/10 | 4,685.67 |
| POS Purchase 11/01 VEGAS GRILL 10 QPS HOMESTEAD FL | 15.58 | | 11/02/10 | 4,670.09 |
| Transfer from Account | | 3,000.00 | 11/03/10 | 7,670.09 |
| POS Purchase 11/02 RICHARDS TRACTORS AND HOMESTEAD FL | 1,380.88 | | 11/03/10 | 6,289.21 |
| Pinned Purchase 11/03 OFFICE MAX HOMESTEAD FL | 29.19 | | 11/03/10 | 6,260.02 |
| STOP ITEM CHARGE(S) | 25.00 | | 11/04/10 | 6,235.02 |

* * * C O N T I N U E D * * *

COMMUNITY BANK OF FLORIDA
MEMBER FDIC

001653
2

PAGE: 2
ACCOUNT: 2097913407 11/30/2010
DOCUMENTS: 0

STATEMENT PERIOD

First Foliage, LLC

Commercial - Smart eChecking ACCOUNT 2097913407

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| POS Purchase 11/03 SIAM RIVER THAI AND JA CORAL GABLES FL | 100.89 | | 11/04/10 | 6,134.13 |
| POS Purchase 11/03 AGRO DIST 08177 HOMESTEAD FL | 89.60 | | 11/04/10 | 6,044.53 |
| POS Purchase 11/04 GEMPLER 1016348330 800 382 8473 WI | 81.00 | | 11/04/10 | 5,963.53 |
| POS Purchase 11/02 CHEVRON 0309404 MIAMI FL | 29.79 | | 11/04/10 | 5,933.74 |
| Pinned Purchase 11/04 WAL MART 1680 KENDALL FL | 23.51 | | 11/04/10 | 5,910.23 |
| POS Purchase 11/04 AMERICAN AA COM AA RE TX | 315.30 | | 11/05/10 | 5,594.93 |
| POS Purchase 11/03 BWI HOMESTEAD HOMESTEAD FL | 70.68 | | 11/05/10 | 5,524.25 |
| Pinned Purchase 11/05 CRATE BARREL 803 MIAMI FL | 37.99 | | 11/05/10 | 5,486.26 |
| POS Purchase 11/03 BIG PINK MIAMI BEACH FL | 34.59 | | 11/05/10 | 5,451.67 |
| Pinned Purchase 11/05 PUBLIX HOMESTEAD FL | 24.46 | | 11/05/10 | 5,427.21 |
| Pinned Purchase 11/04 WAL MART SUPER CENTER FLORIDA CITY FL | 10.52 | | 11/05/10 | 5,416.69 |
| Transfer from Account | | 3,000.00 | 11/08/10 | 8,416.69 |
| POS Purchase 11/04 USAIRWAY 800 428 4322 AZ | 287.90 | | 11/08/10 | 8,128.79 |
| POS Purchase 11/04 USAIRWAY 800 428 4322 AZ | 287.90 | | 11/08/10 | 7,840.89 |
| POS Purchase 11/05 UNIFIED CARRIER REGIST 800 233 2010 IN | 235.62 | | 11/08/10 | 7,605.27 |
| POS Purchase 11/05 FEDERAL WAGE LABOR L 07136905676 TX | 137.40 | | 11/08/10 | 7,467.87 |
| POS Purchase 11/05 S FLORIDA CONTAINER TE 704 5712634 FL | 102.78 | | 11/08/10 | 7,365.09 |
| POS Purchase 11/04 SUNOCO 0484332200 MIAMI FL | 83.60 | | 11/08/10 | 7,281.49 |
| POS Purchase 11/04 THE HOME DEPOT 6355 FLORIDA CITY FL | 76.68 | | 11/08/10 | 7,204.81 |
| POS Purchase 11/06 7 ELEVEN 30030 MIAMI FL | 60.20 | | 11/08/10 | 7,144.61 |
| POS Purchase 11/05 OFFICE DEPOT 1165 800 463 3768 FL | 34.19 | | 11/08/10 | 7,110.42 |
| POS Purchase 11/05 KERRY S BROMELIAD NURS HOMESTEAD FL | 31.00 | | 11/08/10 | 7,079.42 |
| POS Purchase 11/05 OFFICE DEPOT 1105 800 463 3768 IL | 21.36 | | 11/08/10 | 7,058.06 |

* * * C O N T I N U E D * * *

001653
3

COMMUNITY BANK OF FLORIDA
MEMBER FDIC

PAGE: 3
ACCOUNT: 2097913407 11/30/2010
DOCUMENTS: 0

STATEMENT PERIOD

First Foliage, LLC

Commercial - Smart eChecking ACCOUNT 2097913407

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| Pinned Purchase 11/07 WAL MART SUPER CENTER FLORIDA CITY FL | 19.26 | | 11/08/10 | 7,038.80 |
| Pinned Purchase 11/07 BJ S WHOLESALE C HOMESTEAD FL | 12.47 | | 11/08/10 | 7,026.33 |
| POS Purchase 11/08 SUNBELT RENTALS 249 FLORIDA CI FL | 1,200.00 | | 11/09/10 | 5,826.33 |
| POS Purchase 11/09 GEMPLER 1016373400 800 382 8473 WI | 459.00 | | 11/09/10 | 5,367.33 |
| POS Purchase 11/08 RINCONCI TO LATINO III MIAMI FL | 161.20 | | 11/09/10 | 5,206.13 |
| POS Purchase 11/07 CASA LARIOS RESTAUR 305 662 5656 FL | 144.90 | | 11/09/10 | 5,061.23 |
| POS Purchase 11/09 RICHARDS TRACTORS AND HOMESTEAD FL | 279.91 | | 11/10/10 | 4,781.32 |
| POS Purchase 11/08 THE HOME DEPOT 6355 FLORIDA CITY FL | 114.83 | | 11/10/10 | 4,666.49 |
| POS Purchase 11/09 MIAMI ACURA MIAMI FL | 88.65 | | 11/10/10 | 4,577.84 |
| POS Purchase 11/09 CHEVRON 0357678 FORT LAUDERD FL | 82.33 | | 11/10/10 | 4,495.51 |
| Pinned Purchase 11/09 PUBLIX HOMESTEAD FL | 27.10 | | 11/10/10 | 4,468.41 |
| POS Purchase 11/09 PAYPAL WOLVERTONEN 4029357733 CA | 24.00 | | 11/10/10 | 4,444.41 |
| Pinned Purchase 11/10 PUBLIX HOMESTEAD FL | 22.03 | | 11/10/10 | 4,422.38 |
| POS Return 11/11 SUNBELT RENTALS 249 FLORIDA CI FL | | 565.76 | 11/12/10 | 4,988.14 |
| Transfer from Account | | 4,000.00 | 11/12/10 | 8,988.14 |
| POS Purchase 11/09 THE HOME DEPOT 6355 FLORIDA CITY FL | 472.17 | | 11/12/10 | 8,515.97 |
| POS Purchase 11/10 RINCONCI TO LATINO III MIAMI FL | 148.82 | | 11/12/10 | 8,367.15 |
| POS Purchase 11/09 THE HOME DEPOT 6355 FLORIDA CITY FL | 136.83 | | 11/12/10 | 8,230.32 |
| POS Purchase 11/11 RINCONCI TO LATINO III MIAMI FL | 133.84 | | 11/12/10 | 8,096.48 |
| Pinned Purchase 11/11 SUNOCO 0484332200 MIAMI FL | 55.00 | | 11/12/10 | 8,041.48 |
| Pinned Purchase 11/11 PUBLIX MIAMI FL | 48.57 | | 11/12/10 | 7,992.91 |
| Pinned Purchase 11/12 PUBLIX MIAMI FL | 24.51 | | 11/12/10 | 7,968.40 |
| Pinned Purchase 11/11 PUBLIX MIAMI FL | 9.99 | | 11/12/10 | 7,958.41 |

* * * C O N T I N U E D * * *

COMMUNITY BANK OF FLORIDA
MEMBER FDIC

PAGE: 4
001653 4
ACCOUNT: 2097913407 11/30/2010
DOCUMENTS: 0

STATEMENT PERIOD

First Foliage, LLC

Commercial - Smart eChecking ACCOUNT 2097913407

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| POS Purchase 11/09 AMPCO PARKING 450 LAS FT LAUDERDAL FL | 8.00 | | 11/12/10 | 7,950.41 |
| POS Purchase 11/11 THE HOME DEPOT 6355 FLORIDA CITY FL | 353.51 | | 11/15/10 | 7,596.90 |
| POS Purchase 11/12 RINCONCI TO LATINO III MIAMI FL | 138.63 | | 11/15/10 | 7,458.27 |
| POS Purchase 11/12 OFFICE DEPOT 1165 800 463 3768 FL | 128.38 | | 11/15/10 | 7,329.89 |
| Pinned Purchase 11/15 BJ S WHOLESALE C HOMESTEAD FL | 117.67 | | 11/15/10 | 7,212.22 |
| POS Purchase 11/11 THE HOME DEPOT 6355 FLORIDA CITY FL | 32.46 | | 11/15/10 | 7,179.76 |
| POS Purchase 11/14 FEDEX 873109318096 MEMPHIS TN | 29.19 | | 11/15/10 | 7,150.57 |
| POS Purchase 11/12 RINCONCI TO LATINO III MIAMI FL | .01 | | 11/15/10 | 7,150.56 |
| Pinned Purchase 11/16 LOWE S 2707 HOMESTEAD FL | 22.97 | | 11/16/10 | 7,127.59 |
| Pinned Purchase 11/16 PUBLIX MIAMI FL | 15.29 | | 11/16/10 | 7,112.30 |
| POS Purchase 11/16 RICHARDS TRACTORS AND HOMESTEAD FL | 945.09 | | 11/17/10 | 6,167.21 |
| POS Purchase 11/15 THE HOME DEPOT 6355 FLORIDA CITY FL | 799.03 | | 11/17/10 | 5,368.18 |
| POS Purchase 11/16 RINCONCI TO LATINO III MIAMI FL | 136.62 | | 11/17/10 | 5,231.56 |
| POS Purchase 11/16 EXXONMOBIL 14181283 MIAMI FL | 74.77 | | 11/17/10 | 5,156.79 |
| Pinned Purchase 11/18 LOWE S 2707 HOMESTEAD FL | 404.67 | | 11/18/10 | 4,752.12 |
| Pinned Purchase 11/18 SUNOCO 0484332200 MIAMI FL | 54.25 | | 11/18/10 | 4,697.87 |
| POS Purchase 11/17 RUBY TUESDAY 2285 HOMESTEAD FL | 52.80 | | 11/18/10 | 4,645.07 |
| POS Purchase 11/17 THE HOME DEPOT 6355 FLORIDA CITY FL | 398.43 | | 11/19/10 | 4,246.64 |
| POS Purchase 11/17 HOLIDAY INN EXPRESS HUNTERSVILLE NC | 80.21 | | 11/19/10 | 4,166.43 |
| POS Purchase 11/18 MIA PARKING GARAGE QPS MIAMI FL | 8.00 | | 11/19/10 | 4,158.43 |
| Transfer from Account | | 4,000.00 | 11/22/10 | 8,158.43 |
| Pinned Purchase 11/22 LOWE S 2707 HOMESTEAD FL | 229.05 | | 11/22/10 | 7,929.38 |
| POS Purchase 11/19 BELLS AND BLOOMS HUNTERSVILLE NC | 79.02 | | 11/22/10 | 7,850.36 |

* * * C O N T I N U E D * * *

001653 5

COMMUNITY BANK OF FLORIDA
MEMBER FDIC

PAGE: 5
ACCOUNT: 2097913407 11/30/2010
DOCUMENTS: 0

STATEMENT PERIOD

First Foliage, LLC

Commercial - Smart eChecking ACCOUNT 2097913407

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| POS Purchase 11/20 SHELL OIL 57543957807 MIAMI FL | 38.84 | | 11/22/10 | 7,811.52 |
| POS Purchase 11/19 ROASTERS AND TOAST MIAMI FL | 25.29 | | 11/22/10 | 7,786.23 |
| POS Purchase 11/22 RICHARDS TRACTORS AND HOMESTEAD FL | 1,032.60 | | 11/23/10 | 6,753.63 |
| Pinned Purchase 11/22 OFFICE MAX HOMESTEAD FL | 184.00 | | 11/23/10 | 6,569.63 |
| POS Purchase 11/21 7 ELEVEN 30030 MIAMI FL | 61.79 | | 11/23/10 | 6,507.84 |
| Pinned Purchase 11/23 LOWE S 2707 HOMESTEAD FL | 32.67 | | 11/23/10 | 6,475.17 |
| Pinned Purchase 11/24 WAL MART 2727 FLORIDA CITY FL | 642.00 | | 11/24/10 | 5,833.17 |
| POS Purchase 11/22 EXACT SOFTWARE NORTH A COLUMBUS OH | 517.88 | | 11/24/10 | 5,315.29 |
| Pinned Purchase 11/24 WAL MART 1680 KENDALL FL | 482.57 | | 11/24/10 | 4,832.72 |
| POS Purchase 11/22 THE HOME DEPOT 6355 FLORIDA CITY FL | 325.25 | | 11/24/10 | 4,507.47 |
| POS Purchase 11/22 PARTY CITY 671 HOMESTEAD FL | 97.02 | | 11/24/10 | 4,410.45 |
| POS Purchase 11/24 HAMPTON INN JACKSONVIL JACKSONVILLE FL | 89.27 | | 11/26/10 | 4,321.18 |
| POS Purchase 11/24 HAMPTON INN JACKSONVIL JACKSONVILLE FL | 89.27 | | 11/26/10 | 4,231.91 |
| POS Purchase 11/23 SHELL OIL 57542493705 TAMPA FL | 75.00 | | 11/26/10 | 4,156.91 |
| POS Purchase 11/24 SHELL OIL 509438003QPS JACKSONVILLE FL | 35.92 | | 11/26/10 | 4,120.99 |
| Pinned Purchase 11/29 AUTOZONE 1057 HOMESTEAD FL | 501.82 | | 11/29/10 | 3,619.17 |
| Pinned Purchase 11/29 LOWE S 2707 HOMESTEAD FL | 420.55 | | 11/29/10 | 3,198.62 |
| Pinned Purchase 11/28 WAL MART 2091 MIAMI FL | 117.70 | | 11/29/10 | 3,080.92 |
| POS Purchase 11/28 POINT SOUTH BP QPS POCATALIGO SC | 60.78 | | 11/29/10 | 3,020.14 |
| Transfer from Account | | 5,000.00 | 11/30/10 | 8,020.14 |
| POS Purchase 11/29 SMARTSIGN 8009521457 NY | 322.50 | | 11/30/10 | 7,697.64 |
| Pinned Purchase 11/29 MICHAELS 8740 HOMESTEAD FL | 144.51 | | 11/30/10 | 7,553.13 |
| POS Purchase 11/28 RACETRAC156 00001560 ST AUGUSTINE FL | 41.48 | | 11/30/10 | 7,511.65 |

* * * C O N T I N U E D * * *

001653 6

COMMUNITY BANK OF FLORIDA
MEMBER FDIC

PAGE: 6
ACCOUNT: 2097913407 11/30/2010
DOCUMENTS: 0

STATEMENT PERIOD

First Foliage, LLC

Commercial - Smart eChecking ACCOUNT 2097913407

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| POS Purchase 11/29 VEGAS GRILL 10 QPS HOMESTEAD FL | 10.00 | | 11/30/10 | 7,501.65 |
| BALANCE THIS STATEMENT ............................. | | | 11/30/10 | 7,501.65 |

| | | | | |
|---|---|---|---|---|
| TOTAL CREDITS | (6) | 19,565.76 | AVERAGE BALANCE | 5,475.72 |
| TOTAL DEBITS | (97) | 17,107.04 | | |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | .00 | .00 |
| TOTAL RETURNED ITEM FEES: | .00 | .00 |

## ATTACHMENT 4A-3
## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: First Foliage, L.C. Case Number: 10-27532-BKC-LMI

Reporting Period beginning: November 1, 2010 Period ending: November 30, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Community Bank of Florida BRANCH: Homestead

ACCOUNT NAME: DIP - Depository Account ACCOUNT NUMBER: 2097913408

PURPOSE OF ACCOUNT: OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 940 | |
| Plus Total Amount of Outstanding Deposits | | |
| Minus Total Amount of Outstanding Checks and other debits | | |
| Minus Service Charges | | |
| Ending Balance per Check Register | $ 940 | **(a) |

***Debit cards are used by** ____________________

****If Closing Balance is negative, provide explanation** ____________________

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

________ Transferred to Payroll Account
________ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

COMMUNITY BANK OF FLORIDA
MEMBER FDIC

001654
PAGE: 1 1
ACCOUNT: 2097913408 11/30/2010
DOCUMENTS: 0
STATEMENT PERIOD

First Foliage, LLC
DIP-10-27532-BKC-LMIDepository
17800 SW 268 Street
Homestead FL 33031

Main Office
28801 S.W. 157th Avenue
Homestead, Florida 33033
TELEPHONE:305-245-2211

Taking a summer vacation is a great way to relax with family and friends, but dont let your bank statements sit in your mailbox while youre gone. Mail theft is a common way identity thieves steal your personal information.
Going paperless is also a great way to reduce clutter and save trees. Its so convenient we'll even send you an email reminder when your statement is available to view online. In addition, your account statements will be archived for easy access anytime you need them.

Commercial - EasyBank - Regular ACCOUNT 2097913408

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 10/29/10 | 951.76 |
| SERVICE CHARGE | 11.91 | | 11/30/10 | 939.85 |
| BALANCE THIS STATEMENT | | | 11/30/10 | 939.85 |

| | | | | |
|---|---|---|---|---|
| TOTAL CREDITS | (0) | .00 | AVERAGE BALANCE | 951.76 |
| TOTAL DEBITS | (1) | 11.91 | | |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | .00 | .00 |
| TOTAL RETURNED ITEM FEES: | .00 | .00 |

**ATTACHMENT 4A-4**
**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: First Foliage, L.C. Case Number: 10-27532-LMI

Reporting Period beginning: November 1, 2010 Period ending: November 30, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Bank of America BRANCH: Chicago

ACCOUNT NAME: Operating Account ACCOUNT NUMBER: 5081011426

PURPOSE OF ACCOUNT: OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 411,000 | |
| Plus Total Amount of Outstanding Deposits | | |
| Minus Total Amount of Outstanding Checks and other debits | | |
| Minus Service Charges | | |
| Ending Balance per Check Register | $ 411,000 | **(a) |

***Debit cards are used by** ____________________

****If Closing Balance is negative, provide explanation** ____________________

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

____________ Transferred to Payroll Account
____________ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**Bank of America**

HH

BANK OF AMERICA, N.A.
540 W MADISON ST - 16th Floor
CHICAGO, IL 60661

Account Number 5801041426
01 01 149 01 M0000 E# 0
Last Statement: 10/29/2010
This Statement: 11/30/2010

NX 0000 01 000 896 008758 #@01 SP 0.357
FIRST FOLIAGE LC
DEBTOR IN POSSESSION CASE #10-27532
17800 SW 268TH ST
HOMESTEAD FL 33031-2234
Bankr

Customer Service
1-888-400-9009

Page 1 of 3

nkruptcy Case Number:1027532

# FULL ANALYSIS CHECKING

## Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 10/30/2010 - 11/30/2010 | | Statement Beginning Balance | .00 |
| Number of Deposits/Credits | 5 | Amount of Deposits/Credits | 2,337,403.49 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 5 | Amount of Other Debits | 1,926,403.49 |
| | | Statement Ending Balance | 411,000.00 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

## Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/02 | | 564,712.33 | WIRE TYPE:BOOK IN DATE:101102 TIME:1725 ET TRN:2010110200227571 SNDR REF:01101102004525NN ORIG:FIRST FOLIAGE LLC ID:005801041418 PMT DET:WEEK 20 CASH FORECAST | 38520037022757 |
| 11/09 | | 507,000.00 | WIRE TYPE:BOOK IN DATE:101109 TIME:1434 ET TRN:2010110900214650 SNDR REF:01101109004807NN ORIG:FIRST FOLIAGE LLC ID:005801041418 PMT DET:WEEK 21 CASH FORECAST | 38520037021465 |
| 11/17 | | 358,000.00 | WIRE TYPE:BOOK IN DATE:101117 TIME:1213 ET TRN:2010111700157300 SNDR REF:01101117001484NN ORIG:FIRST FOLIAGE LLC ID:005801041418 PMT DET:WEEK 01 CASH FORECAST | 38520037015730 |
| 11/24 | | 496,691.16 | WIRE TYPE:BOOK IN DATE:101124 TIME:1112 ET TRN:2010112400176530 SNDR REF:01101124000514NY ORIG:FIRST FOLIAGE LLC ID:005801041418 PMT DET:WEEK 02 CASH FORECAST | 38520037017653 |
| 11/30 | | 411,000.00 | WIRE TYPE:BOOK IN DATE:101130 TIME:1420 ET TRN:2010113000280765 SNDR REF:01101130004482NN ORIG:FIRST FOLIAGE LLC ID:005801041418 PMT DET:WEEK 03 CASH FORECAST | 38520037028076 |

## Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/03 | | 564,712.33 | WIRE TYPE:WIRE OUT DATE:101103 TIME:1002 ET TRN:2010110300121778 SERVICE REF:002893 BNF:First Foliage LLC DP Opera ID:2097913406 BNF BK:COMMUNITY BANK OF FLORI ID:067008993 PMT DET:2010307000527 | 0037012177 |
| 11/10 | | 507,000.00 | WIRE TYPE:WIRE OUT DATE:101110 TIME:1108 ET TRN:2010111000162165 SERVICE REF:004799 BNF:First Foliage LLC DP Opera ID:2097913406 BNF BK:COMMUNITY BANK OF FLORI ID:067008993 PMT DET:2010314000824 | 0037016216 |

BANK OF AMERICA, N.A.
540 W MADISON ST - 16th Floor
CHICAGO, IL 60661

Account Number 5801041426
01 01 149 01 M0000 E# 0
Last Statement: 10/29/2010
This Statement: 11/30/2010

Customer Service
1-888-400-9009

FIRST FOLIAGE LC



Bankruptcy Case Number:1027532

# FULL ANALYSIS CHECKING

## Withdrawals and Debits

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/15 | | 773.72 | Account Analysis Fee<br>ANALYSIS CHARGE OCTOBER BILLING FOR<br>PARENT 65908-99999 | 0879003407 |
| 11/18 | | 357,226.28 | WIRE TYPE:WIRE OUT DATE:101118 TIME:1052 ET<br>TRN:2010111800144870 SERVICE REF:004133<br>BNF:First Foliage LLC DP Opera ID:2097913406<br>BNF BK:COMMUNITY BANK OF FLORI ID:067008993<br>PMT DET:2010322000868 | 0037014487 |
| 11/24 | | 496,691.16 | WIRE TYPE:WIRE OUT DATE:101124 TIME:1136 ET<br>TRN:2010112400186943 SERVICE REF:005962<br>BNF:First Foliage LLC DP Opera ID:2097913406<br>BNF BK:COMMUNITY BANK OF FLORI ID:067008993<br>PMT DET:2010328002067 | 0037018894 |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 10/29 | .00 | .00 | 11/15 | 773.72- | 773.72- |
| 11/02 | 564,712.33 | 564,712.33 | 11/17 | 357,226.28 | 357,226.28 |
| 11/03 | .00 | .00 | 11/18 | .00 | .00 |
| 11/09 | 507,000.00 | 507,000.00 | 11/30 | 411,000.00 | 411,000.00 |
| 11/10 | .00 | .00 | | | |

## ATTACHMENT 4A-5
## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: First Foliage, L.C. Case Number: 10-27532-LMI

Reporting Period beginning: November 1, 2010 Period ending: November 30, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Bank of America BRANCH: Homestead

ACCOUNT NAME: Operating Account ACCOUNT NUMBER: 898037689376

PURPOSE OF ACCOUNT: OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ - | |
| Plus Total Amount of Outstanding Deposits | - | |
| Minus Total Amount of Outstanding Checks and other debits | - | * |
| Minus Service Charges | | |
| Ending Balance per Check Register | $ - | **(a) |

***Debit cards are used by** __________

****If Closing Balance is negative, provide explanation** __________

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

__________ Transferred to Payroll Account
__________ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# ATTACHMENT 4A-6
## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: First Foliage, L.C. Case Number: 10-27532-LMI

Reporting Period beginning: November 1, 2010 Period ending: November 30, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Bank of America BRANCH: Chicago

ACCOUNT NAME: Depository Account ACCOUNT NUMBER: 5801041418

PURPOSE OF ACCOUNT: DEPOSITORY

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 1,448,714 | |
| Plus Total Amount of Outstanding Deposits | | |
| Minus Total Amount of Outstanding Checks and other debits | | * |
| Minus Service Charges | | |
| Ending Balance per Check Register | $ 1,448,714 | **(a) |

***Debit cards are used by** ____________________

****If Closing Balance is negative, provide explanation** ____________________

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

________ Transferred to Payroll Account
________ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

Bank of America

HH

BANK OF AMERICA, N.A.
540 W MADISON ST - 16th Floor
CHICAGO, IL 60661

Account Number 5801041418
01 01 149 01 M0000 E# 0
Last Statement: 10/29/2010
This Statement: 11/30/2010

NX 0000 01 000 896 014259 #001 SP 0.357
FIRST FOLIAGE LLC
DEBTOR IN POSSESSION CASE #10-27532
17800 SW 268TH ST
HOMESTEAD FL 33031
Bankr

Customer Service
1-888-400-9009



nkruptcy Case Number:1027532

# FULL ANALYSIS CHECKING

## Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 10/30/2010 - 11/30/2010 | | Statement Beginning Balance | 2,200,045.98 |
| Number of Deposits/Credits | 32 | Amount of Deposits/Credits | 1,758,953.11 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 8 | Amount of Other Debits | 2,510,285.40 |
| | | Statement Ending Balance | 1,448,713.69 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

## Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/01 | | 407.61 | HOME DEPOT 0502 DES:EDI PAYMNT ID:2006975040 INDN:FIRST FOLIAGE CO ID:1581853319 CCD PMT INFO:REF*TN*2006975040\ REF:005801041418121108250010305008695163101101 22 | 53330500869516 |
| 11/01 | | 122,323.10 | WAL-MART STORES DES:TRADE PYMT ID:1000054416 INDN:FIRST FOLIAGE LLC CO ID:9991000065 CCD PMT INFO:TRN*1*4959193\ REF:00580104141812110825001030200702643410110122 | 53330200702643 |
| 11/02 | | 889.15 | HOME DEPOT 0502 DES:EDI PAYMNT ID:2006893027 INDN:FIRST FOLIAGE CO ID:1581853319 CCD PMT INFO:REF*TN*2006893027\ REF:00580104141812110825001030501376803710110222 | 53330501376803 |
| 11/02 | | 131,794.82 | Funds Transfer CREDIT FDES NNF 0057653 NBKDDRH | 0450653021 |
| 11/02 | | 300,461.69 | WAL-MART STORES DES:TRADE PYMT ID:1000054416 INDN:FIRST FOLIAGE LLC CO ID:9991000065 CCD PMT INFO:TRN*1*4961195\ REF:00580104141812110825001030501347309110110222 | 53330501347309 |
| 11/03 | | 137,181.25 | LOWES DES:TRADE PMT ID:4164008 INDN:FIRST FOLIAGE CO ID:9991000010 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. REF:00580104141812110825001030501024738510110322 | 53330501024738 |
| 11/04 | | 83.97 | HOME DEPOT 0502 DES:EDI PAYMNT ID:2007063641 INDN:FIRST FOLIAGE CO ID:1581853319 CCD PMT INFO:REF*TN*2007063641\ REF:00580104141812110825001030701426623110110422 | 53330701426623 |
| 11/05 | | 635.15 | WAL-MART STORES DES:TRADE PYMT ID:1000054416 INDN:FIRST FOLIAGE LLC CO ID:9991000065 CCD PMT INFO:TRN*1*4966447\ REF:00580104141812110825001030800828655410110522 | 53330800828655 |
| 11/08 | | 405.17 | HOME DEPOT 0502 DES:EDI PAYMNT ID:2006518568 INDN:FIRST FOLIAGE CO ID:1581853319 CCD PMT INFO:REF*TN*2006518568\ REF:00580104141812110825001031200440361110110822 | 53331200440361 |
| 11/08 | | 177,284.19 | WAL-MART STORES DES:TRADE PYMT ID:1000054416 INDN:FIRST FOLIAGE LLC CO ID:9991000065 CCD PMT INFO:TRN*1*4968443\ REF:00580104141812110825001030901260798310110822 | 53330901260798 |

Recycled Paper

BANK OF AMERICA, N.A.
540 W MADISON ST - 16th Floor
CHICAGO, IL 60661

Account Number 5801041418
01 01 149 01 M0000 E# 0
Last Statement: 10/29/2010
This Statement: 11/30/2010

Customer Service
1-888-400-9009

FIRST FOLIAGE LLC



Bankruptcy Case Number:1027532

# FULL ANALYSIS CHECKING

## Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/09 | | 564.63 | HOME DEPOT 0502 DES:EDI PAYMNT ID:2003205715 INDN:FIRST FOLIAGE CO ID:1581853319 CCD PMT INFO:REF*TN*2003205715\ REF:00580104141812110825001031200853282310110922 | 53331200853282 |
| 11/10 | | 157,946.18 | LOWES DES:TRADE PMT ID:4186091 INDN:FIRST FOLIAGE CO ID:9991000010 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. REF:00580104141812110825001031200531551810111022 | 53331200531551 |
| 11/15 | | 268.46 | HOME DEPOT 0502 DES:EDI PAYMNT ID:2007236845 INDN:FIRST FOLIAGE CO ID:1581853319 CCD PMT INFO:REF*TN*2007236845\ REF:00580104141812110825001031900748317810111522 | 53331900748317 |
| 11/15 | | 145,546.03 | WAL-MART STORES DES:TRADE PYMT ID:1000054416 INDN:FIRST FOLIAGE LLC CO ID:9991000065 CCD PMT INFO:TRN*1*4975702\ REF:00580104141812110825001031600574897510111522 | 53331600574897 |
| 11/16 | | 662.82 | HOME DEPOT 0502 DES:EDI PAYMNT ID:2007238797 INDN:FIRST FOLIAGE CO ID:1581853319 CCD PMT INFO:REF*TN*2007238797\ REF:00580104141812110825001031901160421310111622 | 53331901160421 |
| 11/17 | | 13,578.90 | WAL-MART STORES DES:TRADE PYMT ID:1000054416 INDN:FIRST FOLIAGE LLC CO ID:9991000065 CCD PMT INFO:TRN*1*4979857\ REF:00580104141812110825001032000585643310111722 | 53332000585643 |
| 11/17 | | 53,788.28 | LOWES DES:TRADE PMT ID:4199376 INDN:FIRST FOLIAGE CO ID:9991000010 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. REF:00580104141812110825001031900867499910111722 | 53331900867499 |
| 11/18 | | 100.14 | HOME DEPOT 0502 DES:EDI PAYMNT ID:2007274768 INDN:FIRST FOLIAGE CO ID:1581853319 CCD PMT INFO:REF*TN*2007274768\ REF:00580104141812110825001032101134207110111822 | 53332101134207 |
| 11/19 | | 13,787.17 | WAL-MART STORES DES:TRADE PYMT ID:1000054416 INDN:FIRST FOLIAGE LLC CO ID:9991000065 CCD PMT INFO:TRN*1*4983317\ REF:00580104141812110825001032200502911910111922 | 53332200502911 |
| 11/22 | | 498.84 | HOME DEPOT 0502 DES:EDI PAYMNT ID:2007368400 INDN:FIRST FOLIAGE CO ID:1581853319 CCD PMT INFO:REF*TN*2007368400\ REF:00580104141812110825001032601043747710112222 | 53332601043747 |
| 11/22 | | 4,791.63 | WAL-MART STORES DES:TRADE PYMT ID:1000054416 INDN:FIRST FOLIAGE LLC CO ID:9991000065 CCD PMT INFO:TRN*1*4985199\ REF:00580104141812110825001032300894241310112222 | 53332300894241 |
| 11/23 | | 697.69 | HOME DEPOT 0502 DES:EDI PAYMNT ID:2006275204 INDN:FIRST FOLIAGE CO ID:1581853319 CCD PMT INFO:REF*TN*2006275204\ REF:00580104141812110825001032601508822510112322 | 53332601508822 |

Bank of America

HH

BANK OF AMERICA, N.A.
540 W MADISON ST - 16th Floor
CHICAGO, IL 60661

Account Number 5801041418
01 01 149 01 M0000 E# 0
Last Statement: 10/29/2010
This Statement: 11/30/2010

Customer Service
1-888-400-9009

FIRST FOLIAGE LLC



Bankruptcy Case Number:1027532

# FULL ANALYSIS CHECKING

## Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/24 | | 3,080.62 | LOWES DES:TRADE PMT ID:4221292 INDN:FIRST FOLIAGE CO ID:9991000010 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. REF:005801041418121108250010326011452167 10112422 | 53332601145216 7 |
| 11/24 | | 11,031.32 | WAL-MART STORES DES:TRADE PYMT ID:1000054416 INDN:FIRST FOLIAGE LLC CO ID:9991000065 CCD PMT INFO:TRN*1*4989089\ REF:005801041418121108250010327010974842 10112422 | 53332701097484 2 |
| 11/26 | | 693.25 | HOME DEPOT 0502 DES:EDI PAYMNT ID:2005413879 INDN:FIRST FOLIAGE CO ID:1581853319 CCD PMT INFO:REF*TN*2005413879\ REF:005801041418121108250010333000849576 210112622 | 53333000849576 2 |
| 11/29 | | 435,687.76 | WAL-MART STORES DES:TRADE PYMT ID:1000054416 INDN:FIRST FOLIAGE LLC CO ID:9991000065 CCD PMT INFO:TRN*1*4992755\ REF:005801041418121108250010333001115159 910112922 | 53333001115159 9 |
| 11/30 | | 228.22 | HOME DEPOT 0502 DES:EDI PAYMNT ID:2007491232 INDN:FIRST FOLIAGE CO ID:1581853319 CCD PMT INFO:REF*TN*2007491232\ REF:005801041418121108250010333006934910 10113022 | 53333300693491 0 |
| 11/30 | | 21,355.02 | WAL-MART STORES DES:TRADE PYMT ID:1000054416 INDN:FIRST FOLIAGE LLC CO ID:9991000065 CCD PMT INFO:TRN*1*4994897\ REF:005801041418121108250010333006772947 10113022 | 533333006772947 |
| 11/01 | 2808000 | 3,453.36 | Lockbox Deposit | 612600053003992 |
| 11/09 | 2808000 | 9,182.41 | Lockbox Deposit | 612600052401660 |
| 11/19 | 2808000 | 4,117.57 | Lockbox Deposit | 612600052605822 |
| 11/29 | 2808000 | 6,426.71 | Lockbox Deposit | 612600053004497 |

## Withdrawals and Debits

### Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/01 | | 70,285.40 | WIRE TYPE:BOOK OUT DATE:101101 TIME:1639 ET TRN:2010110100286779 RELATED REF:01101101005842NY BNF:BANK OF AMERICA, N.A. ID:009401743041 PMT DET: LEGAL FEES - FIRST FOILAGE: BANK COUNSEL - KATTE N MUCHIN | 00370286779 |
| 11/02 | | 81,287.67 | WIRE TYPE:BOOK OUT DATE:101102 TIME:1725 ET TRN:2010110200227704 RELATED REF:01101102004547NN BNF:BANK OF AMERICA, N.A. ID:009401743041 PMT DET: SEPTEMBER INTREEST | 00370227704 |
| 11/02 | | 564,712.33 | WIRE TYPE:BOOK OUT DATE:101102 TIME:1725 ET TRN:2010110200227571 RELATED REF:01101102004525NN BNF:FIRST FOLIAGE LC ID:005801041426 PMT DET:WEEK 20 CASH FORECAST | 00370227571 |

Recycled Paper

BANK OF AMERICA, N.A.
540 W MADISON ST - 16th Floor
CHICAGO, IL 60661

Account Number 5801041418
01 01 149 01 M0000 E# 0
Last Statement: 10/29/2010
This Statement: 11/30/2010

Customer Service
1-888-400-9009

FIRST FOLIAGE LLC



Bankruptcy Case Number:1027532

# FULL ANALYSIS CHECKING

## Withdrawals and Debits

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/09 | | 507,000.00 | WIRE TYPE:BOOK OUT DATE:101109 TIME:1434 ET TRN:2010110900214650 RELATED REF:01101109004807NN BNF:FIRST FOLIAGE LC ID:005801041426 PMT DET:WEEK 21 CASH FORECAST | 003702146! |
| 11/17 | | 358,000.00 | WIRE TYPE:BOOK OUT DATE:101117 TIME:1213 ET TRN:2010111700157300 RELATED REF:01101117001484NN BNF:FIRST FOLIAGE LC ID:005801041426 PMT DET:WEEK 01 CASH FORECAST | 00370157 3( |
| 11/24 | | 496,691.16 | WIRE TYPE:BOOK OUT DATE:101124 TIME:1112 ET TRN:2010112400176530 RELATED REF:01101124000514NY BNF:FIRST FOLIAGE LC ID:005801041426 PMT DET:WEEK 02 CASH FORECAST | 00370176 5: |
| 11/30 | | 21,308.84 | WIRE TYPE:BOOK OUT DATE:101130 TIME:1420 ET TRN:2010113000280884 RELATED REF:01101130004509NN BNF:BANK OF AMERICA, N.A. ID:009401743041 PMT DET: LEGAL FEES | 00370280 8! |
| 11/30 | | 411,000.00 | WIRE TYPE:BOOK OUT DATE:101130 TIME:1420 ET TRN:2010113000280765 RELATED REF:01101130004482NN BNF:FIRST FOLIAGE LC ID:005801041426 PMT DET:WEEK 03 CASH FORECAST | 00370280 7( |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 10/29 | 2,200,045.98 | 2,200,045.98 | 11/16 | 2,165,850.57 | 2,165,850.57 |
| 11/01 | 2,255,944.65 | 2,252,491.29 | 11/17 | 1,875,217.75 | 1,875,217.75 |
| 11/02 | 2,043,090.31 | 2,043,090.31 | 11/18 | 1,875,317.89 | 1,875,317.89 |
| 11/03 | 2,180,271.56 | 2,180,271.56 | 11/19 | 1,893,222.63 | 1,889,105.06 |
| 11/04 | 2,180,355.53 | 2,180,355.53 | 11/22 | 1,898,513.10 | 1,898,513.10 |
| 11/05 | 2,180,990.68 | 2,180,990.68 | 11/23 | 1,899,210.79 | 1,899,210.79 |
| 11/08 | 2,358,680.04 | 2,358,680.04 | 11/24 | 1,416,631.57 | 1,416,631.57 |
| 11/09 | 1,861,427.08 | 1,852,244.67 | 11/26 | 1,417,324.82 | 1,417,324.82 |
| 11/10 | 2,019,373.26 | 2,019,373.26 | 11/29 | 1,859,439.29 | 1,853,012.58 |
| 11/15 | 2,165,187.75 | 2,165,187.75 | 11/30 | 1,448,713.69 | 1,448,713.69 |

**ATTACHMENT 4A-7**
**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: First Foliage, L.C. Case Number: 10-27532-LMI

Reporting Period beginning: November 1, 2010 Period ending: November 30, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Bank of America BRANCH: Concord, CA

ACCOUNT NAME: DIP - Depository Account ACCOUNT NUMBER: 1233653155

PURPOSE OF ACCOUNT: DEPOSITORY

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ - | |
| Plus Total Amount of Outstanding Deposits | | |
| Minus Total Amount of Outstanding Checks and other debits | | * |
| Minus Service Charges | | |
| Ending Balance per Check Register | $ - | **(a) |

***Debit cards are used by** ______

****If Closing Balance is negative, provide explanation** ______

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

______ Transferred to Payroll Account
______ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**Bank of America**

BANK OF AMERICA, N.A.
1655 GRANT STREET BLDG A-10TH FLOOR
CONCORD, CA 94520-2445

Account Number 1233653155
01 01 149 01 M0000 E# 0
Last Statement: 10/29/2010
This Statement: 11/30/2010

CLOSED

NX 0000 01 000 187 011575 #001 SP 0.367
FIRST FOLIAGE LC
DEBTOR IN POSSESSION CASE #10-27532
17800 SW 268TH STREET
HOMESTEAD FL 33031-2234
Bankr

Customer Service
1-888-400-9009

Page 1 of 2

nkruptcy Case Number:1027532

# ANALYZED CHECKING

## Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 10/30/2010 - 11/30/2010 | | Statement Beginning Balance | 131,794.82 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 1 | Amount of Other Debits | 131,794.82 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

## Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 11/02 | | 131,794.82 | Bank Adjustment<br>FDES NNF 0057653 NBKDDRH | FUNDS TRANSFER DEBIT | 04506530218 |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 10/29 | 131,794.82 | 131,794.82 | 11/30 | .00 | .00 |
| 11/02 | .00 | .00 | | | |

Recycled Paper

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: First Foliage, L.C. Case Number: 10-27532-BKC-LMI

Reporting Period beginning November 1, 2010 Period ending November 30, 2010

NAME OF BANK: Community Bank of Florida BRANCH: Homestead

ACCOUNT NAME: DIP - Operating Account

ACCOUNT NUMBER: 2097913406

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | See attached check register - MOR-8.1 | | 1,097,648 |
| 11/1/2010 | | Community Bank | Service Charge | 15 |
| 11/1/2010 | | Community Bank | Service Charge | 15 |
| 11/3/2010 | | First Foliage L.C. | Transfer | 3,000 |
| 11/3/2010 | | Community Bank | Service Charge | 5 |
| 11/3/2010 | | Community Bank | Service Charge | 15 |
| 11/3/2010 | | Paychex | Payroll | 147,310 |
| 11/4/2010 | | Community Bank | Service Charge | 65 |
| 11/4/2010 | | Paychex | Payroll | 312 |
| 11/5/2010 | | Paychex | Payroll | (351) |
| 11/5/2010 | | Community Bank | Service Charge | 65 |
| 11/5/2010 | | Paychex | Payroll | 874 |
| 11/8/2010 | | First Foliage L.C. | Transfer | 3,000 |
| 11/10/2010 | | Community Bank | Service Charge | 5 |
| 11/10/2010 | | Community Bank | Service Charge | 15 |
| 11/10/2010 | | Paychex | Payroll | 140,559 |
| 11/10/2010 | | Paychex | Payroll | 312 |
| 11/12/2010 | | First Foliage L.C. | Transfer | 4,000 |
| 11/12/2010 | | Paychex | Payroll | 816 |
| 11/12/2010 | | Community Bank | Service Charge | 65 |
| 11/17/2010 | | Community Bank | Service Charge | 20 |
| 11/17/2010 | | Paychex | Payroll | 149,767 |
| 11/18/2010 | | Community Bank | Service Charge | 65 |
| 11/18/2010 | | Community Bank | Service Charge | 5 |
| 11/18/2010 | | Paychex | Payroll | 312 |
| 11/19/2010 | | Paychex | Payroll | 621 |
| 11/22/2010 | | First Foliage L.C. | Transfer | 4,000 |
| 11/23/2010 | | Community Bank | Service Charge | 65 |
| 11/23/2010 | | Community Bank | Service Charge | 15 |
| 11/23/2010 | | Paychex | Payroll | 141,559 |
| 11/23/2010 | | Paychex | Payroll | 312 |
| 11/24/2010 | | Paychex | Payroll | (393) |
| 11/24/2010 | | Paychex | Payroll | (1,447) |
| 11/24/2010 | | Paychex | Payroll | 749 |
| 11/24/2010 | | Community Bank | Service Charge | 5 |
| 11/30/2010 | | First Foliage L.C. | Transfer | 5,000 |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $ 1,698,401 |

**First Foliage, L.C.**
**Check Register - DIP Operating Account**
**November 2010**

| Check Date | Check Number | Vendor Name | Purpose | Amount |
|---|---|---|---|---|
| 11/04/10 | 22088 | HUNTON & WILLIAMS LLP | Bankruptcy professional | (11,605.26) |
| 11/01/10 | 22249 | TROPICAL PLANT & SEED LOCATORS | Liners & Cuttings | 1,089.50 |
| 11/01/10 | 22250 | PRO TRANSPORT INC | Trucking | 759.00 |
| 11/01/10 | 22251 | BWI | Pots | 40,544.40 |
| 11/01/10 | 22252 | NR NURSING INC. | Liners & Cuttings | 3,919.20 |
| 11/01/10 | 22253 | AVISI CONSULTING LLC | USDA Loan Payment | 21,459.00 |
| 11/01/10 | 22254 | AVISI CONSULTING LLC | USDA Loan Payment | 71,660.40 |
| 11/01/10 | 22255 | MOSS HILL FOLIAGE, INC. | Liners & Cuttings | 1,656.00 |
| 11/02/10 | 22256 | DADE EQUIPMENT GOLF CARTS | Other Production Expenses | 237.11 |
| 11/02/10 | 22257 | FLORIDA TRUCK PARTS & ACCESSORIES, INC. | Other Production Expenses | 201.11 |
| 11/02/10 | 22258 | SPRINT | IT, Telephone and communications | 1,149.20 |
| 11/02/10 | 22259 | FLORIDA GROWERS SUPPLY | Shipping Supplies | 1,825.00 |
| 11/02/10 | 22260 | ROLANDO GONZALEZ | Other Production Expenses | 132.58 |
| 11/02/10 | 22261 | DENNIS BRENNAN | Other Production Expenses | 766.53 |
| 11/02/10 | 22262 | ANDREW HAULING INC. | Other Production Expenses | 856.75 |
| 11/02/10 | 22263 | ZOILA D SAENZ | Land Lease | 1,750.00 |
| 11/02/10 | 22264 | B & K INSTALLATIONS, INC. | Other Production Expenses | 5,112.80 |
| 11/02/10 | 22265 | PREMIUM ASSIGNMENT CORPORATION | Insurance | 4,681.87 |
| 11/02/10 | 22266 | KUBOTA CREDIT CORPORATION, U.S.A. | Other Production Expenses | 553.26 |
| 11/02/10 | 22267 | KUBOTA CREDIT CORPORATION, U.S.A. | Other Production Expenses | 531.18 |
| 11/02/10 | 22268 | KUBOTA CREDIT CORPORATION, U.S.A. | Other Production Expenses | 1,142.97 |
| 11/02/10 | 22269 | KUBOTA CREDIT CORPORATION, U.S.A. | Other Production Expenses | 308.65 |
| 11/02/10 | 22270 | DISH NETWORK | Other Production Expenses | 86.91 |
| 11/02/10 | 22271 | COMPBENEFITS INSURANCE CO. | Insurance | 1,219.30 |
| 11/02/10 | 22272 | TS REALTY LLC. | Land Lease | 8,333.33 |
| 11/02/10 | 22273 | ZEPHYRHILLS NATURAL SPRING WATER | Other Production Expenses | 516.32 |
| 11/02/10 | 22274 | WASTE MANAGEMENT INC. OF FLORIDA | Other Production Expenses | 193.51 |
| 11/02/10 | 22275 | OZ LAND LLC | Land Lease | 13,000.00 |
| 11/02/10 | 22276 | FCCI INSURANCE GROUP | Insurance | 5,045.06 |
| 11/02/10 | 22277 | US ICE MACHINE MANUFACTURING CO. | Other Production Expenses | 390.16 |
| 11/02/10 | 22278 | OCTAVIO TAYLOR & SYLVIA M. TAYLOR | Land Lease | 10,300.00 |
| 11/02/10 | 22279 | THE KING REFRIGERATION CORP. | Trucking | 296.63 |
| 11/02/10 | 22280 | NARCISO GUERRA | Travel and entertainment | 330.50 |
| 11/02/10 | 22281 | LEXUS FINANCIAL SERVICES | Travel and entertainment | 899.14 |
| 11/02/10 | 22282 | HARRELL'S INC. | Fertilizer | 15,202.00 |
| 11/02/10 | 22283 | L.A. POOL SERVICE | Other Production Expenses | 100.00 |
| 11/02/10 | 22284 | EMPOWER SOFTWARE SOLUTIONS IBC. | IT, Telephone and communications | 2,707.10 |
| 11/02/10 | 22285 | ORNAMENTALES DEL RIO S.A. | Liners & Cuttings | 2,899.80 |
| 11/02/10 | 22286 | GUTI GUZMAN TRUCKING CORP. | Trucking | 2,845.68 |
| 11/02/10 | 22287 | GUTI GUZMAN TRUCKING CORP. | Trucking | 2,628.44 |
| 11/02/10 | 22288 | COCONUT PALM AUTO PARTS | Other Production Expenses | 284.43 |
| 11/02/10 | 22289 | LARRY'S CAP ROCK & STONE, INC. | Shipping Supplies | 1,560.00 |
| 11/02/10 | 22290 | BEATRIZ GARCES | Travel and entertainment | 1,025.64 |
| 11/02/10 | 22291 | E-Z SHIPPER RACKS, INC. | Racks | 13,475.00 |
| 11/02/10 | 22292 | JESUS MARRERO | Travel and entertainment | 89.00 |
| 11/02/10 | 22293 | ALIS ZAVALA | Travel and entertainment | 583.85 |
| 11/02/10 | 22294 | MARKWELL OF FLORIDA | Shipping Supplies | 176.41 |
| 11/04/10 | 22295 | HUNTON & WILLIAMS LLP | Bankruptcy professional | (5,827.96) |
| 11/02/10 | 22295 | HUNTON & WILLIAMS LLP | Bankruptcy professional | 5,827.96 |
| 11/03/10 | 22296 | TWYFORD INTERNATIONAL, INC. | Liners & Cuttings | 7,456.45 |
| 11/03/10 | 22297 | FOREMOSTCO | Liners & Cuttings | 9,060.29 |
| 11/03/10 | 22298 | B & K CUTTINGS, INC. | Liners & Cuttings | 793.00 |
| 11/03/10 | 22299 | PRINCIPAL FINANCIAL GROUP | Payroll | 2,985.85 |
| 11/30/10 | 22300 | AMERICAN PROJECT DEVELOPMENT CORP. | Soil | (6,300.00) |
| 11/03/10 | 22300 | AMERICAN PROJECT DEVELOPMENT CORP. | Soil | 6,300.00 |
| 11/03/10 | 22301 | VAS AGRICULTURAL SUPPLY, INC. | Chemicals | 2,516.00 |
| 11/03/10 | 22302 | TAIWAN PLANT CORPORATION | Liners & Cuttings | 9,812.00 |
| 11/03/10 | 22303 | TOPIARY GARDENS NURSERY | Chemicals | 9,370.76 |
| 11/03/10 | 22304 | AGRIUM ADVANCED TECHNOLOGIES | Chemicals | 1,360.44 |
| 11/03/10 | 22305 | SAMRAT CONTAINER LINES, INC. | Trucking | 6,498.75 |
| 11/03/10 | 22306 | REDLAND SUPPLY CO. INC | Other Production Expenses | 595.37 |
| 11/03/10 | 22307 | FIRST FOLIAGE LC.-TEXAS | Payroll | 1,951.80 |
| 11/03/10 | 22308 | FIRST FOLIAGE LC.-TEXAS | Payroll | 82.58 |
| 11/03/10 | 22309 | PRINCIPAL FINANCIAL GROUP | Payroll | 35.00 |
| 11/03/10 | 22310 | NAPA AUTO PARTS | Other Production Expenses | 60.09 |
| 11/03/10 | 22311 | FDACS | Other Production Expenses | 300.00 |

**First Foliage, L.C.**
**Check Register - DIP Operating Account**
**November 2010**

| Check Date | Check Number | Vendor Name | Purpose | Amount |
|---|---|---|---|---|
| 11/03/10 | 22312 | COMDATA NETWORK INC | Trucking | 1,370.85 |
| 11/04/10 | 22313 | HUNTON & WILLIAMS LLP | Bankruptcy professional | 11,605.26 |
| 11/04/10 | 22314 | HUNTON & WILLIAMS LLP | Bankruptcy professional | 5,827.96 |
| 11/04/10 | 22315 | IRRITECH INTERNATIONAL, INC | Other Production Expenses | 107.00 |
| 11/04/10 | 22316 | EXACT SOFTWARE NA INC | IT, Telephone and communications | 3,000.00 |
| 11/04/10 | 22317 | HAMPSHIRE FARMS | Advertising and Merchandising Expenses | 23.25 |
| 11/04/10 | 22318 | FLORAL PLANT GROWERS LLC | Advertising and Merchandising Expenses | 119.41 |
| 11/04/10 | 22319 | VELOUR MANUFACTURING CO. | Racks | 7,214.07 |
| 11/04/10 | 22320 | MASTERPIECE FLOWER COMPANY LLC | Advertising and Merchandising Expenses | 29.39 |
| 11/04/10 | 22321 | MASTERPIECE FLOWER COMPANY LLC | Advertising and Merchandising Expenses | 60.94 |
| 11/04/10 | 22322 | GRAND SERVICE LLC | Advertising and Merchandising Expenses | 3.71 |
| 11/04/10 | 22323 | MARCO A. OBANDO | Other Production Expenses | 675.00 |
| 11/04/10 | 22324 | JOSE BELTRAN | Pots | 1,073.71 |
| 11/04/10 | 22325 | FOREMOSTCO | Liners & Cuttings | 8,052.51 |
| 11/05/10 | 22326 | BARTOLA INVESTMENTS CORPORATION | Other Production Expenses | 7,000.00 |
| 11/05/10 | 22327 | CTI INTERNATIONAL LTD | Pots | 15,000.00 |
| 11/05/10 | 22328 | COMDATA NETWORK INC | Trucking | 1,210.16 |
| 11/05/10 | 22329 | GEMPLER'S | Other Production Expenses | 40.00 |
| 11/05/10 | 22331 | VALROY LINERS, INC. | Soil | 27,189.90 |
| 11/05/10 | 22332 | F & C NURSERY | Liners & Cuttings | 7,500.00 |
| 11/05/10 | 22333 | FOLIAGE PLANTS | Brokered Plants | 5,175.00 |
| 11/05/10 | 22334 | FOLIAGE PLANTS | Brokered Plants | 2,325.00 |
| 11/05/10 | 22335 | BWI | Other Production Expenses | 14,577.90 |
| 11/05/10 | 22336 | FELIX DUQUE/PETTY CASH | Other Production Expenses | 1,500.22 |
| 11/05/10 | 22337 | EXACT SOFTWARE NORTH AMERICA INC. | IT, Telephone and communications | 136.62 |
| 11/05/10 | 22338 | PRINCIPAL FINANCIAL GROUP | Payroll | 1,850.00 |
| 11/08/10 | 22339 | GOLD MEDAL GROWERS | Brokered Plants | 2,526.00 |
| 11/09/10 | 22340 | BWI | Pots | (29,662.22) |
| 11/08/10 | 22340 | BWI | Pots | 29,662.22 |
| 11/08/10 | 22341 | BWI | Pots | 8,000.00 |
| 11/09/10 | 22342 | ROQUE'S MACHINE SHOP | Other Production Expenses | 175.00 |
| 11/09/10 | 22343 | BWI | Pots | 26,753.18 |
| 11/09/10 | 22344 | PRINCIPAL FINANCIAL GROUP | Payroll | 2,977.62 |
| 11/09/10 | 22345 | E-Z SHIPPER RACKS, INC. | Racks | 13,475.00 |
| 11/09/10 | 22346 | TROPICAL DIRECT OF FLORIDA, LLC | Liners & Cuttings | 853.00 |
| 11/09/10 | 22347 | HUNTON & WILLIAMS LLP | Bankruptcy professional | 5,827.96 |
| 11/10/10 | 22348 | FPL | Other Production Expenses | 3,681.06 |
| 11/10/10 | 22349 | AT&T MOBILITY | IT, Telephone and communications | 554.91 |
| 11/10/10 | 22350 | FOREMOSTCO | Liners & Cuttings | 39,190.88 |
| 11/10/10 | 22351 | FOREMOSTCO | Liners & Cuttings | 3,599.12 |
| 11/10/10 | 22352 | BILL HUNT COMPANY | Other Production Expenses | 4,135.04 |
| 11/10/10 | 22353 | ROLANDO GONZALEZ | Other Production Expenses | 225.03 |
| 11/10/10 | 22354 | ORINOCO TIRES IMPORT & EXPORT | Other Production Expenses | 1,519.40 |
| 11/10/10 | 22355 | DIV OF PLANT INDUSTRY | Other Production Expenses | 1,663.35 |
| 11/10/10 | 22356 | AMERIGAS - HOMESTEAD | Other Production Expenses | 433.36 |
| 11/10/10 | 22357 | PURE BEAUTY FARMS | Brokered Plants | 7,400.00 |
| 11/10/10 | 22358 | DHL EXPRESS (USA) , INC. | Other Production Expenses | 184.84 |
| 11/10/10 | 22359 | GE CAPITAL | Office Supplies | 1,600.48 |
| 11/10/10 | 22360 | WASTE MANAGEMENT INC. OF FLORIDA | Other Production Expenses | 85.00 |
| 11/10/10 | 22361 | GLOBAL EXCHANGE SERVICES | IT, Telephone and communications | 133.75 |
| 11/10/10 | 22362 | O.M. MANAGEMENT, INC. | Other Production Expenses | 35.00 |
| 11/10/10 | 22363 | NARCISO GUERRA | Travel and entertainment | 102.19 |
| 11/10/10 | 22364 | B & K CUTTINGS, INC. | Liners & Cuttings | 296.50 |
| 11/10/10 | 22365 | FFVA MUTUAL INSURANCE COMPANY | Payroll | 11,315.00 |
| 11/10/10 | 22366 | CESAR TIRE SERVICES, INC. | Other Production Expenses | 112.35 |
| 11/10/10 | 22367 | HARRELL'S INC. | Fertilizer | 15,351.25 |
| 11/10/10 | 22368 | HARRELL'S INC. | Fertilizer | 6,648.75 |
| 11/10/10 | 22369 | HARRELL'S INC. | Fertilizer | 2,554.00 |
| 11/10/10 | 22370 | RAYMOND LEASING CORPORATION | Other Production Expenses | 422.94 |
| 11/10/10 | 22371 | DANA WAGNER | Travel and entertainment | 1,944.76 |
| 11/10/10 | 22372 | HOST.NET | IT, Telephone and communications | 19.95 |
| 11/10/10 | 22373 | NEW JERSEY AUTO PARTS | Other Production Expenses | 572.44 |
| 11/10/10 | 22374 | MEDCO SUPPLY COMPANY | Other Production Expenses | 872.26 |
| 11/10/10 | 22375 | ANDRES FERMIN | Other Production Expenses | 37.91 |
| 11/10/10 | 22376 | VAS AGRICULTURAL SUPPLY, INC. | Chemicals | 3,703.00 |
| 11/10/10 | 22377 | TOPIARY GARDENS NURSERY | Chemicals | 9,512.86 |

**First Foliage, L.C.**
**Check Register - DIP Operating Account**
**November 2010**

| Check Date | Check Number | Vendor Name | Purpose | Amount |
|---|---|---|---|---|
| 11/10/10 | 22378 | CHOICE ENVIRONMENTAL SERVICES | Other Production Expenses | 587.58 |
| 11/10/10 | 22379 | PRATT CORRUGATED HOLDINGS | Shipping Supplies | 3,197.03 |
| 11/10/10 | 22380 | AGRIUM ADVANCED TECHNOLOGIES | Chemicals | 1,096.44 |
| 11/10/10 | 22381 | FIRST FOLIAGE LC.-TEXAS | Payroll | 1,929.63 |
| 11/10/10 | 22382 | FIRST FOLIAGE LC.-TEXAS | Payroll | 349.97 |
| 11/10/10 | 22383 | POTS COMPANY | Pots | 10,637.96 |
| 11/10/10 | 22384 | PRO TRANSPORT INC | Trucking | 379.50 |
| 11/10/10 | 22385 | DENNIS ESPINOSA | Other Production Expenses | 1,700.00 |
| 11/10/10 | 22386 | SAMRAT CONTAINER LINES, INC. | Trucking | 6,889.56 |
| 11/11/10 | 22387 | COMDATA NETWORK INC | Trucking | 1,330.72 |
| 11/11/10 | 22388 | URBIETA OIL INC. | Other Production Expenses | 6,572.32 |
| 11/11/10 | 22389 | ROQUE'S MACHINE SHOP | Other Production Expenses | 258.38 |
| 11/11/10 | 22390 | NR NURSING INC. | Liners & Cuttings | 3,000.00 |
| 11/11/10 | 22391 | VELOUR MANUFACTURING CO. | Racks | 6,831.29 |
| 11/11/10 | 22392 | LARRY'S CAP ROCK & STONE, INC. | Shipping Supplies | 360.00 |
| 11/11/10 | 22393 | FELIX DUQUE/PETTY CASH | Other Production Expenses | 1,710.49 |
| 11/12/10 | 22394 | ADVANTAGE GOLF CARTS | Shipping Supplies | 502.90 |
| 11/12/10 | 22395 | AMERICAN PROJECT DEVELOPMENT CORP. | Soil | 6,300.00 |
| 11/12/10 | 22396 | FEDERICO D. TOMAS | Other Production Expenses | 266.34 |
| 11/12/10 | 22397 | MATHESON TRI-GAS | Other Production Expenses | 73.87 |
| 11/12/10 | 22398 | VALROY LINERS, INC. | Soil | 11,761.40 |
| 11/12/10 | 22399 | VALROY LINERS, INC. | Soil | 4,619.00 |
| 11/12/10 | 22400 | VALROY LINERS, INC. | Soil | 2,309.50 |
| 11/12/10 | 22401 | JOSE JIMENEZ | Other Production Expenses | 281.20 |
| 11/12/10 | 22402 | RODOLFO MENDEZ | Other Production Expenses | 281.20 |
| 11/15/10 | 22403 | SOUTH FLORIDA GROWERS ASSOCIATION,INC | Land Lease | 4,517.00 |
| 11/15/10 | 22404 | RYWELL ASSOCIATES LP | Land Lease | 6,166.66 |
| 11/15/10 | 22405 | AVE MARIA NURSERY LLC | Land Lease | 25,000.00 |
| 11/15/10 | 22406 | METLIFE | Insurance | 131.31 |
| 11/15/10 | 22407 | METLIFE | Insurance | 256.41 |
| 11/15/10 | 22408 | METLIFE | Insurance | 68.31 |
| 11/15/10 | 22409 | ROS-RY MANAGEMENT COMPANY, LLC | Land Lease | 3,166.66 |
| 11/15/10 | 22410 | JOHN DEERE RISK PROTECTION, INC. | Insurance | 34,490.00 |
| 11/15/10 | 22411 | A-ROO COMPANY OF FLORIDA INC | Shipping Supplies | 3,478.00 |
| 11/15/10 | 22412 | ORINOCO TIRES IMPORT & EXPORT | Other Production Expenses | 390.55 |
| 11/15/10 | 22413 | ARMCHEM INTERNATIONAL CORP. | Office Supplies | 298.12 |
| 11/15/10 | 22414 | BWI | Pots | 8,000.00 |
| 11/15/10 | 22415 | IRRITECH INTERNATIONAL, INC | Other Production Expenses | 33.17 |
| 11/15/10 | 22416 | COMPREHENSIVE BUSINESS SYSTEMS, INC. | IT, Telephone and communications | 2,117.50 |
| 11/15/10 | 22417 | NETLINK SOLUTIONS INCORPORATED | IT, Telephone and communications | 1,477.67 |
| 11/15/10 | 22418 | EXACT SOFTWARE NA INC | IT, Telephone and communications | 3,000.00 |
| 11/15/10 | 22419 | NARCISO GUERRA | Travel and entertainment | 83.04 |
| 11/15/10 | 22420 | URBIETA OIL INC. | Other Production Expenses | 5,049.88 |
| 11/15/10 | 22421 | DATA MASONS SOFTWARE | IT, Telephone and communications | 208.50 |
| 11/15/10 | 22422 | UNITED HEALTHCARE INSURANCE COMPANY | Insurance | 556.54 |
| 11/15/10 | 22423 | NEW JERSEY AUTO PARTS | Other Production Expenses | 832.31 |
| 11/15/10 | 22424 | RICHARDS & ASSOCIATES | Bankruptcy professional | 3,024.00 |
| 11/15/10 | 22425 | NR NURSING INC. | Liners & Cuttings | 2,208.00 |
| 11/15/10 | 22426 | AGRIUM ADVANCED TECHNOLOGIES | Chemicals | 1,096.44 |
| 11/15/10 | 22427 | BWI | Pots | 24,810.18 |
| 11/15/10 | 22428 | BWI | Pots | 4,099.94 |
| 11/15/10 | 22429 | PRINCIPAL FINANCIAL GROUP | Payroll | 2,736.11 |
| 11/16/10 | 22430 | TWYFORD INTERNATIONAL, INC. | Liners & Cuttings | 5,614.56 |
| 11/16/10 | 22431 | HARRELL'S INC. | Fertilizer | 4,083.00 |
| 11/16/10 | 22432 | HARRELL'S INC. | Fertilizer | 3,558.75 |
| 11/16/10 | 22433 | HARRELL'S INC. | Fertilizer | 3,358.00 |
| 11/16/10 | 22434 | SPRINT | IT, Telephone and communications | 105.16 |
| 11/17/10 | 22435 | BERGER SINGERMAN, PA | Bankruptcy professional | 869.88 |
| 11/17/10 | 22436 | LUMO PRINT | Office Supplies | 130.00 |
| 11/17/10 | 22437 | ROLANDO GONZALEZ | Other Production Expenses | 89.49 |
| 11/17/10 | 22438 | PENSKE TRUCK LEASING CO.,L.P. | Trucking | 5,841.72 |
| 11/17/10 | 22439 | CESAR TIRE SERVICES, INC. | Other Production Expenses | 101.65 |
| 11/17/10 | 22440 | HLB GRAVIER, LLP | Bankruptcy professional | 14,500.00 |
| 11/17/10 | 22441 | ACCORDIA GLOBAL COMPLIANCE GROUP | Advertising and Merchandising Expenses | 1,200.00 |
| 11/17/10 | 22442 | IBS OF SOUTHERN MIAMI & FLORIDA KEYS | Other Production Expenses | 423.40 |
| 11/17/10 | 22443 | BARTOLA INVESTMENTS CORPORATION | Other Production Expenses | 227.97 |

**First Foliage, L.C.**
**Check Register - DIP Operating Account**
**November 2010**

| Check Date | Check Number | Vendor Name | Purpose | Amount |
|---|---|---|---|---|
| 11/18/10 | 22444 | DJ'S PALLET & RECYCLING | Shipping Supplies | 4,238.00 |
| 11/18/10 | 22445 | ANDREW HAULING INC. | Other Production Expenses | 517.25 |
| 11/18/10 | 22446 | CTI INTERNATIONAL LTD | Pots | 10,000.00 |
| 11/18/10 | 22447 | MARIA CARDENAS | Other Production Expenses | 1,000.00 |
| 11/18/10 | 22448 | LUIS VARA | Other Production Expenses | 455.82 |
| 11/18/10 | 22449 | VAS AGRICULTURAL SUPPLY, INC. | Chemicals | 4,359.00 |
| 11/18/10 | 22450 | TOPIARY GARDENS NURSERY | Chemicals | 5,608.88 |
| 11/18/10 | 22451 | FOLIAGE PLANTS | Brokered Plants | 1,424.00 |
| 11/18/10 | 22452 | FOLIAGE PLANTS | Brokered Plants | 3,576.00 |
| 11/18/10 | 22453 | FOREMOSTCO | Liners & Cuttings | 1,413.16 |
| 11/19/10 | 22454 | PRINCIPAL FINANCIAL GROUP | Payroll | 3,161.74 |
| 11/19/10 | 22455 | AMERICAN PROJECT DEVELOPMENT CORP. | Soil | 6,300.00 |
| 11/19/10 | 22456 | FOREMOSTCO | Liners & Cuttings | 4,192.39 |
| 11/19/10 | 22457 | FOREMOSTCO | Liners & Cuttings | 10,779.45 |
| 11/19/10 | 22458 | VALROY LINERS, INC. | Soil | 16,586.75 |
| 11/19/10 | 22459 | COMDATA NETWORK INC | Trucking | 590.75 |
| 11/22/10 | 22460 | BWI | Pots | 17,971.58 |
| 11/23/10 | 22461 | LEON'S ALTERNATOR & STARTER, INC | Other Production Expenses | 171.20 |
| 11/23/10 | 22462 | JOSE BELTRAN | Pots | 432.15 |
| 11/23/10 | 22463 | FIRST FOLIAGE LC.-TEXAS | Payroll | 1,900.87 |
| 11/23/10 | 22464 | FIRST FOLIAGE LC.-TEXAS | Payroll | 903.48 |
| 11/23/10 | 22465 | TWYFORD INTERNATIONAL, INC. | Liners & Cuttings | 3,508.07 |
| 11/23/10 | 22466 | FOREMOSTCO | Liners & Cuttings | 11,394.25 |
| 11/23/10 | 22467 | FOREMOSTCO | Liners & Cuttings | 1,580.43 |
| 11/23/10 | 22468 | B & K CUTTINGS, INC. | Liners & Cuttings | 851.00 |
| 11/23/10 | 22469 | HARRELL'S INC. | Fertilizer | 11,000.00 |
| 11/23/10 | 22470 | VAS AGRICULTURAL SUPPLY, INC. | Chemicals | 2,011.00 |
| 11/23/10 | 22471 | TOPIARY GARDENS NURSERY | Chemicals | 5,516.91 |
| 11/23/10 | 22472 | QUICK PLUGS | Pots | 5,000.00 |
| 11/23/10 | 22473 | NR NURSING INC. | Liners & Cuttings | 3,211.20 |
| 11/23/10 | 22474 | BONSAI AMAHOY DECORATIONS INC | Brokered Plants | 2,000.00 |
| 11/23/10 | 22475 | LUMO PRINT | Office Supplies | 65.00 |
| 11/23/10 | 22476 | ROLANDO GONZALEZ | Other Production Expenses | 291.57 |
| 11/23/10 | 22477 | ANDREW HAULING INC. | Other Production Expenses | 1,044.25 |
| 11/23/10 | 22478 | ORINOCO TIRES IMPORT & EXPORT | Other Production Expenses | 390.55 |
| 11/23/10 | 22479 | COCONUT PALM AUTO PARTS | Other Production Expenses | 220.28 |
| 11/23/10 | 22480 | BEATRIZ GARCES | Travel and entertainment | 369.20 |
| 11/23/10 | 22481 | ARMCHEM INTERNATIONAL CORP. | Office Supplies | 214.26 |
| 11/23/10 | 22482 | COMDATA NETWORK INC | Trucking | 466.81 |
| 11/23/10 | 22483 | CULLIGAN OF FLORIDA, INC.. | Other Production Expenses | 51.15 |
| 11/23/10 | 22484 | MARCO A. OBANDO | Other Production Expenses | 718.51 |
| 11/23/10 | 22485 | URBIETA OIL INC. | Other Production Expenses | 3,927.93 |
| 11/23/10 | 22486 | STS TELECOM | IT, Telephone and communications | 5,000.42 |
| 11/23/10 | 22487 | CESAR TIRE SERVICES, INC. | Other Production Expenses | 567.10 |
| 11/23/10 | 22488 | DATA MASONS SOFTWARE | IT, Telephone and communications | 49.00 |
| 11/23/10 | 22489 | IBS OF SOUTHERN MIAMI & FLORIDA KEYS | Other Production Expenses | 874.73 |
| 11/23/10 | 22490 | THE K DREYER COMPANY | Other Production Expenses | 17.83 |
| 11/23/10 | 22491 | NEW JERSEY AUTO PARTS | Other Production Expenses | 436.74 |
| 11/23/10 | 22492 | BAMBOO EXPORTER.COM | Other Production Expenses | 12,729.84 |
| 11/23/10 | 22493 | JUAN ROJAS-CAMPOS | Other Production Expenses | 244.38 |
| 11/23/10 | 22494 | FOLIAGE PLANTS | Brokered Plants | 1,000.00 |
| 11/23/10 | 22495 | MULTI PACKAGING SOLUTIONS/dba John Henry | Shipping Supplies | 7,679.00 |
| 11/23/10 | 22496 | HAMPSHIRE FARMS | Advertising and Merchandising Expenses | 40.36 |
| 11/23/10 | 22497 | FLORAL PLANT GROWERS LLC | Advertising and Merchandising Expenses | 114.38 |
| 11/23/10 | 22498 | PRINCIPAL FINANCIAL GROUP | Payroll | 2,188.67 |
| 11/23/10 | 22499 | MASTERPIECE FLOWER COMPANY LLC | Advertising and Merchandising Expenses | 29.34 |
| 11/23/10 | 22500 | COLOR SPOT NURSERIES INC | Advertising and Merchandising Expenses | 127.62 |
| 11/23/10 | 22501 | GRAND SERVICE LLC | Advertising and Merchandising Expenses | 9.26 |
| 11/23/10 | 22502 | DENNIS BRENNAN | Other Production Expenses | 1,206.46 |
| 11/24/10 | 22503 | SUMMIT PLASTIC COMPANY | Pots | 7,906.16 |
| 11/24/10 | 22504 | MATHESON TRI-GAS | Other Production Expenses | 171.26 |
| 11/24/10 | 22506 | VALROY LINERS, INC. | Soil | 8,138.05 |
| 11/29/10 | 22507 | DELEON'S BROMELIADS, INC | Brokered Plants | 2,200.00 |
| 11/29/10 | 22508 | BONSAI AMAHOY DECORATIONS INC | Brokered Plants | 2,812.50 |
| 11/29/10 | 22509 | SUMMIT PLASTIC COMPANY | Pots | 7,906.16 |
| 11/29/10 | 22510 | SUNSHINE HORTICULTURE, LLC | Liners & Cuttings | 7,056.00 |

**First Foliage, L.C.**
**Check Register - DIP Operating Account**
**November 2010**

| Check Date | Check Number | Vendor Name | Purpose | Amount |
|---|---|---|---|---|
| 11/29/10 | 22511 | SUNSHINE HORTICULTURE, LLC | Liners & Cuttings | 2,678.40 |
| 11/29/10 | 22512 | BWI | Pots | 7,270.62 |
| 11/30/10 | 22513 | SUNOCO | Trucking | 8,270.04 |
| 11/30/10 | 22514 | JOSE BELTRAN | Pots | 1,296.02 |
| 11/30/10 | 22515 | HARRELL'S INC. | Fertilizer | 2,014.00 |
| 11/30/10 | 22516 | HARRELL'S INC. | Fertilizer | 5,986.00 |
| 11/30/10 | 22517 | AMERICAN PROJECT DEVELOPMENT CORP. | Soil | 6,300.00 |
| 11/30/10 | 22518 | VAS AGRICULTURAL SUPPLY, INC. | Chemicals | 1,345.50 |
| 11/30/10 | 22519 | TOPIARY GARDENS NURSERY | Chemicals | 4,212.04 |
| 11/30/10 | 22520 | MARKWELL OF FLORIDA | Shipping Supplies | 1,371.00 |
| 11/30/10 | 22521 | BONSAI AMAHOY DECORATIONS INC | Brokered Plants | 1,397.00 |
| | | | | 1,097,647.72 |

## ATTACHMENT 5A(1)

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: First Foliage, L.C.  Case Number: 10-27532-BKC-LMI

Reporting Period beginning November 1, 2010  Period ending November 30, 2010

NAME OF BANK: Community Bank of Florida  BRANCH: Homestead

ACCOUNT NAME: OPERATING

ACCOUNT NUMBER: 2097872306

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 11/4/2010 | | Community Bank | Service Charge | 25 |
| 11/22/2010 | | Community Bank | Service Charge | 15 |
| 11/30/2010 | | Community Bank | Service Charge | 20 |
| | | | | |
| TOTAL | | | | $ 60 |

# ATTACHMENT 5A(2)

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: First Foliage, L.C. Case Number: 10-27532-BKC-LMI

Reporting Period beginning November 1, 2010 Period ending November 30, 2010

NAME OF BANK: Community Bank of Florida BRANCH: Homestead

ACCOUNT NAME: DIP - Petty Cash Account

ACCOUNT NUMBER: 2097913407

PURPOSE OF ACCOUNT: Petty Cash

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | See attached check register - MOR-8.5A2.1 | | 16,541 |
| TOTAL | | | | $ 16,541 |

**First Foliage, L.C.**
**Check Register - DIP Petty Cash Account**
**November 2010**

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 11/1/2010 | Debit | Holiday Inn Express | Travel & Entertainment | 242.63 |
| 11/1/2010 | Debit | Redland Supply Co. | Inventory Payments | 30.22 |
| 11/1/2010 | Debit | Office Max | Office Supplies | 13.78 |
| 11/2/2010 | Debit | Sunoco | Inventory Payments | 40.00 |
| 11/2/2010 | Debit | Moody Petroleum | Inventory Payments | 30.63 |
| 11/2/2010 | Debit | Vegas Grill | Travel & Entertainment | 15.58 |
| 11/3/2010 | Debit | Richards Tractors | Inventory Payments | 1,380.88 |
| 11/3/2010 | Debit | Offic Max | Office Supplies | 29.19 |
| 11/4/2010 | Debit | Office max | Office Supplies | 25.00 |
| 11/4/2010 | Debit | Siam River Thai | Travel & Entertainment | 100.89 |
| 11/4/2010 | Debit | Agro Dist | Inventory Payments | 89.60 |
| 11/4/2010 | Debit | Gempler | Inventory Payments | 81.00 |
| 11/4/2010 | Debit | Chevron | Inventory Payments | 29.79 |
| 11/4/2010 | Debit | Wal Mart | Inventory Payments | 23.51 |
| 11/5/2010 | Debit | American AA | Travel & Entertainment | 315.30 |
| 11/5/2010 | Debit | BWI | Inventory Payments | 70.68 |
| 11/5/2010 | Debit | Crate Barrel | Travel & Entertainment | 37.99 |
| 11/5/2010 | Debit | Big Pink | Travel & Entertainment | 34.59 |
| 11/5/2010 | Debit | Publix | Travel & Entertainment | 24.46 |
| 11/5/2010 | Debit | Wal Mart | Inventory Payments | 10.52 |
| 11/8/2010 | Debit | US Airway | Travel & Entertainment | 287.90 |
| 11/8/2010 | Debit | US Airway | Travel & Entertainment | 287.90 |
| 11/8/2010 | Debit | Unified Carrier Register | Inventory Payments | 235.62 |
| 11/8/2010 | Debit | Federal Wage Labor | Inventory Payments | 137.40 |
| 11/8/2010 | Debit | S Florida Container | Inventory Payments | 102.78 |
| 11/8/2010 | Debit | Sunoco | Inventory Payments | 83.60 |
| 11/8/2010 | Debit | The Home Depot | Inventory Payments | 76.68 |
| 11/8/2010 | Debit | 7 Eleven | Inventory Payments | 60.20 |
| 11/8/2010 | Debit | Office Depot | Office Supplies | 34.19 |
| 11/8/2010 | Debit | Kerry's Bromeliads | Inventory Payments | 31.00 |
| 11/8/2010 | Debit | Office Depot | Office Supplies | 21.36 |
| 11/8/2010 | Debit | Wal Mart | Inventory Payments | 19.26 |
| 11/8/2010 | Debit | BJ's Wholesale | Office Supplies | 12.47 |
| 11/9/2010 | Debit | Sunbelt Rentals | Inventory Payments | 1,200.00 |
| 11/9/2010 | Debit | Gempler | Inventory Payments | 459.00 |
| 11/9/2010 | Debit | Rinconci To Latino | Travel & Entertainment | 161.20 |
| 11/9/2010 | Debit | Casa Larios | Travel & Entertainment | 144.90 |
| 11/10/2010 | Debit | Richards Tractors | Inventory Payments | 279.91 |
| 11/10/2010 | Debit | The Home Depot | Inventory Payments | 114.83 |
| 11/10/2010 | Debit | Miami Acura | Inventory Payments | 88.65 |
| 11/10/2010 | Debit | Chevron | Inventory Payments | 82.33 |
| 11/10/2010 | Debit | Publix | Travel & Entertainment | 27.10 |
| 11/10/2010 | Debit | Paypal Wovertonen | Inventory Payments | 24.00 |
| 11/10/2010 | Debit | Publix | Travel & Entertainment | 22.03 |
| 11/12/2010 | Debit | Sunbelt Rentals | Inventory Payments | (565.76) |
| 11/12/2010 | Debit | The Home Depot | Inventory Payments | 472.17 |
| 11/12/2010 | Debit | Rinconci to Latino | Travel & Entertainment | 148.82 |
| 11/12/2010 | Debit | The Home Depot | Inventory Payments | 136.83 |
| 11/12/2010 | Debit | Rinconci to Latino | Travel & Entertainment | 133.84 |
| 11/12/2010 | Debit | Sunoco | Inventory Payments | 55.00 |

**First Foliage, L.C.**
**Check Register - DIP Petty Cash Account**
**November 2010**

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 11/12/2010 | Debit | Publix | Inventory Payments | 48.57 |
| 11/12/2010 | Debit | Publix | Inventory Payments | 24.51 |
| 11/12/2010 | Debit | Publix | Inventory Payments | 9.99 |
| 11/12/2010 | Debit | AMPCO Parking | Travel & Entertainment | 8.00 |
| 11/15/2010 | Debit | The Home Depot | Inventory Payments | 353.51 |
| 11/15/2010 | Debit | Rinconci To Latino | Travel & Entertainment | 138.63 |
| 11/15/2010 | Debit | Office Depot | Office Supplies | 128.38 |
| 11/15/2010 | Debit | BJ's Wholesale | Office Supplies | 117.67 |
| 11/15/2010 | Debit | The Home Depot | Inventory Payments | 32.46 |
| 11/15/2010 | Debit | FedEx | Office Supplies | 29.19 |
| 11/15/2010 | Debit | Rinconci To Latino | Travel & Entertainment | 0.01 |
| 11/16/2010 | Debit | Lowe's | Inventory Payments | 22.97 |
| 11/16/2010 | Debit | Publix | Travel & Entertainment | 15.29 |
| 11/17/2010 | Debit | Richards Tractors | Inventory Payments | 945.09 |
| 11/17/2010 | Debit | The Home Depot | Inventory Payments | 799.03 |
| 11/17/2010 | Debit | Rinconci To Latino | Travel & Entertainment | 136.62 |
| 11/17/2010 | Debit | Exxon Mobil | Inventory Payments | 74.77 |
| 11/18/2010 | Debit | Lowe's | Inventory Payments | 404.67 |
| 11/18/2010 | Debit | Sunoco | Inventory Payments | 54.25 |
| 11/18/2010 | Debit | Ruby Tuesday | Travel & Entertainment | 52.80 |
| 11/19/2010 | Debit | The Home Depot | Inventory Payments | 398.43 |
| 11/19/2010 | Debit | Holiday Inn Express | Travel & Entertainment | 80.21 |
| 11/19/2010 | Debit | MIA Parking Garage | Travel & Entertainment | 8.00 |
| 11/22/2010 | Debit | Lowe's | Inventory Payments | 229.05 |
| 11/22/2010 | Debit | Bells and Blooms | Inventory Payments | 79.02 |
| 11/22/2010 | Debit | Shell Oil | Inventory Payments | 38.84 |
| 11/22/2010 | Debit | Roasters and Toasters | Travel & Entertainment | 25.29 |
| 11/23/2010 | Debit | Richards Tractors | Inventory Payments | 1,032.60 |
| 11/23/2010 | Debit | Office Max | Office Supplies | 184.00 |
| 11/23/2010 | Debit | 7 Eleven | Inventory Payments | 61.79 |
| 11/23/2010 | Debit | Lowe's | Inventory Payments | 32.67 |
| 11/24/2010 | Debit | Wal Mart | Inventory Payments | 642.00 |
| 11/24/2010 | Debit | Exact Software | IT, Communications & Telephone | 517.88 |
| 11/24/2010 | Debit | Wal Mart | Inventory Payments | 482.57 |
| 11/24/2010 | Debit | The Home Depot | Inventory Payments | 325.25 |
| 11/24/2010 | Debit | Party City | Office Supplies | 97.02 |
| 11/24/2010 | Debit | Hampton Inn | Travel & Entertainment | 89.27 |
| 11/24/2010 | Debit | Hampton Inn | Travel & Entertainment | 89.27 |
| 11/26/2010 | Debit | Shell Oil | Inventory Payments | 75.00 |
| 11/26/2010 | Debit | Shell Oil | Inventory Payments | 35.92 |
| 11/26/2010 | Debit | Autozone | Inventory Payments | 501.82 |
| 11/26/2010 | Debit | Lowe's | Inventory Payments | 420.55 |
| 11/29/2010 | Debit | Wal Mart | Inventory Payments | 117.70 |
| 11/29/2010 | Debit | Point South BP | Inventory Payments | 60.78 |
| 11/30/2010 | Debit | Smart Sign | Inventory Payments | 322.50 |
| 11/30/2010 | Debit | Michaels | Office Supplies | 144.51 |
| 11/30/2010 | Debit | Racetrack | Inventory Payments | 41.48 |
| 11/30/2010 | Debit | Vegas Grill | Inventory Payments | 10.00 |
| | | | | 16,541.28 |

# ATTACHMENT 5A(3)

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: First Foliage, L.C. Case Number: 10-27532-BKC-LMI

Reporting Period beginning November 1, 2010 Period ending November 30, 2010

NAME OF BANK: Community Bank of Florida BRANCH: Homestead

ACCOUNT NAME: DIP - Depository Account

ACCOUNT NUMBER: 20997913408

PURPOSE OF ACCOUNT: DEPOSITORY

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 11/30/2010 | | Community Bank | Service Charge | $ 12 |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $ 12 |

## ATTACHMENT 5A(4)

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: First Foliage, L.C. Case Number: 10-27532-BKC-LMI

Reporting Period beginning November 1, 2010 Period ending November 30, 2010

NAME OF BANK: Bank of America BRANCH: Chicago

ACCOUNT NAME: Operating Account

ACCOUNT NUMBER: 5081011426

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 11/3/2010 | Wire | First Foliage L.C. | Transfer to DIP Account | $ 564,712 |
| 11/10/2010 | Wire | First Foliage L.C. | Transfer to DIP Account | 507,000 |
| 11/15/2010 | Debit | First Foliage L.C. | BOA Bank Fee | 774 |
| 11/18/2010 | Wire | First Foliage L.C. | Account Analysis Fee | 357,226 |
| 11/24/2010 | Wire | First Foliage L.C. | Transfer to DIP Account | 496,691 |

TOTAL $ 1,926,403

## ATTACHMENT 5A(5)

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: First Foliage, L.C. Case Number: 10-27532-BKC-LMI

Reporting Period beginning November 1, 2010 Period ending November 30, 2010

NAME OF BANK: Bank of America BRANCH: Homestead

ACCOUNT NAME: Operating Account

ACCOUNT NUMBER: 898037689376

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $ - |

# ATTACHMENT 5A(6)

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: First Foliage, L.C. Case Number: 10-27532-BKC-LMI

Reporting Period beginning November 1, 2010 Period ending November 30, 2010

NAME OF BANK: Bank of America BRANCH: Chicago

ACCOUNT NAME: Depository Account

ACCOUNT NUMBER: 5801041418

PURPOSE OF ACCOUNT: DEPOSITORY

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 11/1/2010 | Wire | Katten Muchin Rosenman LLP | Interest Payment | $ 70,285 |
| 11/2/2010 | Wire | Bank of America | Interest Payment | 81,288 |
| 11/2/2010 | Wire | First Foliage L.C. | Transfer to BOA Account | 564,712 |
| 11/9/2010 | Wire | First Foliage L.C. | Transfer to BOA Account | 507,000 |
| 11/17/2010 | Wire | First Foliage L.C. | Transfer to BOA Account | 358,000 |
| 11/24/2010 | Wire | First Foliage L.C. | Transfer to BOA Account | 496,691 |
| 11/30/2010 | Wire | Bank of America | Professional Fees | 21,309 |
| 11/30/2010 | Wire | First Foliage L.C. | Transfer to BOA Account | 411,000 |
| TOTAL | | | | $ 2,510,285 |

# ATTACHMENT 5A(7)

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: First Foliage, L.C. Case Number: 10-27532-BKC-LMI

Reporting Period beginning November 1, 2010 Period ending November 30, 2010

NAME OF BANK: Bank of America BRANCH: Concord, CA

ACCOUNT NAME: Depository Account

ACCOUNT NUMBER: 1233653155

PURPOSE OF ACCOUNT: DEPOSITORY

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | $ - |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $ - |

# ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: First Foliage, L.C. Case Number: 10-27532-BKC-LMI

Reporting Period beginning November 1, 2010 Period ending November 30, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: Community Bank of Florida BRANCH: Homestead

ACCOUNT NAME: DIP - Operating Account ACCOUNT NUMBER: 2097913406

PURPOSE OF ACCOUNT: Operating

| | | | |
|---|---|---|---|
| Ending Balance per Bank Statement | $ | 2,451,093 | |
| Plus Total Amount of Outstanding Deposits | | - | |
| Minus Total Amount of Outstanding Checks and other debits | | (98,000) | * |
| Minus Service Charges | | - | |
| Ending Balance per Check Register | $ | 2,353,093 | **(a) |

***Debit cards must not be issued on this account.**

****If Closing Balance is negative, provide explanation:**

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | *None* | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | *See MOR-8* | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# ATTACHMENT 5B

## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: First Foliage, L.C. Case Number: 10-27532-BKC-LMI

Reporting Period beginning November 1, 2010 Period ending November 30, 2010

NAME OF BANK: Community Bank of Florida BRANCH: Homestead

ACCOUNT NAME: DIP - Operating Account

ACCOUNT NUMBER: 2097913406

PURPOSE OF ACCOUNT: PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | *See MOR-8 for all payroll activity* | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $ 581,313 |

# ATTACHMENT 4C
## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor: First Foliage, L.C.  Case Number: 10-27532-BKC-LMI

Reporting Period beginning: November 1, 2010  Period ending: November 30, 2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: Community Bank of Homestead  BRANCH: Homestead

ACCOUNT NAME: Operating Account  ACCOUNT NUMBER: 2097913406

PURPOSE OF ACCOUNT: TAX

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 2,451,093 | |
| Plus Total Amount of Outstanding Deposits | - | |
| Minus Total Amount of Outstanding Checks and other debits | (98,000) | * |
| Minus Service Charges | - | |
| Ending Balance per Check Register | $ 2,353,093 | **(a) |

***Debit cards are used by** ______

****If Closing Balance is negative, provide explanation** ______

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | *None* | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# ATTACHMENT 5C
## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: First Foliage, L.C. Case Number: 10-27532-BKC-LMI

Reporting Period beginning November 1, 2010 Period ending November 30, 2010

NAME OF BANK: Community Bank of Florida BRANCH: Homestead

ACCOUNT NAME: Operating ACCOUNT #: 2097913406

PURPOSE OF ACCOUNT: TAX

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.

http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| Payments are made through Paychex | | Paychex | Payroll Taxes | $ 112,852 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $ 112,852 (d) |

SUMMARY OF TAXES PAID

| | | |
|---|---|---|
| Payroll Taxes Paid | 112,852 | (a) |
| Sales & Use Taxes Paid | - | (b) |
| Other Taxes Paid | - | (c) |
| TOTAL | $ 112,852 | (d) |

(a) This number is reported in the “Current Month” column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).

(b) This number is reported in the “Current Month” column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).

(c) This number is reported in the “Current Month” column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).

(d) These two lines must be equal.

# ATTACHMENT 4D
# INVESTMENT ACCOUNTS AND PETTY CASH REPORT

## INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements

Type of Negotiable

*None*

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | (a) |

## PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | **(Column 2)** Maximum Amount of Cash in Drawer/Acct | **(Column 3)** Amount of Petty Cash On Hand At End of Month | **(Column 4)** Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| 17800 SW 268th Street, Homestead, FL | $ 2,000 | $ 793 | $ 1,207 |
| | | | |
| | | | |
| | | | |
| **TOTAL** | | $ 793 (b) | |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation** See MOR-13A

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)** $ 793 **(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as “Ending Balance” on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# First Foliage L.C.
## Petty Cash Expenses
### November 2010

| Type | Date | Num | Name | Split | Amount |
|---|---|---|---|---|---|
| Cash | 11/23/2010 | 413 | Misc | 66100 · Nursery R&M | 100.00 |
| Cash | 11/23/2010 | 414 | PUBLIX #024 00000002MIAMI | 64100 · Meals & Entertainment | 5.98 |
| Cash | 11/23/2010 | 415 | SUNOCO 0484332200 MIAMI | 66600-00 ICE | 87.50 |
| Cash | 11/23/2010 | 416 | SUNOCO 0484332200 MIAMI | 66600-00 ICE | 87.50 |
| Cash | 11/23/2010 | 417 | SUNOCO 0484332200 MIAMI | 66600-00 ICE | 87.50 |
| Cash | 11/23/2010 | 418 | SUNOCO 0484332200 MIAMI | 66600-00 ICE | 17.50 |
| Cash | 11/23/2010 | 419 | SUNOCO 0484332200 MIAMI | 80100-00 Gasoline | 35.88 |
| Cash | 11/23/2010 | 420 | SUNOCO 0484332200 MIAMI | 66600-00 ICE | 87.50 |
| Cash | 11/23/2010 | 421 | WAL-MART 2727 FLORIDA CIT | 64100 · Meals & Entertainment | 7.97 |
| Cash | 11/23/2010 | 422 | SUNOCO 0484332200 MIAMI | 66600-00 ICE | 6.00 |
| Cash | 11/23/2010 | 423 | USPS | 70200 · Postage & Courier | 16.35 |
| Cash | 11/23/2010 | 424 | USPS | 70200 · Postage & Courier | 10.34 |
| Cash | 11/23/2010 | 425 | OFFICE DEPOT, INC. FLORIDA CIT | 68500 · Office Supplies | 96.28 |
| Cash | 11/23/2010 | 426 | USPS | 70200 · Postage & Courier | 11.91 |
| Cash | 11/23/2010 | 427 | Redland Supply | 66100 · Nursery R&M | 47.32 |
| Cash | 11/23/2010 | 428 | Knaus Berry Farm | 64100 · Meals & Entertainment | 15.60 |
| Cash | 11/23/2010 | 429 | USPS | 70200 · Postage & Courier | 96.80 |
| Cash | 11/23/2010 | 430 | PUBLIX #024 00000002MIAMI | 64100 · Meals & Entertainment | 31.58 |
| Cash | 11/23/2010 | 431 | Manuel Lopez | 80000 · Telephone & Radio Expense | 50.00 |
| Cash | 11/23/2010 | 432 | Pure Beauty Farms | 64000 · Marketing & Promotion | 37.00 |
| Cash | 11/23/2010 | 433 | SUNOCO 0484332200 MIAMI | 66600-00 ICE | 61.25 |
| Cash | 11/23/2010 | 434 | SUNOCO 0484332200 MIAMI | 66600-00 ICE | 59.70 |
| Cash | 11/23/2010 | 435 | PUBLIX #024 00000002MIAMI | 64100 · Meals & Entertainment | 12.98 |
| Cash | 11/23/2010 | 436 | Pure Beauty Farms | 64000 · Marketing & Promotion | 42.00 |
| Cash | 11/23/2010 | 437 | WAL-MART 2727 FLORIDA CIT | 68500 · Office Supplies | 20.88 |
| Cash | 11/23/2010 | 438 | Dennis | 80100-00 Gasoline | 47.17 |
| Cash | 11/23/2010 | 439 | SUNOCO 0484332200 MIAMI | 66600-00 ICE | 5.97 |
| Cash | 11/23/2010 | 440 | SUNOCO 0484332200 MIAMI | 66600-00 ICE | 10.00 |
| Cash | 11/23/2010 | 441 | SUNOCO 0484332200 MIAMI | 80100-00 Gasoline | 10.00 |
| Total 10000 · Petty Cash General | | | | | 1,206.46 |

**First Foliage LLC**

**Petty Cash General** **Account# 10000-00**

**November 2010**

| | Qty | Denomination | Amount |
|---|---|---|---|
| **CASH IN BOX** | | | - |
| | 100.00 | | - |
| | 50.00 | | - |
| | 20.00 | 30 | 600.00 |
| | 10.00 | 12 | 120.00 |
| | 5.00 | 9 | 45.00 |
| | 1.00 | 4 | 4.00 |
| **ROLLED CHANGE** | Quarters | 1 | 10.00 |
| | Dimes | 1 | 5.00 |
| | Nickels | 1 | 2.00 |
| | Pennies | 1 | 0.50 |
| **LOOSE CHANGE** | 0.25 | 14 | 3.50 |
| | 0.10 | 13 | 1.30 |
| | 0.05 | 39 | 1.95 |
| | 0.01 | 19 | 0.19 |
| **TOTAL CASH IN BOX** | | | **$793.44** |
| **PETTY CASH RECEIPT** | | | |
| **Additonal Cash** | | | |
| **CHECK IN BOX** | | | - |
| **Expenses** | | | 1,206.56 |
| **TOTAL PETTY CASH** | | | **$2,000.00** |

**Description** This Petty Cash is maintained by Paula Poppenhager
It is a general use Impress Fund for the company.

**Reconciliation** Prepared by Paula Poppenhager

Signature & Date

**Note:** Monthly procedure. Account should be replenished before month end.

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor: First Foliage, L.C. Case Number: 10-27532-BKC-LMI

Reporting Period beginning November 1, 2010 Period ending November 30, 2010

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL | | | $ - | | |

## ATTACHMENT 7

## SUMMARY OF OFFICER OR OWNER COMPENSATION

## SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: First Foliage, L.C. Case Number: 10-27532-BKC-LMI

Reporting Period beginning November 1, 2010 Period ending November 30, 2010

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Jose Garces | President | 401K Contribution | 308 |
| Jose Garces | President | Insurance Premiums | 595 |
| Jose Garces | President | Weekly Wages | 15,385 |
| Beatriz Garces | Vice Pres. | Insurance Premiums | 276 |
| Beatriz Garces | Vice Pres. | 401K Contribution | 231 |
| Beatriz Garces | Vice Pres. | Weekly Wages | 11,538 |
| Alberto Estrada | Vice Pres. | Monthly Payment | 7,000 |

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 301 | 3 |
| Number hired during the period | 16 | |
| Number terminated or resigned during period | 14 | |
| Number of employees on payroll at end of period | 303 | 3 |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | See MOR-15A | | | |
| | | Proof of Insurance previously sent to US Trustee | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

## Insurance Coverage

| Carrier | Agent | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|---|
| Lloyd's of London | T.R. Jones & Co | (305) 247-1521 | WPB19659 | Commercal Property | 12/11/2010 | monthly installments |
| FCCI Insurance Co. | T.R. Jones & Co | (305) 247-1521 | FL0001666 | General Liability | 10/5/2011 | monthly installments |
| Travelers Casualty and Surety Company | T.R. Jones & Co | (305) 247-1521 | 104929152 | Employment Practices Liability/Crime | 4/1/2011 | 4/1/2011 |
| FCCI Insurance Co. | T.R. Jones & Co | (305) 247-1521 | CA00005043-4 | Commercial Auto | 10/5/2011 | monthly installments |
| North River Insurance Company | T.R. Jones & Co | (305) 247-1521 | 553-093745-4 | Commercial Umbrella | 10/5/2011 | monthly installments |
| FFVA Mutual | T.R. Jones & Co | (305) 247-1521 | WC840-0017630-2010A | Workers Compensation | 4/1/2011 | monthly installments |
| Hartford Casualty Insurance Co. | T.R. Jones & Co | (305) 247-1521 | 21WECNV2043 | Workers Compensation | 4/1/2011 | monthly installments |
| Travelers | T.R. Jones & Co | (305) 247-1521 | 6010053787 | Flood | 2/26/2011 | 2/26/2011 |
| Travelers | T.R. Jones & Co | (305) 247-1521 | 6010053227 | Flood | 12/14/2010 | 12/14/2010 |
| Travelers | T.R. Jones & Co | (305) 247-1521 | 6010053229 | Flood | 12/14/2010 | 12/14/2010 |
| Travelers | T.R. Jones & Co | (305) 247-1521 | 6010053234 | Flood | 12/14/2010 | 12/14/2010 |
| Platte Insurance Co. | T.R. Jones & Co | (305) 247-1521 | 41189375 | Bond | 11/19/2011 | 11/19/2010 |
| St. Paul Fire & Marine | T.R. Jones & Co | (305) 247-1521 | OC06800624 | Ocean Marine | 10/5/2011 | 10/5/2010 |
| FCCI Commercial Ins. | T.R. Jones & Co | (305) 247-1521 | CM0001769 | Inland Marine | 10/5/2011 | monthly installments |
| Scottsdate Ins. Co. | T.R. Jones & Co | (305) 247-1521 | CFS0200563 | Property - Shadehouses | 10/5/2011 | 10/5/2010 |
| United Health Care | T.R. Jones & Co | (305) 247-1521 | 456513 | Medical Insurance | 7/31/2011 | monthly payments |
| Neighborhood Health Partnership | T.R. Jones & Co | (305) 247-1521 | B15931 | Medical Insurance | 7/31/2011 | monthly payments |
| Conexis | T.R. Jones & Co | (305) 247-1521 | CXD7700 | Medical Insurance | 30-day notice | monthly payments |
| CompBenefits | T.R. Jones & Co | (305) 247-1521 | CP/CD0582 | Dental Insurance | 8/31/2011 | monthly payments |
| AFLAC | T.R. Jones & Co | (305) 247-1521 | TN524 | Supplemental | 8/31/2011 | monthly payments |
| Husdon Insurance Group | Insurance for Agriculture | (305) 274-3970 | 1009422 | Crop Insurance | 5/31/2011 | 3/1/2011 |

## ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate ***(attach closing statement)*** ; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

From the inception of this case, First Foliage has endeavored to address the challenges arising from the crop insurance coverage dispute with Rural Community Insurance Services in order to be removed from the Ineligible Tracking System (ITS). First Foliage has been removed from the ITS list and has now obtained crop insurance coverage effective August 1, 2010. First Foliage is also in the process of analyzing and pursuing various forms of relief against multiple parties with respect to the lack of crop insurance coverage.

First Foliage 13-week cash collateral budget through November 14, 2010 was approved by the Bankrupty court on August 16. Further, a 13-week cash collateral budget through February 13, 2011 was submitted to Bank of America for their review. First Foliage continues to work cooperatively with Bank of America in connection with the use of cash collateral until resolution of the financing issues between First Foliage and Bank of America, or until alternative arrangements are made with respect to First Foliage’s obligations and financial needs.