UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

|  |  |
|---|---|
| In re ) | Case No. 10-27532-BKC-LMI |
| ) | Chapter 11 |
| First Foliage, L.C., ) |  |
| ) |  |
| Debtor. / |  |

**DEBTOR'S RESPONSE TO COSTA FARMS, LLC'S
EMERGENCY MOTION TO COMPEL DEBTOR TO COMPLY WITH BIDDING
PROCEDURES ORDER AND ALLOW COSTA FARMS, LLC TO
PARTICIPATE IN THE BIDDING PROCESS AND AUCTION**

Debtor First Foliage, L.C. (the "**Debtor**" or "**First Foliage**"), responds to *Costa Farms, LLC's Emergency Motion to Compel Debtor to Comply with Bidding Procedures Order and Allow Costa Farms, LLC to Participate in the Bidding Process and Auction* (D.E. 243) (the "**Emergency Motion**"), and states:

1. Costa Farms, First Foliage's chief competitor, seeks an emergency hearing to force First Foliage to reveal confidential, sensitive data about its business and inventory and allow Costa Farms to participate in the scheduled Section 363 auction. Costa Farms also requests that the Court hold the hearing by Friday, January 28, 2011, claiming that it must conduct an inventory *this* Sunday. First Foliage believes there is no such emergency and that the hearing should not be held until Monday, January 31, 2011, at which time necessary out-of-state witnesses will be available.

2. Further, First Foliage files this Response to bring to the Court's attention Costa Farms' actions that lead to its exclusion from the bidding process, all of which are omitted from its Emergency Motion. Costa Farms' actions after signing the Confidentiality Agreement raised grave concerns about its motives and called into question Costa Farms' good faith. Pursuant to

the Confidentiality Agreement executed by Costa Farms, it agreed not to talk to First Foliage's customers, attempt to hire its employees, or speak to other bidders:

> In order to provide an orderly environment for a possible transaction involving the Company, we agree not to initiate or maintain contact, or engage in discussions, with any employee, customer, or supplier of the Company without the prior consent of the Company. Unless we execute a transaction with the Company, we agree not to hire or solicit for employment any employees of the Company, without the written consent of the Company, for a period of two years from the date of this Agreement.
> We also agree that without prior consent of Company we will not disclose to any other person that we have received such information, that we are in discussions or negotiations with you and the Company as to a possible transaction involving the Company, or that we or the Company's stockholders are contemplating a possible transaction involving Company.

A true and correct copy of the Confidentiality Agreement, dated January 18, 2011, is attached hereto as **Exhibit "A."**

3. Remarkably, Costa Farms breached each element of the foregoing provisions within less than 24 hours of executing the Confidentiality Agreement.

4. First, Jose Costa, the Chief Financial Officer of Costa Farms and other top-level Costa personnel, approached Beatriz Garces, a key executive and employee of First Foliage, and attempted to pressure her into leaving First Foliage and accepting a "consulting" arrangement with Costa Farm. It was clearly communicated to Mrs. Garces that if she were to leave First Foliage, BFN Foliage, LLC (the "**BFN Foliage**") would have no interest in consummating the proposed transaction. Costa Farms also conveyed a separate offer for Jose Garces, the President and Chief Executive of First Foliage, to leave with Mrs. Garces. First Foliage believes that the express purpose of presenting those offers was to separate the Garces from First Foliage and thus discourage BFN Foliage from acquiring First Foliage's assets. That solicitation constituted a breach of the Confidentiality Agreement and demonstrated Costa Farms' unwillingness to

participate in the bidding process and auction on a good-faith basis.

5. Second, Costa Farms' personnel approached a major customer of First Foliage and attempted to pressure that customer into committing not to do business with BFN Foliage if it acquires the First Foliage assets. Once again, conduct of this nature constitutes a violation of the Confidentiality Agreement and demonstrates Costa Farms' lack of good faith.

6. In order to provide an orderly environment for a possible transaction involving First Foliage, Costa Farms agreed not to initiate or maintain contact, or engage in discussions, with **any** employee, customer, or supplier of First Foliage without its prior consent. Costa Farms also agreed that, unless it executes a transaction with First Foliage, it would not hire or solicit for employment **any** employees of First Foliage, without its written consent, for a period of two years from the date of the Confidentiality Agreement.

7. Finally, and perhaps most disturbing, Jose Smith, a high-level Costa Farms employee, contacted Burl Berry, a principal of BFN Foliage, to discuss BFN Foliage's bid and other related matters. First Foliage believes this contact is a violation of the Confidentiality Agreement and actionable under Bankruptcy Code Section 363(n).

8. As a result of Costa Farms' multiple violations of the Confidentiality Agreement, on January 19, 2011, First Foliage sent a letter to Costa Farms demanding that it cease and desist from any and all communications with First Foliage's potential or actual bidders. A true and correct copy of First Foliage's letter to Costa Farms, dated January 19, 2011, is attached hereto as **Exhibit "B."**

9. After further consultation with the Creditors' Committee and Bank of America, First Foliage determined that, based upon Costa Farms' breach of the Confidentiality Agreement, the best interest of the estate demanded that Costa Farms be excluded from the auction process.

3

Accordingly, on January 22, 2011, First Foliage sent a second letter confirming that, in light of Costa Farms' prior violations, it was in the best interest of the estate to reject Costa Farms as a bidder in the Section 363 auction sale. A true and correct copy of the letter, dated January 22, 2011, is attached hereto as **Exhibit "C."**

10. For the foregoing reasons, and others presented at any hearing on this matter, First Foliage respectfully requests that Costa Farms' Emergency Motion be denied.

WHEREFORE, First Foliage respectfully requests that the Court enter an Order (1) denying Costa Farms' Emergency Motion; and (2) granting such other and further relief as the Court deems just and proper.

Dated: January 28, 2011.                     Respectfully submitted,

INFANTE, ZUMPANO, HUDSON & MILOCH, LLC
*Counsel for First Foliage, L.C.*
500 South Dixie Highway, Suite 302
Coral Gables, FL  33146
Telephone: (305) 503-2990
Facsimile:  (305) 774-5908
Email:  Luis.Salazar@izhmlaw.com
Email:  Linda.Jackson@izhmlaw.com

By:         /s/ Luis Salazar
            Luis Salazar
            Florida Bar No. 147788
            Linda Jackson
            Florida Bar No. 843164

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 28, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all parties identified on the Master Service List attached to the original hereof, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail for those parties who are not registered to receive notices electronically.

                                          /s/   Luis Salazar
                                            Luis Salazar

**MASTER SERVICE LIST OF JANUARY 28, 2011**
**First Foliage, L.C., Chapter 11 Debtor**
**Case No. 10-27532-BKC-LMI**

First Foliage, L.C.
Attn: Jose Garces
17800 Southwest 268th Street
Homestead, FL 33031

**VIA EMAIL ONLY:**
luis.salazar@izhmlaw.com
Luis Salazar, Esq.
Infante, Zumpano, Hudson & Miloch, LLC
500 South Dixie Highway, Suite 302
Coral Gables, FL 33146
*Counsel for First Foliage, L.C.*

**VIA EMAIL ONLY:**
jguso@bergersingerman.com
Jordi Guso, Esq.
BergerSingerman, P.A.
200 South Biscayne Boulevard, 10th Floor
Miami, FL 33131
*Counsel for the Official Committee
of Unsecured Creditors*

**VIA EMAIL ONLY:** hberlin@bergersingerman.com
Howard J. Berlin, Esq.
BergerSingerman, P.A.
200 South Biscayne Boulevard, 10th Floor
Miami, FL 33131
*Counsel for the Official Committee
of Unsecured Creditors*

**VIA EMAIL ONLY:** dgaller@bergersingerman.com
Debi Evans Galler, Esq.
BergerSingerman, P.A.
200 South Biscayne Boulevard, 10th Floor
Miami, FL 33131
*Counsel for the Official Committee
of Unsecured Creditors*

**VIA EMAIL ONLY:** jbast@bastamron.com
Jeffrey P. Bast, Esq.
Bast Amron LLP
SunTrust International Center
One Southeast Third Avenue, Suite 1440
Miami, FL 33131
*Counsel for Helena Chemical Company*

**VIA EMAIL ONLY:** azaron@hunton.com
Andrew D. Zaron, Esq.
Hunton & Williams LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
*Local Counsel for Bank of America, N.A.*

**VIA EMAIL ONLY:** andrew.wool@kattenlaw.com
Andrew L. Wool, Esq.
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
*Counsel for Bank of America, N.A.*

**VIA EMAIL ONLY:** john.sieger@kattenlaw.com
John P. Sieger, Esq.
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
*Counsel for Bank of America, N.A.*

**VIA EMAIL ONLY:** daniel.polatsek@kattenlaw.com
Daniel J. Polatsek, Esq.
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
*Counsel for Bank of America, N.A.*

**VIA EMAIL ONLY:**
jalper@yoss.com
Joshua B. Alper, Esq.
Yoss LLP
350 East Las Olas Boulevard, Suite 1700
Ft. Lauderdale, FL 33301
*Counsel for GMAC Commercial Finance LLC*

**VIA EMAIL ONLY:** ctatelbaum@yoss.com
Charles M. Tatelbaum, Esq.
Yoss LLP
350 East Las Olas Boulevard, Suite 1700
Ft. Lauderdale, FL 33301
*Counsel for GMAC Commercial Finance LLC*

**MASTER SERVICE LIST OF JANUARY 28, 11**
**First Foliage, L.C., Chapter 11 Debtor**
**Case No. 10-27532-BKC-LMI**

**VIA REGULAR U.S. MAIL AND EMAIL:**
USTPRegion21.MM.ECF@usdoj.gov
Office of the U.S. Trustee
Attn: Johanna P. Armengol, Esq.
51 SW First Avenue, Room 1204
Miami, FL 33130

**VIA REGULAR U.S. MAIL:**
Orange County Tax Collector
P.O. Box 2551
200 South Orange Avenue, Suite 1500
Orlando, FL 32802-2551

**VIA REGULAR U.S. MAIL:**
Miami-Dade County Tax Collector
Paralegal Unit
140 West Flagler Street, 14th Floor
Miami, FL 33130

**VIA EMAIL ONLY:**
cao.bkc@miamidade.gov
Melinda S. Thornton, Esq.
Assistant County Attorney
County Attorney's Office
2810 Stephen P. Clark Center
111 N.W. First Street
Miami, FL 33128-1993

**VIA REGULAR U.S. MAIL:**
Internal Revenue Service
Department of Treasury
227 N. Borough Street
Tallahassee, FL 32301

**VIA REGULAR U.S. MAIL:**
State of Florida
Department of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668

**VIA REGULAR U.S. MAIL:**
United States Department of Agriculture Risk Management Agency
USDA/RMA/Stop 0801
Room 6092 South
1400 Independence Avenue, SW
Washington, DC 20250

**VIA EMAIL ONLY:** dab-hhb@cfl.rr.com
David A. Burt, Esq.
Hawkins, Hawkins & Burt, LLP
501 South Ridgewood Avenue
Daytona Beach, FL 32114

**VIA EMAIL ONLY:** jeffrey.kucera@klgates.com
Jeffrey T. Kucera, Esq.
K&L GATES LLP
Wachovia Financial Center, 39th Floor
200 South Biscayne Boulevard
Miami, FL 33131
*Counsel for Rural Community Insurance Agency, Inc. d/b/a Rural Community Insurance Services*

**VIA EMAIL ONLY:** thoffman@rma.usda.gov
Tim Hoffman, Director of
Risk Management Agency
Federal Crop Insurance Corporation
650l Beacon Drive, Room G28C
Kansas City, MO

**VIA REGULAR U.S. MAIL AND EMAIL:**
cfonc@rma.usda.gov
Director of Eastern Regional Compliance
4405 Bland Road, Suite 165
Raleigh, NC 27609

**VIA REGULAR U.S. MAIL AND FAX: (301) 208-1855**
Daniel N. Rosenstein, Esq.
Levin & Rosenstein, P.C.
1395 Piccard Drive, Suite 110
Rockville, MD 20850

**MASTER SERVICE LIST OF JANUARY 28, 11**
**First Foliage, L.C., Chapter 11 Debtor**
**Case No. 10-27532-BKC-LMI**

**VIA EMAIL ONLY:** brett.marks@akerman.com
David B. Marks, Esq.
Akerman Senterfitt
350 E. Las Olas Blvd., Suite 1600
Ft. Lauderdale, FL 33301
*Counsel for Kerry's Nursery, Inc.*

**VIA EMAIL ONLY:**
james.fierberg@akerman.com
James Fierberg, Esq.
Akerman Senterfitt
350 E. Las Olas Blvd., Suite 1600
Ft. Lauderdale, FL 33301
*Counsel for Kerry's Nursery, Inc.*

**VIA REGULAR U.S. MAIL:**
Florida Department of Revenue
c/o Agency Clerk
501 S. Calhoun Street
Room 201, Carlton Building
Tallahassee, FL 32399

**VIA REGULAR U.S. MAIL:**
Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

**VIA REGULAR U.S. MAIL:**
Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

**VIA REGULAR U.S. MAIL:**
Internal Revenue Service
Special Procedures – Insolvency
7850 S.W. Sixth Court
Plantation, FL 33324

**VIA REGULAR U.S. MAIL:**
Special Assistant U.S. Attorney
P.O. Box 9, Stop 8000
51 S.W. First Avenue, Room 1114
Miami, FL 33130

**VIA REGULAR U.S. MAIL:**
Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Suite 340
Plantation, FL 33324-3906

**VIA REGULAR U.S. MAIL:**
The Honorable Eric H. Holder, Jr.
Attorney General of the United States
950 Pennsylvania Avenue, N.W. Room 4400
Washington, DC 20530-0001

**VIA REGULAR U.S. MAIL:**
The Honorable Jeffrey H. Sloman
Acting U.S. Attorney
99 N.E. Fourth Street
Miami, FL 33132

**COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

**VIA EMAIL ONLY:**
artphelps@bwicompanies.com
Art Phelps
BWI Companies, Inc.
P. O. Box 990
Nash, TX 75569

**VIA EMAIL ONLY:** joe@foremostco.com
Joseph C. Roberts, President
ForemostCo, Inc.
8457 NW 66 Street
Miami, FL 33166

**VIA EMAIL ONLY:** bschoppman@harrells.com
Bill Schoppman, Credit Supervisor
Harrell's
720 Kraft Road
Lakeland, FL 33815

**MASTER SERVICE LIST OF JANUARY 28, 11**
**First Foliage, L.C., Chapter 11 Debtor**
**Case No. 10-27532-BKC-LMI**

**VIA EMAIL ONLY:**  kherndon@kerrys.com
nharter@kerrys.com
Kerry L. Herndon
Kerry's Nursery, Inc.
d/b/a Twyford International, Inc.
21840 SW 258 Street
Homestead, FL 33031

**VIA EMAIL ONLY:**  valroyliners@att.net
Eduardo Vallin, President
Valroy Liners, Inc.
P.O. Box 343238
Florida City, FL 33034

**VIA EMAIL ONLY:**  msmith@glassratner.com
Margaret J. Smith
GlassRatner Advisory & Capital Group, LLC
799 Brickell Plaza, Suite 701
Miami, FL  33131

**VIA EMAIL ONLY:**  rrichards@richpa.net
Richard L. Richards, Esq.
Richards & Associates
232 Andalusia Avenue, Suite 202
Coral Gables, FL  33134

**VIA EMAIL ONLY:**
lroesch@whitecase.com
kmcgill@miami.whitecase.com
tlauria@miami.whitecase.com
Lane E. Roesch, Esq.
Kevin M. McGill, Esq.
Thomas E. Lauria, Esq.
White & Case LLP
Wachovia Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, FL 33131-2352
*Counsel for United Growers, LLC*

**VIA EMAIL ONLY:**
szuckerman@farlieturner.com
Steve Zuckerman
Bayshore Partners, LLC
401 East Las Olas Blvd, Suite 1160
Ft. Lauderdale, FL 33301

**VIA EMAIL ONLY:**
ajillson@hunton.com
 jhale@hunton.com
ccarlson@hunton.com
Andrew E. Jillson, Esq.
Jarrett L. Hale, Esq.
Curtis G. Carlson, Esq.
Hunton & Williams
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
*Counsel for BFN Growers, LLC*

**VIA EMAIL ONLY:**
matthew.arenson@kirkland.com
Matthew S. Arenson, Esq.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

**VIA EMAIL ONLY:**
jeffrey.fine@kirkland.com
Jeffrey A. Fine, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

**VIA EMAIL ONLY:**
CLC@kttlaw.com
Corali Lopez-Castro, Esq.
Kozyak Tropin & Throckmorton
2525 Ponce De Leon, 9th Floor
Miami, FL  33134

**VIA EMAIL ONLY:**
jk@kttlaw.com
John W. Kozyak, Esq.
Kozyak Tropin & Throckmorton
2525 Ponce de Leon, 9th Floor
Miami, FL 33134