UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | Case No. 10-27532-BKC-LMI |
| | ) | |
| First Foliage, L.C., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**SUPPLEMENTAL NOTICE OF RELIEF REQUESTED IN
CONNECTION WITH THE (I) SALE OF SUBSTANTIALLY ALL THE DEBTOR'S
ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER
INTERESTS, AND (II) ASSUMPTION AND ASSIGNMENT OF CERTAIN
<u>EXECUTORY CONTRACTS AND UNEXPIRED LEASES</u>**

First Foliage, L.C. ("**First Foliage**" or the "**Debtor**") files this Supplemental Notice to provide creditors, claimants, and/or parties in interest further notice with respect to the relief requested in its various Motions (described below) filed in this case in connection with the (i) sale of substantially all of the Debtor's assets free and clear of liens, claims, encumbrances, and other interests, and (ii) assumption and assignment of certain executory contracts and unexpired leases scheduled for hearing on **February 7, 2011 at 3:45 p.m.**

**PLEASE TAKE NOTICE** that the Debtor has requested in its Motions, *inter alia*, that:

1.      Entry of any Order authorizing and approving the (i) sale of substantially all of the Debtor's assets free and clear of liens, claims, encumbrances and other interests, and (ii) assumption and assignment of certain executory contracts and unexpired leases (the "**Sale Order**") shall constitute a FINAL ORDER within the meaning of 28 U.S.C. § 158(a).

2.      Notwithstanding the provisions of the Federal Rule of Bankruptcy Procedure 6004(h), which provides that the effectiveness of the Sale Order is automatically stayed until the expiration of 14 days after its entry, the Debtor has requested that the stay be waived, such that the Sale Order shall be effective and enforceable immediately upon entry, unless the Court orders otherwise.

3.      Notwithstanding the provisions of the Federal Rule of Bankruptcy Procedure 6006(d), which provides the effectiveness of the assumption and assignment of executory contracts and leases is automatically stayed until the expiration of 14 days after its entry, unless the Court orders otherwise, assumption and assignment of the Executory Contracts[1] and Unexpired Leases shall be effective as of the date of Closing on the sale of the Debtor's assets to the Winning Bidder, such that the Executory Contracts and Unexpired Leases shall be assumed by the Debtor and assigned to the Winning Bidder at Closing ONLY if the Debtor consummates the sale contemplated under the Asset Purchase Agreement (as amended, modified, or supplemented) between First Foliage and the Winning Bidder.

---

[1]    All capitalized terms not defined herein shall have the meaning ascribed to those terms in the Asset Purchase Agreement.

4.    Motions that shall be subject to the Sale Order and filed in this case, notice of which has already been provided to creditors, claimants, and/or parties in interest in connection with the (i) sale of substantially all of the Debtor's assets free and clear of liens, claims, encumbrances, and other interests, and (ii) assumption and assignment of certain executory contracts and unexpired leases are as follows:

a.    EMERGENCY MOTION FOR ENTRY OF (I) AN ORDER (A) AUTHORIZING AND APPROVING BIDDING PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL THE DEBTOR'S ASSETS; (B) APPROVING FORM OF PURCHASE AGREEMENT, INCLUDING A COMBINED BREAK UP FEE AND EXPENSE REIMBURSEMENT; (C) SCHEDULING AN AUCTION AND FINAL HEARING TO CONSIDER APPROVAL OF THE SALE; (D) APPROVING FORM AND MANNER OF NOTICE OF BIDDING PROCEDURES, AUCTION AND SALE HEARING AND (II) AN ORDER AUTHORIZING (A) SALE OF THE DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS, AND (B) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES (D.E. 204).

b.    DEBTOR'S MOTION FOR ENTRY OF AN ORDER APPROVING ASSUMPTION AND ASSIGNMENT OF UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES, OR, IN THE ALTERNATIVE, FURTHER EXTENDING TIME WITHIN WHICH TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY (D.E. 227).

c.    DEBTOR'S MOTION FOR ENTRY OF AN ORDER APPROVING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS (D.E. 234).

Dated: February 2, 2011.                    Respectfully submitted,

INFANTE, ZUMPANO, HUDSON & MILOCH, LLC
*Counsel for First Foliage, L.C.*
500 South Dixie Highway, Suite 302
Coral Gables, FL  33146
Telephone: (305) 503-2990
Facsimile: (305) 774-5908
Email: Luis.Salazar@izhmlaw.com
Email: Linda.Jackson@izhmlaw.com

By:_____ /s/ Luis Salazar_____
            Luis Salazar
            Florida Bar No. 147788
            Linda Jackson
            Florida Bar No. 843164

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties identified on the Master Service List and the Creditor Service List attached to the original hereof, either via transmission of Notices of Electronic Filing generated by CM/ECF or electronic mail transmission as indicated thereon. I further certify that the foregoing document is being served this day by first class U.S. mail on those parties affected by the relief requested in the various motions filed in this case in connection with the Sale, and those parties who are not registered to receive notices electronically and who have not otherwise provided an address for electronic mail transmissions.

/s/   Luis Salazar
Luis Salazar

**MASTER SERVICE LIST OF JANUARY 28, 2011**
**First Foliage, L.C., Chapter 11 Debtor**
**Case No. 10-27532-BKC-LMI**

First Foliage, L.C.
Attn: Jose Garces
17800 Southwest 268th Street
Homestead, FL 33031

**VIA EMAIL ONLY:**
luis.salazar@izhmlaw.com
Luis Salazar, Esq.
Infante, Zumpano, Hudson & Miloch, LLC
500 South Dixie Highway, Suite 302
Coral Gables, FL 33146
*Counsel for First Foliage, L.C.*

**VIA EMAIL ONLY:**
jguso@bergersingerman.com
Jordi Guso, Esq.
BergerSingerman, P.A.
200 South Biscayne Boulevard, 10th Floor
Miami, FL 33131
*Counsel for the Official Committee*
*of Unsecured Creditors*

**VIA EMAIL ONLY:** hberlin@bergersingerman.com
Howard J. Berlin, Esq.
BergerSingerman, P.A.
200 South Biscayne Boulevard, 10th Floor
Miami, FL 33131
*Counsel for the Official Committee*
*of Unsecured Creditors*

**VIA EMAIL ONLY:** dgaller@bergersingerman.com
Debi Evans Galler, Esq.
BergerSingerman, P.A.
200 South Biscayne Boulevard, 10th Floor
Miami, FL 33131
*Counsel for the Official Committee*
*of Unsecured Creditors*

**VIA EMAIL ONLY:** jbast@bastamron.com
Jeffrey P. Bast, Esq.
Bast Amron LLP
SunTrust International Center
One Southeast Third Avenue, Suite 1440
Miami, FL 33131
*Counsel for Helena Chemical Company*

**VIA EMAIL ONLY:** azaron@hunton.com
Andrew D. Zaron, Esq.
Hunton & Williams LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
*Local Counsel for Bank of America, N.A.*

**VIA EMAIL ONLY:** andrew.wool@kattenlaw.com
Andrew L. Wool, Esq.
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
*Counsel for Bank of America, N.A.*

**VIA EMAIL ONLY:** john.sieger@kattenlaw.com
John P. Sieger, Esq.
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
*Counsel for Bank of America, N.A.*

**VIA EMAIL ONLY:** daniel.polatsek@kattenlaw.com
Daniel J. Polatsek, Esq.
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
*Counsel for Bank of America, N.A.*

**VIA EMAIL ONLY:**
jalper@yoss.com
Joshua B. Alper, Esq.
Yoss LLP
350 East Las Olas Boulevard, Suite 1700
Ft. Lauderdale, FL 33301
*Counsel for GMAC Commercial Finance LLC*

**VIA EMAIL ONLY:** ctatelbaum@yoss.com
Charles M. Tatelbaum, Esq.
Yoss LLP
350 East Las Olas Boulevard, Suite 1700
Ft. Lauderdale, FL 33301
*Counsel for GMAC Commercial Finance LLC*

**MASTER SERVICE LIST OF JANUARY 28, 11**
**First Foliage, L.C., Chapter 11 Debtor**
**Case No. 10-27532-BKC-LMI**

**VIA REGULAR U.S. MAIL AND EMAIL:**
USTPRegion21.MM.ECF@usdoj.gov
Office of the U.S. Trustee
Attn: Johanna P. Armengol, Esq.
51 SW First Avenue, Room 1204
Miami, FL 33130

**VIA REGULAR U.S. MAIL:**
Orange County Tax Collector
P.O. Box 2551
200 South Orange Avenue, Suite 1500
Orlando, FL 32802-2551

**VIA REGULAR U.S. MAIL:**
Miami-Dade County Tax Collector
Paralegal Unit
140 West Flagler Street, 14th Floor
Miami, FL 33130

**VIA EMAIL ONLY:**
cao.bkc@miamidade.gov
Melinda S. Thornton, Esq.
Assistant County Attorney
County Attorney's Office
2810 Stephen P. Clark Center
111 N.W. First Street
Miami, FL 33128-1993

**VIA REGULAR U.S. MAIL:**
Internal Revenue Service
Department of Treasury
227 N. Borough Street
Tallahassee, FL 32301

**VIA REGULAR U.S. MAIL:**
State of Florida
Department of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668

**VIA REGULAR U.S. MAIL:**
United States Department of Agriculture Risk
Management Agency
USDA/RMA/Stop 0801
Room 6092 South
1400 Independence Avenue, SW
Washington, DC 20250

**VIA EMAIL ONLY:** dab-hhb@cfl.rr.com
David A. Burt, Esq.
Hawkins, Hawkins & Burt, LLP
501 South Ridgewood Avenue
Daytona Beach, FL 32114

**VIA EMAIL ONLY:** jeffrey.kucera@klgates.com
Jeffrey T. Kucera, Esq.
K&L GATES LLP
Wachovia Financial Center, 39th Floor
200 South Biscayne Boulevard
Miami, FL 33131
*Counsel for Rural Community Insurance*
*Agency, Inc. d/b/a Rural Community Insurance*
*Services*

**VIA EMAIL ONLY:** thoffman@rma.usda.gov
Tim Hoffman, Director of
Risk Management Agency
Federal Crop Insurance Corporation
6501 Beacon Drive, Room G28C
Kansas City, MO

**VIA REGULAR U.S. MAIL AND EMAIL:**
cfonc@rma.usda.gov
Director of Eastern Regional Compliance
4405 Bland Road, Suite 165
Raleigh, NC 27609

**VIA REGULAR U.S. MAIL**
**AND FAX: (301) 208-1855**
Daniel N. Rosenstein, Esq.
Levin & Rosenstein, P.C.
1395 Piccard Drive, Suite 110
Rockville, MD 20850

**MASTER SERVICE LIST OF JANUARY 28, 11**
First Foliage, L.C., Chapter 11 Debtor
Case No. 10-27532-BKC-LMI

**VIA EMAIL ONLY:** brett.marks@akerman.com
David B. Marks, Esq.
Akerman Senterfitt
350 E. Las Olas Blvd., Suite 1600
Ft. Lauderdale, FL 33301
*Counsel for Kerry's Nursery, Inc.*

**VIA EMAIL ONLY:**
james.fierberg@akerman.com
James Fierberg, Esq.
Akerman Senterfitt
350 E. Las Olas Blvd., Suite 1600
Ft. Lauderdale, FL 33301
*Counsel for Kerry's Nursery, Inc.*

**VIA REGULAR U.S. MAIL:**
Florida Department of Revenue
c/o Agency Clerk
501 S. Calhoun Street
Room 201, Carlton Building
Tallahassee, FL 32399

**VIA REGULAR U.S. MAIL:**
Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

**VIA REGULAR U.S. MAIL:**
Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

**VIA REGULAR U.S. MAIL:**
Internal Revenue Service
Special Procedures – Insolvency
7850 S.W. Sixth Court
Plantation, FL 33324

**VIA REGULAR U.S. MAIL:**
Special Assistant U.S. Attorney
P.O. Box 9, Stop 8000
51 S.W. First Avenue, Room 1114
Miami, FL 33130

**VIA REGULAR U.S. MAIL:**
Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Suite 340
Plantation, FL 33324-3906

**VIA REGULAR U.S. MAIL:**
The Honorable Eric H. Holder, Jr.
Attorney General of the United States
950 Pennsylvania Avenue, N.W. Room 4400
Washington, DC 20530-0001

**VIA REGULAR U.S. MAIL:**
The Honorable Jeffrey H. Sloman
Acting U.S. Attorney
99 N.E. Fourth Street
Miami, FL 33132

**COMMITTEE OF CREDITORS HOLDING
UNSECURED CLAIMS**

**VIA EMAIL ONLY:**
artphelps@bwicompanies.com
Art Phelps
BWI Companies, Inc.
P. O. Box 990
Nash, TX 75569

**VIA EMAIL ONLY:** joe@foremostco.com
Joseph C. Roberts, President
ForemostCo, Inc.
8457 NW 66 Street
Miami, FL 33166

**VIA EMAIL ONLY:** bschoppman@harrells.com
Bill Schoppman, Credit Supervisor
Harrell's
720 Kraft Road
Lakeland, FL 33815

**MASTER SERVICE LIST OF JANUARY 28, 11**
**First Foliage, L.C., Chapter 11 Debtor**
**Case No. 10-27532-BKC-LMI**

VIA EMAIL ONLY:        kherndon@kerrys.com
                       nharter@kerrys.com
Kerry L. Herndon
Kerry's Nursery, Inc.
d/b/a Twyford International, Inc.
21840 SW 258 Street
Homestead, FL 33031

VIA EMAIL ONLY: valroyliners@att.net
Eduardo Vallin, President
Valroy Liners, Inc.
P.O. Box 343238
Florida City, FL 33034

VIA EMAIL ONLY: msmith@glassratner.com
Margaret J. Smith
GlassRatner Advisory & Capital Group, LLC
799 Brickell Plaza, Suite 701
Miami, FL 33131

VIA EMAIL ONLY: rrichards@richpa.net
Richard L. Richards, Esq.
Richards & Associates
232 Andalusia Avenue, Suite 202
Coral Gables, FL 33134

VIA EMAIL ONLY:
lroesch@whitecase.com
kmcgill@miami.whitecase.com
tlauria@miami.whitecase.com
Lane E. Roesch, Esq.
Kevin M. McGill, Esq.
Thomas E. Lauria, Esq.
White & Case LLP
Wachovia Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, FL 33131-2352
*Counsel for United Growers, LLC*

VIA EMAIL ONLY:
szuckerman@farlieturner.com
Steve Zuckerman
Bayshore Partners, LLC
401 East Las Olas Blvd, Suite 1160
Ft. Lauderdale, FL 33301

VIA EMAIL ONLY:
ajillson@hunton.com
jhale@hunton.com
ccarlson@hunton.com
Andrew E. Jillson, Esq.
Jarrett L. Hale, Esq.
Curtis G. Carlson, Esq.
Hunton & Williams
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
*Counsel for BFN Growers, LLC*

VIA EMAIL ONLY:
matthew.arenson@kirkland.com
Matthew S. Arenson, Esq.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

VIA EMAIL ONLY:
jeffrey.fine@kirkland.com
Jeffrey A. Fine, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

VIA EMAIL ONLY:
CLC@kttlaw.com
Corali Lopez-Castro, Esq.
Kozyak Tropin & Throckmorton
2525 Ponce De Leon, 9th Floor
Miami, FL 33134

VIA EMAIL ONLY:
jk@kttlaw.com
John W. Kozyak, Esq.
Kozyak Tropin & Throckmorton
2525 Ponce de Leon, 9th Floor
Miami, FL 33134

5th Generation Farms, Inc.
27655 SW 177 Avenue
Homestead, FL 33031

American Express
P.O. Box 360002
Ft. Lauderdale, FL 33336-0002

Arirosy Inc.
20794 SW 234th Street
Homestead, FL 33031


A&E Nursery LLC
11740 SW 188 Street
Miami, FL 33177

American Project Development Corp.
19520 SW 117 Court
Miami, FL 33177

Aris Horticulture Inc.
PO Box 76096
Cleveland, OH 44101


A.C. Foliage, Inc
20775 SW 280 Street
Homestead, FL 33031

AmeriGas – Homestead
705 S Krome Ave.
Homestead, FL 33030-7211

Armchem International Corp.
3563 NW 53 Court
Ft Lauderdale, FL 33309


A.R. Trucking of Miami, Inc.
17345 SW 280 Street
Homestead, FL 33031

AmeriGas Propane LP
P.O. Box 105018
Atlanta, GA 30348-5018

A-Roo Company of Florida, Inc.
P.O. Box 931839
Cleveland, PH 44193-1183


A-Advanced Fire & Safety Eq.
22607 South Dixie Hwy
Miami, FL 33170

Andrew D. Zaron, Esq.
Hunton & Williams LLP
Local Counsel for Bank of America
1111 Brickell Avenue, Suite 2500
Miami, FL 33131

Astra Supply Chain, LLC
1660 NW 65 Avenue, Ste 1
Plantation, FL 33313


Acosta Sisters Nursery Inc.
9505 SW 166 Avenue
Miami, FL 33196

Andrew Hauling, Inc.
1435 West 31 Street
Hialeah, FL 33012

AT&T Mobility
P.O. Box 6463
Carl Stream, IL 60197-6463


Acura Financial Services
P.O. Box 105027
Atlanta, GA 30348-5027

APEX Maritime Co., Inc.
Attn. Inbound Department
206 Utah Avenue
San Francisco, CA 94080

Atlantic-Florida East Coast Fertilizer
18375 SW 206 Street
Homestead, Florida 33031


ADT Security Services
P.O. Box 371967
Pittsburgh, PA 15250-7967

Appraisal First, Inc.
8525 NW 53rd Terrace, Suite 110
Miami, FL 33166

B & K Cuttings, Inc.
P.O. Box 838
Sorrento, FL 32776


AE Eagle America, Inc.
147-31 176th Street
Jamaica, NY 11434

Archive Power Systems, Inc.
15 West 72 Street, Suite 23-S
New York, NY10023

B & K Installations, Inc.
P.O. Box 901329
Homestead, FL 33030


AFLAC
Attn: Remittance Processing Services
1932 Wynnton Road
Columbus, GA 31993-8601

Ave Maria Nursery
110 NE 19th Street
Homestead, FL 33030

B&C Tropicals
24344 SW 187 Ave.
Homestead, FL 33031

B.W.I. Companies Inc.
1037 NW 4th Street
Homestead, FL 33030-5797

BLB Foliage and Cactus
P.O. Box 1027
Plymouth, FL 32768

Cesar Tire Services, Inc.
948 N.W. 9th Street
Homestead, FL 33030

Bailey and Bailey Law Office P.A Trust
2335 E. Atlantic Blvd. #300
Pompano Beach, FL 33062

Bonsai Amahoy Decorations Inc.
158 NW 85 Court
Miami, FL 33126

Charles W. Sembler
Indian River County Tax Collector
925 14th Lane
P.O. Box 1509
Vero Beach, FL 32961

Balmor Transport, Inc.
15751 Sheridan Street, Ste 209
Davie, FL 33321

Braam Young Plants USA
579 Poets Square
Fallbrook, CA 92028

Charles W. Sembler
Indian River County Tax Collector
925 14th Lane
P.O. Box 1509
Vero Beach, FL 32961

Bamboo Hammock Nursery
16991 SW 266 Terrace
Homestead, FL 33031

BWI
1037 NW 4th Street
Homestead, FL 33030-5797

Chary Nursery Inc.
23215 SW 187 Avenue
Homestead, FL 33031

Bank of America
135 South LaSalle Street
Chicago, IL 60603

Carroll Fulmer Logistics Corporation
P.O. Box 850001
Orlando, FL 32885-0333

City of Leesburg
P.O. Box 491286
Leesburg, FL 34749-1286

Bartola Investments Corporation
141 Island Drive
Key Biscayne, FL 33149

Cash
2560 SW 12th Street
Miami, FL 33135

Color Spot Nurseries Inc.
2575 Olive Hill Road
Fallbrook, CA 92557

Baytree Leasing Company LLC
Accounts Receivable
P.O. Box 94125
Palatine, IL 60094-4125

CDW Direct, LLC
P.O. Box 75723
Chicago, IL 60675-5723

Comdata Network Inc.
Cash Balancing Dept.
5301 Maryland Way
Brentwood, TN 37027

Behlen Manufacturing Co.
P.O. Box 569
Columbus, NE 68601

Ceiba Nursery, Inc.
21075 S.W. 232nd Street
Miami, FL 33170

Comp Benefits Insurance Co.
P.O. Box 769649
Roswell, GA 30076-8225

Bill Hunt Company
14400 SW 149 Terrace
Miami, FL 33186

Centurylink
P.O. Box 96064
Charlotte, NC 28296-0064

Comprehensive Business Systems, Inc.
4801 South University Drive, Ste 128
Davie, FL 33328

Blanca Serrano Valle
281 Kia Driver
Homestead, FL

Citibusiness/Aadvantage Card
P.O. Box 6416
The Lakes, NV 88901-6416

Conexis
P.O. Box 224547
Dallas, TX 75222-4547

Clerk of the Courts-Miami-Dade County
P.O. Box 02-5450
Miami, FL 33102

Cool Carriers of Florida Inc.
1038 SW 13th Court
Pompano Beach, FL 33069

CP Transportation LLC
Riviera Finance
P.O. Box 202487
Dallas, TX 75320-2487

CMA-CGM (America), Inc
Attn: Freight Cashier
5701 Lake Wright Drive
Norfolk, VA 23502-1868

Cool Carriers of Florida Inc.
1038 SW 13th Court
Pompano Beach, FL 33069

Cruz Martinez
13890 SW 289 Terrace
Homestead, FL 33033

Conner Farms, Inc.
20900 State Road 44
Eustis, FL32736

Corporate Creations International Inc.
11380 Prosperity Farms Road #221E
Palm Beach Gardens, FL 33410

CTI International Ltd
P.O. Box 84657
Toronto, M6S 4Z7
CANADA

Coastal Nursery

Costa Nursery Farms, LLC
P.O. Box 7247-6333
Philadelphia, PA19170-6333

Culligan of Florida, Inc.
P.O. Box 5277
Carol Steam, IL 60197-5277

Cherry Creek Systems Inc.
2675 Akers Drive
Colorado Springs, CO 80922

Citibusiness/Aadvantage Card
P.O. Box 6416
The Lakes, NV 88901-6416

Consolidated Foam Inc
1558 Barclay Blvd.
Buffalo Grove, IL 60089

Container Centralen, Inc.
1331 Green Forrest Drive, Unit 20
Winter Garden, FL 34787

Container Centralen, Inc.
1331 Green Forrest Drive, Unit 20
Winter Garden, FL 34787

China Shipping
11 Philips Parkway
Montvale, NJ 07645

Corporate Creations International Inc.
11380 Prosperity Farms Road #221E
Palm Beach Gardens, FL 33410

CTI International Ltd
P.O. Box 84657
Toronto, M6S 4Z7
CANADA

Daniel N. Rosenstein, Esq.
Levin & Rosenstein, P.C.
1395 Piccard Drive, Suite 110
Rockville, MD 20850

Costa Nursery Farms, LLC
P.O. Box 7247-6333
Philadelphia, PA19170-6333

Culligan of Florida, Inc.
P.O. Box 5277
Carol Steam, IL 60197-5277

Data Masons Software
P.O. Box 864507
Orlando, FL 32886-4507

CP Transportation LLC
Riviera Finance
P.O. Box 202487
Dallas, TX 75320-2487

Custom Cuts & Landscaping
P.O. Box 343141
Florida City, FL 33034

David A. Burt, Esq.
Hawkins, Hawkins & Burt, LLP
501 South Ridgewood Avenue
Daytona Beach, FL 32114

Custom Cuts & Landscaping
P.O. Box 343141
Florida City, FL 33034

Deleon's Bromeliads, Inc.
13745 SW 216 Street
Goulds, FL 33170

Dade Equipment Golf Carts
12340 SW 129th Court
Miami, FL 33186

Dade Equipment Golf Carts
12340 SW 129th Court
Miami, FL 33186

Director of Eastern Regional Compliance
4405 Bland Road, Suite 165
Raleigh, NC 27609

Duque Nursery
3785 SW 152 Place
Miami, FL 33185

Delray Plants Inc.
955 Old State Road 8
Venus, FL 33960

Dish Network
P.O. Box 105169
Atlanta, GA 30348-5169

Dyna-Gro Nutrition Solutions
2775 Giant Rd.
Richmond, CA 94806

Dennis Brennan
(P/Cash Reimbursement)

Div Of Plant Industry
P.O. Box#147100
Gainsville, FL 32614-7100

Easy Greengeorg-Buchner-Str. 5eschborn65760

Dependable Packaging Solutions
1361 NW 155 Drive
Miami, FL 33169

DJ's Pallet & Recycling
19701 SW 114th Place
Miami, FL 33157

Empower Software Solutions IBC
315 E. Robinson St, Ste. 450
Orlando, FL 32801

Devine Towing & Transport, Inc.
7141 Pershing Street
Hollywood, FL 33024

DLTS LLC/Comdata Network, Inc.
Msc-410115
P.O. Box 415000
Nashville, TN 37241

Eugenia Castro
1611 SW 2nd Court
Homestead, FL 33030

DHL Express (USA), Inc.
16592 Collections Center Drive
Chicago, IL 60693

Elizabeth H. Kendall
P.O. Box 375
Goulds, FL 33170

First Foliage, L.C.
Attn: Jose Garces
17800 Southwest 268th Street
Homestead, FL 33031

Diaz Family Nursery, Inc.
16401 S.W. 200 Street
Miami, FL 33187

Emergency Ice LLC
5071 S. State Road 7, Suite 707
Davie, FL 33314

Fleet Services
P.O. Box 3440
Boston, MA 02241-3440

Diego Brito-Lopez
193 NW 2nd Ave
Homestead, FL 33030

FFVA Mutual Insurance Company
P.O. Box 918292
Orlando, FL 32891-8292

Flor Sales
114 NW 2 Ave #104
Homestead, FL 33031

Edward's Nursery
38305 SW 194 Court
Florida City, FL 33034

First Foliage LC
17800 SW 268th Street
Homestead, FL 33031

FLoral Plant Growers LLC
P.O. Box 88767
Milwaukee, WI 53288-0767

Exact Software North America Inc.
1136 Paysphere Circle
Chicago, IL 60674

First Foliage LC - Texas
6001 W Palmer Lane #370-157
Austin, TX 78727

Florida Department of Transportation Penalty
Collection Unit
325 John Knox Rd. Building K
Tallahassee, FL 32303-4199

Exotic Hibiscus
20895 SW 394 Street
Florida City, FL 33034

Franzen Graphics, Inc.
P.O. Box 1170
Milwaukee, WI 53201-1170

Florida Dept. of Revenue
5050 W Tennessee St.
Tallahassee, FL 32399-0120

E-Z Shipper Racks, Inc.
P.O. Box 31001-1221
Pasadena, CA 91110-1221

Friendly John Inc.
P.O. Box 440665TA
Miami Station
Miami, FL 33144

Florida Growers Supply
P.O. Box 540085
Lake Worth, FL 33454

F & C Nursery
16401 SW 232 Street
Homestead, FL 33170

G.I. Trucking Corp.
18048 SW 151 Ave.
Miami, FL 33187

Florida Potting Soils, Inc
396021 Beggs Road
Orlando, FL 32810-2600

FCCI Insurance Group
P.O. Box 58005
Sarasota, FL 34232-0801

GE Capital
P.O. Box 3083
Cedar Rapids, IA 52406

Florida Potting Soils, Inc.
P.O. Box 532109
Atlanta, GA 30353-2109

Federal Express
P.O. Box 660481
Dallas, TX75266-0481

GE Capital
P.O. Box 740423
Atlanta, GA 30374-0423

Floridalma Juarez
172 NW 9 St #2
Homestead, FL 33030

Flo-Tec Automation Associates, Inc
2151 34th Way North
Largo, FL 33771

Highlands County Tax Collector
540 South Commerce Avenue
Sebring, FL 33870

Green Trading Corp.
12 Av. 13-00, Zona 10
Oakland, Guatemala City

FNGLA
1533 Park Center Dr.
Orlando, FL 32835-5705

HLB Gravier, LLP
201 Alhambra Circle, Suite 901
Coral Gables, FL 33134

Greene Transport

Foremostco
P.O. Box 861428
Orlando, FL 32886-1428

Home Depot Credit Services
Dept.32-2008851523
P.O. Box 6029
The Lakes, NV 88901-6029

Greenlife Nursery, Inc.
21480 SW 286 Street
Homestead, FL 33030

Foremostco
8457 NW 66 Street
Miami, FL 33166

Homestead Trucking Corp.
29401 SW 147th Ave.
Homestead, FL 33033

Growing Fast Liners & Plants Inc.
1787 Primrose Lane
Wellington, FL 33414

Fortrac
1995 N.E. 8th Street
Homestead, FL 33033

Homestead Welding
620 South Flagler Avenue
Homestead, FL 33030

Guti Guzman Trucking Corp.
11802 SW 185th Terrace
Miami, FL 33177

FPL
General Mail Facility
Miami, FL 33188-0001

Honorable John K. Clark, CFC
Tax Collector
Palm Beach County
P.O. Box 3715
West Palm Beach, FL 33402-3715

Halsey & Griffith, Inc.
1000 Park Centre Blvd., Suite 128
Miami Gardens, FL 33169

Hampshire Farms
14 North 850 Rt. 20
Hampshire, IL 60140

Honorato Olayo
91 NW 11th St #5
Homestead, FL 33030

I.De.L. S.R.L.Via G. Matteotti, 196251036
Larciano (Pistoria)

Harrell's Inc.
P.O. Box 402927
Atlanta, GA 30384-4526

Host.Net
3500 Boca Raton Blvd.
Suite 901
Boca Raton, FL 33431

IBS of Southern Miami & Florida Keys
13970 S.W. 139 Court
Miami, FL 33186

Hawkins, Hawkins & Burt, L.L.P.
501 South Ridgewood Avenue
Daytona Beach, FL 32114

Ivy Designs, Inc
P.O. Box 1997
Apopka, FL 32704

Instock Retail Services, Inc.
128 Holiday Court, Suite 105
Franklin, TN 37067

Heavenly Rainbow Farms LLC
19901 S.W. 180 Street
Miami, FL 33187

J&M Scaffolds of Florida, Inc.
11050 NW 36th Ave.
Miami, FL 33167

Integracolor
P.O. Box 671172
Dallas, TX 75267-1172

Helena Chemicals Company
Attn: John Bayless, Credit Manager
2405 N. 71 Street
Tampa, FL  33619

Jabier Sanchez
26430 SW 177 Ave
Homestead, FL 33030

Internal Revenue Service
Insolvency Unit
7850 S.W. 6th Court
Mail Stop 5730
Plantation, FL 33324

Internal Revenue Service
Department of Treasury
227 N. Borough Street
Tallahassee, FL 32301

Jalos Transport Inc.
21340 SW 112th Ave., suite 101
Miami, FL 33189

Jorge Hernandez
1303 NW 10th St
Homestead, FL 33030

Ipolito Perez
5667 NW 9th St
Homestead, FL 33030

Janeth Vazquez-Cabrera
1230 NE 3 Terr #230
Homestead, FL 33032

Jorge Lopez
14208 SW 283 St
Homestead, FL 33033

Irritech International, Inc.
13835 S.W. 102 Court
Miami, FL 33176-6610

Javier Hernandez
274 NE 9th Street B-5
Homestead, FL 33030

Jorge Lopez
1229 NW 12 Street
Homestead, FL 33033

Irsa Herrera
29830 SW 147 Ct
Homestead, FL 33033

Jean Mathieu
501 NW 5 Ave
Homestead, FL 33030

Jose & Maria Nursery
37715 SW 194th Place
Florida City, FL 33034

Ismael Garcia-Ramos
174 NW 2 Ave #2
Homestead, FL 33030

Jeannie Cortinas
29500 S.W. 144th Avenue
Homestead, FL 33033

Jose & Maria Nursery
37715 SW 194th Place
Florida City, FL 33034

Israel Colon Jr.
P.O. Box 924480
Princeton, FL 33092-4480

Jeffrey P. Bast, Esq.
Bast Amron LLP
SunTrust International Center
One Southeast Third Avenue, Suite 1440
Miami, FL 33131

Jose A. Brito
14805 SW 302 St
Homestead, FL 33033

IT Custom Carriers, LLC
P.O. Box 1165
Richmond, IN 47375

Joshua B. Alper, Esq.
Adorno & Yoss, LLP
Counsel for GMAC Commercial Finance, LLC
350 East Las Olas Boulevard, Suite 1700
Ft. Lauderdale, FL 33301

Jose A. Mendez
60 NE 11 Street
Homestead, FL 33030

IT Logistics LLC
P.O. Box 1165
Richmond, IN 47375

Keith St. Germain's Nursery Farms
16990 SW 266 Terrace
Homestead, FL 33031

Jose Alonzo
40 Ne 13th St #1
Homestead, FL 33030

Ivan Rodriguez
1500 NW 95th Ave
Miami, FL 33172

Kenneth's Trucking Inc.
P.O. Box 832080
Miami, FL 33283

Knapheide Truck Equipment Co.-Southeast
2900 NW 73 Street
Miami, FL 33147

Ivonnie Sotelo
7352 SW 152 Avenue
Miami, FL 33193

Kenneth's Trucking Inc.
P.O. Box 832080
Miami, FL 33283

Kubota Credit Corporation, U.S.A.
P.O. Box 0559
Carol Stream, IL 60132

Kadre LLC
13615 S. Dixie Hwy #114-542
Miami, FL 33176

Kenworth Mid-Iowa, Inc.
4111 Delaware Ave.
Des Moines, IA 50313

L.A. Pool Service
P.O. Box 261135
Miami, FL 33126

Leon's Alternator & Starter, Inc.
180 South Krome Avenue
Homestead, FL 33030

Kerry's Bromeliad Nursery, Inc.
21840 SW 258th Street
Homestead, FL 33031

La Mar Echeverry
Buffalo Cortes

Lexus Financial Services
P.O. Box 5855
Carol Stream, IL  60197

Key Transport Power Funding Ltd
P.O. Box 6747
Tyler, TX 75711

La Paz Nursery
18315 SW 192 Street
Miami, FL 33187

Markwell of Florida
13090 NW 43 Avenue
Opa Locka, FL 33054

Key View Express Corp.
161 SW 9 Street, Apt.#4
Miami, FL 33130

Label It
10100 NW 116 Way
Miami, FL 33178

Markwell of Florida
13090 N.W. 43rd Avenue
Opa Locka, FL 33054

LML Transportation Inc.
14335 S.W. 285th Terrace
Leisure City, FL 33033-1742

Landstar Inway, Inc.
Attn: Accounts Receivable
13410 Sutton Park Dr. S.
Jacksonville, FL 32224

Mona Israel
601 S FLagler Ave # 11
Homestead, FL 33030

Lodi Metals, Inc.
P.O. Box 337
Bellville, OH 44813

Luis Salazar, Esq.
Infante, Zumpano, Hudson & Miloch, LLC
500 South Dixie Highway, Suite 302
Coral Gables, FL 33146

Moss Hill Foliage, Inc.
2127 Vick Road
Apopka, FL 32712

Logistics Transportation Services, Inc.
23171 Mills Road
Porter, TX 77365

Maite Hoyos, P.A.
1101 Brickell Avenue, Ste704
Miami, FL 33131

Motor Services Hugo Stamp, Inc.
3190 SW 4 Ave.
Ft. Lauderdale, FL 33315

Master Tag
P.O. Box 67
Montague, MI 49437-0067

Mario & Son, Inc.
20500 SW 198 Ave.
Miami, FL 33187

Mr. Lift Truck Inc.
10450 SW 187 Terrace
Miami, FL 33157

Masterpiece Flower Company LLC
P.O. Box 3218122
Clyde Park Ave.
Byron Center, MI 49315

MDP Transport Systems Corp.
c/o James L. Parado, Esq.
Alan C. Gold, P.A.
1501 Sunset Drive, 2nd FLoor
Coral Gables, FL 33143

Multi Packaging Solutions
dba John Henry
75 Remittance Drive, Ste 3111
Chicago. IL 60675-3111

Matheson Tri-Gas
P.O. Box 845502
Dallas, TX 75284

Melvin Reyes
15759 SW 95 Ave #35
Miami, FL 33157

My Too Sprouts
P.O. Box 901387
Homestead, FL 33090-1387

Nash Nursery
20175 SW 256 Street
Homestead, FL 33031

Mercedes Recino Diego
125 Ne 9 St #2
Homestead, FL 33030

Office Depot Credit Plan
Dept. 56-8200653426
P.O. Box 9020
Des Moines, IA 50368-9020

Nature's Dream
15450 SW 172 Ave.
Miami, FL 33187

Metlife

Office Depot Inc.
P.O. Box 88040
Chicago, IL 60680-1040

Neighborhood Health Partnership
P.O. Box 538622
Atlanta, GA 30353-8622

Mexican-American Council, Inc.
P.O. Box 343546
Florida City, FL 33034-0546

Office of the U.S. Trustee
Attn:  Johanna P. Armengol, Esq.
51 SW First Avenue, Suite 1204
Miami, FL 33130

New Jersey Auto Parts
11512 Quail Roost Dr.
Miami, FL 33157

Miami Acura
16601 South Dixie Highway
Miami, FL 33157

Omega Farms
24050 SW 162nd Avenue
Homestead, FL 33031

Nick's Nursery
20861 SW 119 Place
Miami, FL 33177

Miami-Dade County Storm Water Utility
P.O. Box 025297
Miami, FL 33102-5297

Opa-Locka Pallets
3180 NW 131st
P.O. Box 116
Miami, FL 33054

Premium Assignment Corporation
P.O. Box 3100
Tallahassee, FL 32315-3100

Miami-Dade County Tax Collector
Paralegal Unit
140 West Flagler Street, 14th Floor
Miami, FL 33130

Orinoco Tires Import & Export
15328 SW 77 Lane, Suite 104
Miami, FL 33193

Pro Transport Inc.
P.O. Box 821700
Pembroke Pines, FL 33082

Miami-Dade Tax Collector
P.O. Box 025218
Miami, FL 33102-5218

Orkin, Inc.
9505 NW 40 Street Road
Doral, FL 33178

Prosource One
790 NW 10th Ave.
Homestead, FL 33030

Nicolas Lopez
14475 SW 298 Terrace
Homestead, FL 33031

Richard M. Bendix, Jr., Esq.
Dykema Gossett PLLC
Counsel for Bank of America
10 South Wacker Drive, Suite 2300
Chicago, IL 60606

Quick Plugs
20301 SW 280 Street
Homestead, FL 33031

Nubridges, LLC
1000 Abernathy Road, Ste 250
Atlanta, GA 30328

Richards & Associates
232 Andalusia Avenue, Suite 202
Coral Gables, FL 33134

R&D Transport Serv., Inc.
10973 NW 122nd Street
Medley, FL 33178

O.D. Cane & Plants Inc.
15043 S.W. 142 Terrace
Miami, FL 33196

Ritrac
1995 NE 8 Street
Homestead, FL 33033

Raceway Transportation Inc.
P.O. Box 343405
Florida City, FL 33034

O.D. Cane & Plants, Inc.
c/o Mario A. Lamar, Esq.
3971 SW 8 Street, Suite 305
Miami, FL 33134

San Miguel Nursery
19000 SW 256 Street
Homestead, FL 33031

Raceway Transportation Inc.
P.O. Box 343405
Florida City, FL 33034

O.M. Management, Inc.
4483 NW 36th Street, Suite 120
Miami, FL 33166

Southern Refrigerated Transport Inc.
8055 Hwy 67 North
Texarkana, AR 71854

Roque's Machine Shop
22780 S. Dixie Hwy
Miami, FL 33170

Octavio Taylor & Sylvia M. Taylor
11250 SW 244th Terrace
Homestead, FL 33032

Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181

Save On Conferences
P.O. Box 404351
Atlanta, GA 30384-4351

Octavio Taylor Nursery Inc
12098 SW 250th Street
Homestead, FL 33032

St. Germain Dracaena Farm
18290 SW 254 Street
Homestead, FL 33031

Sea & Sun Transportation
P.O. Box 961029
Fort Worth, TX 76161-1029

Octavio Taylor Revocable Trust
Sylvia M. Taylor Trust
11250 SW 244 Terrace
Homestead, FL 33032

State of Florida
Department of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668

Seaboard Marine, Ltd.
Box 281210
Atlanta, GA 30384-1210

OFE International Inc.
12100 SW 129 Court
Miami, FL 33186-6421

Stiles Conveyors & Transmissions, Inc.
2310 West 78 Street
Hialeah, FL 33016

Seville Farms
P.O. Box 136
Lillian, TX 76061

Raffinato Partners, Inc.
P.O. Box 6812
Villa Park, IL 60181

Sts Telecom
P.O. Box 822270
Pembroke Pines, FL 33082

Sheppard West Inc.
27850 Lady Slipper Loop
Eugene, OR 97405

Railroad Nursery Inc.
17855 SW 248 Street
Homestead, FL 33031

Summit Plastic Company
P.O. Box 931966
Cleveland, OH 44193

Shutts & Bowen LLP
1500 Miami Center
201 South Biscayne Blvd, Suite 1500
Miami, FL 33131

Raymond Leasing Corporation
P.O. Box 203905
Houston, TX 77216-3905

Sunoco
26400 SW 177 Avenue
Homestead, FL 33031

Sunshine Horticulture, LLC
3119 West Kelly Park Road
Apopka, FL 32712

Redland Farms Inc.
21105 SW 162 Avenue
Miami, FL 33157

Sunset East Farm Inc.
21250 SW 228 Street
Miami, FL 33170

T.R. Jones & Company
1780 N. Krome Ave.
Homestead, FL 33031

Redland Supply Co. Inc.
24852 SW 177 Avenue
Homestead, FL 33031

United Nursery Corp.
30401 SW 217 Avenue
Homestead, FL 33030

Taiwan Plant Corporation
12120 Stockton Rd.
Moorpark, CA 93021

Renny Logistics, Inc.
P.O. Box 1167
Lehigh Acres, FL 33970

United Rentals (North America), Inc.
P.O. Box 100711
Atlanta, GA 30384-0711

Tire Group International, Inc.
7500 NW 35th Terrace
Miami, FL 33122

Ros-Ry Management Company, LLC
c/o Susan Martin
4150 SW 103 Ave.
Davie, FL 33328

United States Department of Agriculture Risk
Management Agency
USDA/RMA/Stop 0801
Room 6092 South
1400 Independence Avenue, SW
Washington, DC 20250

Tire Masters International, L.L.C.
3650 NW 115th Avenue
Doral, FL 33178

Rulizali Nursery
26101 SW 167 Ave.
Homestead, FL 33031

University of Florida
Doce134 Bryan Hall
P.O. Box 117152
Gainsville, FL 32611-7152

Tire Group International, Inc.
7500 NW 35th Terrace
Miami, FL 33122

Rural Community Insurance Services
Attn: Compliance/Claim Appeal
3501 Thurston Avenue
Anoka, MN 55303

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

Valroy Liners, Inc.
34750 SW 202 Ave
Florida City, FL 33034

Russell Hopkins

Urbieta Oil Inc.
P.O. Box 160190
Hialeah, FL 33016

Vas Agricultural Supply, Inc.
17650 SW 232 Street
Miami, FL 33170

Rywell Associates LP
c/o Susan Martin
4150 SW 103 Ave.
Daviefl33328

US Ice Machine Manufacturing Company
650 NW 123 Street
Miami, FL 33168

Velour Manufacturing Co.
27 Kaiser Ganj Road
Meerut City 244001

Silver Vase Inc.
26001 SW 217 Avenue
Homestead, FL 33031

USA Truck, Inc.
3108 Industrial Park Rd.
Van Buren, AR 72956

Silver Vase, Inc.
c/o Bruce Jacobs, Esq.
Barakat, Prempeh & Jacobs
169 E. Flagler Street, #640
Miami, FL 33131

South Florida Growers Association, Inc.
c/o Greenberg & Cisneros P.A.
10830 S.W. 113th Place
Miami, FL 33176

USDA/Federal Crop Insurance Corporation
Risk Management Agency, Stop 0801
1400 Independence Avenue, SW, Room 6092-S
Washington, DC 20250

Sleep Inn
2476 N. Citrus Blvd.
Leesburg, FL 34748

South Point Express
1272 SW 139 Place
Miami, FL 33184

Windy Hill Foliage, Inc.
1606 South Popple Ave
P.O. Box 839
Marshfield, WI 54449

South Dade Auto Tag Agency
30708 South Dixie Highway
Homestead, FL 33030

Topiary Gardens Nursery
18920 SW 311 Street
Homestead, FL 33030

Yanfran Logistics Corp
15420 SW 136 Street, Unit 24
Miami, FL 33196

South Florida Growers
10830 SW 113 Place
Miami, FL 33176

Traffic Tech, Inc.
9335 Airway Road, Suite 206
San Diego, CA 92154

Zephyrhills Natural Spring Water
P.O. Box 856680
Louisville, KY 40285-6680

Tropical Direct of Florida, LLC
17170 Whitehaven Drive
Boca Raton, FL 33496

Triple O Nursery Farms Inc.
14750 SW 248 Street
Homestead, FL l33032

Zoila Saenz
751 Falcon Avenue
Miami Springs, FL 33166

Tropical Plants & Foliage
6800 Mt. Plymouth Road
Apopka, FL 32712

TS Holdings of Coral Gables, Inc.
126 Orquidea
Coral Gables, FL 33143

TS Realty LLC
126 Orquidea Ave.
Coral Gables, FL 33143


Twyford International, Inc.
4051 Fudge Rd.
Apopka, FL 32703


United Healthcare Insurance Company
Dept. Ch 10151
Palatine, IL 60055-0151


Waste Management Inc. of Florida
P.O. Box 9001054
Louisville, KY 40290-1054


White Sand Nurseries
P.O. Box 968
Plymouth, FL 32768

OZ Land Investments, LLC
9325 S.W. 98th Street
Miami, FL 33176

A&E Nursery, LLC
11740 SW 188th Street
Miami, FL 33177

Acosta Sisters Nursery, Inc.
9505 SW 166th Avenue
Miami, FL 33196

Arirosy, Inc.
20794 SW 234th Street
Homestead, FL 33031

Astra Supply Chain, LLC
1660 N.W. 65th Avenue, Suite 1
Plantation, FL 33313

Balmor Transport, Inc.
15751 Sheridan Street, Suite 209
Davie, FL 33321

BWI
Attn: Gary Bird
1037 NW 4th Street
Homestead, FL 33030-5797

E-Z Shipper Racks, Inc.
31336 Via Colinas, Suite 101
Westlake Village, CA 91362

Foliage Plants
Attn: Felix Duque
18455 SW 272nd Street
Homestead, FL 33031

Foremostco
Attn: Joseph C. Roberts
8457 NW 66th Street
Miami, FL 33166

Floral Plant Growers LLC
P. O. Box 790
Denmark, WI 54208

Gold Leaf Nursery
12511 SW 250th Terrace
Homestead, FL 33032

Harrell's, Inc.
Attn: Bill Schoppman
720 Kraft Road
Lakeland, FL 33815

John Deere Risk Protection, Inc.
Attn: Wade Cook
P.O. Box 660195
Dallas, TX 75266-0195

Key Transport/Power Funding Ltd.
Attn: George Escupeta
P.O. Box 6747
Tyler, TX 75711

Landstar Inway, Inc.
13410 Sutton Park Dr. S.
Jacksonville, FL 32224

Quick Plugs
Attn: Felix Duque
20301 SW 280th Street
Homestead, FL 33031

R&D Transport Serv., Inc.
Attn: Robert
10973 NW 122nd Street
Medley, FL 33178

Valroy Liners, Inc.
Attn: Eddie Valen
34750 SW 202nd Avenue
Florida City, FL 33034

Honda Lease Trust
c/o Roger A. Kelly, Esq.
P.O. Box 3146
Orlando, Florida 32802

Office of the U.S. Trustee
Attn:  Johanna P. Armengol, Esq.
51 SW First Avenue, Suite 1204
Miami, FL 33130

Ros-Ry Management Company, LLC
4150 S.W. 103rd Avenue
Davie, FL 33328

Rywell Associates, L.P.
4150 S.W. 103rd Avenue
Davie, FL 33328

Miami-Dade County Tax Collector
Paralegal Unit
140 West Flagler Street, 14th Floor
Miami, FL 33130

Honorable John K. Clark, CFC
Tax Collector
Palm Beach County
P.O. Box 3715
West Palm Beach, FL 33402-3715

Internal Revenue Service
Department of Treasury
227 N. Borough Street
Tallahassee, FL 32301

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Insolvency Unit
7850 S.W. 6th Court
Mail Stop 5730
Plantation, FL 33324

State of Florida
Department of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®

▲ Sens de chargement

Repliez à la hachure afin de révéler le rebord Pop-Up™

www.avery.com
1-800-GO-AVERY

United States Department of Agriculture Risk
Management Agency
USDA/RMA/Stop 0801 - Room 6092 South
1400 Independence Avenue, SW
Washington, DC 20250

Rural Community Insurance Services
Attn: Compliance/Claim Appeal
3501 Thurston Avenue
Anoka, MN 55303

USDA/Federal Crop Insurance Corporation
Risk Management Agency, Stop 0801
1400 Independence Avenue, SW, Room 6092-S
Washington, DC 20250

Tim Hoffman, Director of
Risk Management Agency
Federal Crop Insurance Corporation
650I Beacon Drive, Room G28C
Kansas City, MO

Director of Eastern Regional Compliance
4405 Bland Road, Suite 165
Raleigh, NC 27609

Rural Community Insurance Services
Attn: Compliance/Claim Appeal
Ms. Teri Steppel and/or Mr. Don R. Close
3501 Thurston Avenue
Anoka, MN 55303

Daniel N. Rosenstein, Esq.
Levin & Rosenstein, P.C.
1395 Piccard Drive, Suite 110
Rockville, MD 20850

Florida Department of Revenue
c/o Agency Clerk
501 S. Calhoun Street
Room 201, Carlton Building
Tallahassee, Florida 32399

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, Florida 32399-1050

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Special Procedures – Insolvency
7850 SW 6th Court
Plantation, Florida 33324

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 S.W. 1st Avenue #1114
Miami, Florida 33130

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906

The Honorable Eric H. Holder, Jr.
Attorney General of the U.S.
950 Pennsylvania Avenue, N.W. Room 4400
Washington, D.C. 20530-0001

The Honorable Jeffrey H. Sloman
Acting U.S. Attorney
99 N.E. 4th Street
Miami, Florida 33132

Federico Jen and Rosita Jen
5978 N.W. 74th Terrace
Parkland, FL 33067

Octavio Taylor and
Sylvia M. Taylor
11250 S.W. 244th Terrace
Homestead, FL 33032

John P. Maas, Esq.
44 N.E. 16th Street
Homestead, FL 33030

Andrew L. Wool, Esq.
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661

John P. Sieger, Esq.
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661

Daniel J. Polatsek, Esq.
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661

Jeffrey P. Bast
BAST AMRON LLP
SunTrust International Center
One Southeast Third Avenue, Suite 1440
Miami, Florida 33131

Jeffrey T. Kucera, Esq.
K&L GATES LLP
Wachovia Financial Center, 39th Floor
200 South Biscayne Boulevard
Miami, Florida 33131

Melinda S. Thornton, Esq.
Assistant County Attorney
County Attorney's Office
2810 Stephen P. Clark Center
111 N.W. First Street
Miami, FL 33128-1993

Ave Maria Nursery, LLC
110 N.E. 19th Street
Homestead, FL 33030

Roger Kelly, Esq.
Rush, Marshall, Jones & Kelly, P.A.
Post Office Box 3146
Orlando, FL 32802-3146

South Florida Growers Association, Inc.
Attn: Joseph L. Fisher
9449 South Old Dixie Highway
Miami, Florida 33156

TS Holdings of Coral Gables, Inc.
Attn: Gary Tie Shue
126 Orquidea Avenue
Coral Gables, FL 33143

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®
Sens de chargement
Repliez à la hachure afin de
révéler le rebord Pop-Up™
www.avery.com
1-800-GO-AVERY

1 Sync
7887 Washington Village Drive
Suite 300
Dayton, OH 45459

Acura Financial Services/American Honda
Finance Corp
1235 Old Alpharetta Road, Suite 190
Sacramento, CA  95899

Roger A. Kelly, Esq.
Rush, Marshall, Jones and Kelly, P.A.
109 East Church Street, Fifth Floor
Orlando, FL  32802-3146

AFLAC
Attn:  Remittance Processing Services
1932 Wynnton Road
Columbus, GA 31993-8601

Appian Logistics
10317 Greenbriar Place
Suite 100
Oklahoma City, OK 73159

Comprehensive Business Systems
4101 Ravenswood Road, Suite 113
Ft. Lauderdale, FL 33312

Exact Software North America
1136 Paysphere Circle
Chicago, IL  60674

FCCI Commercial Insurance Company
6300 University Parkway
Sarasota, FL 34240-8424

FFVA Mutual Insurance Co.
P.O. Box 948239
Maitland, FL  32794

General Electric Capital Corporation
1010 Thomas Edison Blvd. SW
Cedar Rapids, IA 52404

Home Depot, Inc.
2488 Paces Ferry Road NW
Atlanta, GA 30339

Hudson Insurance Group
c/o Hudson Crop Insurance
7300 West 100th Street, Suite 850
Overland Park, KS  66210

iSoft
16303 Dallas Pkwy, Ste 1110
Addison, TX 75001

Kubota Credit Corporation, U.S.A.
1025 North Brook Parkway
Suwanee, GA  30024

Kubota Credit Corporation, U.S.A.
P.O. Box 829009
Dallas, TX 75382-9009

Lexus Financial Services
P.O. Box 5855
Carol Stream, IL 60197

Lloyds of London
c/o Gresham & Associates
P.O. Box 220568
West Palm Beach, FL 334122

Lowe's Companies, Inc.
c/o Erik A. Schwanz, Esq.
P.O. Box 1000 (Mail Code NB6LG)
Mooresville, NC 28115

Meijer
2929 Walker Avenue
Grand Rapids, MI 49544

Neighborhood Health Partnership
**NHP Corporate Headquarters**
7600 Corporate Center Drive
Miami, FL. 33126

North River Insurance Company
305 Madison Avenue
Morristown, NJ 07962 -1973

Penske Truck Leasing Co., L.P.
2704 Bouldercrest Road SE
Atlanta, GA  30316

Penske Truck Leasing Co., L.P.
P.O. Box 532658
Atlanta, GA  30353-2658

Platte River Insurance Company
1600 Aspen Commons
Middleton, WI 53562-4711

Premium Assignment Corporation
3522 Thomasville Road
Tallahassee, FL  32315

Principal Financial Group
P.O. Box 2000
Mason city, IA 50402

Raymond Leasing Corporation
P.O. Box 203905
Houston, TX 77216-3905

Scottsdale Insurance Company
One Nationwide Plaza
Columbus, OH  43215

Scottsdale Insurance Company
8877 North Galney Center Drive
Scottsdale, AZ  85258

SPS Commerce
333 South Seventh Street, Suite 1000
Minneapolis, MN 55402

St. Paul Fire & Marine Insurance Company
385 Washington Street
St. Paul, MN  55102-1309

STS Telecom
Attn:  Cindy Gal
12399 S.W. 53rd Street, Suite 102
Cooper City, FL 33330

Toyota Motor Credit Corporation
500 Redbrook Blvd.
Owings Mills, MD 21117

Travelers Insurance
c/o The Standard Fire Insurance Company
One Tower Square
Hartford, CT  06183-9062

United Healthcare
Dept. CH 10151
Palatine, IL 60055-0151

US Ice Machine Manufacturing Company
650 N.W. 123rd Street
North Miami, FL 33168

Wal-Mart  Stores, Inc.
1108 S.E. 10th Street
Bentonville, AR 72716-0680