UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

FIRST FOLIAGE, L.C.

Case No. 10-27532-BKC-LMI
Chapter 11 Case

Debtor.

_____/

## MOTION FOR ORDER AUTHORIZING INTERIM DISTRIBUTIONS TO CERTAIN GENERAL UNSECURED TRADE CREDITORS PURSUANT TO THE TERMS OF THE CORRECTED ORDER (A) AUTHORIZING SALE OF THE DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, (B) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (C) GRANTING RELATED RELIEF [D.E. 292]

The Official Committee of Unsecured Creditors (the "Committee") of First Foliage, L.C. (the "Debtor"), by and through undersigned counsel, hereby files this *Motion for Order Authorizing Interim Distributions to Certain General Unsecured Trade Creditors Pursuant to the Terms of the Corrected Order (A) Authorizing Sale of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* [D.E. 292] (the "Motion"). In support of the Motion, the Committee states as follows:

1.     On June 23, 2010, (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532. [D.E. # 1].

2.     The Debtor is operating its business and managing its affairs as debtor in possession pursuant to 11 U.S.C. §§ 107(a) and 1108.

3.     On July 1, 2010, the Office of the United States Trustee appointed an official committee of unsecured creditors in the Debtor's case (the "Committee"). [D.E. # 52].

4.      On January 7, 2011, the Debtor filed its *Emergency Motion for Entry of (I) and Order (A) Authorizing and Approving Bidding Procedures for the Sale of Substantially all the Debtor's Assets; (B) Approving Form of Purchase Agreement, Including a Break-up Fee; (C) Scheduling an Auction and Final Hearing to  Consider Approval of the Sale; (D) Approving Form and Manner of Notice of Bidding Procedures, Auction and Sale Hearing and (II) An Order Authorizing (A) Sale of The Debtor's Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* (the "Sale Motion") [D.E. 204].

5.      On February 14, 2011, the Court entered its *Corrected Order (A) Authorizing Sale of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* (the "Sale Order") [D.E. 292].

6.      Pursuant to the Sale Order, the Court authorized the sale of substantially all of the Debtor's Assets to Costa Farms, LLC. ("Costa").

7.      Pursuant to the terms of the Sale Order and the Assets Purchase Agreement, Costa funded $1,000,000.00 for distribution to those trade creditors listed on Schedule 1.1(a)(ii) to the Asset Purchase Agreement on account of their allowed general unsecured claims.

8.      On or about June 1, 2011, Costa funded the $1,000,000.00 to the trust account of counsel for the Committee.

9.      Counsel for the Committee has reviewed and compiled a chart of proposed distributions to be made to those creditors listed on Schedule 1.1(a)(ii) to the Asset Purchase Agreement (the "Proposed Distribution Chart").  The Proposed Distribution Chart is attached

2

hereto as Exhibit "A"; provided, however, that the Committee intends to reserve for the amount of any claim that is subject of an objection as of the date of the hearing on this Motion.

10. The Committee seeks authorization to make distributions, by and through its counsel Berger Singerman, P.A., to all creditors listed on the Proposed Distribution Chart in amounts listed in the "Proposed Distribution Amount" column.

WHEREFORE, the Committee respectfully requests that this Court enter an Order:

A. Granting the Motion;

B. Authorizing the Committee, by and through Berger Singerman, P.A., to make distributions to all creditors listed on the attached Proposed Distribution Chart; and

C. Granting such other and further relief as may be just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via the Court's CM/ECF System to all registered users in this case and U.S. Regular Mail, postage prepaid, to those listed on the attached Service List on the 14th day of July, 2011.

Dated: July 14, 2011.                           Respectfully submitted,

BERGER SINGERMAN, P.A.
*Counsel to the Official Committee of Unsecured*
*Creditors of the Debtor*
200 S. Biscayne Boulevard, Suite 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340


By: ___*/s/ Debi Evans Galler*_____
         Jordi Guso
         Florida Bar No. 0863580
         jguso@bergersingerman.com
         Debi Evans Galler
         Florida Bar No. 985236
         dgaller@bergersingerman.com

3

SERVICE LIST

### MASTER SERVICE LIST
**First Foliage, L.C., Chapter 11 Debtor**
**Case No. 10-27532-BKC-LMI**

First Foliage, L.C.
Attn: Jose Garces
17800 Southwest 268th Street
Homestead, FL 33031

Luis Salazar, Esq.
Infante, Zumpano, Hudson & Miloch, LLC
500 South Dixie Highway, Suite 302
Coral Gables, FL 33146

A&E Nursery, LLC
11740 SW 188th Street
Miami, FL 33177

Acosta Sisters Nursery, Inc.
9505 SW 166th Avenue
Miami, FL 33196

Arirosy, Inc.
20794 SW 234th Street
Homestead, FL 33031

Astra Supply Chain, LLC
1660 N.W. 65th Avenue, Suite 1
Plantation, FL 33313

Balmor Transport, Inc.
15751 Sheridan Street, Suite 209
Davie, FL 33321

BWI Companies, Inc.
Attn: Art Phelps
P.O. Box 990
Nashville, TN  75569

E-Z Shipper Racks, Inc.
31336 Via Colinas, Suite 101
Westlake Village, CA 91362

Foliage Plants
Attn: Felix Duque
18455 SW 272nd Street
Homestead, FL 33031

Foremostco
Attn: Joseph C. Roberts
8457 NW 66th Street
Miami, FL 33166

Floral Plant Growers LLC
P. 0, Box 88767
Milwaukee, WI 53288-0767

Gold Leaf Nursery
12511 SW 250th Terrace
Homestead, FL 33032

Harrell's, Inc.
Attn: Bill Schoppman
720 Kraft Road
Lakeland, FL 33815

Andrew E. Jillson, Esq.
Jarrett L. Hale, Esq.
Jeffrey P. Bast, Esq.
Bast Amron LLP
SunTrust International Center
One Southeast Third Avenue, Suite 1440
Miami, FL 33131

John Deere Risk Protection, Inc.
Attn: Wade Cook
P.O. Box 660195
Dallas, TX 75266-0195

Key Transport/Power Funding Ltd.
Attn: George Escupeta
P.O. Box 6747
Tyler, TX 75711

Landstar Inway, Inc.
13410 Sutton Park Dr. S.
Jacksonville, FL 32224

Quick Plugs
Attn: Felix Duque
20301 SW 280th Street
Homestead, FL 33031

**MASTER SERVICE LIST**
**First Foliage, L.C., Chapter 11 Debtor**
**Case No. 10-27532-BKC-LMI**

Twyford International, Inc.
Attn: Kerry Herdon
21840 SW 258 St
Homestead, FL 33031

R&D Transport Serv., Inc.
Attn: Robert
10973 NW 122nd Street
Medley, FL 33178

Valroy Liners, Inc.
Attn: Eddie Valen
34750 SW 202nd Avenue
Florida City, FL 33034

Richard M. Bendix, Jr., Esq.
Dykema Gossett PLLC
Counsel for Bank of America
10 South Wacker Drive, Suite 2300
Chicago, IL 60606

Andrew D. Zaron, Esq.
Hunton & Williams LLP
Local Counsel for Bank of America
1111 Brickell Avenue, Suite 2500
Miami, FL 33131

Joshua B. Alper, Esq.
Adorno & Yoss, LLP
Counsel for GMAC Commercial Finance, LLC
350 East Las Olas Boulevard, Suite 1700
Ft. Lauderdale, FL 33301

Charles M. Tatelbaum, Esq.
Adorn & Yoss, LLP
Counsel for GMAC Commercial Finance, LLC
350 East Las Olas Boulevard, Suite 1700
Ft. Lauderdale, FL 33301

Office of the U.S. Trustee
Attn: Johanna P. Armengol, T.
51 SW First Avenue, Suite 1204
Miami, FL 33130

Highlands County Tax Collector
540 South Commerce Avenue
Sebring, FL 33870

Charles W. Sembler
Indian River County Tax Collector
925 14th Lane
P.O. Box 1509
Vero Beach, FL 32961

Miami-Dade County Tax Collector
Paralegal Unit
140 West Flagler Street, 14th Floor
Miami, FL 33130

Honorable John K. Clark, CFC
Tax Collector
Palm Beach County
P.O. Box 3715
West Palm Beach, FL 33402-3715

Internal Revenue Service
Department of Treasury
227 N. Borough Street
Tallahassee, FL 32301

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Insolvency Unit
7850 S.W. 6th Court
Mail Stop 5730
Plantation, FL 33324

State of Florida
Department of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668

2905723-2

2

**MASTER SERVICE LIST**
**First Foliage, L.C., Chapter 11 Debtor**
**Case No. 10-27532-BKC-LMI**

United States Department of Agriculture
Risk Management Agency
USDA/RMA/Stop 0801
Room 6092 South
1400 Independence Avenue, SW
Washington, DC 20250

David A. Burt, Esq.
Hawkins, Hawkins & Burt, LLP
501 South Ridgewood Avenue
Daytona Beach, FL 32114

Rural Community Insurance Services
Attn: Compliance/Claim Appeal
3501 Thurston Avenue
Anoka, MN 55303

USDA/Federal Crop Insurance Corporation
Risk Management Agency, Stop 0801
1400 Independence Ave., SW, Room 6092-S
Washington, DC 20250

Tim Hoffman, Director of
Risk Management Agency
Federal Crop Insurance Corporation
6501 Beacon Drive, Room G28C
Kansas City, MO

Director of Eastern Regional Compliance
4405 Bland Road, Suite 165
Raleigh, NC 27609

Rural Community Insurance Services
Attn: Compliance/Claim Appeal
Ms. Teri Steppel and/or Mr. Don R. Close
3501 Thurston Avenue
Anoka, MN 55303

Daniel N. Rosenstein, Esq.
Levin & Rosenstein, P.C.
1395 Piccard Drive, Suite 110
Rockville, MD 20850

E-Z Shipper Racks, Inc.
31336 Via Colinas, Suite 101 Westlake
Village, CA 91362

Orange County Tax Collector
P.O. Box 2551
200 South Orange Avenue, Suite 1500
Orlando, Florida 32802-2551

David B. Marks, Esq.
Akerman Senterfitt
350 E. Las Olas Blvd., Suite 1600
Ft. Lauderdale, Florida 33301
*Attorneys for Creditor, Kerry's Nursery, Inc.*

James Fierberg, Esq.
Akerman Senterfitt
350 E. Las Olas Blvd., Suite 1600
Ft. Lauderdale, Florida 33301
*Attorneys for Creditor, Kerry's Nursery, Inc*

Florida Department of Revenue
c/o Agency Clerk
501 S. Calhoun Street
Room 201, Carlton Building
Tallahassee, Florida 32399

Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, Florida 32399-1050

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Special Procedures — Insolvency
7850 SW 6th Court
Plantation, Florida 33324

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 S.W. First Avenue #1114

**MASTER SERVICE LIST**
**First Foliage, L.C., Chapter 11 Debtor**
**Case No. 10-27532-BKC-LMI**

Miami, Florida 33130

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906

The Honorable Eric H. Holder, Jr.
Attorney General of the U.S.
950 Pennsylvania Avenue, N.W. Room
4400 Washington, D.C. 20530-0001

Daniel J. Polatsek, Esq.
Katten Muchin Rosenman, LLP
525 W. Monroe Street
Chicago, IL 60661

Andrew L. Wool, Esq.
Katten Muchin Rosenman, LLP
525 W. Monroe Street
Chicago, IL 60661

John P. Sieger, Esq.
Katten Muchin Rosenman, LLP
525 W. Monroe Street
Chicago, IL 60661

K&L GATES LLP
*Counsel for Rural Community Insurance
Agency, Inc. d/b/a
Rural Community Insurance Services*
Wachovia Financial Center, 39th Floor
200 South Biscayne Boulevard
Miami, Florida 33131
Attn: Jeffrey T. Kucera, Esq.

Melinda S. Thornton, Esq.
Assistant County Attorney
Country Attorney's Office
2810 Stephen P. Clark Center
111 NW First Street
Miami, Florida 33128-1993

The Honorable Jeffrey H. Sloman
Acting U.S. Attorney

99 N.E. Fourth Street
Miami, Fl. 33132
Honda Lease Trust
c/o Roger A. Kelly
Post Office Box 43146
Orlando, FL 32802-3146

White & Case LLP
*Counsel for United Growers, LLC*
200 South Biscayne Blvd.
Miami, FL 33131-2352
Attn: Lane E. Roesch, Esq.
          Jason N. Zakia, Esq.

D. Jean Ryan, Esq.
Ryan Law Firm, P.A.
*Attorneys for Octavio & Sylvia Taylor*
8500 SW 92nd Street, Suite 202
Miami, FL 33156

Philip V. Martino, Esq.
Quarles & Brady LLP
101 East Kennedy Blvd, Suite 3400
Tampa, FL 33602

Nathan G. Mancuso, Esq.
Law Offices of Nathan G. Mancuso, P.A.
7777 Glades Road, Suite 100
Boca Raton, FL 33434

Ave Maria Nursery, LLC
110 NE 19th Street
Homestead, FL33030

A&E Nursery LLC
11740 SW 188th Street
Miami FL  33177

Acosta Sisters Nursery Inc.
9505 SW 166TH AVE.
Miami FL  33196

American Express
c/o Becket and Lee LLP
POB 3001
Malvern PA  19355-0701

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA  19355-0701

Amerigas-Homestead
705 S Krome Ave.
Homestead FL  33030-7211

Andrew Hauling Inc.
1435 WEST 31 STREET
Hialeah FL  33012

Arirosy Inc.
20794 Southwest 234th Street
Homestead FL  33031

Armchem International Corp.
3563 NW 53 Court
Ft Lauderdale FL  33309

Astra Supply Chain, LLC
c/o Paul C. Rudolph
POB 1507
Evansville IN  47706-1507

B & K Cuttings, Inc.
P.O. Box 838
Sorrento FL  32776

B & K Installations, Inc.
P.O. Box 901329
Homestead FL  33030

Bailey and Bailey Law Off. P.A.
2335 E. Atlantic Blvd. # 300
Pompano Beach FL  33062

Balmore Transport Inc.
15751 Sheridan St.
SUITE 209
Davie FL  33321

Bill Hunt Company
14400 SW 149 Terrace
Miami, FL  33186

BLB Foliage and Cactus
P.O. BOX 1027
Plymouth FL  32768

Bonsai Amahoy Decorations Inc
158 NW 85th Ct.
Miami FL 33126

Bouldin & Lawson
P.O. BOX 7177
McMinnville TN  37111-7177

Braam Young Plants USA
579 Poets Square
Fallbrook CA  92028

BWI Companies, Inc.
POB 990
Nash TX  75569

Carroll Fulmer Logistic Corporation
8340 American Way
Groveland FL  34736

Casa Flora
P.O. BOX 41140
Dallas TX  75241-0140

Ceiba Nursery, Inc.
21075 S.W. 232nd Street
Miami FL  33170

Cesar Tire Services, Inc.
948 N.W. 9TH STREET
Homestead FL 33030

Citibusiness/Aadvantage Card
P.O. BOX 6416
The Lakes NV  88901-6416

Clemente Acosta
13770 S.W. 192ND Street
Miami FL  33177

Color Spot Nurseries Inc.
2575 Olive Hill Road
Fallbrook CA  92557

Comdata Network Inc.
CASH BALANCING DEPT.
5301 Maryland Way
BRENTWOOD TN  37027

Comprehensive Business Systems Inc.
4801 South University Drive,
SUITE 128
Davie FL  33328

Cool Carriers of Florida Inc.
1038 SW 13TH COURT
Pompano Beach FL  33069

CP Transportation LLC/Riviera Finance of Texas, Inc.
RIVIERA LEGAL AFFAIRS & COMPLIANCE
4320 Stevens Creek Blvd., Ste. #171
San Jose CA  95129

Culligan of Florida, Inc.
PO BOX 5277
Carol Stream IL  60197-5277

Dade Equipment Golf Carts
12340 S.W. 129TH CT.
Miami FL  33186

Dale Morris
2745 Danube Lane Ne
Grand Rapids MI  49525

Data Masons Software
P.O. BOX 864507
Orlando  FL  32886-4507

Deleon's Bromeliads, Inc.
13745 SW 216 STREET
Goulds FL  33170

Diaz Family Nursery, Inc.
16401 S.W. 200th Street
Miami FL  33187

DJ's Pallet & Recycling
19701 SW 114th Place
Miami FL  33157

DLTS LLC/Comdata Network, Inc.
MSC-410115
P.O. BOX 415000
Nashville TN  37241

Dyna-Gro Nutrition Solutions
2775 Giant Rd.
Richmond CA  94806

Edwards Nursery
38305 SW 194 CT
Florida City FL  33034

Emergency Ice LLC
5071 S. STATE ROAD 7
SUITE 707
Davie FL  33314

E-Z Shipper Racks, Inc.
P.O. BOX 31001-1221
Pasadena CA  91110-1221

F & C Nursery
16401 SW 232ND ST.
Homestead FL  33170

Federal Express
As Assignee of Fed Ex Express/FedEx Grou
3965 Airways Blvd - Module G - 3rd FL
Memphis TN  38116

Fernando Lauriano
15904 SW 295TH STREET
Homestead FL  33033

Floral Plant Growers LLC
c/o Thomas A. Wilson, Esq.
901 Lakeside Ave
Cleveland OH  44114

Florida Department of Revenue
Post Office Box 6668
Tallahassee FL  32314-6668

Florida Growers Supply
P.O. Box 540085
Lake Worth FL  33454

Florida Potting Soils, Inc.
6021 Beggs Rd
Orlando FL  32810

Florikan E.S.A Corp.
1579 BARBER ROAD
Sarasota FL  34240

Flo-Tec Automation Associates, Inc.
2151 34th Way North
Largo FL  33771

FNGLA
1533 PARK CENTER DR.
Orlando FL  32835-5705

Foliage Plants
18455 SW 272 STREET
Homestead FL  33031

Foremostco
8457 NW 66 Street
Miami FL  33166

Fortrac
1995 N.E. 8TH STREET
Homestead FL  33033

FPL
GENERAL MAIL FACILITY
Miami FL  33188-0001

G.I. Trucking Corp.
18048 SW 151 Ave.
Miami FL  33187

Gempler's
PO Box 5176
Janesville WI  53547-5176

Genesis Products & Services, Inc.
P.O. Box 770730
Miami FL  33177-0730

Gold Leaf Nursery
12511 SW 250 TERRACE
Homestead FL  33032

Growing Fast Liners & Plants Inc.
20364 LOUISE STREET
LOXAHATCHEE FL 33470

Guti Guzman Trucking Corp.
11802 S.W. 185TH TERRACE
Miami FL  33177

Halsey & Griffith, Inc.
1000 PARK CENTRE BLVD
SUITE 128
Miami Gardens FL  33169

Hampshire Farms
14 North 850 Rt. 20
Hampshire IL  60140

Harrell's Inc.
POB 807
Lakeland FL  33802

Heavenly Rainbow Farms LLC
19901 S.W. 180 STREET
Miami FL  33187

Helena Chemical Company
Attn. John Bayless, Credit Manager
2405 N 71 Street
Tampa FL  33619

HLB Gravier, LLP
4841 RONDA STREET
CORAL GABLES, FL 33146

Home Depot Credit Services a/k/a Citibank
South Dakota N/A
4740 121st St
Urbandale IA  50323

Irritech International, Inc.
13835 S.W. 102 COURT
Miami FL  33176-6610

IT Logistics LLC
PO BOX 1165
Richmond IN  47375

Jalos Transport Inc.
21340 SW 112TH AVE
SUITE 101
Miami FL  33189

JNL Transportation Inc.
21305 SW 296TH STREET
Homestead FL  33030

John Greene Logistics Company
P.O. Box 2644
Titusville FL  32781

Jose & Maria Nursery
37715 SW 194TH PLACE
Florida City FL  33034

Kenneth's Trucking Inc.
P.O. BOX 832080
Miami FL  33283

Kerry's Nursey Inc. d/b/a Twyford International, Inc.
c/o Akerman Senterfitt
350 E Las Olas Blvd - #1600
Ft. Lauderdale FL  33301

Key Transport/Almonte Reinsurance
c/o Bart A. Houston, Esq.
Genovese Joblove & Battista, P.A.
200 E. Broward Blvd., Ste 1110
Ft. Lauderdale FL  33301

Key View Express Corp.
161 SW 9TH STREET, APT.#4
Miami FL  33130

Konica Minolta Business Inc.
DEPT AT 952823
Atlanta GA  31192-2823

La Paz Nursery
18315 SW 192ND ST.
Miami FL  33187

Label It
10100 NW 116 Way #1
Miami FL  33178

Landstar Inway, Inc.
Accounts Receivable
13410 Sutton Park Dr. S.
Jacksonville FL  32224

LML Transportation Inc.
14335 S.W. 285TH TERRACE
Leisure City FL  33033-1742

Logistics Transportation Services, Inc.
23171 MILLS ROAD
PORTER TX  77365

Lumo Print
27750 SO. DIXIE HWY
Naranja FL 33032

Marco A. Obando
2660 SW 76TH AVE.
Miami FL  33155

Markwell Of Florida
13090 N.W. 43RD AVENUE
Opa Locka FL  33054

Masterpiece Flower Company LLC
PO BOX 321
8122 CLYDE PARK AVE.
Byron Center MI  49315

Matheson Tri-Gas
P.O. BOX 845502
Dallas TX  75284

Multi Packaging Solutions/dba John Henry
75 REMITTANCE DRIVE
SUITE 3111
CHICAGO IL  60675-3111

New Jersey Auto Parts
11512 QUAIL ROOST DR.
Miami FL  33157

Nick's Nursery
20861 SW 119TH PLACE
Miami FL  33177

Octavio Taylor & Sylvia M. Taylor
11250 SW 244 Terrace
Homestead FL  33032

OFE International, Inc.
12100 SW 129th Court
Miami FL  331886-6421

Office Depot Credit Plan
DEPT. 56-8200653426
P.O. BOX 9020
Des Moines IA  50368-9020

Office Depot Inc.
6600 N. Military Trail - S413G
Boca Raton FL  33496

Omega Farms
24050 SW 162nd Avenue
Homestead FL  33031

Opa-Locka Pallets
3180 NW 131st
P.O. Box 116
Miami FL  33054

Orkin, Inc.
9505 NW 40TH STREET ROAD
Doral FL  33178

Poppelmann Plastics USA, Inc.
2180 Heart Drive
P.O. Box 459
Claremont NC  28610

Quick Plugs
20301 SW 280TH ST.
Homestead FL  33031

R&D Transport Serv., Inc.
10973 NW 122ND STREET
Medley FL  33178

Raceway Transportation Inc.
P.O. BOX 343405
Florida City FL  33034

Redland Farms
21105 SW 162 Ave
Miami FL  33157

Redland Supply Co. Inc.
24852 SW 177 AVE
Homestead FL  33031

Richards & Associates
232 ANDALUSIA AVENUE, SUITE 202
Coral Gables FL  33134

RITRAC
1995 NE 8TH STREET
Homestead FL  33033

Sheppard West Inc.
27850 Lady Slipper Loop
Eugene OR  97405

South Point Express
1272 SW 139TH PLACE
Miami FL  33184

Southern Refrigerated Transport Inc.
8055 Hwy 67 North
Texarkana AR  71854

Sprint
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS  66207-0949

Sunshine Horticulture, LLC
3119 West Kelly Park Road
Apopka FL  32712

Taiwan Plant Corporation
12120 Stockton Rd.
Moorpark CA  93021

Tire Masters International, L.L.C.
3650 N.W. 115th Avenue
Doral FL  33178

Topiary Gardens Nursery
18920 SW 311TH ST
Homestead FL  33030

Traffic Tech, Inc.
9335 AIRWAY RD.
SUITE 206
San Diego CA  92154

Tropical Direct of Florida LLC
17170 WHITEHAVEN DR.
Boca Raton FL  33496

Tropical Plants & Foliage
6800 Mt. Plymouth Road
Apopka FL  32712

Urbieta Oil Inc.
P.O. BOX 160190
Hialeah FL  33016

Valroy Liners, Inc.
34750 SW 202 AVE
Florida City FL  33034

VAS Agricultural Supply, Inc.
17650 SW 232 St.
Miami FL  33170

White Sand Nurseries
Post Office Box 968
Plymouth FL  32768

Windy Hill Foliage
7401 US Hwy 10
P.O. Box 839
Marshfield WI  54449

Work Space+
801 DOUGLAS AVE
SUITE 207
Altamonte FL  32714

Yanfran Logistics Corp.
15420 SW 136 STREET UNIT 24
Miami FL  33196

**Exhibit A**

DISTRIBUTION TO UNSECURED TRADE CREDITORS

| Claimant | Scheduled or Claim # | 503(b)(9) (Administrative Claim) Allowed Claim Amount | Scheduled Amount | Proof of Claim Amount | Proposed Allowed GUC Amount | Proposed Distribution Amount |
|---|---|---|---|---|---|---|
| A&E Nursery LLC | Scheduled | N/A | $ 185,476.00 | | $ 185,476.00 | $ 49,174.07 |
| Acosta Sisters Nursery Inc. | Scheduled | N/A | $ 79,021.00 | | $ 79,021.00 | $ 20,950.33 |
| American Express Bank FSB | 61 | N/A | $ 11,341.00 | $ 11,358.39 | $ 11,358.39 | $ 3,011.38 |
| American Express Bank FSB | 60 | N/A | $ - | $ 7,311.99 | $ 7,311.99 | $ 1,938.58 |
| Amerigas-Homestead | Scheduled | N/A | $ 3,962.00 | | $ 3,962.00 | $ 1,050.42 |
| Andrew Hauling Inc. (Footnote 1) | Scheduled | $ - | $ 32,155.00 | | $ 34,614.95 | $ 9,177.24 |
| Arirosy Inc. | Scheduled | N/A | $ 118,840.00 | | $ 118,840.00 | $ 31,507.29 |
| Armchem International Corp. | 7 | N/A | $ 531.00 | $ 531.20 | $ 531.20 | $ 140.83 |
| Astra Supply Chain, LLC | 35 | N/A | $ 83,510.00 | $ 86,134.48 | $ 86,134.48 | $ 22,836.28 |
| B & K Cuttings, Inc. | 54 | N/A | $ 34,085.00 | $ 34,084.80 | $ 34,084.80 | $ 9,036.69 |
| B & K Installations, Inc. | 5 | N/A | $ 1,913.00 | $ 1,913.40 | $ 1,913.40 | $ 507.29 |
| Bailey and Bailey Law Off. P.A. | Scheduled | N/A | $ 25,000.00 | | $ 25,000.00 | $ 6,628.09 |
| Balmor Transport Inc. | Scheduled | N/A | $ 51,908.00 | | $ 51,908.00 | $ 13,762.04 |
| Bill Hunt Company | Scheduled | N/A | $ 6,208.00 | | $ 6,208.00 | $ 1,645.89 |
| BLB Foliage and Cactus | Scheduled | N/A | $ 5,660.00 | | $ 5,660.00 | $ 1,500.60 |
| Bonsai Amahoy Decorations Inc | 67 | N/A | $ 38,113.00 | $ 69,533.30 | $ 69,533.30 | $ 18,434.92 |
| Bouldin & Lawson | Scheduled | N/A | $ 778.00 | | $ 778.00 | $ 206.27 |
| Braam Young Plants USA | 4 | N/A | $ 2,030.00 | $ 2,029.60 | $ 2,029.60 | $ 538.09 |
| BWI Companies, Inc. | 33 | N/A | $ 469,260.00 | $ 566,729.79 | $ 566,729.79 | $ 150,253.44 |
| Carroll Fulmer Logistics Corporation | 24 | N/A | $ 12,878.00 | $ 12,064.38 | $ 12,064.38 | $ 3,198.55 |
| Casa Flora | Scheduled | N/A | $ 4,234.00 | | $ 4,234.00 | $ 1,122.53 |
| Ceiba Nursery, Inc. | 16 | N/A | $ 15,849.00 | $ 15,849.40 | $ 15,849.40 | $ 4,202.05 |
| Cesar Tire Services, Inc. | Scheduled | N/A | $ 96.00 | | $ 96.00 | $ 25.45 |
| Citibusiness/Aadvantage Card | Scheduled | N/A | $ 15,769.00 | | $ 15,769.00 | $ 4,180.73 |
| Clemente Acosta | Scheduled | N/A | $ 15,059.00 | | $ 15,059.00 | $ 3,992.50 |
| Color Spot Nurseries Inc. | 64 | N/A | $ 26,529.00 | $ 27,226.67 | $ 27,226.67 | $ 7,218.43 |
| Comdata Network Inc. | Scheduled | N/A | $ 191.00 | | $ 191.00 | $ 50.64 |
| Comprehensive Business Systems Inc. | Scheduled | N/A | $ 125.00 | | $ 125.00 | $ 33.14 |
| Cool Carriers of Florida Inc. | Scheduled | N/A | $ 42,448.00 | | $ 42,448.00 | $ 11,253.97 |

3707833_4.XLS

1

## DISTRIBUTION TO UNSECURED TRADE CREDITORS

| Claimant | Scheduled or Claim # | 503(b)(9) (Administrative Claim) Allowed Claim Amount | Scheduled Amount | Proof of Claim Amount | Proposed Allowed GUC Amount | Proposed Distribution Amount |
|---|---|---|---|---|---|---|
| Riviera Finance of Texas, Inc. (formerly claim of CP Transportation LLC) | 17 | N/A | $ 6,840.00 | $ 6,839.75 | $ 6,839.75 | $ 1,813.38 |
| Culligan of Florida, Inc. | Scheduled | N/A | 50.00 | | $ 50.00 | $ 13.26 |
| Dade Equipment Golf Carts | Scheduled | N/A | 7,759.00 | | $ 7,759.00 | $ 2,057.09 |
| Dale Morris | 21 | N/A | | $ 2,480.73 | $ 2,480.73 | $ 657.70 |
| Data Masons Software | Scheduled | N/A | 49.00 | | $ 49.00 | $ 12.99 |
| Deleon's Bromeliads, Inc. | Scheduled | N/A | 4,125.00 | | $ 4,125.00 | $ 1,093.63 |
| Diaz Family Nursery, Inc. | 11 | N/A | 2,356.00 | $ 2,356.25 | $ 2,356.25 | $ 624.70 |
| DJ's Pallet & Recycling (Footenote 2) | 66 | $ 2,340.00 | 19,804.00 | $ 19,804.00 | $ 17,464.00 | $ 4,630.12 |
| DLTS LLC/Comdata Network, Inc. | Scheduled | N/A | 5,614.00 | | $ 5,614.00 | $ 1,488.40 |
| Dyna-Gro Nutrition Solutions | 19 | N/A | 2,723.00 | $ 2,723.06 | $ 2,723.06 | $ 721.95 |
| Edward's Nursery | Scheduled | N/A | 3,038.00 | | $ 3,038.00 | $ 805.45 |
| Emergency Ice LLC | Scheduled | N/A | 390.00 | | $ 390.00 | $ 103.40 |
| E-Z Shipper Racks, Inc. | Scheduled | N/A | 147,950.00 | | $ 147,950.00 | $ 39,225.04 |
| F & C Nursery | Scheduled | N/A | 39,367.00 | | $ 39,367.00 | $ 10,437.12 |
| FedEx Customer Information Services | 37 | N/A | 737.00 | $ 1,130.67 | $ 1,130.67 | $ 299.77 |
| Fernando Lauriano | Scheduled | N/A | 5,119.00 | | $ 5,119.00 | $ 1,357.17 |
| Floral Plant Growers LLC | 53 | N/A | 49,839.00 | $ 59,034.75 | $ 59,034.75 | $ 15,651.51 |
| Florida Department of Revenue | 46 | N/A | | $ 45.98 | $ 45.98 | $ 12.19 |
| Florida Growers Supply (Footnote 3) | 52 | $ 26,466.30 | 38,761.00 | $ 48,517.63 | $ 18,251.33 | $ 4,838.86 |
| Florida Potting Soils, Inc. | Scheduled | N/A | - | | $ - | $ - |
| Florikan E.S.A. LLC (Footnote 4) | Scheduled | $ 51,510.00 | 51,510.00 | | $ - | $ - |
| Flo-Tec Automation Associates, Inc. | 3 | N/A | 22,565.00 | $ 45,038.00 | $ 45,038.00 | $ 11,940.64 |
| FNGLA | Scheduled | N/A | 2,000.00 | | $ 2,000.00 | $ 530.25 |
| Foliage Plants | Scheduled | $ 16,258.05 | 27,077.00 | | $ 27,077.00 | $ 7,178.75 |
| Foremostco | 55 | $ 27,909.26 | 312,022.00 | $ 289,861.27 | $ 289,861.27 | $ 76,849.06 |
| Fortrac | Scheduled | N/A | 18.00 | | $ 18.00 | $ 4.77 |
| FPL | Scheduled | N/A | 656.00 | | $ 656.00 | $ 173.92 |

2

3707833_4.XLS

DISTRIBUTION TO UNSECURED TRADE CREDITORS

| Claimant | Scheduled or Claim # | 503(b)(9) (Administrative Claim) Allowed Claim Amount | Scheduled Amount | Proof of Claim Amount | Proposed Allowed GUC Amount | Proposed Distribution Amount |
|---|---|---|---|---|---|---|
| G.I. Trucking Corp. | 26 | N/A | $ 24,529.00 | $ 21,659.36 | $ 21,659.36 | $ 5,742.41 |
| Gempler's | 13 | N/A | $ 240.00 | $ 239.70 | $ 239.70 | $ 63.55 |
| Genesis Products & Services, Inc. | 25 | N/A | $ 5,853.00 | $ 5,852.65 | $ 5,852.65 | $ 1,551.68 |
| Gold Leaf Nursery | Scheduled | N/A | $ 51,942.00 | | $ 51,942.00 | $ 13,771.05 |
| Growing Fast Liners & Plants Inc. | Scheduled | N/A | | | $ - | $ - |
| Guti Guzman Trucking Corp. | Scheduled | N/A | $ 20,942.00 | | $ 20,942.00 | $ 5,552.22 |
| Halsey & Griffith, Inc. | Scheduled | N/A | $ 8.00 | | $ 8.00 | $ 2.12 |
| Hampshire Farms | 29 | N/A | $ 57,749.00 | $ 58,922.62 | $ 58,922.62 | $ 15,621.78 |
| Harrell's Inc. (Footnote 5) | 2 | $ 50,400.50 | $ 248,440.00 | $ 248,439.75 | $ 198,039.25 | $ 52,504.88 |
| Heavenly Rainbow Farms LLC (Footnote 6) | Scheduled | $ - | $ 26,250.00 | | $ 36,065.00 | $ 9,561.68 |
| Helena Chemical Company | 56 | N/A | $ 100,000.00 | $ 100,000.00 | $ 100,000.00 | $ 26,512.36 |
| HLB Gravier, LLP | N/A | N/A | | | $ - | $ - |
| Citibank South Dakota N/A a/k/a Home Depot Credit Services | 39 | N/A | $ 2,142.00 | $ 4,898.42 | $ 4,898.42 | $ 1,298.69 |
| Irritech International, Inc. | Scheduled | N/A | $ 296.00 | | $ 296.00 | $ 78.48 |
| IT Logistics LLC | Scheduled | N/A | $ 2,197.00 | | $ 2,197.00 | $ 582.48 |
| Jalos Transport Inc. | Scheduled | N/A | $ 1,114.00 | | $ 1,114.00 | $ 295.35 |
| JNL Transportation Inc. | Scheduled | N/A | $ 6,835.00 | | $ 6,835.00 | $ 1,812.12 |
| John Greene Logistics Company | 20 | N/A | $ 9,442.00 | $ 9,441.72 | $ 9,441.72 | $ 2,503.22 |
| Jose & Maria Nursery | Scheduled | N/A | $ 23,645.00 | | $ 23,645.00 | $ 6,268.85 |
| Jose A. Bolanos/J. Bello Trust A/C | N/A | N/A | | | $ - | $ - |
| Kenneth's Trucking Inc. | Scheduled | N/A | $ 6,055.00 | | $ 6,055.00 | $ 1,605.32 |
| Kerry's Nursery Inc. d/b/a Twyford International, Inc. | 23 | N/A | $ 137,836.00 | $ 142,692.43 | $ 142,692.43 | $ 37,831.13 |
| Almonte Reinsurance d/b/a Key Transport | 58 | N/A | $ 48,982.00 | $ 48,902.14 | $ 48,902.14 | $ 12,965.11 |
| Key View Express Corp. | Scheduled | N/A | $ 10,117.00 | | $ 10,117.00 | $ 2,682.26 |
| Konica Minolta Business Solutions USA, I | Scheduled | N/A | $ 595.00 | | $ 595.00 | $ 157.75 |
| La Paz Nursery | Scheduled | N/A | $ 12,076.00 | | $ 12,076.00 | $ 3,201.63 |
| Label It (Footnote 7) | 27 | $ 1,753.60 | $ 32,411.00 | $ 32,278.97 | $ 30,525.37 | $ 8,093.00 |
| Landstar Inway, Inc. | 15 | N/A | $ 349,169.00 | $ 361,600.28 | $ 361,600.28 | $ 95,868.77 |

## DISTRIBUTION TO UNSECURED TRADE CREDITORS

| Claimant | Scheduled or Claim # | 503(b)(9) (Administrative Claim) Allowed Claim Amount | Scheduled Amount | Proof of Claim Amount | Proposed Allowed GUC Amount | Proposed Distribution Amount |
|---|---|---|---|---|---|---|
| LMI Transportation Inc. | Scheduled | N/A | $ 2,710.00 | | $ 2,710.00 | $ 718.48 |
| Logistics Transportation Services, Inc. | Scheduled | N/A | $ 10,726.00 | | $ 10,726.00 | $ 2,843.72 |
| Lumo Print | Scheduled | N/A | $ 130.00 | | $ 130.00 | $ 34.47 |
| Marco A. Obando | Scheduled | N/A | $ 320.00 | | $ 320.00 | $ 84.84 |
| Markwell Of Florida | Scheduled | $ 1,249.20 | $ 1,249.00 | | $ - | $ - |
| Masterpiece Flower Company LLC | Scheduled | N/A | $ 12,717.00 | | $ 12,717.00 | $ 3,371.58 |
| Matheson Tri-Gas | Scheduled | N/A | $ 134.00 | | $ 134.00 | $ 35.53 |
| Multi Packaging Solutions/dba John Henry | Scheduled | N/A | $ 1,855.00 | | $ 1,855.00 | $ 491.80 |
| New Jersey Auto Parts | Scheduled | N/A | $ 673.00 | | $ 673.00 | $ 178.43 |
| Nick's Nursery | Scheduled | N/A | $ 1,800.00 | | $ 1,800.00 | $ 477.22 |
| Octavio Taylor & Sylvia M. Taylor | 65 | N/A | $ 10,000.00 | $ 7,333.36 | $ 7,333.36 | $ 1,944.25 |
| OFE International, Inc. | 31 | N/A | $ 2,596.00 | $ 2,595.74 | $ 2,595.74 | $ 688.19 |
| Office Depot Credit Plan | Scheduled | N/A | $ 95.00 | | $ 95.00 | $ 25.19 |
| Office Depot | 63 | N/A | $ 1,005.00 | $ 1,503.91 | $ 1,503.91 | $ 398.72 |
| Omega Farms | 62 | N/A | $ 44,550.00 | $ 44,550.00 | $ 44,550.00 | $ 11,811.26 |
| Opa-Locka Pallets | 57 | N/A | $ 15,300.00 | $ 15,300.00 | $ 15,300.00 | $ 4,056.39 |
| Orkin, Inc. | Scheduled | N/A | $ 119.00 | | $ 119.00 | $ 31.55 |
| Poppelmann Plastics USA, Inc. | 6 | N/A | $ 30,168.48 | $ 14,168.48 | $ 14,168.48 | $ 3,756.40 |
| Quick Plugs | Scheduled | $ 16,099.10 | $ 68,840.00 | | $ 68,840.00 | $ 18,251.11 |
| R&D Transport Serv., Inc. | Scheduled | N/A | $ 45,524.00 | | $ 45,524.00 | $ 12,069.49 |
| Raceway Transportation Inc. | Scheduled | N/A | $ 3,144.00 | | $ 3,144.00 | $ 833.55 |
| Redland Farms | 47 | N/A | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 1,723.30 |
| Redland Supply Co. Inc. | Scheduled | N/A | $ 313.00 | | $ 313.00 | $ 82.98 |
| Richards & Associates | Scheduled | N/A | | | $ - | $ - |
| RITRAC | Scheduled | N/A | $ 976.00 | | $ 976.00 | $ 258.76 |
| Seville Farms | N/A | N/A | | | $ - | $ - |
| Sheppard West Inc. | 12 | N/A | $ 17,589.00 | $ 17,589.40 | $ 17,589.40 | $ 4,663.37 |
| South Point Express | Scheduled | N/A | $ 30,157.00 | $ - | $ 30,157.00 | $ 7,995.33 |
| Southern Refrigerated Transport Inc. | 36 | N/A | $ 7,452.00 | $ 12,081.48 | $ 12,081.48 | $ 3,203.09 |
| Sprint Nextel | 1 | N/A | $ 107.00 | $ 3,730.40 | $ 3,730.40 | $ 989.02 |

3707833_4.XLS

## DISTRIBUTION TO UNSECURED TRADE CREDITORS

| Claimant | Scheduled or Claim # | 503(b)(9) (Administrative Claim) Allowed Claim Amount | Scheduled Amount | Proof of Claim Amount | Proposed Allowed GUC Amount | Proposed Distribution Amount |
|---|---|---|---|---|---|---|
| Steven Sues | N/A | N/A | | | $ - | $ - |
| Sunshine Horticulture, LLC | 28 | N/A | $ 12,125.00 | $ 17,392.80 | $ 17,392.80 | $ 4,611.24 |
| Taiwan Plant Corporation | 10 | $ 11,985.85 | $ 7,584.00 | $ 11,985.85 | $ - | $ - |
| Tire Masters International, L.L.C. | 22 | N/A | $ 2,243.00 | $ 3,836.13 | $ 3,836.13 | $ 1,017.05 |
| Topiary Gardens Nursery | Scheduled | N/A | $ 17,913.00 | | $ 17,913.00 | $ 4,749.16 |
| Traffic Tech, Inc. | Scheduled | N/A | $ 1,843.00 | | $ 1,843.00 | $ 488.62 |
| Tropical Direct of Florida LLC | Scheduled | N/A | $ 25,542.00 | | $ 25,542.00 | $ 6,771.79 |
| Tropical Plants & Foliage | 51 | N/A | $ 2,576.00 | $ 2,661.50 | $ 2,661.50 | $ 705.63 |
| Urbieta Oil Inc. | Scheduled | N/A | $ 5,422.00 | | $ 5,422.00 | $ 1,437.50 |
| Valroy Liners, Inc. (Footnote 8) | Scheduled | $ 88,269.00 | $ 137,023.00 | | $ 48,754.00 | $ 12,925.84 |
| VAS Agricultural Supply, Inc. | 9 | N/A | $ 35,135.00 | $ 35,135.00 | $ 35,135.00 | $ 9,315.12 |
| White Sand Nurseries | 18 | N/A | $ 14,744.00 | $ 16,156.01 | $ 16,156.01 | $ 4,283.34 |
| Windy Hill Foliage, Inc. | 14 | N/A | $ 13,773.00 | $ 13,773.32 | $ 13,773.32 | $ 3,651.63 |
| Work Space+ | Scheduled | N/A | $ 3,688.00 | | $ 3,688.00 | $ 977.78 |
| Yanfran Logistics Corp. | Scheduled | $ - | $ 6,867.00 | | $ 6,867.00 | $ 1,820.60 |
| | | | | | $ - | |
| **Total** | | | $ 3,815,370.00 | $ 2,573,820.91 | $ 3,771,825.61 | $ 1,000,000.00 |
| | | | | | | |
| Total Amount Available to Distribute | | | $ 1,000,000.00 | | | |
| Pro Rata Distribution Percentage | | | 26.51% | | | |

**Footnotes:**
1. GUC amount established per DE 401.
2. GUC amount established per DE 406.
3. GUC amount established per DE 407.
4. Claim is an administrative claim only per DE 386, no unsecured claim amount to be distributed.
5. Proposed Allowed GUC Amount represents reduction of unsecured claim by $50,400.50, which is treated as an administrative claim per DE 408.
6. GUC amount established per DE 403.
7. Proposed Allowed GUC Amount represents reduction of unsecured claim by $1,753.60 which is treated as an administrative claim per DE 405.
8. Proposed Allowed GUC Amount represent reduction of unsecured claim by $88,269.00 which is treated as ad administrative claim per DE 351.

3707833_4.XLS

5